JUDGE TORRES

26 CV 04680

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**COUNTY OF MANHATTAN**

---

**LAP-SUN CHAN**

**Plaintiff**

**-against-**

**DUNGEONS AND DRAGONS**
**WIZARDS OF THE COAST, LLC**

**Lawsuit**

**Defendant**

---

TO THE UNITED STATES DISTRICT COURT OF MANHATTAN

I am making this lawsuit for the purpose of suing Dungeons and Dragons for stealing my idea. This is an intellectual property lawsuit. As I am representing myself, please be aware that I am probably handling the legal formatting incorrectly. I am not a lawyer. I am an uneducated man. I am trying my best to follow the correct procedure. I am citing this lawsuit under the copyright law The Copyright Act of 1976, Chapters 1 through 6. I think this is the correct section of law, but please correct me if I should cite a different section.

1. The plaintiff (the complainer) is me, Lap-Sun Chan. My legal name is Lap-Sun Chan. I am also known as Larry Chan, because people in the professional environment find it easier to pronounce. Years ago, I was known as Kenneth Eng. My address is 4266 Saull Street, Flushing, NY 11355.

2. The defendant is Dungeons and Dragons, which is under the company Wizards of the Coast, LLC. They are a company that designs board games and RPGs (role-playing games). Their address is PO Box 707, Renton, Washington 98057. Their office address is 15325 SE 30th Pl., Bellevue, Washington 98007. Their second address is 1600 Lind Avenue SW, Renton, WA 98057.

3. In May 2016 or June 2016, I created an idea for a new type of monster called a wereshark. This monster is an anthropomorphic shark that gains strength whenever Neptune is in the sky. It has impenetrable skin that, because of its texture, can shred metal and is invincible to bullets and blades. It is immune to disease because of its unique skin texture. The wereshark can generate electric fields and discharge lightning bolts from all over its body, including its dorsal fin. It is vulnerable only to magnets. For instance, a magnet bullet can kill a wereshark.

4. In June 2022, Dungeons and Dragons stole my idea in one of their editions of monster manuals.

5. I am demanding $10,000,000. My intellectual property is very important to me. My intellectual property is extremely important to me.

The following is a detailed outline of what occurred. I separated this into sections for clarity.

Section 1:

In May 2016 or June 2016, I created a new idea. I created the wereshark, a monster that was an anthropomorphic shark. It rose whenever the planet Neptune was in the sky. It obtained strength from the blue light of Neptune. It could regenerate fangs instantly. It had shredding skin that was invincible to bullets and stabbing weapons. The texture of its skin made it impenetrable. The wereshark could generate bioelectric fields. It could unleash lightning bolts from all over its body, with its dorsal fin being the most potent generator of energy. Its only weakness was magnets. A magnet bullet could kill a wereshark.

Unfortunately, I am also a handicapped man. In the summer of 2013, I developed an immune disorder. My immune system is weaker than the average person. I urinate constantly, I have skin rashes across my entire body, I cough nonstop, and I have muscle weakness. There is no cure. In May and June 2016, my condition was causing me so much pain that I was confined to my home. Unable to think clearly, I was shouting my idea out loud. The window in my bedroom and living room were open, where anyone outside could easily hear my idea. Anyone could have easily stolen my idea.

I wrote the idea in a Word document on June 6, 2016. This is shown in Exhibit A. A timestamp on the Word document indicates that it was from June 6, 2016. I ask that the court tell me how to upload this document as evidence, so that the jury can see the timestamp and the writing in the document.

In October 2016, I managed to regain some of my capacity. I decided to protect my idea by self-publishing a brief pamphlet on Createspace (ISBN 978-1539540984) (https://www.amazon.com/-/es/Genghis-Forever/dp/1539540987). I published it once on October 14, 2016 and another version on October 20, 2016 (ISBN 978-1539654469). Exhibit B proves that I wrote my idea in the pamphlet. Also on October 20, 2016, I copyrighted my idea in the Copyright Office. The registration number is PA 2-041-578 (Exhibit C).

In the November and December 2016, I was again stricken by extreme weakness and a serious cough. I was unable to function. However, I was cogent enough to publish a short book a third time to ensure that there was a record of it. This was entitled Were (3rd Edition), published on November 16, 2016 (https://www.amazon.com/Were-3rd-Dr-Kenneth-Eng/dp/1540451143/ref=sr_1_2?dib=eyJ2IjoiMSJ9.kmXUl8Fz82dtoD6-nZky6grm9EySyGcPo6AEE7pPcwXe0N9Fb-HidlBKg9wEVmd7rimpySqDVPFspRc9jw-0JAa3kB7JxYWGeRPFwVUgxWAL6uaHWjKG3By33ua2Ll8RHQYX9My6XxlW1HOjAo41le kmz8upTr0Yka_JC1FBurNaLVdnkQymQHqewsqeIb-qru5os0SUvsZOwHLulsgIYnzt7n7J1fBQlihbwb20kwI.J6YQeMZ6YhKnWAsfHjFR5cjz_Bdk-RZMr9P0ec7LWhM&dib_tag=se&keywords=were+Kenneth+eng&qid=1750641200&sr=8-2). I published under the pseudonym "Dr. Kenneth Eng" because I was concerned about people finding out where I live. Actually, I was just Kenneth Eng. This is shown in Exhibit D.

In the winter of 2017, I regained some capacity again and wrote an entire novel. This culminated in the publication of Weredragons and Other New Monsters, which was published on Createspace on May 13, 2017 (https://www.amazon.com/Weredragons-Other-New-Monsters-

Kenneth-ebook/dp/B071S5BMWH/ref=sr_1_1?crid=1QA3PEVN4PUHA&dib=eyJ2IjoiMSJ9.joVZieaE8nU38wMqdKJINXMs61ZtskubUeRF3n9oe5U.A8siUKSkKkEkZu57ulOJJAn8ztRB0gGdQ2BrPAYJFJQ&dib_tag=se&keywords=weredragons+and+other+new+monsters&qid=1780443936&sprefix=weredragons+and+other+new+monster%2Caps%2C166&sr=8-1). Once more, I repeated my idea of the wereshark in this book.

In January 2019, I registered a more complete document, which outlined the entire world of the wereshark. Exhibit E shows the copyright registration. If the court were to request the document from the Copyright Office, they will see that it describes the wereshark in detail once more. In 2021, I finally managed to acquire steady employment, and I was able to film a short film. In October 2021, I filmed Wereshark: Neptunerise, a short film about my wereshark monster. I published it on January 12, 2022, where it remains today (https://www.youtube.com/watch?v=JJJreoPuSx4).

Section 2:

In the winter of 2022, I managed to find a way to slightly improve my illness to the point where I can function adequately. I am still handicapped, but I am coherent most of the time. I no longer talk to myself out loud.

Being as serious as I am about my intellectual property, I was terrified that someone might have stolen my ideas. Accordingly, I began to research the internet to see if anyone had taken my idea. Due to the vastness of the internet, there was an immensity of information to search. I searched for days, but could not find any mention from Dungeons and Dragons.

On June 25, 2022 (after I had stopped my search), Dungeons and Dragons published the 5th Edition of their "pirate manual." This can be seen on Amazon.com at https://www.amazon.com/Pirate-Campaign-Compendium-Revised-LGP366PI105ERE/dp/1955320012. It is also in Exhibit F. According to the website "Tribality" the Dungeons and Dragons wereshark is described as:

*"Electrosensitivity. You have blindsight to a range of 30 ft. underwater (10 ft. in air). You lose this ability until the end of your next round whenever you take lightning damage. You may not detect undead creatures or constructs with this ability. Exceptions may be made by your DM for constructs powered by electricity."*

Please also note that the website Tribality has a time code error stating that the article was written on "October 14, 2015." Amazon.com clearly states that the 5th Edition of Dungeons and Dragons was published in 2022. The date of October 14, 2015 is a computer error. I also suspect the website Tribality might have altered this date on purpose. They did not publish this article in October 2015 because the Dungeons and Dragons manual had not even been released.

The similarity to my wereshark is striking. My wereshark discharges electric current as a deadly weapon. It is unlikely Dungeons and Dragons could have created the same idea by coincidence. It is a very rare idea.

Additionally, Pathfinder (a division of Dungeons and Dragons), advertises that weresharks can "bludgeon." This can be seen at https://2e.aonprd.com/Monsters.aspx?ID=3324. Exhibit G demonstrates that I created a wereshark unit called a Leviathan Bludgeoner in the glossary of Weredragons and Other New Monsters. Photographs of my book demonstrate this.

Disturbingly, another website states that the Dungeons and Dragons wereshark has "Damage Resistances necrotic." This can be seen at https://www.5esrd.com/gamemastering/monsters-foes/npc/wereshark-bloodrider/wereshark-chieftain/. Weresharks in my book are immune to disease because of their textured skin. To state "Damage Resistances necrotic" demonstrates that the defendant his stolen my idea. It is unlikely they could have created that by themselves. Again, it is a very bizarre idea. Additionally, I created a unit called the wereshark chieftain, which is the leader of a wereshark tribe. Dungeons and Dragons has also called their unit type a "chieftain."

I searched the internet on a yearly basis to see if anyone had stolen my idea. Last month, I found out about Dungeons and Dragons 5th Edition. I was very angry. In fact, anger is not the word for it. I am enraged. Therefore, I am starting this lawsuit.

