# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## AFFIRMATION OF SERVICE

*40112*

Index no : **26 CV 4680**

| | |
|---|---|
| Plaintiff(s): | **LAP-SUN CHAN** |
| Defendant(s): | **WIZARDS OF THE COAST, LLC** |

**Brett Golub**, affirms: the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

That on **06/04/2026** at a regular postal depository maintained by the United States Postal Service deponent mailed the copy of **SUMMONS IN A CIVIL ACTION; COMPLAINT** to **WIZARDS OF THE COAST, LLC** the **Defendant(s)** at **P.O. BOX 707, RENTON, WA 98057**.

Copy mail by 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

I affirm this 4th day of June, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Deponent knew the person(s) so served to be mentioned and described in said papers as the **Defendant(s)** herein.



X_____
Brett Golub
License#: 1239212
B & G Legal Support Services Inc
225 BROADWAY Suite 3430
New York, NY 10007
212.635.3555
DCA License#: 2110710

Notary Not Required Pursuant To N.Y. CPLR 2106

2026 JUN -5 PM 3:41

SDNY PRO SE OFFICE
RECEIVED