**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAP-SUN CHAN,

                                    Plaintiff,

                                                            Case No.: 1:26-CV-04680-AT

-against-

WIZARDS OF THE COAST, LLC,

                                    Defendant.

---

**To:     The clerk of court and all parties of record**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Wizards of the Coast, LLC ("Wizards"). I make this appearance expressly without waiver of – and, in the absence of further action in this matter, solely for the purpose of raising the issue of – Plaintiff's failure to properly serve Wizards.

As reflected in the "Affidavit of Service" Plaintiff filed, Plaintiff purported to "serve" Wizards solely by mailing Wizards a copy of the Complaint in this action, without a summons and without any form of personal service. As Plaintiff is *pro se*, Wizards has mailed Plaintiff an executed waiver of service, but as Plaintiff did not request such a waiver, it is unclear whether it is effective. Wizards files this Notice solely to obviate any potential (and misplaced) filing by Plaintiff for entry of a default based on the purported service reflected in the Affidavit of Service, which, had it been good service, would have required Wizards to file an Answer or motion by June 25, 2026.

Dated:   New York, New York
         June 25, 2026

                                    KAMERMAN, UNCYK, SONIKER &
                                        KLEIN P.C.


                                    By: */s/ Akiva M. Cohen*
                                        Akiva M. Cohen, Esq.

*Attorney for Wizards of the Coast, LLC*
1700 Broadway, 16th Floor
New York, NY 10019
(212) 400-4930
acohen@kusklaw.com