**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAP-SUN CHAN,

                              Plaintiff,

                                                      Case No.: 1:26-CV-04680-AT

        -against-

WIZARDS OF THE COAST, LLC,

                              Defendant.

I, Deborah Gaynor, a law clerk for Kamerman, Uncyk, Soniker & Klein, affirm the following to be true under penalty of perjury: I am not a party to the action and am over 18 years of age.  On June 25, 2026, I mailed a copy of the Notice of Appearance and Letter Motion to the Plaintiff at his home address.

Dated:    Virginia Beach, Virginia
          June 25, 2026

                              By: _/s/ Deborah Gaynor_____
                                    Deborah Gaynor
                                    KAMERMAN, UNCYK, SONIKER &
                                       KLEIN P.C.
                                    1700 Broadway, 16th Floor
                                    New York, New York  10019
                                    Tel:  (212) 400-4930
                                    dgaynor@kusklaw.com