UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

              Plaintiff,

      -against-

DUNGEONS AND DRAGONS WIZARDS OF
THE COAST LLC,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/26/2026

26 Civ. 4680 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

It has come to the Court's attention that ECF No. 8 in this matter is an inadvertently-filed exact duplicate of the Court's order filed at ECF No. 5. Accordingly, the Court VACATES the order filed at ECF No. 8. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

      SO ORDERED.

Dated: June 26, 2026
      New York, New York

                                ANALISA TORRES
                        United States District Judge