**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAP-SUN CHAN,

Plaintiff,

v.

WIZARDS OF THE COAST, LLC,

Defendant.

**Case No: 1:26-cv-04680-AT**

# NOTICE OF MOTION TO DISMISS

TO ALL PARTIES:

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and the Declaration of Akiva Cohen with Exhibit, dated August 25, 2026, and the documents submitted therewith, and upon all prior pleadings and proceedings herein, that Defendant Wizards of the Coast, LLC respectfully moves this Court, before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff Lap-Sun Chan's Complaint for failure to state a claim, and for such other and further relief as the Court deems appropriate.

Opposition papers, if any, shall be filed on or before four weeks from service and shall not exceed 8,750 words, and reply papers, if any, shall be filed on or before two weeks after receipt of opposition and shall not exceed 3,500 words.

Dated: August 25, 2026

Respectfully Submitted,

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

By: *__/s Akiva M. Cohen__*
Akiva M. Cohen, Esq.
1700 Broadway, 16th Floor
New York, New York 10019
Tel: (212) 400 – 4930
Fax: (866) 221 – 6122
acohen@kusklaw.com
*Attorneys for Defendant Wizards of the Coast, LLC*