**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAP-SUN CHAN<br>Plaintiff,<br>-against-<br>WIZARDS OF THE COAST, LLC<br>Defendants. | C.A. NO. 1:26-CV-04680<br><br>**DECLARATION OF AKIVA M. COHEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

I, AKIVA M. COHEN, declares the following to be true under penalty of perjury:

1. I am counsel to Defendant Wizards of the Coast, LLC ("Wizards"), and I submit this Declaration in support of Wizards' motion to dismiss. I have personal knowledge of the facts set forth herein.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of the webpage at https://www.amazon.com/~/es/genghis-forever/dp/1539540987.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the webpage at https://www.amazon.com/Were-3rd-Dr-KennethEng/dp/l540451l43/ref=sr12?dib=eyJ2ljoiMSJ9.kmXU18Fz82dtoD6nZky6grm9EySyGcPo6AEE7pPcwXe0N9Fb-HidlBKg9wEVmd7rimpySqDVPFspRc9jw0JAa3kB7JxYWGeRPFwVUgxWAL6uaHWjKG3By33ua2Ll8RHQYX9My6XxlWlHOjAo41lekmz8upTr0YkaJClFBurNaLVdnkQymQHqewsqeJbqru5os0SUvsZOwHLulsgIYnzt7n7JIfBQlihbwb20kwl.J6YQeMZ6Yh.KnWAsfHjFR5cjzBdkRZMr9P0ec7LWhM&dibtag=se&keywords=were+Kenneth+eng&qid=l 750641200&si=8-2.

4. Annexed hereto as **Exhibit 3** is a true and correct copy of screenshots of every mention of a wereshark in *Weredragons and Other New Monsters*. No mention is made of weresharks having either immunity to disease or the ability to generate lightning.

5. I have watched *Wereshark: Neptunerise*. For the convenience of the Court, I affirm that the following description, which the Court can and should confirm for itself by watching the film on YouTube, is accurate: *Neptunerise* depicts the wereshark as a shambling, muscular humanoid with a shark head and incapable of speech, invulnerable to bullets but vulnerable to magnets; it does not mention immunity to disease or lightning weapons.

6. Annexed hereto as **Exhibit 4** is a copy of the Tribality.com webpage referenced in Plaintiff's Complaint, located at https://www.tribality.com/2015/10/14/natural-lycanthropes-in-5th-ed-wereshark/.

7. Annexed hereto as **Exhibit 5** is a true and correct copy of the copyright certificate for the Dungeons & Dragons 5e *Monster Manual*.

8. Annexed hereto as **Exhibit 6** is a true and correct copy of the *Archives of Nethys* webpage referenced in Plaintiff's Complaint, located at https://2e.aonprd.com/Monsters.aspx?ID=3324&Elite=true&NoRedirect=1.

9. Annexed hereto as **Exhibit 7** is a true and correct copy of the license announcement included on Exhibit 6, located at https://www.archivesofnethys.com/movingforward.html.

10. Annexed hereto as **Exhibit 8** is a copy of the 5eSRD.com webpage referenced in Plaintiff's Complaint, located at https://www.5esrd.com/gamemastering/monsters-foes/npc/wereshark-bloodrider.

11. Annexed hereto as **Exhibits 9-16** are true and correct copies of coverage of the 2014 launch of D&D 5e, located, respectively, at https://www.heypoorplayer.com/2014/10/06/dungeons-dragons-5th-edition/, https://geekdad.com/2014/08/a-tale-of-two-handbooks/, https://www.enworld.org/threads/d-d-next-release-date-set-summer-2014.350168/, https://www.enworld.org/threads/ring-side-report-rpg-review-of-basic-rules-for-dungeons-and-dragons.356495/,

https://www.rpg.net/reviews/archive/16/16138.phtml,[1] https://dreadgazebo.net/review-dnd-5e-basic-rules/, https://www.boardgamequest.com/dungeons-dragons-fifth-edition-players-handbook-review/, and https://www.greyhawkgrognard.com/2014/09/19/review-dungeons-dragons-monster-manua/.

12. Annexed hereto as **Exhibit 17** is a true and correct copy of the LegendaryGames.com terms of service, located at https://www.makeyourgamelegendary.com/terms-of-service/.

Dated: August 25, 2026
East Brunswick, New Jersey

By: *__/s Akiva M. Cohen__*
Akiva M. Cohen

[1] The above link currently displays a "scheduled maintenance" notification. The exhibit annexed as Exhibit 13 was taken from the archive.org archive of the prior page, https://web.archive.org/web/20240520045107/https://www.rpg.net/reviews/archive/16/16166.phtml, which accurately reflects the article as it displayed when I reviewed the cited link earlier in August, and which I expect will return whenever RPG.net completes the referenced maintenance.