# EXHIBIT 1

amazon

Search Go

# SORRY

## we couldn't find that page

Try searching or go to Amazon's home page.

