# EXHIBIT 2

Search Go

# SORRY

## we couldn't find that page

Try searching or go to Amazon's home page.



Bailey

Meet the dogs of Amazon