# EXHIBIT 3

Diane was not there. She was plunging her claws through his back.

The other one fired, but the target was using his comrade as a body shield. He dropped the gun immediately. He'd have done it anyway when Arke punched him in the back of the head, knocking him out.

They chained the pentagra who was still alive and switched him with the police officer. The cop later woke up, believing he had just been robbed by sand niggers.

********

Diane and Arke drove back to their den. The sun was going down, which would have meant something had they been battling unicras. The area around them was low grass, allowing for an excellent view of dusk. This was not the time to enjoy the view, but she was becoming so battle-hardened that she stuck her head out the window to catch some of the floral scents.

"The sun in the distance still seems strange," Arke remarked of the Ponzo illusion.

"I grew up seeing giant moons and giant Jupiters," she replied. "You must have spent most of your life in mountains or surrounded by towers."

"The Manhattan skyline is the greatest mountain range of all."

"Those glass monoliths are nothing compared to the Great Red Spot."

Jupiter in the horizon was not affected by the Ponzo illusion, but weredragons could see the magnetic field that planet emitted. It eclipsed the sun and moon combined. Some folks were able to hear its radiation, like growls of every predatory animal on Earth. Diane often felt the orange king of worlds whisper in her dreams, guiding her to the honorable path of war. She liked to imagine that Jupiter was her father's eye, and the four Galilean satellites his hands and legs.

Arke was older and attuned to seeing the giant magnetic field. Oddly, he never could hear the roars. There was a jovian eclipse years ago when a comet passed in front, and he remembered a ringing in his eardrums. After that, he had the song "Under the Sea" stuck in his head, although what that had to do with the heavens he did not know. Maybe it was the fact that primitive reptiles were affected by joveshine the same way the moon caused werewolves to howl and humans to commit homicide more frequently. Extra moonlight gave Homo sapiens greater opportunity to hunt. Extra jovelight gave reptiles a radiation surge. The near-invisible ring system also influenced their behavior.

Diane's eyes caressed the stars. Betwixt the stellar entities, there were nebulas and galaxies that were otherwise invisible to the naked human oculars. She knew that some of them had effects on other werefolk. For example, Neptune was the familiar planet of the weresharks. The blue gas giant's Great Dark Spot added power to power. Then there was Uranus, the familiar planet of the Half-Glass Society. Eternally tilted on its side, this gas giant reflected their worldview, but there was some doubt as to whether it really had any control over their biochemistry. Half-Glass members

Case 1:26-cv-04680-AT-RFT Document 16-3 Filed 08/25/26 Page 3 of 11

Diane was about to move in, but a large, hulking silhouette emerged. Ten feet tall, it had the head of a shark and a muscular humanoid body covered in gray scales. Diane had never seen a wereshark in real life. Why not now at the worst possible time?

"How do you like him? I found him during a business trip to the Polynesian Islands. He was one of the first to try my new fragrance."

"You can control werefolk?" asked Kaytlyn.

"My dear, I do not need to control what I can easily destroy. Devour them, my darling."

Dominatrix Damienne waltzed out and ascended to the highest floor. She was not interested in witnessing this entertainment.

Diane was about to take combat stance, but Kaytlyn stood in between her and the monster.

"Dominatrix Damienne is yours," she said. "The wereshark is mine."

Diane was going to tell her how dangerous such a beast was, and what its strengths/weaknesses were. However, she saw the resolve in the doctor's eyes.

The general headed into the staircase to face the enemy leader.

The wereshark roared and stomped in at a deliberate pace. Kaytlyn discarded her empty gun and took out her Chinese sword. The laborers of the Terracotta Army did not make this weapon in vain.

The creature swung a tree-like arm. Kaytlyn sidestepped and cut him across the chest. All she saw were sparks, but no gore. Her sword was chipped.

He swung a few more times. She dodged him with ease, hitting him multiple times. Not a single slash drew blood or even flaked off a scale.

A final blow to his head shattered her blade once and for all. At least the antique was lost in battle. A fitting way to go; the only way to go.

The wereshark snapped his jaws. Kaytlyn avoided the fangs, but the head hit her with the force of a train. She crashed into an old grand piano, playing a melody similar to Elvis.

