# EXHIBIT 5

Distributed to the book trade in the United States by Random House, Inc., and in Canada by Random House of Canada, Ltd.
Distributed to the toy and hobby trade by regional distributors.
Distributed in the United Kingdom by TSR (UK) Ltd.

©1983 TSR, Inc. All Rights Reserved.

ISBN 0-88038-031-4
394-53419-0TSR1200

**Project Coordinator: Marlene Weigel**
**Design Consultant: Jeff Grubb**
**Cover Artist: Jeff Easley**
**Interior Artists: Jim Holloway, Harry Quinn, Dave Sutherland, Larry Elmore**

ADVANCED DUNGEONS & DRAGONS and DRAGON are registered trademarks owned by TSR, Inc.

This module is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.

Printed in the United States of America