# EXHIBIT 6

## ELITE WERESHARK — CREATURE 5

LARGE | AMPHIBIOUS | BEAST | HUMAN | HUMANOID | WERECREATURE

**Source** *Howl of the Wild pg. 197*
**Elite** Changes are **marked**. The +2 damage bonus to non-strike offensive abilities (+4 if the ability is limited, such as spells) is NOT factored in.
**Recall Knowledge** DC **20** • Beast (Arcana, Nature), Humanoid (Society)
**Perception** +**12**; blood scent, scent (imprecise) 100 feet
**Languages** Common; shark empathy
**Skills** Athletics +**14**, Stealth +**11** ((+**13** in water)), Survival +**10**
**Str** +4, **Dex** +3, **Con** +4, **Int** -1, **Wis** +2, **Cha** -1
**Blood Scent** The wereshark can smell blood in the water from up to 1 mile away.
**Shark Empathy** (primal) A wereshark can communicate with sharks.
**Items** studded leather, trident

---

**AC** **23**; **Fort** +**14**, **Ref** +**13**, **Will** +**10**
**HP** **90**; **Weaknesses** silver 5
**Reactive Strike** ⤾

---

**Speed** 25 feet, swim 25 feet
**Melee** ◆ jaws +**16** [+11/+6], **Damage** 1d12**+2**+7 piercing plus curse of the wereshark
**Melee** ◆ trident +**16** [+11/+6], **Damage** 1d8**+2**+7 piercing plus fish fork
**Ranged** ◆ trident +**15** [+10/+5] (thrown 20 feet), **Damage** 1d8**+2**+7 piercing
**Change Shape** ◆ (concentrate, polymorph, primal) Medium human with fist +14 for 1d4+7 bludgeoning, or Large shark with jaws +14 for 1d12+7 piercing, no land Speed, and swim Speed 40 feet. The wereshark doesn't have the amphibious trait in human or shark form and has the aquatic trait in shark form.
**Curse of the Wereshark** (curse, primal) Saving Throw DC **20** Fortitude
**Fish Fork** ◆ **Requirements** The wereshark critically hit with a trident Strike on their most recent action this turn; **Effect** The wereshark digs their trident deep within their target, skewering it before taking a massive bite. The target of the Strike becomes grabbed (Escape DC **20**) and takes 1d4 persistent bleed damage, and the wereshark attempts a jaws Strike against it. The wereshark can't use their trident while they have a creature grabbed with it, but they can pull the trident free with a single action that has the manipulate trait.
**Moon Frenzy** (polymorph, primal)