# EXHIBIT 8

Check out the new layout beta

Subscribe to the Open Gaming Network and get everything ad-free!



# Wereshark Bloodrider

*Medium humanoid (hobgoblin, shapechanger), lawful evil*

**Armor Class** 15 (natural armor, scarification)
**Hit Points** 142 (19d8 + 57)
**Speed** 30 ft., swim 40 ft. (in shark form only)




Pirate Campaign Compendium (5E)

$29.99

Format

PDF

System

5e

Open Product Details

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 16 (+3) | 13 (+1) | 16 (+3) | 10 (+0) | 14 (+2) | 6 (-3) |

**Skills** Perception +5, Stealth +7
**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons Damage Resistance necrotic
**Senses** darkvision 60 ft., blindsense 30 ft. (shark or hybrid form only); passive Perception 15
**Languages** Common, Goblin
**Challenge** 11 (7,200 XP)

## Special Traits

- **Amphibious.** Wereshark bloodriders can breathe air or water.
- **Blood Frenzy.** Wereshark bloodriders have advantage on melee attack rolls against any creature that doesn't have all its hit points.
- **Rage.** Once per turn, a wereshark bloodrider can deal an extra 14 (4d6) damage to a creature he hits with a weapon attack.
- **Scarification.** While a wereshark bloodrider is wearing no armor and wielding no *shield*, his AC includes his Constitution modifier.
- **Sea Frenzy.** While mounted on a creature that has a swim speed all damage the wereshark bloodrider does with a melee weapon is increased by 1 die (for example, 1d8 becomes 2d8). The wereshark bloodrider's mount cannot be targeted separately while mounted and may use a melee attack as part of the wereshark bloodrider's Multiattack action.
- **Shapechanger.** A wereshark bloodrider and can use its action to *polymorph* into a shark-humanoid hybrid or into a hunter shark, or back into its true form, which is humanoid. Its statistics, other than its AC, and its size, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.

## Actions

- **Multiattack.** A wereshark bloodrider makes three melee attacks. Alternatively, it can make two ranged attacks with its javelins. In hybrid form, it can substitute a bite for one melee weapon attack.
- **Bite (Shark or Hybrid form only).** *Melee Weapon Attack*: +6 to hit, reach 5 ft., one target. *Hit*: 13 (2d8 + 3) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.
- **Trident (Humanoid or Hybrid form only).** *Melee or Ranged Weapon Attack*: +6 to hit, reach 10 ft. or range 20/60 ft., one target. *Hit*: 7 (1d6 + 3) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.
- **Javelin (Humanoid or Hybrid form only).** *Melee or Ranged Weapon Attack*: +6 to hit, reach 10 ft. or range 30/120 ft., one target. *Hit*: 7 (1d6 + 3) piercing damage.
- **Reckless Abandon (Recharges after a Short or Long Rest).** For 1 minute, a wereshark bloodrider gains advantage on attack rolls but grants advantage to attackers.

## About

These vicious sea hunters are a menace both above and below the waves, astride their great hammerhead sharks (treat as a giant shark but with AC 15 due to leather barding) and bringing doom to those trying to stand against them. The statistics for their shark mounts include the modifiers granted by their rider raging while using ferocious mount and greater ferocious mount rage powers.

## Section 15: Copyright Notice

*Pirate Campaign Compendium © 2018, Legendary Games; Lead Designer Jason Nelson. Authors: Alex Augunas, Jeff Gomez, Ma Goodall, Jim Groves, Tim Hitchcock, Victoria Jaczko, Jonathan H. Keith, Lyz Liddell, Thomas J. Phillips, Alistair J. Rigg, Alex Ri Loren Sieg, Neil Spicer, Todd Stewart, Rachel Ventura, Michael D. Welham, Linda Zayas-Palmer.*

## Copyright Notice

*See the full license for this page*

## Discord!

Join Our Discord!

## Latest 5th Edition Products in the Open Gaming Store!

- Pathfinder Adventure Path for D&D 5E: Abomination Vaults
- The Dragon's Hoard #68
- Premium Dungeon Master’s Screen for Dungeons & Dragons

- New Pages
- Recent Changes

PATREON

*Back me on Patreon!*

[Become an Editor!]

[Support Open Gaming]

[Sell in the Open Gaming Store]

**Check out our other SRD sites!** Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2)

OGN Updates

**This site may earn affiliate commissions from the links on this page.**

**OGN SRD v1.15.3 using Bootstrap**

New Pages | Recent Changes | Privacy Policy