# EXHIBIT 10

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

Close and accept




# A Tale Of Two Handbooks — 1978 AD&D And 2014 D&D

Columns D&D Adventures Entertainment Geek Culture

August 18, 2014 James Floyd Kelly 19

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy




Thirty-six years ago, the folks at TSR (later purchased by Wizards of the Coast) released the *Advanced Dungeons & Dragons Players Handbook.* (Was the missing possessive apostrophe a mistake or intentional? Discuss.) This was actually my first *AD&D* book, although I wouldn't get my own copy (6th Printing, January 1980) until two years later — I cut my teeth on the original *Dungeons & Dragons Basic Set* that was a gift from my parents for Christmas 1979.

*Note: For years I thought it was for my birthday, but my parents reminded me that it was indeed a Christmas gift. This now makes sense because my birthday is in April and school ended in May. My friends and I would play many dozens of times in the early half of 1980 prior to the start of summer… when I REALLY started to play a lot.*

Interestingly enough, the *Players Handbook* was not the first book released for *AD&D*. That would be the *Monster Manual*. The first advertisement I can find for the *Monster Manual* is in *Dragon* #11 (Dec 1977) and this advertisement was seen a few more times before the *Players Handbook* advertisements started (with the same Carrion Crawler, a real 9′ long nasty if you ever encountered one).

Monster Manual advertisement

Prior to the release of the *Players Handbook*, a few advertisements appeared in *Dragon* magazine (and maybe a

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

the creator of *Metamorphosis Alpha*, the very first RPG I every played in — up to that point, I had been a DM only because I knew the *Basic Set* rules the best in my group… and no one else really wanted the job. I have such fond memories of that first game of *MA*.)

Combo Advert - Gamma World and Players Handbook

*Note: Look carefully at the TSR Hobbies, Inc. logo in the advertisement for the Players Handbook and Gamma World and you'll notice a Lizard Man. By the time I joined the D&D world, that logo had changed to a Wizard. The TSR logo would go through a number of changes through the years, including the removal of all characters. For a short but interesting read on the TSR logo, check out Jon Peterson's article, Tactical Studies Hobbies, An Oddity in Letterhead.*

In August 1978, *Dragon* #17 had its first full-page advertisement for the *Players Handbook*. Rather than an image of the cover, it displayed a specific image from the copyright page — the Smoking Sage Studying Spells. I purchased my copy of the *AD&D Players Handbook* during the summer of 1980 (I remember this because of the two large four-acre lawns I had to mow for the funds). Although I read the book in its entirety (which was absolutely mind numbing as I'll explain shortly), one little item in that image passed under my radar for a year or two. Do you see it?

1978 Advert Players Handbook

I spent most of my time with the actual *AD&D Dungeon Masters Guide* (again with the missing apostrophe for either singular or plural possessive), so the *Players Handbook* was only occasionally consulted. Over the years of play, it was so easy to just flip open the book to a specific section and ignore that copyright page. The image of the Smoking Sage… look at where he's sitting. Is that not a d6? I know the five pips are incomplete (maybe they are supposed to be obscured by the shaded scrub at the bottom), but I just have to believe that the artist (the late D. A. Trampier — the DT initials are teeny-tiny at the nine o'clock position in the circle) intended for that stone or wooden pedestal to look like a d6. Maybe I'm wrong.

*Note: A closer look at the spell book will reveal the letters AD&D on the cover. That was an easy spot during my first read of the book.*

The *Players Handbook* was 128 pages. That number may not seem special, but after writing for a number of publishers over the years, I've come to pick up on a few industry-related bits of info, and I believe that 128-page length is important. Let me explain:

When printing the pages for a book, many printers print out the pages in what are called FnGs (F&Gs), Folded and

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

believe). These groupings are then bound together to make the books that we all enjoy. Publishers will often try to fill every one of those 16/32 page booklets because a blank page is a waste, right?

I imagine back in the late 1970s that publishing a hardback book was quite expensive given the technology of the day. A company like TSR would probably want to fill as many pages as possible and would push the limit right up to that 32 page FnG booklet length. A careful examination of my *Players Handbook* reveals what appears to be four stacked groupings of 32 pages each… all held together inside the cardboard shell.

