# EXHIBIT 11

# D&D 5E (2014) D&D Next Release Date Set -- Summer 2014

Cybit · Dec 19, 2013



C
**Cybit**
First Post

Dec 19, 2013 #1

http://www.critical-hits.com/blog/2013/12/19/dd-next-to-release-in-summer-2014/

> **Wizards of the Coast Announces Thrilling Dungeons & Dragons Launch for Summer 2014**
> *Players fight the most fearsome monster of all time in an exciting multi-platform gaming experience*
> **December 19, 2013 – Renton, WA** – Wizards of the Coast today announced that the highly-anticipated new rules system for Dungeons & Dragons will release in summer 2014. After nearly two years of an open public playtest and more than 175,000 playtest participants, the rules are complete. Players will be immersed in rich storytelling experiences across multiple gaming platforms as they face off against the most fearsome monster of all time.
> "Just like a perfectly balanced party, Wizards has worked cohesively with fans, designers and partners to create the next generation of D&D," said Nathan Stewart, Brand Director for Dungeons & Dragons. "We whole-heartedly thank all of the play test participants, whose feedback has proven instrumental in shaping the future of Dungeons & Dragons."
> More information about the exciting Dungeons & Dragons entertainment offerings will be available in early 2014. To learn more about D&D, visit dungeonsanddragons.com.
> About Wizards of the Coast
> Wizards of the Coast LLC, a subsidiary of Hasbro, Inc. (NASDAQ:HAS), is the leader in entertaining the lifestyle gamer. Wizards' players and fans are members of a global community bound together by their love of both digital gaming and in-person play. The company brings to market a range of gaming experiences under powerful brand names such as MAGIC: THE GATHERING, DUNGEONS & DRAGONS, and KAIJUDO. Wizards is also a publisher of fantasy series fiction with numerous New York Times best-sellers. For more information about our world renowned brands, visit the Wizards of the Coast Web site at www.wizards.com.

Reply

the Jester and darjr

log in or register to remove this ad

G

**Grydan**
First Post

Dec 19, 2013 #2

Well, the summer 2014 timing comes as a surprise to pretty much nobody anywhere.

I imagine that "multiple gaming platforms" bit is going to inspire some ... interesting reactions.

Reply



**Dungeoneer**
First Post

Dec 19, 2013 #3

"The most fearsome monster of all time?" What's that supposed to mean?

Does "multi-platform release" mean there's a CRPG coming out alongside it?

So is it just called "Dungeons & Dragons" now?

Why did they wait until days before Christmas to make this announce?

Reply

D

**~~Derren~~**
Hero

Dec 19, 2013 #4

> Dungeoneer said:
>
> Does "multi-platform release" mean there's a CRPG coming out alongside it?

Extremely unlikely as it would have been announced by now.
It probably just means that there will be PDFs or possibly a VTT.

When you cut out all the marketing drivel (and my god are the buzzwords bad in there), it just says that it comes out next year.

Last edited: Dec 20, 2013

Reply



**darjr**

I crit!

Dec 19, 2013 #5

Whoa! It isn't even on the main site!

Reply



**Jester David**

Hero

Dec 19, 2013 #6

First Reaction: WOOOOOOOO

Second Reaction: Well, it is the 40th anniversary and the playtest wrapped up, so when else would they release it?

Third Reaction: We still don't know the actual release date, just the season. So we don't know if it's going to be pre or post GenCon.
We also still do not know the name of this edition.
We do not know the format of the books or how they will be released or the MSRP.

So, really, this was a press release telling us nothing.

Reply



**darjr**

I crit!

Dec 19, 2013 #7

I think it confirms the speculation that it'll be Summer 2014. Up until now it was only speculation.

Reply



**Jester David**

Hero

Dec 19, 2013 #8

> Dungeoneer said:
>
> "The most fearsome monster of all time?" What's that supposed to mean?

It means no one on the editing team proofread it.

Does "multi-platform release" mean there's a CRPG coming out alongside it?[/QUOTE]
It likely means electronic and print. And this was likely written by a marketing team who were trying to make the hype sound like a "console" announcement.

> Dungeoneer said:
>
> So is it just called "Dungeons & Dragons" now?

No idea.