Section 3:

In conclusion, it is highly unlikely Dungeons and Dragons created the concept by themselves. The wereshark is a highly unique and complicated concept. I ask the court to factor the fact that I am a disabled man. In 2016, I was also unemployed and living in poverty. I was mostly confined to my bed, writing short stories and novellas whenever I had the slightest bit of coherence. At the time, I was also out of touch with modern technology and did not know how to contact publishers. That is why I was publishing on Createspace. I did not understand that the modern publishing industry had changed.

I believe that a person walking outside my building overheard me when I was talking to myself in 2016. Neighbors reported that I sounded "very sick" and that I was "screaming at all hours, random speeches and rants." They were correct. Lacking anyone to talk to, the only person I could talk to was myself. It was very sad. I believe a random person outside the window overheard the idea, and told his friends, until it eventually reached the desk of Dungeons and Dragons.

I am suing Dungeons and Dragons for ten million dollars. This amount reflects just how angry I am. My intellectual property is worth more to me than life itself. Some people care about their children. I only care about my ideas and my novels. When someone disrespects my intellectual property, I will legally pursue them to the ends of the Earth. Physically, I am not as strong as a wereshark, but mentally, I am as relentless. I am also demanding that Dungeons and Dragons remove all references to the wereshark from any of their books, and they must issue a full apology to me, Lap-Sun Chan.

Wizards of the Coast LLC made the biggest mistake of their lives when they stole my idea.

Signed,

**Lap-Sun Chan**
**4266 Saull Street**
**Flushing, NY 11355**

# EXHIBIT A



| | | | | |
|---|---|---|---|---|
| Untitled Orwellian Project Draft A | Nov 15, 2020 at 9:50 PM | 166 KB | Micros...(.docx) |
| Were Complete Aug 2016.docx | Aug 27, 2016 at 11:58 PM | 55 KB | Micros...(.docx) |
| Were Complete copy.docx | Jun 6, 2016 at 10:17 PM | 45 KB | Micros...(.docx) |
| Were Complete Oct 2016 copy.docx | May 21, 2024 at 9:27 PM | 60 KB | Micros...(.docx) |
| Were Draft i.docx | Jun 6, 2016 at 6:46 PM | 35 KB | Micros...(.docx) |



1 – They are the equivalent of the illuminati. They have had access to advanced technology for centuries, and they have deleted 300 years of human history (the year is actually 2300). This was to cover up their dealings.
2 – They wear white cybernetic stealth suits similar to those worn by Kate Beckinsale. These suits are run on liquid crystal.
3 – They can escape into hyperspace, behaving much like folkloric ghosts.
4 – They are human.

## Weresharks:

1 – They have full strength when Neptune is in the sky.
2 – They can never transform into human form, ergo must exist in hiding.
3 – They cannot speak because they are anthropomorphic sharks.
4 – Their skin can rip through metal. It is an enhanced version of normal shark skin.

FADE IN:

NARRATION/OPENING CRAWL:

*Centuries ago, a biological anomaly appeared in the gene pool. This was the first weredragon, a humanoid creature capable of transforming into a reptilian beast. For a while, the weredragons lived peacefully in the shadows of society, fighting only when humanity ventured too far into the unknown.*

*However, they eventually came upon a new genetic mutation called the unicras. Invulnerable to poison and possessing prodigal intellect, these fair humanoids discovered the weredragons and launched a never-ending campaign to exterminate them.*

*That war has reached into our time.*

EXT. STREETS – DUSK

A gothic European city. The sun is almost down.

DIANE, a white teenage girl wearing a dark green latex outfit, screams into the night like a reptilian beast. She wears combat boots and fingerless motorcycle gloves. Her eyes are slit with yellow where white would otherwise be. She is sexy, but her grief steals that from her.

In her arms is a skeleton wearing a shredded black trench coat. The skull is frozen in an expression of agony. A residue of green crystal covers him. Were he not in an alley, people would notice.

DIANE: FATHER!!!

Several WEREDRAGONS pull her away. They all have the same reptilian eyes that she does.

One of them is ARKE, a Chinese weredragon with a heavy build.

ARKE: Diane, that's green diamond!

She keeps trying to reach for the corpse, but her men hold her back.

ARKE: It's green diamond! If you die, we can't get revenge!

Diane calms down.

DIANE: Where is he?! Where is Duelle?!

ARKE: He's getting away.

Diane charges out of the alley.

Down the street, several blonde-haired blue-eyed white men are waiting. They are unnaturally handsome to the point of being eerie. They are UNICRAS.

She pulls out two guns and fires. The unicras take cover and pull out their own guns, which are loaded with green diamond bullets.

Diane's bullets (ordinary ammo) take down two of them. They don't die.

The unicra knights keep shooting, but she slips their shots even as she comes within very close range. She takes down the rest of them.

She grabs them with her bare hands and bites their heads off. She doesn't just decapitate – she devours their entire heads without spitting a single bit out.

She stabs the last one with a knife.

DIANE: Where is Duelle, you unicra piece of shit?!

The unicra points at an apartment building.

INT. APARTMENT BUILDING – DUSK

Typical European style.

Diane walks through. Her slit pupils focus and her tongue licks the air. She walks as though she can taste the direction of her enemy.

She walks up two flights of stairs and breaks down the door of an apartment.

There is no one inside. She looks around. It is dark, but she doesn't turn on the lights.

She is about to leave, but the door slams shut. There is a dark silhouette – a unicra man in a black combat suit that is lined by tubes filled with a luminous white fluid. The eyes of the mask shine alabaster. This is DUELLE.

DUELLE: What's the matter, weredragon? Afraid of the light?

Diane points her gun, but he rams into her. They both crash out the window and back onto the

EXT. STREETS – DUSK

Diane tries to fight, but he punches her in the face. She is nearly knocked out.

He takes out a green diamond knife. He is about to finish her when an armored sports car drives up. Inside are several unicras.

UNICRA: Grandmaster, the sun won't wait for us!

Duelle looks at Diane for a moment.

DUELLE: Ha, ha, ha…

He gets into the car. They drive off.

Diane comes to her senses. Arke and the other weredragons help her up. She punches a brick wall, creating a small vertical impact crater.

The sun finally does go down.

INT. WEREDRAGON FACTORY – NIGHT

An abandoned factory that has been taken over by the weredragons. It now looks like a military base, with weapons stockpiles, a storage of gold ingots and weredragon men and women practicing martial arts. The ceiling is made of glass, but it has been painted black.

Diane comes in with Arke and the warriors. Her eyes are back to normal, looking like a blue-eyed girl.

WEREDRAGON SOLDIER 1: What happened?

WEREDRAGON SOLDIER 2: Where is the general?

Arke bares his fangs at them as he leads Diane to her room.

INT. DIANE'S ROOM – NIGHT

It looks like a normal teenager's room. Books, video games, pictures of ballerinas.

Diane sits down on the bed. Arke prepares a steak for her.

ARKE: Starving won't help. You might have eaten just last month, but you need to keep up your strength if us weredragons are to achieve victory.

Diane reluctantly eats it.

ARKE: We need to figure out how they managed to engineer diamond in liquid form.

DIANE: Liquid?

ARKE: I saw it. Duelle and one of his servants had guns that shot streams of fluid green crystal. Your father took many diamond bullets in his battles, but that weapon killed him instantly.

DIANE: He lived for three centuries and modern technology killed him, the mightiest of all weredragons.

ARKE: Unicras may be geniuses, but most of their finances come from medical technology. Perhaps they now have physicists in their ranks. This is bad.

DIANE: Who cares how they got those weapons. We can still defeat him.

ARKE: We don't know how many of those things they have. It might be just two or it could be hundreds.

He holds her.

ARKE: Calm down. I shall serve you as I served your father.

INT. KAYTLYN WONG'S HOUSE – NIGHT

It has been destroyed. There are scientific apparatuses everywhere, mostly related to engineering and chemical weapons.

KAYTLYN WONG, a nerdish Chinese Woman (21 years old), stands in shock. There are police examining the scene.

DETECTIVE: Never met a government weapons designer before.

KAYTLYN: Yeah…That's what I do. Why did these people do this?

DETECTIVE: Well it's going to be taken up with a higher power, Miss Wong. This might very well be espionage, in which case it's beyond our jurisdiction. Did you lose any important technology?

KAYTLYN: Everything was important, but the only things that are missing are—

One of the cops passes the detective a crime scene photo of an industrial gun. The gun looks completely destroyed.

KAYTLYN: That's mine.

DETECTIVE: And what is it?

KAYTLYN: I have signed a confidentiality agreement.

DETECTIVE: Miss Wong, these people can very well come back to kill you. You can't patent something if you're dead.

KAYTLYN: It's a gun that sprays a stream of fluid diamond. It was a prototype meant for a larger gun that would be able to coat large surfaces with diamond.

DETECTIVE: Is it dangerous?

KAYTLYN: Not to my knowledge. It's a purely defensive weapon. Liquid diamond is not easily manufactured unless you have industrial-level machinery.

DETECTIVE: All right, we're just about done. We'll call you if you come up with anything.

KAYTLYN: Is this related to that gang shootout that happened earlier?

DETECTIVE: It might be. The bodies of the gang members are still being handled by the M.E.

The detectives leave. Kaytlyn looks up as if to ask god "why" before she starts cleaning up the debris.

EXT. OMNITECH LABORATORIES – NIGHT

A large building. Even at midnight, all of the lights are on.

INT. OMNITECH LABS – EXECUTIVE OFFICE – NIGHT

An opulent room with white and cream-colored furniture. There are lamps everywhere, and they are all turned on.