********

Damienne sat on her throne, one leg propped on the arm rest so that the white crotch of her glowing pink tights could be seen. She twirled the double-whip in two fingers.

Diane entered with her nunchuks.

"Does that truce still stand?" asked the leader of the orgy.

"Negative."

"I'm sorry I had to do this to you, but it seemed like the best way to honor your father."

"What would you know about my father, vile harlot?!"

"I know he would have stopped at nothing to conquer everything there was to battle. I met him once he had slain my predecessor. As you know, we are matriarchal, and though she tried to seduce him, he killed her without

Case 1:26-cv-04680-AT-RFT Document 16-3 Filed 08/25/26 Page 4 of 11

hesitation. Never had my mother failed at coercing a member of the opposite gender."

"Revenge?"

"No, my mother knew she was going to die anyway. In forging a peace treaty with the weredragons, I asked Kenneth if he would take me as his student. He informed me that there was no such thing as students or teachers, for education was worthless compared to action. This was the only real lesson I ever had to learn, so I can rightfully say that your father was my sensei."

Diane pointed her weapon, snarling.

"How dare you speak of my father in such a way!"

"By simply doing it. Tell me, do you remember how men at sea would hide the treasure they stole?"

Diane thought. She looked down, noticing that she was standing on a trap door.

A second trap door opened up from the ceiling above her. The gold bars rained down, burying her in several tons of Au.

Diane hissed, thrusting an arm out from the ore. Pushing her legs up, she blasted the ingots in all directions, and staggered away from the remains of the pile.

The gold had melted away half of her flesh in random parts of her body. Her entire mouth was disintegrated, leaving behind only a frozen skeletal smile. This was also true of one of her arms and the opposite leg. She was completely blind, one gold bar having ripped its edge across her eyes. She tried to transform into beast mode, but without Jupiter, it was hopeless.

********

Kaytlyn landed a few claw slashes on the wereshark's back, but the skin damn near tore her fingers off. If she had to guess, the creature's dermatology was one of its primary weapons.

It threw more punches. She dodged. This was getting redundant. It must not have been very clever.

It clouted her with its tail. She stumbled. It seized her torso with one arm and squeezed.

A massive silhouette grew outside the window. The glass crashed from a large anthropomorphic pterodactyl. It carried a set of wrist blades.

The interloper rammed the wereshark to the floor. Kaytlyn went flying into the chandelier, bringing it down. She looked and could not recognize the weredragon. However, his stride was familiar.

"Arke!" she shouted. "What do we do?!"

"Hello Kaytlyn," replied the pterodactyl in a rather silly voice for a creature so intimidating. "Nice to have you back. FYI, weresharks are vulnerable to magnets. Therefore, if you have any magnetic swords on you, now is the time to utilize them."

The wereshark was getting up. Since neither of them had magnetite on them, Arke darted in and stabbed the creature with his wrist blades. Wereshark skin could rip through metal, so he was aiming for weak points. He managed to strike the armpit and behind the knee, but one of his weapons was already half-fractured. He only left a few minor cuts on its softest parts.

The wereshark lunged with a bite. He backstepped. As sizeable as Arke was in both humanoid and beast form, this creature was a colossus.

Kaytlyn picked up the pieces of the chandelier and cast them at the enemy's eyes.

"I can create a magnet if I had a battery, a metal bar and wire!" she informed him.

Arke threw a sweep kick. The monster fell on its back.

"Elementary science experiments will not be of use! We must improvise!"

The wereshark grabbed Arke by the leg and yanked him off his stance. He batted him with his wings, hoping to gain flight.

*********

Diane was about to collapse, but the pentagra commander caught her. Lifting her, she took her to the throne and sat her down in a ballerina's sprawl. Diane tried to reach for her nunchuks, but the adversary crushed them.

"I may not have won your father's heart, but I shall win yours. That

Case 1:26-cv-04680-AT-RFT Document 16-3 Filed 08/25/26 Page 6 of 11

********

Arke and Kaytlyn attacked at once. Their brute force was weakening the monster. Despite their efforts, they could not leave more than a scratch.