Now, here's why I think that 128-page length is important: one extra page of content would have required another 32-page grouping of pages. Think about it — another grouping would have increased the printing cost by 25%. My best guess is that TSR worked with the printers and did some math and figured out the price at which they'd sell the most books was 128 pages. So, they did one of two things — they either wrote the *Players Handbook* with that 128 page limit in mind OR they cut material. I'd be willing to wager they cut material… and they obviously had plenty of it from *Dragon* magazines (the *Monster Manual* got many of its creatures from the pages of *Dragon's* Bestiary column) and other creative sources. With thirty-six years gone, we'll probably never know.

*Note: Of course, I could be completely wrong. The Monster Manual does have 112 pages with print on them, and that would match up to seven FnGs x 16 pages each = 112. But the Dungeon Masters Guide has 236, neither an exact multiple of 16 or 32. Who knows? This could be all just Bible Code mathematics and pure coincidence. Feel free to ignore the crazy writer.*

When I first got my copy of the *Players Handbook*, I wasted no time in digging in and reading it, and I'll repeat myself — it was mind numbing. Don't get me wrong — I was loving this hardback book and all the good stuff between the covers. It was new to me (and my fellow players) and we would take whatever we could get to further our gaming experience.

While I enjoyed a lot of the book's content, there was so much material that left me scratching my head and wondering if I'd ever use it. Table after table after table… I remember feeling overwhelmed at all the +1 and -3 modifiers. And does that table actually have four different asterisks (*, **, ***, and ****) for footnotes PLUS a note on usage of poison?!

Crazy Table

And as the resident DM, you didn't want to get me started on the different ranges of Experience Points required for each class. "**Yes, Congratulations. You both defeated the Mind Flayer for 800XP. No, you may not split the XP 500/300 so both of you can level up. Yes, I'm sorry that his level 6 Druid moves to level 7 at 35,001 and**

**your level 5 fighter only moves up to level 6 at 35,001. I didn't make the rules. Oh, look, the dead Mind**

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

350,000XP after level 11, while Fighters only required 250,000XP after the same level. Poor Magic-Users, though… after level 18 each additional level came at a price of 375,000XP while the Illusionist could rock after level 12 with a requirement of only 220,000XP per additional level. Oh, and the Monk had to stop at level 17. No further advancement.

The *Players Handbook* also gaveth… and it tooketh away. For example, multi-class (more than two) was allowed. But not for humans. Why a human couldn't spend a few years studying magic followed by some purse stealing and then decide to enter the monastery was never really explained. (The frequent argument was that humans didn't have a long enough lifespan for this kind of thing. Phooey.)

But really… most everything in an *AD&D* campaign was just accepted at the time. 20 silver equals one gold piece? No problem. An arrow does 1-6 damage while a scimitar does 1-8? No problem. It really didn't matter in 1980; the *Players Handbook* was just golden. The additional spells were great and some of my players even experimented with the Psionics section found in Appendix I. I even allowed the Bard class (from Appendix II) which I believe may have been a last minute addition to fill that final 32-page bundle.

It wasn't much longer after purchasing the *Players Handbook* that I saved up enough to buy the *Monster Manual*. The *Dungeon Masters Guide* was a gift from my parents. At the time, I didn't have to wait long to gather all three books — they'd already been released between 1977 to 1979. I didn't have to put up with the long waits between the books' release dates. But I can certainly sympathize with those early DMs and players who did, because…

Here I am… thirty-six years later, clutching the new 5th edition D&D *Player's Handbook* (complete with the apostrophe). It's in my hands. And I have to wait another month or so for the *Monster Manual* (with that nightmare-inducing cover featuring a Beholder – RUN AWAY!). And then another month or longer for the *Dungeon Master's Guide*. (Is that Acererak on the cover!?)

Waiting On These Books.

*Note: I'm quite happy that WotC chose to release the Player's Handbook first. They could have mirrored the original book release order (MM, PH, DMG), but by releasing the Players Handbook, they've allowed me to avoid purchasing the MM until I'm convinced I will enjoy the new rule revisions.*

I've had the *Starter Set* for over a month, and I've read it cover to cover including the multi-part adventure, *Lost Mine of Phandelver*. Based on what I read in the two included booklets (the adventure/module and the *Starter Set*

*Rulebook*). I've been optimistic about the new rules. But now the rubber meets the road. Will the new 5th Edition

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

over the last 10-20 years, I really stopped playing *AD&D* consistently in the mid-80s. I only have the *D&D Basic Set* and *AD&D* as a comparison with 5e. You'll get no 2e, 3e, or 4e commentary or debates from me — I wouldn't be able to contribute anything. In a sense, any feedback I provide here on the new *D&D* rules should be treated the same as if it were coming from a new player (but a player with experience with RPGs). While I feel it's a bit unfair to pit the 1978 *AD&D Players Handbook* against 2014 *D&D Player's Handbook*, the reality is it's not really a battle. *AD&D* was a product of its time, and it was outstandingly fun. *AD&D* had its problems (some of which I've shared above), but we still played it. A lot. With grins on our faces.