> Dungeoneer said:
>
> Why did they wait until days before Christmas to make this announce?

The same reason they left out the actual publication date, price, format, and name. Because reasons.





**darjr**

I crit!

Dec 19, 2013 #9

http://rpg.brainclouds.net/2013/04/01/dli-acquires-dnd-next-video-game-license/

could this have anything to do with it?

edit: joke on me.

Last edited: Dec 20, 2013

Reply

👍 the Jester

**Shiv**
Explorer

Dec 19, 2013 #10

> Dungeoneer said:
>
> Why did they wait until days before Christmas to make this announce?

Now is a great time to make such an announcement. We're heading into the Christmas/New Years holidays and many of us will have more free time to talk online, speculate, and build anticipation. The next few weeks will be a near-constant swirl of fan-generated promotion online.

Reply

1 of 14 Next

Write your reply...

Post reply

## Similar Threads



D&D's Gen Con keynote, featuring new announcements, will be livestreamed on YouTube

- Christian Hoffer
- Jul 9, 2026
- *Dungeons & Dragons

7 8 9 10 11

Replies: 100

Views: 17K

Jul 30, 2026

Whizbang Dustyboots





Dungeons & Dragons announces new reference cards for spells, magic items, and monsters

- Christian Hoffer
- Jun 18, 2026
- *Dungeons & Dragons

5 6 7 8 9

Replies: 80

Views: 18K

Aug 6, 2026

FitzTheRuke





Dungeons & Dragons Icons line announced, bringing back classic creators to classic settings

- Christian Hoffer
- Jul 31, 2026
- *Dungeons & Dragons

6 7 8 9 10

Replies: 95

Views: 14K

21 minutes ago

Kobold Avenger





Hasbro cancels D&D video game by Giant Skull

- Christian Hoffer
- May 20, 2026
- *Dungeons & Dragons

2 3 4

Replies: 32

Views: 11K

May 26, 2026

Rainbow Scissors





Dungeons & Dragons announces third-party partnerships to bring official support to popular campaign settings

- Christian Hoffer
- Jul 31, 2026
- *Dungeons & Dragons

7 8 9 10 11

Replies: 105

Views: 14K

Aug 12, 2026

Bravesteel25



Share:

Recent & Upcoming Releases

**September 16 2026**



Arcana Unleashed

(Dungeons & Dragons)

Rulebook featuring "high magic" options, including a host of new spells.

Replies (307)

## September 16 2026



Arcana Unleashed: Deadfall

(Dungeons & Dragons)

Adventure book featuring Red Wizards of Thay.

Replies (184)

## October 1 2026




Secrets of the Tome (A5E)

(Level Up: Advanced 5th Edition)

Magical options for spellcasters.

Replies (23)

## November 3 2026




Dungeons & Dragons: World of Warcraft

(Dungeons & Dragons)

World book for Azeroth

Replies (267)

## January 30 2027




Dark Sun
(Dungeons & Dragons)
Dark Sun returns in 2027
Replies (1967)

## March 6 2027




Steel & Skill: The Complete Fighter's Field Guide
(Dungeons & Dragons)
Handbook for D&D fighters.
Replies (67)

## June 15 2027

Case 1:26-cv-04680-AT-RFT Document 16-11 Filed 08/25/26 Page 12 of 13




Star Wars: Season of Rebellion
(Dungeons & Dragons)
Official D&D Star Wars book
Replies (278)

## July 31 2027




Greyhawk: Crown of the Witch Queen
(Dungeons & Dragons)
160-page adventure
Replies (264)

Community › General Tabletop Discussion › ***Dungeons & Dragons** ›

Light Mode

Contact us Terms and rules Privacy policy Help Home

Community platform by XenForo® © 2010-2026 XenForo Ltd.

Ignore/Block Essentials by AddonFlare - Premium XF2 Addons
| [XTR] Modal Popups © 2019 XENTR Development | Events Manager by XenCustomize
Discord Integration © Jason Axelrod of 8WAYRUN
XenCarta 2 PRO © Jason Axelrod of 8WAYRUN



Melf's Guide to Greyhawk: The Shield Lands

(Dungeons & Dragons)

Greyhawk book written by Luke Gygax.

Replies (378)

Remove ads