Several unicras dressed in fancy suits and dresses sit around, drinking white wine and chatting about random gossip. They are all abnormally handsome and charming.

UNICRA EXECUTIVE 1: By the way, did your men retrieve the bodies of our colleagues from the authorities?

UNICRA EXECUTIVE 2: This is standard procedure. The medical examiner under my supervision did this hours ago.

They all get up. Outside, the sky is starting to turn to day.

Arke comes in.

ARKE: I just missed it didn't I?

Arke shows her a laptop. There is a picture of the liquid diamond gun.

DIANE: You found it.

ARKE: That wasn't all I found.

He shows her a picture of Doctor Kaytlyn Wong. Her internet profile outlines that she earned her PhD in physics at age 15 and specializes in materials technology.

DIANE: We need to find her. She might be able to tell us how to counter the enemy weapon.

ARKE: Shall I wake the others?

DIANE: No, I shall do this alone. That's an order.

EXT. GOVERNMENT RESEARCH FACILITY – DAY

A fenced building with armed guards.

Kaytlyn drives in.

INT. STORAGE ROOM – DAY

There are engineering apparatuses.

Kaytlyn examines the equipment. There is an employee with her.

KAYTLYN: ...and this unit should be the last one I need.

GOVERNMENT EMPLOYEE: Very well Doctor Wong. I shall send the orders immediately.

Suddenly, a guard walks up to her.

ARMED GUARD 1: Excuse me ma'am. You need to come with me.

KAYTLYN: Is there a problem?

ARMED GUARD 1: Come with me now.

He grabs her arm.

INT. CORRIDORS – DAY

The guard pulls her through the halls.

KAYTLYN: Look, I am an employee. I do most of my work at home. Are you even listening?

He takes her into a computer room.

INT. COMPUTER ROOM – DAY

A room with hard drives for memory backup.

Diane is waiting there. The guard pushes Kaytlyn to her.

DIANE: No, he's not. In fact, he won't even remember this.

The guard's face is blank, as though he is hypnotized. He also has two bite marks on his neck. Diane punches him in the face, knocking him out.

KAYTLYN: Look, whoever you are, I don't have much money. I am just a scientist—

DIANE: I need to know how to nullify green diamond.

KAYTLYN: What?

DIANE: Or if there is any way to destroy your guns or prevent them from working.

UNICRA EXECUTIVE 1: Okay, I just thought it was my turn to do it. We shall have a proper burial later tonight.

Duelle walks in with his combat suit. All of the unicras raise their glasses to him.

UNICRAS: To the sun at night!

DUELLE: Indeed. This day shall be marked in our chronicles for all time.

UNICRA EXECUTIVE 1: When our grandmaster Duelle finally struck down the mighty weredragon general.

DUELLE: Kenneth died in agonizing pain. The rest of his species shall follow.

UNICRA EXECUTIVE 2: How much of a factor was the light armor?

The executive points at Duelle's combat gear.

DUELLE: What do you mean, knight?

UNICRA EXECUTIVE 2: The light armor was my best design thus far. Complete with an ultraviolet core that bathes the user in constant sunlight. Even a unicra can run in total darkness without fear of disintegration. Did you finally see the starry sky? Did you feel the strength of my invention?

Duelle walks up to him and grabs him by the throat. The executives drop their glasses.

DUELLE: That I have walked this cursed Earth for two centuries makes me mightier than any technology modern man possesses.

UNICRA EXECUTIVE 2: I-I did not mean to break etiquette!

DUELLE: You're not the only one who can break things.

Snap. The unicra executive falls dead to the floor.

DUELLE: Tell me now, do unicras really see the stars after death?

The unicras' fear turns to sudden indifference. Some of them keep drinking.

UNICRA EXECUTIVE 1: Since it is prohibitively expensive to manufacture another light armor, how shall we make use of this new type of gun we discovered?

DUELLE: I'm going to hire a new employee to figure it out.

Duelle throws the other liquid diamond gun on the table. It is completely undamaged.

INT. WEREDRAGON FACTORY – WAR ROOM – NIGHT

There are dozens of weredragons sprawled across chairs and tables. There is a crude 90s-style box computer.

Diane briefs her forces.

DIANE: According to information we gathered from our last fight, we have determined that the enemy is trying to purchase a new laboratory space on the South side of the city.

WEREDRAGON SCIENTIST: I learned of this from the unicra I interrogated during the fight. My own research into the matter has confirmed that he was telling the truth under duress like they always do.

DIANE: I suspect that this is merely a weapons backup storage based on my father's notes. Attacking may draw Duelle out.

WEREDRAGON SOLDIER 1: Wouldn't it be better just to attack Omnitech Labs?

DIANE: Duelle is powerful, but cowardly. Omnitech Labs is a fortress, and he would not risk himself if he can send hundreds of his men along with bribed law enforcement. Any other questions?

There are none.

DIANE: We shall attack during the next nightfall.

KAYTLYN: I don't understand.

Diane bares her fangs. Claws grow from her fingers and she grabs Kaytlyn's neck.

DIANE: Don't make me poison you.

Outside, guards can be heard.

INT. CORRIDORS – DAY

Diane walks Kaytlyn through the halls.

Two guards stop them.

ARMED GUARD 2: Excuse me, where is your ID?

KAYTLYN: Oh, she's with me. My niece wanted to see this place so desperately.

ARMED GUARD 3: Right, but we have someone who needs to see you right now.

Diane flicks her tongue. The guard has a toothy grin.

She bites one of the guards in the neck. She backhands the other, splattering his brains.

The one she bit tries to draw his weapon, but chokes up on his own vomit. He dies.

DIANE: We're both in a lot more danger than you realize.

She runs out with her hostage.

INT. PARKING GARAGE – DAY

An underground parking area.

Diane runs with Kaytlyn. She doesn't get far, as Duelle is waiting for her.

DUELLE: We meet once more. Don't expect it to happen again.

Duelle pulls out a sword made of green diamond. The hilt is made of marble stylized to look like a hoof.

Diane takes out a pair of nunchuks. The handles have spikes on their tops, and there appear to be flashing lights on them as well (and on the middle of the chain).

They charge at each other while Kaytlyn takes cover behind a car.

Diane swings for Duelle's face, but he blocks with his sword.

He cross-slashes, but she jumps and throws a roundhouse kick to his head.

The hit sends him back, and she lands a few blows to his body. His armor is too strong.

Meanwhile, Kaytlyn watches the fight from hiding. She is terrified, but too fascinated to flee.

Duelle grabs Diane and throws her like a ragdoll. She crashes onto the top of a car and rolls across several others.

He jumps and tries to impale her. She dodges, letting his sword become stuck in the concrete.

She jumps on top of him, walloping him over the head. This is followed up by a knee to his face.

He reels up, smacking her upside the chin. She slams onto the pavement, and he tries to trample her.

She rolls out of the way and takes combat position. However, armed guards arrive.

ARMED GUARD 4: What the hell is this?

ARMED GUARD 5: Drop your weapons!

Diane lunges at the humans with inhuman speed. She knocks several rifles out of their hands.

Duelle charges at them like a horse. He headbutts one of them, breaking his skull like an egg. Spinning around, his boots crack the others.

Diane is shot in the back, but it is just an ordinary bullet. She turns around and kills him.

Duelle retrieves his sword and cuts down the remaining humans.

He turns around and looks for his target.

Suddenly, one of the green sports cars turns its lights on. He snaps around—

--not before the car can crash into him. He rolls over diagonally and slams onto the pavement, accidentally impaling himself in the leg.

DUELLE: Aaaaarrrgh…

INT. GREEN SPORTS CAR ON STREETS – DAY

Diane is driving Kaytlyn through the city. The sun is still high.

KAYTLYN: How was that even possible? The way you fight and jump. It was…

DIANE: I'll tell you if you tell me about your guns.

KAYTLYN: I'm sure you researched me beforehand. Everything that the pop sci magazines reported should be accurate.

DIANE: Tell me this – are there any substances that absorb light on a massive scale?

KAYTLYN: This must be a crazy dream. What on Earth are you?

DIANE: Looks like a have no choice.

Diane grabs her neck and bares her fangs.

DIANE: If you want to wake up with no memory of this, allow me to bite you. By then, I should have all the information I need.

KAYTLYN: Yes, well I have other plans.

Kaytlyn takes Diane's knife out of her belt and stabs her in the abdomen.

As she screams, the hostage unlocks the door and jumps out, luckily rolling on a patch of grass.

Diane is about to stop, but there are too many people at this hour. She extricates the knife and puts it back in her belt. She slams her fist into the steering wheel as her wound instantly heals.

INT. POLICE STATION – DAY

Kaytlyn sits in the detective's office.

DETECTIVE: It's clear that these people want you dead. I'm placing you in protective custody immediately.

KAYTLYN: Wait, that's not fair to me.

DETECTIVE: Welcome to life.

He gets up and leaves.

Kaytlyn looks at the files that are splayed on his desk. There are pictures of an abandoned factory. The address is visible in one of the pictures.

She gets up.

KAYTLYN: I need to use the ladies' room.

The cops don't even pay attention, being busy doing an investigation on the incident at the government parking lot.

Kaytlyn simply walks out the front door.

**INT. WERELIZARD FACTORY – NIGHT**

Diane throws down her nunchuks. Arke calms her down.

ARKE: Careful with those things.

DIANE: We know that they have at least one remaining gun. This shouldn't be too difficult as long as we use our sniper rifles.

ARKE: We can't keep fighting at a distance for the rest of the war. Our transformations are only useful at close range.