The wereshark drove its claws into the floor and ripped out a large piece. It lobbed the debris. Arke flapped his wings, flying sideways.

It ripped out another chunk and hurled it at his comrade. Kaytlyn jumped over it and tried to stab a chandelier fragment in his eye. Miss.

The wereshark continued to lob chunks. The weredragons found it simple to dodge him, but the floor was crumbling.

Which is exactly what happened. Both it and Kaytlyn fell to the first floor again, splintering the remains of the pews. Arke followed them down.

********

Diane crossed her mace with the enemy's double-whips. She tried to keep it in close quarters, but the room was rather spacious.

The pentagra weapon was spun around much like a staff. The leather came from two directions in deadly fluid motion. Diane took a hit to the face and another crack to the thigh. She wailed her blunt force armament, but Dominatrix Damienne used her tail mace to keep it at bay.

She whipped Diane's boot, and yanked, taking her off balance. The other whip end snapped her face. Diane tried to grab it, but as the foe spun again, the ensnarement on her boot put her flat on her back. The pentagra stomped on her for good measure.

Diane sprung back to her feet. Dominatrix Damienne circled her, snarling from the pain of her amputation. For a one-armed warrior, she was formidable and preternaturally graceful.

Diane dashed in with an overhand. The adversary tried to clothesline her with the tail-bola, but she bent her head back, letting it slip over the tip of her nose. She turned around and slammed her mace into the tail, pinning it to the ground.

Dominatrix Damienne screamed. Diane clawed the back of her head, fracturing the skull. The foe wrapped her whip around her torso and flung her to the side, using the other end of the whip to crack her in the chest. Diane took a hold of the leather and jerked, ripping off the enemy's tail. She punched the Dom upside the chin, sending her through the ceiling.

Diane followed her up to the roof.

********

Kaytlyn smacked the wereshark with an entire bench. He shook himself out of it and cornered her.

Arke swooped in and wrested his arms around the creature's thick neck. Using his entire bodyweight, he threw it into the holy water.

It sipped some of the water and rose yet again.

“If it is this difficult to slay, the pentagras must have had some fail-safe,” said Arke. “There must be a magnetic weapon somewhere.”

Kaytlyn thought.

“The direct approach is usually the best,” she concluded.

She pointed up at the wereshark chamber from where they came. Arke understood.

“Come here!” he shouted to the monster, his voice becoming a serpentine roar. “I challenge you!”

The wereshark rampaged. Arke brawled with it, allowing Kaytlyn to climb back up to what was left of the third floor.

Arke landed several blows on the face and stomach, but every hit left his knuckles bloody. He may have just eaten recently, but the regeneration was sapping his energy.

It punched him twice in the face, breaking his pterodactyl jaw. He was about to get KO’d.

It threw a massive roundhouse. Arke blocked, seizing the beast’s wrist.

With all his might, he slammed his fist into the wereshark’s nose, crashing it through the dead pentagra bodies. It lay there.

Arke fell to his knees. His wings started to withdraw.

“Not now…Not yet…”

He concentrated. Standing up, he kept his wings in form. The wereshark did something similar, is leviathan mass rising from the wreckage.

Arke used the last of his strength to thrust himself into flight. He shot up through the opening of the wereshark chamber floor.

The wereshark buried his claws into the walls. It vaulted up to chase its prey.

It landed on the stable part of the third floor. The howitzer at the back of the room was pointing straight at its face. Kaytlyn was at the controls.

She pulled the trigger. The deafening blast exploded its body into a bloody pyrotechnic. The cadaver was merely arms and legs.

Arke sat on the floor in human form. His shirt was intact, but his pants had been shredded. Kaytlyn came to him, not sure whether he needed medical attention or a towel.

“I guess this disproves the whole giant monster trope,” he said.

“Shame. I’d have liked to see your chest.”

“Right back at you.”

She grimaced.

“Too direct?”

“Never mind.”

She helped him up.

********

Diane and Damienne continued their battle on the rooftop. Under direct marslight, the enemy was barely able to feel the pain.