So… the 5e *Player's Handbook*.

Keeping in mind that I still haven't seen the new 5e *Dungeon Master's Guide* or *Monster Manual* (with the exception of a few tweeted images of the *MM* TOC and Index), here are my thoughts after reading the entire 318 printed pages… and in no particular order:

* The quality of the new book is 10x higher. Glossy front cover with an amazing piece of artwork from Tyler Jacobson, textured back cover. The binding looks like it will do a lot better after 36 years than my original book trilogy, and the paper is a higher quality as well.

* The interior artwork is also just as amazing. The list of artists is quite long, but the consistency of the look and feel of all the art makes it feel like a smaller group provided all the imagery. I don't know if that will come off as an insult or not to the artists (who might prefer to hear that their artwork is easily recognized), but please don't take it that way — one of the things about the early *AD&D* books and *Dragon* magazine was the often mishmash feel of the artwork. One page would have a light-hearted cartoon followed by page with a terrifying creature encounter. WotC has selected a solid collection of full-page and partial-page artwork that compliments the subject matter it frames.

* The new book is divided into logical parts — Part 1 covers creating a character and all the possible options such as race, class, personality, equipment, and more. Part 2 is all about the mechanics of gameplay from a player's point of view. Ability scores, saving throws, rest, movement, and combat are all organized in an easy-to-read and logical manner. Honestly, if the *AD&D* rulebooks had been written this clearly, I might not ever have stopped playing. Part 3 covers spells and the rules associated with playing a spell casting character.

Zhentarim

* *D&D* 101 — Pages 5-8 provide a very strong "essay" explaining *D&D*, roleplaying, and the most basic of mechanics that a game possesses. From "How to Play" to "The D20" to "The Three Pillars of Adventure," this

Introduction would make a perfect handout to any friends or family you wish to invite to a game (or just wish they'd

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

a Class. And so on. (The details of Race and Class come later, but it's this overview of the process that reads so smooth. After finishing Part 1, it is quite obvious that the rules of *D&D* have been polished and consolidated. I'm not wanting to use the word "simplified" although that could be argued. There are definitely fewer tables in this 5e PH (versus the *AD&D PH*), and what tables are provided make perfect sense. With *AD&D* I often struggled along with my players to remember so many rules… one of my players' biggest gripes was how many modifiers came into play during combat. The modifiers are still there (and still associated with the basic six Ability Scores) but upon finishing the 5e *PH* I do believe that combat, spell casting, and general random task testing have been made easier to track.




* I'd like to go a bit further with the previous bullet by stating just how impressed I am with the subjects of Armor Class (AC), proficiencies, combat checks, and saving throws among others. Maybe these were simplified in later versions of *D&D*, but from a purely *AD&D* point of view, it's night and day in terms of complexity. I can even remember the equation for determining each Ability Score's modifier — subtract 10 and divide by 2 then round

down. This holds across all six values. If I had to pick one word to describe the rules I've read in the 5e *PH*, it's this

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

for all classes. Period. Consistency! And the Proficiency Bonus that goes along with each level jump is the same for each class. Consistency!

* One of the things I hated most about a few *D&D* games I played in (versus DM'd) was the Monty Haul DM. Magic items from every defeated monster, more gold discovered than could be realistically carried out by a human being (or elf or dwarf… okay, maybe a dwarf). I played in games with players possessing level 40 Magic-Users and level 30 Ninjas. Ridiculous. This new set of rules appears to offer some solid limits — level 20, for example. (Sure, WotC may release an update that allows characters to move beyond level 20, but let's get real… the amount of adventuring and danger a character would have to face to reach level 20 — 355,000 XP — is substantial. In my games, characters died. Not because I was a jerk DM, but when you get up to level 10 or 12 the creatures you encounter get hard. As the description in the new 5e *PH* states: **"[For levels 17-20 the] fate of the world or even the fundamental order of the multiverse might hang in the balance during their adventures."** Even better are the classes — no Anti-Paladins. No Ninjas. No Jesters. Maybe you like those classes, and maybe they'll make an appearance. But I'm old school, and I like parties that have a shared mission and realistic chance of actually hooking up for an adventure (not those with two Lawful Good clerics dungeon crawling with a Chaotic Evil wizard and a Lawful Evil Fighter — come on!)