DIANE: Darn. And joverise is coming soon.

One of the soldiers bursts up.

WERELIZARD SOLDIER: We have an intruder.

Diane looks at the screen. It is Kaytlyn.

WERELIZARD SOLDIER: I'll handle it.

DIANE: No.

**INT. DIANE'S ROOM – NIGHT**

Diane sits with Kaytlyn.

KAYTLYN: So you're a race of people who can transform into dragons?

DIANE: It is best done when Jupiter is high in the sky.

KAYTLYN: And I'm the only human who has discovered you?

DIANE: Many have discovered us, but our bodies produce venom that allows us to control minds. And kill if we want.

KAYTLYN: And these...unicorns?

DIANE: Unicras. They too are a paranatural race. They are immune to all poisons. Logically, they are born doctors and control most of the medical establishment across the world. Their financial power far exceeds ours. They use their power to treat humans like unwitting slaves.

KAYTLYN: How do you kill them?

DIANE: Creatures of light, they are vulnerable to darkness. As soon as night falls, they would all die if not for the invention of artificial light or even campfires.

KAYTLYN: I would help you, but why should I trust you over them?

DIANE: Kaytlyn, if I wanted to kill you, I could easily do it. But you are free to walk out of here after I wipe your memory.

Kaytlyn thinks.

DIANE: Is this what you want?

KAYTLYN: How can anyone want to forget something like this? I want to be a part of this, if not for the betterment of the world, then for the betterment of science.

DIANE: You can never tell anyone about us or we will kill you.

KAYTLYN: I am satisfied knowing that I am the only human with the privilege of holding this secret.

INT. WEREDRAGON FACTORY – WAR ROOM – NIGHT

Kaytlyn uses a laptop while Diane watches her. They are running an engineering animation program.

KAYTLYN: If they are vulnerable to darkness, I would have to make a gun that can coat them in a black residue.

DIANE: In centuries past, we used to pelt them with ash bombs and tar. However, they have only human strength. Normal bullets kill them as well, assuming they aren't rushed off to their hospitals.

KAYTLYN: Anything you can tell me about their physiology? Genetics? Weaknesses? Life expectancy?

DIANE: Unicras live about 130 years. We had a genetic engineer a while ago who said that their genes look almost exactly human except for several changes in the codons. By contrast, we are completely immortal due to our regenerative abilities. Our DNA is capable of morphing when we transform into our beast form.

Kaytlyn finishes modeling a gun that sprays a dark sticky substance.

KAYTLYN: I have connections to materials technology facilities. This gun should be exceedingly easy to make. However, if I can get a sample of unicra DNA, I might be able to fabricate a gene-targeting weapon.

DIANE: Ethnic cleansing at its finest. I like you.

KAYTLYN: That means a lot coming from you.

Kaytlyn keeps creating weapons designs on her laptop.

## INT. OMNITECH LABS – EXECUTIVE OFFICE – NIGHT

Meanwhile, Duelle can see everything she is seeing on his own computer screen. A computer scientist unicra is next to him.

UNICRA COMPUTER SCIENTIST: I told you she wouldn't change her password. We now have her location.

DUELLE: That's where the weredragons must be hiding these days. Launch an attack immediately.

UNICRA COMPUTER SCIENTIST: With immediacy, my honorable grandmaster. Shall you be joining us?

DUELLE: No, there is a soiree I have to attend to later. Bring me back their heads.

## INT. WEREDRAGON FACTORY – DAWN

Kaytlyn sleeps. Diane examines a medieval painting of a monstrous anthropomorphic reptile.

The human wakes up.

KAYTLYN: Would you show me your beast form?

DIANE: I would if it did not cost such a great deal of energy.

KAYTLYN: It must require a lot of food to maintain your healing abilities and strength.

DIANE: Weredragons only need to eat about three times a year. We can consume half our body weight in one sitting.

KAYTLYN: Like certain species of snakes. How do you prevent your body from swelling beyond fighting capacity?

DIANE: I once devoured half of a grown male unicra during a fight. My body did not seem to change size. I never got to learn why.

KAYTLYN: You've been alive for centuries without studying weredragon corpses for the advancement of your science?

DIANE: I just turned 16 two days ago.

KAYTLYN: Happy birthday.

DIANE: It was not a happy one. My father fell in battle that same day. The fight he took me to was supposed to be a celebration of my advancement to second-in-command.

KAYTLYN: My condolences.

DIANE: Bad things happen in war. I'll get over it — once I have my revenge.

A blonde soldier walks in.

SOLDIER: Pardon general, but we have intruders.

Diane looks at the computer screen. It shows several unicra warriors skulking around the area.

DIANE: Damnit. Everyone wake up!

The weredragon soldiers come out of their rooms with guns and swords already armed. Arke is at the front.

DIANE: I require half of you to come with me to hunt the forces outside. The rest of you stay here to hold down the fort.

SOLDIER: Wouldn't it be better for you to stay here? We cannot risk losing another commander. You have already proven your courage many times over.

The weredragons hail in agreement.

DIANE: If that is your wish. Now go.

Half of the soldiers run outside, led by Arke. Kaytlyn is about to get a weapon.

KAYLTYN: Perhaps I can help.

Diane smirks. She whispers into Kaytlyn's ear.

DIANE: Thanks, but we don't need another drop of water when we have an ocean of hate. Stay in my room until we finish this.

Kaytlyn is about to comply when Diane suddenly flicks her tongue.

She takes out a gun and shoots the soldier who came in to tell her about the invasion. He doesn't regenerate – he just dies.

She looks up when the glass ceiling crashes, revealing the brightening dusk sky. Unicra knights rappel themselves down.

One of them throws a green diamond grenade. The explosion knocks away several weredragons who were about to attack. A few of them are killed, and several of them have diamond shrapnel in their limbs.

A major fight breaks out.

Diane pulls out her nunchuks and swings them like crazy. She bashes two unicras to death.

One of them is about to jump her from behind, but she spins around and claws his face off with one swipe. She kicks him in the neck, killing him.

Her eyes become reptilian. She lunges, wrapping her nunchuks around one of their necks. A sharp twist breaks his bones.

She sweep-kicks a female unicra and stabs her with the pointy ends of her weapon. Two of them try to grab her, but she strikes one of them in the plexus and wraps her nunchuks around the other guy's arm. She throws him into his friends.

Another weredragon is stabbed in the arm by a crystal blade. He disconnects that arm by will, ripping its muscle fibers. He keeps attacking.

Diane is about to crash into an enemy, but jumps at the last second, letting him run underneath her. She grabs onto a lever and pulls.

The floors open up into camouflaged trap doors. The unicras fall into the basement below, which is almost entirely dark.

She pulls the lever again, closing the trap doors. Horrific screams can be heard.

Diane opens the trap doors. The unicras are reduced to white ashes. Several weredragons are left standing.

DIANE: We need to retreat.

She looks around. Kaytlyn is gone. She leaves anyway.

EXT. STREETS – DAY

Diane and her soldiers drive away in banged-up sports cars that for some reason look cooler now that they're damaged.

Meanwhile, Kaytlyn tries to flee down an alley. She has the weredragons' laptop, along with a flash drive plugged into it.

Duelle intercepts her.

DUELLE: You know what I am. Surrender now and you will be spared.

Kaytlyn takes out a combat knife she got from the factory. She delivers an unskilled slash.

Duelle knocks her out and throws her into his limo.

INT. OMNITECH LABS – DUNGEON – DAY

An oddly clean metal room with very bright lights.

Kaytlyn isn't even restrained. She just sits on a metal chair.

Duelle comes in. The door wasn't even locked. She wakes up.

DUELLE: You will tell me everything you know about building these liquid crystal firearms.

KAYTLYN: And if I don't?

DUELLE: But you will.

She gets up to attack him, but the floor becomes electric. She is shocked, falling on the ground.

DUELLE: Tell me everything, and then you shall be returned to society in order to help us manufacture more. If you are obedient, the reward shall be far beyond what jewels can hold.

KAYTLYN: Okay, okay. I'll tell you everything.

EXT. STREETS – DAY

Several cars filled with the remaining weredragons speed down the roads.

**INT. DAMAGED SPORTS CAR ON STREETS – DAY**

Diane is driving. Arke is next to her.

ARKE: We just lost our headquarters and now we have the ability to launch an invasion on the unicras' headquarters?

DIANE: We shall succeed.

ARKE: Unicras hate to be left in the dark, and so do I. How are we going to destroy Omnitech Medical Labs? They have been invincible to us for the past few decades.

DIANE: Invincibility isn't what it used to be.

**INT. OMNITECH LABS – CENTRAL COMPUTER ROOM**

A room filled with extremely expensive hard drives. There are unicra techs making sure they are running properly.

Duelle takes Kaytlyn in. The computer scientist unicra gives her back the laptop that she took from the weredragons.

UNICRA COMPUTER SCIENTIST: I analyzed the data. Much of it is very valuable information. I also locked it down so that she can't do anything clever with it.

Duelle gives her the laptop.

DUELLE: Upload the information onto our servers and point out what other information on this computer is relevant to our war.

KAYTLYN: Certainly.

She pulls out the flash drive that was plugged into the laptop.

UNICRA COMPUTER SCIENTIST: Are you foolish? The data in that drive is now lost because you did not unplug it properly.

KAYTLYN: That wasn't the only thing I unplugged.

Kaytlyn runs for cover. They are about to go after her, but there is some gas spewing from the flash drive port of the computer. The computer scientist gives her a grudging look as she locks herself in a closet.