Kindle Library

Case 1:26-cv-04680-AT-RFT Document 16-3 Filed 08/25/26 Page 8 of 11

to ripple back into visibility. As he clutched his aching temples, she lunged, tackling him to the ground. She threw several punches, breaking one of his lenses.

Seraphim moved like oil, putting her in an armbar. A broken limb did nothing to a weredragon, so she swept him to the side, crashing his body into the stone wall. The armor braced him, but not as greatly as wereshark armor would have. He was severely lacerated.

The force sent him rolling on the wet stone. Diane stamped in to finish him off.

He pointed his rifle up. She took it away and tried to stomp his skull. He pounced at the last second, stabbing her own nunchuk into her body. He broke the chain, setting off its explosive mechanisms. Diane was shocked. He was not supposed to have known about that trick.

She got as far as pulling it out and throwing it, but it still blew up right in her face. The green fire cast her into a stone wall, leaving behind a vertical crater. She flopped onto the floor, half-conscious.

The sniper rifle was still in her grasp. She pulled the trigger at the shape that was coming towards her, but the gun did not fire. It must have had an identity reader. It hardly mattered. She was never any good at long-distance targeting anyway…

Seraphim pulled out a handgun and fired a specialized bullet into the third disk of her spinal cord. It neutralized her non-lethally. The other bullets he had hit her with were psychic bullets – meant to improve his reading on the subject's mind. His natural clairvoyance was not up to par, ergo he had to rely on sharpshooting.

Four other spectre agents appeared. They converged upon their quarry. Restraining her with diamond shackles, they cloaked her as well, and disappeared into the night.

There was a small chance they did not notice the fly-sized drone that had been attached to an inconspicuous rock.

********

Kaytlyn could see through the drone's eye at home base.

"Arke, we need to get moving now."

"Confirmed," replied Arke and his team through earpiece.

grabbed him in flight. They wrestled for each other's joints before hitting the floor in a tumble.

Diane put him in a wristlock, breaking off his entire hand. She threw it in his face, trying to gouge his eyes, but he bit the dismembered part and spit it back. Diane tilted her head to the side, proceeding to block a storm of punches and kicks. Even a one-handed werefox was hard to defend against.

She grabbed him and went into a backroll, taking him with. She fired several shots at point blank range into his stomach. The white flashes followed them both as they wheeled into the shadows.

The final shot struck his heart. He died instantly.

Curious. Was that a werefox weakness? Nonsense. That which is nonexistent has no weaknesses.

The body turned into blue plastic fluid. It might have been the same substance she was encased in, a type of liquid computer. As it trickled away, she looked on to see the next challenge. They were probably testing her vital stats and combat abilities in order to determine what experiments they should conduct on her.

"Target eliminated," said the spectre lion. "Prepare for the next target. Insectra species."

An insectra was about to step out of the shadows, but Diane had no patience. She opened up the side of her gun, exposing its sleek glowing circuits. She jacked her claw into a specific part.

Throwing it, she fired a shot with her other gun. The damaged firearm exploded into white fire, killing whatever was coming.

"Target eliminated. Stand down, subject Diane."

Diane stood straight and still.

********

Diane was back in the same room she was originally placed in. The furniture had been removed. She was still unable to identify the door – because the door seemed to appear wherever they wanted to enter.

A door appeared at the corner. A very weird place for an entrance, a right-angle one, but whatever was effective was not silly.

Seraphim entered. He had a mouthpiece on and his goggles lifted.

"I thought you might want some dinner," he said, giving her a package of green gelatin.

She reflected on his time reference. She still could not decipher the meaning of this, when it was clear there was no time in a featureless cell. If she were a pentagra, she'd have been able to mark time by her sex cycles. Weresharks might have been able to sense the orientation of the Earth. She, however, had only the seven basic senses (balance and time included), but the latter was distorted. Weredragons also had other senses like venom fabrication and mind control, neither of which were useful against these enemies.

Case 1:26-cv-04680-AT-RFT Document 16-3 Filed 08/25/26 Page 10 of 11

as possible in order to eliminate the age-old unicra weakness. Queens can be either male or female.

Fairy – These are the second highest-ranking unicras. They carry out the grandmaster's commands. Fairies tend to be the bodyguards, skilled in all weapons and martial arts.