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy




* Balanced and Fair Options — As I was reading through the chapters on Races and Classes, I was really impressed with the mixture of possible configurations for a character. With nine races and 12 classes, you've got 108 possible combinations. Between the unique race class modifiers (especially to the Ability Scores) and the class modifiers, I'd be hard pressed to point out one particular mix that would put one player at any significant disadvantage to another player. On page 12, or example, you can clearly see which races provide benefits to certain Ability Scores. Want to play a Gnome? Fine… +2 on Intelligence and +1 on Dexterity (for Field Gnome… otherwise +1 on Constitution for Rock Gnome). Sure, humans get +1 on every Ability Score, but it appears this is balanced by the race specific benefits such as faster walking speed (Wood Elf) or special skills such as the Halfling's Lucky feature. (**"When you roll a 1 on an attack roll, ability check, or saving throw, you can reroll the die and must use the new roll."**) Humans may get +1 to each Ability Score, but they lack the 1-2 specific race benefits that those non-human players receive.

* Let's talk about classes — twelve in all: Barbarian, Bard, Cleric, Druid, Fighter, Monk, Paladin, Ranger, Rogue, Sorcerer, Warlock, and Wizard, each with a Primary Ability as well as Saving Throw and armor/weapon proficiencies. Once again, the variety is mixed but appears balanced. Each class has what's called Features, and these are obtained as you level up and are cumulative. These features offer players a substantial number of bonus skills, special powers, and upgrades… and duplicates are almost non-existent. (Duplicate examples include an

increase in movement speed or an upgrade in an Ability Score as a benefit of receiving a level Feature for more

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

more specific path for their chosen class, and these paths offer their own benefits at that first lower level and then staggered at higher levels (such as 6 and 10 and 14 for the Bard — again, it varies depending on class selection). These go by different names for various classes — Bards choose a Bard College, Clerics choose a Domain, Paladins choose a Sacred Oath, and Wizards choose an Arcane Tradition. And so on. Once again, given the variety of upgrades and bonuses these paths offer, the number of variations in possible characters for your players is astronomical… and I haven't even gotten to Feats yet. (This large number of variations wasn't always the case — in *AD&D*, there were race limits on certain classes. Not any longer!)




* More Easily-Managed Players — one thing that jumped out at me as I was reading the 5e *PH* was how much easier it's going to be for a DM to run a campaign and not micromanage the players skills and abilities. So many of the skills, Features, and other characteristics are easy enough to write down in shorter form on a character sheet… the DM simply needs to rely on the players to explain a particular upgrade or modifier they possess. I don't want to have to remember that a Level 10 Monk is immune to disease and poison — that Feature should be written on the

player's sheet so they can remind me when the time comes. (If I have a creature attack that player with a poison

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

* Rounding out all the various class features and paths, Chapter 4 takes you into a new (to me) section for customizing your character's personality and background. This was fun to read. For players who might not be interested in generating a backstory for their character, complete with motivations and weaknesses, these kinds of details are just a die roll away. Personality Trait, Ideal, Bond, and Flaw… all four can be generated by rolling a d6, d8, or d10. These four rolls are further refined based on the background you choose — Acolyte, Charlatan, Criminal, Entertainer, Folk Hero, Guild Artisan, Hermit, Noble, Outlander, Sage, Sailor, Soldier, or Urchin. If one of those doesn't sound good… make your own!

Factions

* Feats — yeah! 42 in all! It's an optional rule, but if your DM allows it (and I will!) a player can give up an increase in Ability Score and select a feat. Almost all feats offer 3 or more benefits — **Alert: +5 bonus to initiative, you can't be surprised while you are conscious, and other creatures don't gain advantage on attack rolls against you if they are hidden from you.** With names like Dual Wielder, Charger, Healer, Lucky, Mobile, and Skulker, these Feats further enhance your players' individuality and allow them to stand out and survive at higher levels of gameplay.