UNICRA COMPUTER SCIENTIST: I thought it felt heavier than normal.

The laptop explodes, destroying the entire central computer and its drives.

EXT. OMNITECH LABS – DAY

The unicra security forces look as their computers go haywire. Gates start opening up at random all around the facility. Lights throughout the building go on and off.

This is when the weredragons drive in. Their cars plow their way into the facility, killing the guards.

INT. OMNITECH LABS – DAY

Kaytlyn climbs out of the closet. She has a broken arm, but otherwise is untarnished.

She looks around, confused.

KAYTLYN: Where am I?

She touches the scratch mark on her ear.

INT. WEREDRAGON FACTORY (FLASHBACK)

When Diane whispered to Kaytlyn, she scratched her ear with a fang. Kaytlyn's eyes went hypnotic.

INT. OMNITECH LABS – DAY (PRESENT)

Kaytlyn's eyes are no longer hypnotic. She runs into the corridors, trying to blend in with the other scientific staff. However, the unicras are in pain as the lights blink on and off and the dust clouds the air.

INT. OMNITECH LABS – LOBBY – DAY

Diane and several weredragons finish killing the unicra security in this area.

DIANE: I lost my mental control over the human scientist. Be on the lookout for her and bring her back unharmed. I am going after Duelle.

They move out.

INT. OMNITECH LABS – CORRIDORS – DAY

Diane slashes her spiked nunchuks, taking down unicra staff members. She sets small explosives everywhere. Arke's voice is in her earpiece.

ARKE (VO): We're seizing their computers for information extraction.

DIANE: Excellent. Let me know when you've evacuated before I blow this entire building up.

An unicra woman, CORNELIA, intercepts Diane. Cornelia is a white woman with blonde hair and green eyes wearing a skintight cream-white latex outfit that is so sleek it has no wrinkles. She is carrying a green crystal sword with a hilt made of ivory that resembles a horn.

CORNELIA: I am Cornelia. I am the last opponent you shall ever face.

Diane lunges at her. They fight, spiked nunchuks to crystal sword.

Diane cracks her in the ribs, making her lurch. Cornelia cuts her in the bicep.

DIANE: Ah!

The unicra knight swings her sword in a figure-eight. Diane clashes against it, but the maneuver is too fast.

Diane jumps onto the ceiling and runs upside-down for three seconds. She slashes her weapon down, clouting Cornelia in the cheek. Landing behind the foe, she punches her in the back and throws a roundhouse kick to her side.

Cornelia throws a back kick to her stomach, taking the wind out of her. Diane collapses.

CORNELIA: Putrid snake. It should be a unicra world.

Cornelia stomps in to finish her off, but Diane concentrates. Her face becomes filled with insane rage as her arms transform into green reptilian talons.

Cornelia tries to stab her, but Diane springs up and grabs her by the elbows, breaking them. The unicra shrieks as she drops her weapon.

Diane pulls out her own sword and cuts off her legs.

DIANE: You look like you need medical attention.

Kaytlyn finally finds her. Arke's voice also sounds in her earpiece.

ARKE (VO): We killed them all and are at a safe distance.

Diane turns her attention to her enemy again.

CORNELIA: Please don't kill me.

DIANE: Just because you asked nicely--

Diane stabs one rod of her nunchuks into the wall. She detaches it from the other rod. Its blinking light starts to beep.

DIANE: --I shall give you the chance to run.

Diane takes Kaytlyn, carrying her as in piggyback. She uses her reptilian claws to climb down the side of the building.

Cornelia makes a pitiful attempt to escape, but the nunchuk half explodes, setting off all the other bombs.

EXT. OMNITECH LABS – DAY

The entire building is demolished.

**Diane escapes with Kaytlyn.**

**INT. CHURCH – NIGHT**

**Peaceful and gothic. There is a stained glass window showing a knight slaying a dragon. There is also a medieval crusader sword hanging on the wall. It is too late for worshipers or priests to be here.**

**Kaytlyn sits on one of the benches. Diane puts a splint on her broken arm.**

**KAYTLYN: I wish I could just detach my arm like your kind can.**

**DIANE: It's a nuisance to fight with a missing limb for a month. The bone grows first, followed by the muscle days later. It is not easy to be in public places when we dismember injured appendages.**

**KAYTLYN: Fascinating. I'd write a paper on this if I could get it published.**

**DIANE: You might when we take over the world.**

**KAYTLYN: And what about the rest of us humans?**

**DIANE: We can coexist or go the alternate route.**

**Diane finishes fixing her.**

**DIANE: Now we can regroup with the others.**

**KAYTLYN: I need a moment.**

**Exhausted, Kaytlyn drinks from the holy water. Diane takes out her phone and dials Arke.**

**DIANE: Take your time. I understand the weakness of your species.**

**KAYTLYN: How? You are a born unnatural.**

**Diane examines the stained glass windows.**

**KAYTLYN: By the way, how did this interspecies war start?**

DIANE: The first member of our race, Kenner, was born to farmers in the early Middle Ages. He was a genetic mutation, similar to that which generates prodigies like yourself. He passed on his unique DNA through both sex and his venom.

KAYTLYN: Your venom can alter a human genetic code?

DIANE: Turning such a human into a weredragon if we so choose. The humans that were mutated created their own secret society that lived quietly for centuries. Unfortunately, evolution is constant, and in the late Middle Ages, the unicras emerged from the human gene pool. With their enhanced intelligence, they were able to deduce our existence, and deemed us a threat.

KAYTLYN: But the light bulb did not exist during the Renaissance. How could they have survived?

DIANE: Very poorly. Candlelight burned many of them alive, and wax took up most of their wealth. As the centuries passed, unicras began to develop the technology necessary to survive – the lightbulb, lasers, the atomic bomb.

KAYTLYN: I had no idea that Edison could have been harboring such a secret.

DIANE: He was not the first. Newton and Einstein both added to unicra technology, and were ranked grandmasters. Contrary to your beliefs, humans rarely produce prodigies.

KAYTLYN: They can't be that smart. They needed me because they couldn't reverse-engineer my liquid diamond.

DIANE: They probably could if they had time. Why wait five years to figure it out when they can just force an answer from the inventor?

KAYTLYN: How odd. We now have the internet and holograms all because someone wanted a night light.

Diane stares at the image of a knight slaying a dragon as an angel watches over them.

DIANE: Why couldn't god have just let whatever was to be?

The doors are kicked open. Duelle comes in.

DUELLE: Your intellect is impressive, but the fact that I tracked you down demonstrates that you are no match for me.

Diane throws the other half of her nunchuks to him. He takes out his crystal sword and knocks it away, sending it out the window.

He charges. Diane jumps and retrieves the crusader blade.

They clash. They leap on top of the communion chairs, crossing in midair.

Kaytlyn goes to a back room and picks up a large wooden cross.

Diane kicks him back and darts in for the kill. However, Duelle cuts her sword down the middle and smacks her away. She crashes into a sculpture of Christ and collapses unconscious in the holy water.

Duelle is about to finish her, but Kaytlyn smacks him over the back with the wood.

Duelle checks to make sure his armor tubes are still intact. He punches her in the face, knocking her out.

Duelle double-checks his tubes. Meanwhile, Diane scrambles to Kaytlyn, checking her.

He kicks the weredragon princess off.

DIANE: She is dead. I am the last person who knows the secret of the crystal guns. You cannot kill me.

DUELLE: You can't fool a born medic. I know she is alive, but she is also irrelevant. The knights I have in the legal system have now confiscated Doctor Wong's data. We are already in the process of manufacturing.

He grabs her by the throat. She struggles, but her punches don't even dent his helmet.

He fires a green diamond bullet into her stomach.

DIANE: AH!

DUELLE: You think you're as strong as your father? We're about to find out. But you are right about one thing.

He stomps on Kaytlyn's neck, breaking it.

DUELLE: The human doctor really is dead.

He takes Diane prisoner.

Arke and his men come in too late.

ARKE: Let's hope they took her as a bargaining chip.

INT. SEWER

Dirty.

Kaytlyn wakes up. She finds herself amongst weredragons. They are arguing.

WEREDRAGON SOLDIER: It's a trap. She's destroyed. We need to rebuild our resources for the future of the war.

They notice Kaytlyn.

ARKE: I thought you said her neck was snapped.

WEREDRAGON SOLDIER: I did say that.

Kaytlyn touches her neck.

KAYTLYN: I feel fine.

Arke walks up to her and crushes her arm with moderate strength.

KAYTLYN: Ah!

Her eyes turn reptilian for a moment.

ARKE: She altered your genes.

Kaytlyn is shocked.

KAYTLYN: You mean I'm...a different species now?

ARKE: A weredragon is what you are. You may as well help us in our fight.

Arke plays a video on the laptop. It shows Duelle.

DUELLE (VIDEO): Good day, my esteemed adversaries. I have your princess hostage. Surrender your remaining forces at the eastern forest or we shall melt her in diamond.

The video ends.

ARKE: I say she's still alive and we have a shot.

KAYTLYN: He probably has more than one liquid crystal gun now.

ARKE: I don't care if the odds are impossible.

KAYTLYN: The odds don't have to be impossible. I think I solved your problem.

ARKE: What, a gun that shoots oil?

KAYTLYN: Something better, as long as you have access to basic chemical engineering equipment and tranquilizer darts.

Kaytyn looks at a small plant that is growing at the top of a sewer lid above.