Grandmaster – This is the highest-ranking unicra. Appropriately, they rarely engage in direct combat.

## Weresharks

**Familiar Planet**: Neptune
**Vulnerability**: Magnets
**Metamorphosis**: Weresharks are in beast form permanently (anthropomorphic sharks or rays). The Great Dark Spot on Neptune increases their power when it faces the Earth.
**Weapons**:

Shredding Skin -- Their skin is capable of ripping through metal. Normal bullets cannot penetrate them. The strongest of the species can shred diamond.

Biting – Their fangs can rip through diamond. The strongest weresharks can bite through carbon nanotubes and graphene.

Resistance to Heat – They can consume lava.

**Behavior**: Weresharks cannot transform into humans and must exist in hiding. They are tribal and extremely brutal in combat, but otherwise, they prefer to avoid confrontation; most of the times, they are depressed and sick of life in general. They are unable to speak human languages, but have almost average human intelligence. They do not possess advanced technology, but are aware that metal can deflect magnetic swords or bullets. They can breathe underwater for days at a time. Every 10 months, they devour lava from the ocean floor in order to heal their bodies of magnetic fragments in their skin, and to replenish their armor. This species tends towards tropical weather, and dies if exposed to long-term cold. They periodically hibernate in solidified lava.
**Lifespan**: 80 Years
**Units**:

Guardian – This is a basic unit who is meant for direct assault.

Silverripper – This type of wereshark has an exceptional ability to rip through metals and most crystals.

Diamondripper – A beast that can tear through diamonds, graphene and nanotubes.

Magmaplayer – A wereshark that is particularly invulnerable to lava and heat. These units oversee the yearly lava hibernations.

Bludgeoner – This type of wereshark lacks endurance, but can deal massive damage in a short burst of violence.

Leviathan Bludgeoner – This is an advanced bludgeoner with stronger fangs.

Case 1:26-cv-04680-AT-RFT Document 16-3 Filed 08/25/26 Page 11 of 11

Charherder – A wereshark who can tame sharks. Most sharks ignore weresharks (they sometimes even fight), so charherders are more intelligent than most of their species.

Rayherder – A wereshark who can tame rays.

Squidherder – A wereshark who can command squids. This is dangerous business, and typically results in the death of the squidherder himself.

Reefherder – A wereshark who watches over the corals. She is typically the least violent of a normally violent species, and exhibits behaviors that would allow her to fit in human society (these units are their greatest hope for one day entering human society).

Chieftain – The king of the weresharks is usually the oldest member of the tribe.

## Pentagras

**Familiar Planet**: Mars
**Vulnerability**: Sugar
**Metamorphosis**: Pentagras are always in beast form (anthropomorphic minotaurs, goats, reindeer and other equines). However, they emit pheromones that prevent humans from seeing them for their true form. Humans see them as ordinary people with enhanced sexual appeal. Typically, pentagras appear to be redheaded Scots. When Mars is fully lit, their power increases. Crescent Mars will also increase their power, but not as much. If Mars is closer to the planet, their power rises. When Mars moves in a retrograde fashion, however, pentagras become confused and may stop producing pheromones.

**Weapons**:

Pheromones – These molecules are more powerful than weredragon venom when it comes to mind control. No human can resist a pentagra. Male humans can be killed by the pheromones of a female pentagra, in the same way that female humans can be killed by male pentagra scent. Some werefolk can be influenced by pentagra allure.

Balance – Pentagras can climb vertical surfaces and traverse extremely rough terrain. They can sleep while clinging onto a cliff face, giving them an advantage in stealth.

Sex – Pentagras are masters of seduction and are geniuses in psychology/reading people's faces and gestures.

**Behavior**: Pentagras are as sexy as weredragons, and their entire species is founded on copulation and orgasm. Their diet consists of extremely salty foods. They control the pornography and cosmetics industry, and many famous models were of pentagra descent (Marilyn Monroe, Helen of Troy). Their society is based on breeding, and they are very close. When a stranger dies, it is the same as losing a son. They live in congregations that are have excessive decadence, but they are hardly defenseless. Every month, they pay tribute to their god of sex.