* One of my biggest complaints from the *AD&D PH* was the enormous volume of rules to remember as a DM. I had the *DM Guide* to deal with — that was enough! Thankfully the 5e rules appear to have simplified much of the gameplay when it comes to combat. I've already mentioned how easy it is to remember Ability Score modifiers (repeat after me — subtract 10, divide by 2… and then round down). But the other mechanics are also fairly easy to remember. Advantage/Disadvantage? I can remember that, but I'm sure players will alert me if I overlook it. The DC (Difficulty Class) is also easily calculated on the fly with fewer modifiers to track. As a DM, all I need to do before the game begins is write down each players Ability Scores on a piece of paper, and I can be performing Passive Checks and Saving Throws quickly and, if necessary, in secret such as the Passive Wisdom (Perception) check. Once again, however, the new rules appear to encourage players to assist DMs by providing a spot on the character sheet to record all Saving Throw and Proficiency values so they can be quickly provided to the DM when needed. (The same goes for spell casting attack bonuses.)

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy



* Movement and Time management haven't really changed — in combat, the rules operate on a 6-second method

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

players will forget or intentionally neglect to mention their lack of water and rest.

* Combat is covered in 10 pages. Ten. Yes, this is the *PH*, not the *DM Guide*, but still… 10 pages. What was immediately noticeable by me here was the all-in-one-place aspect of the combat rules. With the *AD&D PH*, so many details were scattered willy-nilly. If the 5e *DM Guide* does as good a job as the 5e *PH* for keeping combat rules compact and in one easy-to-bookmark location? Sold.

* I believe Cantrips have been available in other versions of *D&D*, but not in *AD&D*. When I played *D&D*, I was usually a Magic-User. I hated the whole memorization rules regarding spells, and I'm quite happy with the concept of Cantrips and Rituals (not needing a spell slot for a known spell). The VSM (Verbal, Somatic, Material) concept is much better explained here, and I will be requiring my spell-slinging players to provide me a detailed list of their components before any plundering begins so I can track it carefully.

* Spells and spell descriptions are easy to follow, and they don't really differ from what my *AD&D PH* experiences except for the few spells that have extra details for the DM and player to understand — typically involving targeting effects or higher-level usage. Oh, and there's a LOT MORE spells in this new book than the old book.

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy




* Appendices — (A) covers Conditions, and the explanations for each is detailed and leaves little to debate, (B) Gods of the Multiverse is a much more simplified version of the old *Deities & Demigods AD&D* manual (thankfully!), providing nothing more than their realm/pantheon (*Forgotten Realms*, *Greyhawk*, Cthulhu, etc.), alignment, domain (water, war, death, etc.) and a symbol. More on this in a moment. (C) The Planes of Existence — was never my thing, but if you like having adventures that cross dimensions and realms, it's not a bad read and does offer up some ideas for potential adventures. (D) Creature Statistics — a mini-*Monster Manual*, of sorts. Mostly basic stuff (bears, snake, giant frogs, etc.) but a few real baddies tossed in such as Imp, Skeleton, and Zombie. Just enough for players reading the manual to understand the format of the various creatures a DM can toss their way. (E) Inspirational Reading — with a nod to E. Gary Gygax and his original Appendix N, an updated list of authors and their books for inspiration.

* Deities — Look, I was never a fan of bringing the gods into *AD&D*. First, I often played in games where players had stats high enough to battle the gods. No way. Deities should be unreachable and most definitely all powerful… don't mess with them. If WotC wants to come out with a 5e version of *Deities and Demigods*, more power to them… but just as I prefer the max level at 20 for classes, I like my deities kept out of reach and dangerous to mess with.

Character Sheet

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

I think Wizards of the Coast has a hit on its hands. I know that over the years *D&D* has disappointed fans for one reason or another, but I really think WotC has come out swinging with this new release. As I was reading over the 5e *PH*, I didn't get reboot vibes. (Of course, I haven't played 2e, 3e, or 4e… so that 36 year gap gives me a huge advantage there.) Coming from the 1980s world of *AD&D*, this new 5th edition feels streamlined… and much more accessible. The writing is much more polished. The artwork more inspiring. And the overall look and feel (with the layout of the graphical elements and charts and the organization of material) is appealing both visually and for comprehension. New gamers are going to find this new material fun to read — at no time did I feel bogged down as I was reading. (I spread out the reading of the book over three days, with the spells section taking the longest to read over.)

I'm also anticipating the new 5e *Dungeon Master's Guide* — if it matches the quality of this new *PH*, I think it's going to be (once again) the *D&D* book I reach for most often. I miss DMing… a lot. I miss the creativity and planning involved in creating an adventure. I also miss the social aspect of a game… the chats, the jokes, the debates, and those wonderful tales of near misses and natural 20s… the glorious battles and the glittering treasures… the menacing monsters and vile villains.