EXT. FOREST – DAY

There is a congregation of unicras in the middle of a clearing. They all have liquid diamond guns.

Diane is chained to a stone. Duelle is in the middle.

DUELLE: So that you know, it was I who disintegrated your father.

Diane has no reaction. Duelle keeps looking at her.

Weredragons storm in. They are not even trying to be stealthy.

DUELLE: A straight fight. This is not my style, but a victory is a victory.

A tranquilizer dart hits one of the unicra knights in the chest. He is fine for a moment before his body starts to blacken.

He crumbles into white ash.

Duelle is stunned.

More tranquilizer darts are fired. Half of the unicra forces are taken out. They try to shoot back, but the crystal guns do not have the same range.

Duelle dodges as several tranquilizers nearly hit him. One of them does, but it bounces off his armor.

Regardless, he retreats.

Arke and the weredragons come into close range. Being faster and stronger, they weave through the trees, tearing the remaining terrified unicras to shreds.

Arke breaks the chains, setting Diane free. Kaytlyn comes in.

DIANE: What kind of poison was that?

KAYTLYN: It was not venom. Chlorophyll is known to absorb light, so I used your chemical synthesis apparatuses to create from common plant matter a substance that can absorb 99% of all light.

She shows her a tranquilizer dart filled with a black liquid.

DIANE: There are reinforcements hidden throughout the forest. We must hunt them down.

Arke gives her a tranquilizer rifle.

EXT. DEEP FOREST – DAY

Several unicras are indeed waiting in the underbrush.

One of them turns around as a garden snake rustles his boot. He shoos it off.

When he looks forward again, Arke smashes his skull in with a beveled hammer.

Two other unicras are hiding behind the trees. Diane zips past them, a green blur.

They are fine for a moment, but look down to see their innards drop.

Unicras begin to emerge from their hiding spots, shooting liquid crystal in random directions. This makes them easier to spot. They are picked off one by one.

Kaytlyn tries to sneak up on one, but another unicra is about to ambush her.

Diane bites off his head and devours him. The original target turns around and tries to spray Kaytlyn, but she sidesteps and tackles him to the ground. She pummels his skull in with her bare hands.

She looks surprised at her new strength.

DIANE: It's good to be on our side, isn't it?

They keep moving towards a

EXT. WATERFALL – DUSK

A normal one that leads to a lake below.

The sun is about to fall. Diane and Kaytlyn keep hunting.

DIANE: You can use your tongue to taste the enemy's scent.

Kaytlyn flicks her tongue.

KAYTLYN: Mm. Cherries.

Diane's eyes become reptilian. She spins around and dodges a slash from Duelle's sword.

She chops his arm with both of her hands to bend his elbow the wrong way. He drops his sword into the waterfall.

However, he grabs her, and they both fall into the lake below.

The current takes them into a cave at the bottom of the lake.

INT. CAVE – NIGHT

With the sun down, it is completely dark.

Diane bursts out of the water. She can still see well even in the dark.

She doesn't need night vision. Duelle rises from the water, the luminous components of his armor brightening the place.

Without his sword, he charges at her with a series of fists. She deflects them with her sword.

He grabs the sword by the metal and rips it apart with his gauntlets. She throws a punch to his face and a kick to his chest, but it only makes him recoil for a moment.

He continues attacking. His metal fists break apart the stone.

She takes a rock and bashes him over the head. He is dizzied, but grabs her by the throat. He lifts her into the air.

DUELLE: Will your soldiers save you now?

DIANE: No…I leave that to Jupiter.

Outside the entrance of the cave, the planet Jupiter can be seen. It appears pale orange.

Diane's face starts to change. Her mouth protrudes out, turning into a set of lizard jaws lined with fangs. Scales cover her skin, and her musculature is amplified. Her claws grow, and a set of wings sprouts from her back, along with a tail.

Her tail wraps around Duelle's neck from behind. She throws him into a wall.

Before he can get up, she slams herself on top of him, hammering him with her claws.

His armor is shredded apart, pieces breaking as he tries to scramble away.

His liquid crystal gun washes up on top of a rock. He grabs it and tries to shoot.

However, Diane knocks the gun away, sending the spray of liquid to the side. Some of it falls back on Duelle.

He gets up and goes into combat pose, but the crystal hardens on his armor. It locks up his joints.

Diane flaps her wings, ramming him into a wall, and then another wall. She bites him in the chest, ripping apart his torsal plates. Inside his armor, white light emerges, bathing his unicra skin.

Duelle picks up a piece of solidified green diamond from the floor and stabs her in the shoulder.

Diane roars and pulls the piece out. She uses it to cut one of the tubes at the back of his suit.

White liquid spills out. The light inside his suit starts to flicker.

DUELLE: No! No!

He stumbles around, trying to fix it. His other tubes get caught on a stone protrusion and break. They too leak fluid.

His body disintegrates to ashes as the light fades out. The only part that still has energy is the head, but even his glowing white eyeslots blink out.

At that point, he collapses. Permanently.

Kaytlyn and Arke come in to witness his demise.

Diane lets out a few roars before reverting back to her human form.

DIANE: It is done. I have exacted my revenge.

ARKE: No. There are still unicras across the world waging war against the weredragons. The war is not over.

DIANE: You are right. We must set out immediately to build superior weapons. Kaytlyn, are you with us?

KAYTLYN: Indeed. I do not know where this path will take me, but it is superior than a mundane life.

DIANE: Let us not waste time.

They move out towards joverise.

INT. OMNITECH LABS SOUTH BUILDING – NIGHT

A map on the wall shows that the lab is located on the south side of the city – the same place the weredragons planned to attack days ago.

A unicra scientist opens up a large storage area, revealing dozens of new light armors. This scientist is a blonde white woman with gray bespectacled eyes named ALABARD.

ALABARD: Duelle is dead. I am now in command.

One of the armors looks like a tight latex outfit designed specifically for herself.

FADE OUT.

**Rules:**

**Weredragons:**
1 – They come out when Jupiter is in the sky.
2 – They have poison that can cause degrees of mind control depending on the weredragon's power and the subject's resistance to poison. This is introduced through a poison bite, through fangs.
3 – They can transform into anthropomorphic lizards depending on the level of power the individual has.
4 – They are vulnerable to green crystals. The molecular structure of crystals that emit green light does something to their muscle cells.
5 – They can eat almost as much as their own bodyweight during Jupiter's closest distance to Earth. This is the only time they eat. This is similar to how snakes can eat more than their own bodyweight.
6 – They regenerate like certain lizards do. They do not take damage and are immortal.
7 – They can disconnect their limbs at will.
8 – They have slight camouflage.
9 – However, when angered, their slit pupils and yellow eyes are revealed by reflex.

**Unicras:**
1 – They are invulnerable to poisons like the mythological unicorn.
2 – They can cure poisons at a touch.
3 – They do not have horns, but typically exude a very angelic appearance.
4 – Unlike weredragons, they cannot transform into beast-forms. They always look human.
5 – They are vulnerable to darkness, especially moonlight during the darkness. They can only walk during the day and must sleep inside candle-lit rooms or well-lite rooms. This makes them the opposite of vampires.
6 – They tend to own medical laboratories or take up medicine professions. Most of them are snooty and elitist.
7 – Despite being invulnerable to poison, unicras are actually very weak. A savage beating can kill one of them.
8 – They have genius-level intellects. This is matched by their cowardice.
9 – As unicras have control over most of the medical industry, they can easily cover up any dead werefolk bodies found by the police.

10 – Unicras tend to be charming.

Spectre Society:

1 – They are the equivalent of the illuminati. They have had access to advanced technology for centuries, and they have deleted 300 years of human history (the year is actually 2300). This was to cover up their dealings.
2 – They wear white cybernetic stealth suits similar to those worn by Kate Beckinsale. These suits are run on liquid crystal.
3 – They can escape into hyperspace, behaving much like folkloric ghosts.
4 – They are human.

Weresharks:

1 – They have full strength when Neptune is in the sky.
2 – They can never transform into human form, ergo must exist in hiding.
3 – They cannot speak because they are anthropomorphic sharks.
4 – Their skin can rip through metal. It is an enhanced version of normal shark skin.

# EXHIBIT B

lit rooms or well-lite rooms. This makes them the opposite of vampires.

4 – They have genius-level intellects. This is matched by their cowardice.

5 – As unicras have control over most of the medical industry, they can easily cover up any dead werefolk bodies found by the police.

Weresharks:

1 – They have full strength when Neptune is in the sky.

2 – They are anthropomorphic sharks permanently. They can never transform into human form, ergo must exist in hiding.

3 – They cannot speak because they are anthropomorphic sharks. However, they are about as intelligent as the average human.

4 – Their skin can rip through metal. It is an enhanced version of normal shark skin.

5 – They are vulnerable to magnets. Magnetic bullets or magnetite swords would kill them.

Pentagras:

1 – This is a species of anthropomorphic equines and their kin. For example, minotaurs, goats and anthropomorphic giraffes would fall under their classification.

30



2 – They are always in beast form, b pheromones that prevent humans fro them. To humans, they always look pedestrians. This is where the myth comes from.

3 – Mars is their familiar planet, and extra power when this planet is in th depending on the phase.

Werefoxes:

1 – A species of anthropomorphic

2 – Their power planet is Venus, w can only transform into werefox be the brief morning light.

3 – In beast form, they are extreme more so than weredragons. They a their insane speed and incredible a striking.

4 – Werefoxes tend to be unable t sexual urges, and in humanoid for romantic and sensual.