*D&D* is new again. I've tired of online gaming, and I find the thought of returning to narrative gaming, character development, and role playing to be extremely enticing. I'm ready to get back in the game, folks, and it looks like the 5th edition of *D&D* is going to be my gateway. I've signed up for the August 20, 2014 *D&D Encounters* event at my local comic book store, and I've been reviewing the *Adventurers League* documents (some of the screenshots in this post were taken from that documentation). At this point, 15 players have signed up — maybe 2-3 parties depending on how many DMs are scheduled. I've told my wife to treat this as my Bowling Night and she's cool with it… 6:30pm to 9pm EDT, every Wednesday for a number of weeks. I cannot wait, especially now that I've discovered the 5e *Player's Handbook* classes and races are supported. Now it's time to create my character. (Hmmm… maybe that will be my next post. Gotta work fast… only a few days away.)

Adventurers League

If the *Player's Handbook* is any indication of WotC's care and development for the game and its future… it's going to be hugely fun.

## Liked it? Take a second to support GeekDad and GeekMom on Patreon!

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

Tagged D&D Dungeons & Dragons RPGs

Director/Animator A…

Wonder Woman We…

## 19 thoughts on "A Tale of Two Handbooks — 1978 AD&D and 2014 D&D"

**Lance Peterson**

August 18, 2014 at 8:50 am

Thanks for the in-depth coverage of the new PH. Like you, I started with AD&D and quit playing, so I haven't kept up with all of the changes through the years. However, a few years ago I started playing Pathfinder and found it very enjoyable and approachable. It sounds like many of the changes in 5e

D&D were implemented in Pathfinder. It would be interesting to have someone familiar with both

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy



**James Kelly**

August 18, 2014 at 9:13 am

I'll ask some of my fellow GD writers if any of them play Pathfinder… maybe one of them might do a compare/contrast.



**Aldo Montoya Reynaga**

October 3, 2014 at 12:23 pm

Hi Lance
I'm a DM of both, Pathfinder & D&D 5th, the truth been told D&D is easier and less mathmatic complex than Pathfinder. Although i find more customisation un archetypes of Pathfinder than the D&D

So i would recommend D&D 5th and trying to add Pathfinder things you like



**David Atwell**

August 18, 2014 at 10:22 am

I've been playing D&D 3.5 (the precursor to Pathfinder) for almost ten years now, and it's a brilliant set of rules. Based on what you liked in 5th Edition, I think you'd really like 3.5 or Pathfinder; a lot of the simplifications you're impressed with were developed in 3.5 (and then taken too far in 4e, but reverted for 5e).

That said, having played the three Fifth Edition adventures at Gen Con last weekend, I think I can safely say that the new edition of Dungeons and Dragons is probably the most authoritative (and fun!) edition ever. Their stated goal in making this one was to bring old players (like you) back into the fold, while still making it quick and simple to pick up for their younger players. I think that they've succeeded, and after my gaming group is done with their current adventure (which, to be fair, will probably take a couple of years), I'm planning on switching over.

Long story short: I agree with you. I think D&D5 is a great version of a great game, and this one

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

**James Floyd Kelly**

August 18, 2014 at 10:30 am

Thanks for your feedback, David.

I know that Pathfinder is popular, and I certainly wouldn't say no to a game if it were offered to me. I've been wanting to get back into a FRPG for some time, and the release of 5e just came at the best possible moment when my life is allowing it (kids are old enough I don't feel guilty about leaving them with my wife, job is stable, etc.).

I've signed up for the D&D Expeditions events every Wednesday, and my first game is this Wed at my local comic book shop. I'm hoping to submit a small writeup tomorrow or Wed morning that documents the creation of my 5e character… the Adventurers League rules allow for the Players Handbook classes and races, so I've got some pondering to do.



**Wanderer**

August 18, 2014 at 11:17 am

I'm sorry you had such troubles coming to grips with AD&D. I'm sure you'll enjoy 5th edition.

**Sean Hallenbeck**

August 18, 2014 at 11:41 am

Thanks for such an in-depth and well-written review! Like you, I broke my teeth on AD&D in 1980. I played religiously up to and including 2nd Edition, but got away from the game for many years. Now 47, I'm looking to get back into the game, having finally graduated from college and looking forward to a second career as a game-style writer, such as yourself!