5 – These are not werewolves. Th to do with the moon.

31

THIS PAMPHLET ONLY HAS THE FIRST THREE CHAPTERS.

Weredragons -- A species of humanoids that can transform into anthropomorphic reptiles. Their power is influenced by the phases of Jupiter, increasing the power of their mind-controlling venom. However, gold weapons can kill them.

Unicras -- A species of fair humanoids that are immune to poison and possess genius-level intelligence, but they would all die if they stepped into the darkness, for they require constant light to survive.

Diane is a weredragon whose father has been killed. She now commands the serpentine legions, but can she outsmart the unicras who have turned the wheel of technology for centuries?

ISBN 9781539654469

90000 >
9 781539 654469

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayon Teryle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-041-578

**Effective Date of Registration:**
October 20, 2016

---

## Title

**Title of Work:** Were

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** October 14, 2016
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Kenneth C Eng
  **Author Created:** text
  **Citizen of:** United States
  **Year Born:** 1983

## Copyright Claimant

**Copyright Claimant:** Kenneth C Eng
4266 Saull Street, Flushing, NY, 11355

## Certification

**Name:** Kenneth Eng
**Date:** October 20, 2016

Page 1 of 1

# EXHIBIT D

# WERE

**By
Dr. Kenneth Eng**

## BESTIARY

### Weredragons

1 – Their power increases when Jupiter is in the sky.
2 – They have poison that can cause degrees of mind control depending on the weredragon's power and the subject's resistance. The poison bite can also be used to heal humans and other weredragons, but it requires years of training to master the art of venom.
3 – They can transform into anthropomorphic reptiles or remain in human form.
4 – Gold is toxic to their biochemistry.

### Unicras

1 – They are vulnerable to darkness, and require constant light.
2 – They are immune to poisons.
3 – They cannot transform into beast forms. They always look human.
4 – Being a genius is natural for them, as is cowardice.
5 – As unicras have control over most of the medical industry, they can easily cover up any dead werefolk bodies found by the police.

### Weresharks

1 – Their power planet is Neptune.
2 – They are always in beast form as anthropomorphic sharks or rays. Since they cannot appear human, they must exist in hiding. Further, they cannot speak human words, but have the same intelligence as an average man.
3 – Their skin can rip through metal. It is an enhanced version of normal sharkskin.
4 – They are vulnerable to magnets. Magnetic bullets or magnetite swords can kill them.

### Pentagras

1 – This is a species of anthropomorphic equines and their kin. For example, minotaurs, goats and giraffes would fall under their classification.



Made in the USA
Charleston, SC
19 November 2016

Deliver to Lap
Flushing 11355

All ▼    were Kenneth eng

EN ▼    Hello, Larry
Account & Lists ▼

Returns
& Orders

U
Cart

All    Early Prime Day    Health AI    Same-Day Delivery    Amazon Haul    Medical Care ▼    Prime Video    Buy Again

**books**    Shop Books    Early Book Deals    Categories    New & Trending    Deals    More    Your Books    Shop early

Books › Science Fiction & Fantasy › Science Fiction › Adventure



By
Dr. Kenneth Eng



## ere (3rd Edition) Paperback –
vember 16, 2016
Dr. Kenneth Eng (Author)

WERE Werefolk have been part of human lore for centuries. However, these monsters are not governed by the moon, and are not afraid of daylight. Diane is a weredragon. Influenced by the phases of Jupiter, she can control minds with her fangs, transform into a reptilian beast, and regenerate limbs. Her father has been killed by the unicras -- a genius race of shadow-fearing manipulators -- and she's out for revenge. Gold bullets can kill her, but she has enough darkness in her heart to wipe them all out. It's time for new folklore. It's time for Were.

Report an issue with this product or seller

| Print length | Language |
|---|---|
| 52 pages | English |

See all details

| Paperback |
|---|
| — |

**Out of Print--Limited Availability.**
Deliver to Lap - Flushing 11355

Add to Auto Buy

Add to List



**James Rosone** Monroe Doctrine: A Post-War Novel: Monroe...
4.6 ★★★★☆ 1,479
$18⁴⁵

Sponsored

## Products related to this item Sponsored ⓘ

Page 1 of 18



**The Book of Unusual Knowledge: Big Book of Fascinating Facts & Information | Hardco...**
Publications International Ltd.
23,632
#1 Best Seller
Hardcover
-41% $10⁰⁰
List: $16.98
**Tomorrow**
FREE delivery **Tomorrow, Jun 3**



**Thuvia, Maid of Mars: A thrilling Martian tale of royal intrigue telepathic warfare...**
Edgar Rice Burroughs
18
Hardcover
$22⁹⁹

FREE delivery **Sat, Jun 6**



**When Knighthood Was in Flower**
Charles Major

*Finally available, When Knighthood Was in Flower by Charles Major, on a freshly published and beautifully edited paperback ed. Get it now!*

11
Paperback
$9⁹⁹
FREE delivery **Sun, Jun 7 for Prime members**



**The Third Volume By Fergus Hume**
Fergus Hume
57
Paperback
$13⁹⁹
FREE delivery **Sun, Jun 7 for Prime members**



**Call of the Wild and White Fang**
Jack London
1,307
Paperback
-16% $7⁵⁶
List: $8.99

FREE delivery **Sat, Jun 6**

## 4 stars and above Sponsored ⓘ



**Heir of Ra (Blood of Ra Book One)**
M. Sasinowski

*Lara Croft meets Da Vinci Code in this award-winning series. "One of the best conceived & executed fantasy adventures" -San Francisco Review of Books*

3,208
Kindle Edition
-86% $0⁹⁹
Digital List Price: $6.99



**Beelzebub: A Memoir (Circles in Hell Book 6)**
Mark Cain
536
Kindle Edition
$4⁹⁹



**Sweet Blood of Mine: Book One of the Overworld Chronicles**
John Corwin
1,347
Paperback
$16⁹⁹
FREE delivery **Sun, Jun 7 for Prime members**



**After the End Series: (Books 1-7): A Gripping Post-Apocalyptic EMP Survival Thriller**
Sam J Fires
580
Kindle Edition
$3⁹⁹



**Soul Seer: Urban Fantasy Mystery Thriller (Overworld Underground)**
John Corwin
79
Paperback
$16⁹⁹
FREE delivery **Sun, Jun 7 for Prime members**

## Product details

**Publisher** : CreateSpace Independent Publishing Platform

**Publication date** : November 16, 2016

**Edition** : 3rd

**Language** : English

**Print length** : 52 pages

**ISBN-10** : 1540451143

**ISBN-13 :** 978-1540451149

**Item Weight :** 3.84 ounces

**Dimensions :** 5 x 0.12 x 8 inches

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Products related to this item Sponsored ⓘ



Just released

What the Ashes Hold, a companion novella (Annotated): Includes the full text of The...
**Robert alker**
Kindle Edition
-65% **$5**⁹⁹
Print List Price: ~~$16.99~~



The Book of Odes
**Confucius**
*Finally available, The Book of Odes by Confucius, on a freshly published and beautifully edited paperback ed. Get it now!*
16
Paperback
**$9**⁹⁹
FREE delivery **Sun, Jun 7** for Prime members



Thuvia, Maid of Mars: A thrilling Martian tale of royal intrigue telepathic warfare...
**Edgar Rice Burroughs**
18
Hardcover
**$22**⁹⁹
FREE delivery **Sat, Jun 6**



The Book of Unusual Knowledge: Big Book of Fascinating Facts & Information | Hardco...
**Publications International Ltd.**
23,632
#1 Best Seller
Hardcover
-41% **$10**⁰⁰
List: ~~$16.98~~
**Tomorrow**
FREE delivery **Tomorrow, Jun 3**



When Knighthood Was in Flower
**Charles Major**
*Finally available, When Knighthood Was in Flower by Charles Major, on a freshly published and beautifully edited paperback ed. Get it now!*
11
Paperback
**$9**⁹⁹
FREE delivery **Sun, Jun 7** for Prime members

Sponsored

# EXHIBIT E

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PAu 3-967-060

**Effective Date of Registration:**
January 05, 2019

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

      **Title of Work:**   Neodragons

### Completion/Publication
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

    **Year of Completion:**   2018

### Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

          **Author:**   Lap-Sun Chan
    **Author Created:**   Dramatic Work
        **Citizen of:**   United States
       **Year Born:**   1983

### Copyright Claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

   **Copyright Claimant:**   Lap-Sun Chan
                     4266 Saull Street, Flushing, NY, 11355

### Certification
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

         **Name:**   Lap-Sun Chan, Author/Owner
          **Date:**   January 05, 2019

   **Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single
                   Application only if the following requirements have been met: 1) The
                   registration covers one work; 2) The work must be created by one individual; 3)
                   All of the material contained within the work must be created by the same
                   individual; 4) The author and the owner of the work must be the same person,
                   and that person must own all of the rights in the work; 5) The work cannot be a
                   work made for hire.