My first quest will be to find a local game store participating in the D&D Expeditions program. My PHB should be here soon, and I'll read with great interest your article about character creation; the greatest part of nearly any game.

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

area prepping to play. Aug 20 (this Wed) is the kickoff, so it might be very good timing for you. I'm fortunate my group is meeting about 10 minutes away from my home… WOO HOO!

**Steve Fletcher**

August 18, 2014 at 12:19 pm

Thanks for the great review of D&D 5e. Like you, I started playing with AD&D around 1980 but quit playing for a while. I have not really kept up on all the different versions but did play Pathfinder for a short time recently. I liked that system but, thanks to this review, I am now looking forward to the new version of D&D.



**Dara**

August 18, 2014 at 12:32 pm

"Most everything in an AD&D campaign was just accepted at the time"? Oh, not in our campaigns. Seriously, didn't _everyone_ come up with their own magic system – typically "spell points"-based – to make the terrible, terrible "memorisation" original into something usable? I never encountered a group that didn't.

And multiclassing wasn't worth much for nonhumans, even, because they put hard stops on level advancement at a surprisingly low level – that's another thing everyone modified. (Usually some form of XP reduction. E.g., for every level above the official hard limit, XP applied to the class was divided by the number of times above hard limit you were, plus one. So if your multiclass had a limit of level 5, from levels 6-10 you'd be dividing your XP to it by two, then 11-15 by three, etc. Some DMs made it a doubling system instead, so it'd be by two, then by _four_, etc.)

Aw, see, now you've made me all nostalgic for gaming systems that were half game, half accounting. XD



**Alessandro Guarita**

August 18, 2014 at 1:04 pm

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

**James Floyd Kelly**

August 18, 2014 at 1:06 pm

Tomorrow… patience, young Skywalker 🙂

Thanks, Alessandro!

**Mbrichman**

August 18, 2014 at 6:29 pm

I also played AD&D in the late 70's/early 80's and then stopped playing. I would periodically flip though the newer PHB's at the local bookshops as I was browsing around. A few years ago after quitting a job that required a lot of travel I wondered why I ever stopped and decided that it was time to start again. I picked up 4e in the Essentials time frame and started a home group with guys I found in my area. I liked 4e, I find the maps and minis a lot of fun to play with, but I certainly missed the feeling of mapping an unknown dungeon on graph paper and the quickness of combat in AD&D.

Now, like a prior commenter, I'm just back from GenCon where I played the new edition and it feels like a homecoming. Playing the game FEELS like old school D&D without all of the nonsense you talk about above.

Almost everyone I spoke with at GenCon had similar feelings. I'm optimistic that the game and the hobby itself are both the better for it.

Welcome back to the hobby James and here's hoping we meet at the table at GenCon next year!

**James Floyd Kelly**

August 18, 2014 at 7:50 pm

My plan is to be there next year, especially after hearing all about the EPIC event. Hoping I can get in on one of those next year.

As to your statement about the feel of the new edition — yeah, it definitely has me nostalgic, and

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

I'll be playing Wed night… will post about the results afterwards. (I doubt the DM will let me tweet my experience.)

**Michelle Knight**

August 19, 2014 at 3:34 pm

I echo other's sentiments…thanks for a through review of 5e. I have avoided AD&D since 2e and moved on to other games. Fast forward to today…haven't played an RPG in years and like most other commentators here want to get back into it now that I'm in my mid-40s. Sounds like its high time to take out my wallet and get back into AD&D once more.

**James Floyd Kelly**

August 19, 2014 at 4:40 pm

Hi, Michelle. I certainly hope you can find a group. Those of us in our 40s seem to really be flocking back to the game. I just checked and verified that the 5e Player's Handbook hit #2 on Amazon today in the Books category… that's a LOT LOT LOT of orders.



**Silverpenscribe**

August 21, 2014 at 1:57 pm

I have been eagerly awaiting the release of 5th edition for some time now and honestly am dying to get my hands on this new Player's Handbook. As a long time fan I too started off in the earlier editions and have always harbored a healthy degree of nostalgia for those earlier days. I've respectfully tried to give every edition since a chance and with the exception of 4th always enjoyed myself. However it has always been with a certain sense of something missing. After taking part in the playtest for 5th I can honestly admit that I have become more enthused and content than ever before – and it has been ages since I have ran or even played in a game.

With regard to Pathfinder; I found it to be a great source of satisfaction after being disappointed with the direction 4th edition took. It was a lot of fun to play, my friends and I really enjoyed for a while.