Page 1 of 2

# EXHIBIT F

Case 1:26-cv-04680-AT    Document 1    Filed 06/03/26    Page 60 of 65

Pirate Campaign Compendium (5E) Revised (LGP366PI105ERE): Jason Nelson: 9781955320016: Amazon.com: Books                6/2/26, 9:09 PM

All        Early Prime Day    Health AI    Same-Day Delivery    Amazon Haul    Medical Care ˅    Prime Video    Buy Again



# rate Campaign Compendium E) Revised (LGP366PI105ERE)

rdcover – June 25, 2022

Jason Nelson (Author)

(54)

Set Sail for Adventure! From the jeweled islands of the tropics to the ice-choked polar seas and everywhere across the bottomless briny blue, the Pirate Campaign Compendium from Legendary Games offers 448 pages of amazing expansions for any nautical campaign using the 5th Edition of the world's most famous roleplaying game. Newly revised and edited and with brand-new artwork, this beautiful book is perfect for embarking on epic journeys of exploration above or below the waves, voyages to distant shores, or full-on pirate campaigns of plunder and pillage! The Pirate Campaign Compendium brings you an incredible collection of rules for nautical campaigns of every kind, including: Dozens

˅ Read more

⚑ Report an issue with this product or seller

| Topic | Print length |
|---|---|
| **Sail sport** | **448 pages** |

See all details

The Amazon Book Review

Book recommendations, author interviews, editors' picks, and more. Read it now.

### Hardcover
### $59.99

Other New and Collectible from $47.99

## $59⁹⁹

You Earn: 60 pts  Learn more

FREE delivery **Saturday, June 6**. Order within 4 hrs 6 mins

Deliver to Lap - Flushing 11355

Only 10 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Legendary_Games |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

˅ See more

Add to List

## Other sellers on Amazon

New & Used (3) from $47⁹⁹  + $3.99 shipping

## Frequently bought together

 +  +

Total price: $94.97

Total Points: 95 pt

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Pirate Campaign Compendium (5E...

$59⁹⁹
60 pts

Sea Monsters (5E) (LGP479SM015E)

$14⁹⁹
15 pts

Latin American Monsters (5E) (LGP508LA015E)...

$19⁹⁹
20 pts

Case 1:26-cv-04680-AT    Document 1    Filed 06/03/26    Page 61 of 65

Pirate Campaign Compendium (5E) Revised (LGP366PI105ERE): Jason Nelson: 9781955320016: Amazon.com: Books                    6/2/26, 9:09 PM

## Customers who viewed this item also viewed

Page 1 of 6



**Sea Monsters (5E) (LGP479SM015E)**
Miguel Colon
19
Perfect Paperback
-25% **$14**⁹⁹
List: $19.99
15 pts
FREE Delivery
**Saturday, Jun 6**



**Latin American Monsters (5E) (LGP508LA015E)…**
Miguel Colon
7
Paperback
-26% **$19**⁹⁹
List: $26.99
20 pts
FREE Delivery
**Saturday, Jun 6**



**C4Labs Large D&D Ship | 25" Long | Full Color on Wood | Modular | Upper & Lower Deck | 1" Battle Terrain | DND Pathfinde…**
38
**$54**⁹⁹
FREE Delivery
**Thursday, Jun 4**



**The Game Master's Box of Unlimited Adventure:…**
› Jeff Ashworth
361
Hardcover
-39% **$39**⁴⁵
List: $65.00
40 pts
FREE One-Day Get it
**Tomorrow, Jun 3**

**Harrow Drop-i**
› Steven
Paperba
**$24**⁹⁵
25 pts
**Thursda**

---

## 4 stars and above Sponsored ⓘ

Page 1 of 39



**Starfinder Pawns: Dead Suns Pawn Collection**
97
**$24**⁹⁹
Tomorrow
FREE delivery **Tomorrow, Jun 3**



**Starfinder Adventure Path: Escape from the Prison Moon (Against the Aeon Throne 2 o…**
Eleanor Ferron
76
Paperback
-46% **$12**⁴⁴
List: $22.99
Tomorrow
FREE delivery **Tomorrow, Jun 3**



**Architect: A Divine Dungeon Series (Artorian's Archives)**
Dennis Vanderkerken
126
Hardcover
**$24**⁹⁹
FREE delivery **Sat, Jun 6**

Just released



**End of King: Rise of the Cheat Potion Maker 7**
Alvin Atwater
331
Kindle Edition
**$5**⁹⁹



**Guardians: Guardian Metas book one: A LitRPG adventure story**
Dwayne Hawkins
50
Hardcover
**$22**⁹⁹
FREE delivery **Sat, Jun 6**

Deliver to Lap
Flushing 11355          Books ▾ | Search Amazon                    EN ▾    Hello, Larry    Returns    0
                                                                              Account & Lists ▾    & Orders    Cart

**Publisher** : Legendary Games
**Publication date** : June 25, 2022
**Language** : English
**Print length** : 448 pages
**ISBN-10** : 1955320012
**ISBN-13** : 978-1955320016
**Item Weight** : 7.26 pounds
**Dimensions** : 11 x 8.75 x 1 inches

Case 1:26-cv-04680-AT    Document 1    Filed 06/03/26    Page 62 of 65

**Topic** : Sail sport

**Best Sellers Rank:** #241,441 in Books (See Top 100 in Books)

**Customer Reviews:** 4.6          (54)

# Videos

Help others learn more about this product by uploading a video!

( Upload your video )

# Related products with free delivery Sponsored ⓘ

Page 1 of 52

Pre-order now

Just released











Harrowsport Harbor: A Drop-in Port Campaign Setting: A Fun TTRPG Campaign Setting w...
**Steven Chabotte**
8
Paperback
$24⁹⁵
**Two-Day**
FREE delivery **Thu, Jun 4**

Set Sail: The Art and Making of One Piece
**Mike Avila**
Hardcover
-9% $36²⁴
List: $40.00

FREE delivery **Wed, Jun 24**

Pathfinder Campaign Setting: Osirion, Legacy of Pharoahs
**Paizo Staff**
41
Paperback
-58% $8³⁷
List: $19.99
**Tomorrow**
FREE delivery **Tomorrow, Jun 3**

Starfinder RPG: Scoured Stars Adventure Path Special Edition
**Eleanor Ferron**
20
Hardcover
-40% $44⁹⁹
List: $74.99

FREE delivery **Sat, Jun 6**

Assassin's Creed: Forgotten Temple, Vol. 3
**ARC**
Paperback
$19⁹⁹
**Two-Day**
FREE delivery **Thu, Jun 4**

# Rate today's book shopping experience

Very poor     Poor     Neutral     Good     Great

# Similar brands on Amazon

Sponsored

# EXHIBIT G

Biting – Their fangs can rip through diamond. The strongest _ersharks can bite through carbon nanotubes and graphene.
_esistance to Heat – They can consume lava.
_ Weresharks cannot transform into humans and must exist in _ They are tribal and extremely brutal in combat, but otherwise, they prefer to avoid confrontation; most of the times, they are depressed and sick of life in general. They are unable to speak human languages, but have almost average human intelligence. They do not possess advanced technology, but are aware that metal can deflect magnetic swords or bullets. They _ _ breathe underwater for days at a time. Every 10 months, they _ _ _m the ocean floor in order to heal their bodies of _ _ _ in their skin, and to replenish their armor. This species _ _ _ _opical weather, and dies if exposed to long-term cold. _ _dically hibernate in solidified lava.

Lifespan: 80 Years

Units:

Guardian – This is a basic unit who is meant for direct assault.

Silverripper – This type of wereshark has an exceptional ability to _ _gh metals and most crystals.

Diamondripper – A beast that can tear through diamonds, graphene and nanotubes.

Magmaplayer – A wereshark that is particularly invulnerable to lava and heat. These units oversee the yearly lava hibernations.

Bludgeoner – This type of wereshark lacks endurance, but can deal massive damage in a short burst of violence.

Leviathan Bludgeoner – This is an advanced bludgeoner with stronger fangs.

Charherder – A wereshark who can tame sharks. Most sharks ignore weresharks (they sometimes even fight), so charherders are more intelligent than most of their species.

Rayherder – A wereshark who can tame rays.

Squidherder – A wereshark who can command squids. This is dangerous business, and typically results in the death of the squidherder himself.

Reefherder – A wereshark who watches over the corals. She is typically the least violent of a normally violent species, and exhibits behaviors that would allow her to fit in human society (these units are their greatest hope for one day entering human society).

191

Chieftain – The king of the weresharks is usually the oldest member of the tribe.

## Pentagras

**Familiar Planet**: Mars
**Vulnerability**: Sugar
**Metamorphosis**: Pentagras are always in beast form (anthropomorphic minotaurs, goats, giraffes, reindeer and other equines). However, they emit pheromones that prevent humans from seeing them for their true form. Humans see them as ordinary people with enhanced sexual appeal. Typically, pentagras appear to be redheaded Scots. When Mars is fully lit, their power increases. Crescent Mars will also increase their power, but not as much. If Mars is closer to the planet, their power rises. When Mars moves in a retrograde fashion, however, pentagras become confused and may stop producing pheromones.
**Weapons**:
Pheromones – These molecules are more powerful than weredragon venom when it comes to mind control. No human can resist a pentagra. Male humans can be killed by the pheromones of a female pentagra, in the same way that female humans can be killed by male pentagra scent. Some werefolk can be influenced by pentagra allure.
Balance – Pentagras can climb vertical surfaces and traverse extremely rough terrain. They can sleep while clinging onto a cliff face, giving them an advantage in stealth.
Sex – Pentagras are masters of seduction and are geniuses in psychology/reading people's faces and gestures.
**Behavior**: Pentagras are as sexy as weredragons, and their entire species is founded on copulation and orgasm. Their diet consists of extr___ ___lty foods. They control the pornography and cosmetics indus___ famous models were of pentagra descent (Marilyn Mo___ Troy). Their society is based on breeding, and they ___ stranger dies, it is the same as losing a son. They ___ are have excessive decadence, but they are har___