For me, however, it lacks a certain overall feel that D&D manages to capture and over time I lost a

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

When running games for Pathfinder I worked up a little digital character sheet for my players to use. Everyone found it handy enough and it allowed me to keep copies as well. I think I may have to dust off my code and see about refining it for 5th edition sometime. If anyone is interested and it can be of use it's available for free; http://silverpenscribe.blogspot.com/2013/05/refined-and-reforged-dps-v21-released.html Hope you have fun no matter what you play!

**Dan Merchant**

February 16, 2015 at 10:53 am

I started playing right around 79 or 80 with the basic boxed set. It grew from there. The group I played with all loved 1ed ADnD. Some of the rules though we looked at and quickly discarded. Like level caps and non dual classing for humans. We just tossed them right out the window. The only time when a Magic user had to show material components was when he/she first got the spell,. this usually required an adventure to get them after that it was just "assumed" they were smart enough to have it in some form or another. I am looking forward to checking out 5ed soon as I get over the sticker shock for the cost of books.

**Will**

July 17, 2015 at 2:47 pm

2015 – Time to breath more life (back into) this article/post.
There's so much to cover, so little space. Where to start? In no particular order, i guess.
To paraphrase- …" They're more like -GUILDLINES..". Other than the #s crunchers and Rules lawyers, (EVERY DM has had to deal with them!), ALL of these books were made to get DMs & players to use their minds. Of course there are rules that don't apply to certain individual adventures, ignore them, and gently remind the technicalists-[spellcheck-it's a word,- look it up- dumb piece of… ANYWAY…] – it's a game–for FUN! It was never suppose to be tried in court.
CHAINMAIL- 1974 started the- published- dungeons adventures. ( I still remember it well.- YES, I'm more ancient than the writer.)
A good DM/GM had FEATS long before they were published.(Also, -WHY they were put in.)
MAGIC- is always in the control of the DM not the players. Though a good DM always let's the

player think THEY do... (he he he...)

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

visits to Lake Geneva, from Illinois to play with “them”. Even the, only a few were ever divulged to us as early Gaming Society members.
I’m sure i’ve used up way too much space already. So adios, and just keep on playing.

Elor Mentor E’linOdin

Comments are closed.

## RELATED POSTS




### Kickstarter Tabletop Alert: Get Political Playing ‘#POTUS: Battle Inside Trump’s White House’

September 26, 2018 — Ken Denmead

### Molding Glass Hands

June 15, 2009 — Brad Moon —

### Weekend Poll: Game Review Preferences

February 12, 2011 — Jonathan H. Liu

## TABLETOP GAME REVIEW INDEX

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy




## GET GEEKDAD VIA EMAIL

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Email Address

Subscribe

Join 524 other subscribers

## SUPPORT US ON PATREON

Support GeekDad on Patreon!

BECOME A PATRON

## MASTHEAD

### Owner/Publisher, Editor-at-Large

Ken Denmead

### Editor-in-Chief

Matt Blum

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy

Z

## Associate Editors/GeekMom Partners

Jenny Bristol

## Senior Editors

Jonathan H. Liu, Patricia Volmer, Sophie Brown

## Associate Publishers*

David Michael, Gerry Tolbert, Andrew Smith, Ray Wehrs, Joel Becker, Scott Gaeta, Beth Kee, Joey Mills, talkie_tim, Danny Marquardt, Adam Bruski, John Bain, Bill Moore, Adam Frank, Lacey Hays, Peter Morson, James Needham, Matt Fleming, Adam Anderson, Jim Reynolds, Seiler Hagan, Bryan Wade, Petrov Neutrino, Jay Shapiro

## Editor (Emeritus)

Chris Anderson

## Contributors

Paul Benson, Darren Blankenship, John Booth, Jenny Bristol, Rory Bristol, Robin Brooks, Tom Fassbender, Whit Honea, Rob Huddleston, Will James, Michael Knight, Joey Mills, Brad Moon, Anton Olsen, Skip Owens, Mariana Ruiz, Derrick Schneider, Tony Sims, Dakster Sullivan, Mark Vorenkamp

*Thanks for your support on Patreon!

**GET THE GEEKDAD BOOKS!**

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: Cookie Policy




## GET GEEKDAD/GEEKMOM MERCH




Find us on Mastodon

GeekDad LLC | Theme: News Vibrant by CodeVibrant.