# EXHIBIT 13

The Wayback Machine - https://web.archive.org/web/20240520045107/https://www.rpg.net/reviews/ar...






## REVIEW EDITING

**Edit this Review** | **Unlink This Review from Player's Handbook**

## REVIEW OF PLAYER'S HANDBOOK




Goto [ **Index** ]

This is a review of the Player's Handbook for 5th edition Dungeons & Dragons.

Disclaimer:

This review is not meant to edition war, or system war. Comparisons will be made to other editions of D&D;, and to other game systems. However, no system will be held above another, as they all have strengths and weaknesses.

Disclaimer 2:

If you (the reader) like this system, fine. Seriously, I am not attacking you. I am flattered that you take me seriously enough to read what I have to say. I merely write this review to state a critical analysis of the strengths and weaknesses of this product as I see them. I hate reviews who's substance boils down to "Well, I liked it. I had fun. So it must be good". That is why I take the time to write my reviews.

Now, the review:

The development of Dungeons and dragons over the various editions could easily be described as reactionary. That is, each new edition sought to fix problems they saw in the previous. AD&D; offered more codified rules instead of the freeform improvisation of Basic D&D.; This was meant to cut down on the bickering. Third edition nerfed wizards in the hope that they wouldn't outdistance fighters to the

## PRODUCT SUMMARY

XML

**Name:** **Player's Handbook**
**Publisher:** **Wizards of the Coast**
**System:** **Dungeons & Dragons** (**5e**)
**Author:** **Jeremy Crawford**, **Michael Mearls**
**Category:** RPG

**Cost:** $49.95
**Pages:** 320
**Year:** 2014

**SKU:** 92170000
**ISBN:** 978-0-7869-6560-1

**Fantasy**

View [ **Printable Review** ]

## REVIEW SUMMARY

XML

**Capsule Review**
*September 5, 2014*

by: **Logic Breaker**

**Style:** 2 (Needs Work)
**Substance:** 2 (Sparse)

An attempt to recapture the strengths of earlier editions, 5th edition is currently incomplete has little reason to keep players invested.

*Logic Breaker has written **3 reviews**, with average style of 3.33 and average substance of 2.67 The reviewer's previous review was of **Double Cross Roleplaying Game Core Rulebook**.*

point of irrelevance. Ghostwalk tried to fix the death problem of RPGs (you're dead, so you can't play anymore. just sit back and watch). Fourth edition introduced a new magic system of at will/per encounter/per day spells and gave everybody healing powers. This prevented wizards from running out of spells, and being forced to sit out until they could cast more. This also freed up the cleric to play instead of sitting back until healing was needed.

Each edition had high minded goals and yet fell short of the mark in one way or another. Fifth edition D&D; is no different.

Fifth edition seeks to combine the percieved strengths of all prior editions while eschewing all the problematic elements.

Style:

Stylistically, the game tries to harken back to AD&D; 2nd in terms of art and tone. The art is close, but not quite. While there are full color, full page illustrations a plenty, the detail is too soft to be realistic (like Caldwell), and too complicated to be impressionistic (like Frazetta). The color blending is poor, so many of the illustrations lack realistic flesh tones. Still other illustrations feel flat, like they have been taken out of a comic book.

What baffles me the most is that, with the exception of Keith Parkinson, all of the artists who contributed to D&D; of years past are still alive and well in need of paying commissions. Why didn't they just hire Clyde Caldwell or Larry Elmore to fill this book with the art that this game deserves?

In terms of tone, everything has been reduced to the most basic clichés painted in the broadest strokes. Elves are beautiful and aloof. Dwarves live under the mountain, and only under the mountain (so what they do for bread is anyone's guess). Theives are sneaky. Fighters are brawny. And it all takes place in the pseudo midievil tolkien-esque realm. (Admittedly, the game is meant to be compatible with alternative settings, which I am sure will be sold to us in following supplements, ka-ching. I am remarking on what is presented in the player's handbook and what is suggests)

The rules:

I will not give a page by page breakdown of the rules, but will instead try to address the basic ideas in play.

*This review has been read **33126** times.*

## RATE IT!

If you would like to rate this item, **login**.

## MORE REVIEWS (98)


- **5/18: by Endzeitgeist (5/4)**
- **3/18: by Antonios S (4/4)**
- **2/18: by Shane Ward (3/3)**
- **1/17: by Lev Lafayette (4/4)**
- **9/14: by Jonathan Hicks (3/4)**
- **9/14: by Rory Hughes (4/4)**
- **5/13: by Del Valle (2/4)**
- **10/12: by David Nielson (4/5)**
- **9/12: by Timothy S. Brannan (5/5)**
- **4/12: by Antonios S (5/5)**
- **3/12: by baakyocalder (4/5)**
- **7/10: by Elton Robb (3/4)**
- **7/10: by Charlie Dunwoody (3/3)**
- **3/10: by Christopher W. Richeson (5/5)**
- **1/10: by Ryan Isaacson (4/5)**
- **1/10: by Robin Ashe (2/3)**
- **8/09: by Cason Snow (4/5)**
- **8/09: by Cason Snow (4/4)**
- **8/09: by Ryan Isaacson (5/5)**
- **6/09: by James Gillen (3/4)**
- **6/09: by Travire (4/2)**
- **5/09: by Christopher W. Richeson (5/5)**
- **11/08: by James Gillen (4/4)**
- **10/08: by Dustin Cochran (4/2)**
- **10/08: by Core (2/1)**
- **9/08: by Eric Christian Berg (5/4)**
- **7/08: by Conan McKegg (4/5)**
- **6/08: by David Banuelos (3/3)**
- **6/08: by Al Seeger (4/3)**
- **6/08: by Adam Waggenspack (5/5)**
- **6/08: by Belisarius999 (4/4)**
- **6/08: by Daniel Weber (5/4)**
- **6/08: by Shannon Rampe (4/5)**
- **6/08: by James Kidd (4/5)**
- **6/08: by Daniel (4/4)**

The majority of the rules from previous editions have been cut out, in the hopes of making the game simpler. Sadly, the rules aren't any simpler, just fewer.

Skills are gone in favor of proficiency. And proficiency is restricted almost exclusivly to class. So fighters can not ever pick locks or use rope, regardless of their history. Furthermore, the book is unclear about difficulty class. So I guess if your theif is proficient at picking pockets, he succeeds period. Doesn't seem to matter of the target is a drunken bum, or head of the city watch, or head of the theives' guild. Now I could be wrong in this regard. But the rules are NOT clear on the subject.

I am suprrised that they didn't just use the skill system from 13th age. In that game, you have points spent on a character history, a collection of experiences, that the character draws upon. You don't have a use rope skill. But you can have years of experience as a pirate to draw upon if you need to use a rope. The end product is intuitive and encourages good roleplay. So why wasn't it used in 5th edition D&D;?

Hit points and healing have been tweaked to try and incorperate the ideas of 4th edition D&D.; And to an extent that is fair. If the burden of healing is put onto a single member of the party, then the healer isn't allowed to do anything else. Now, 4th edition's idea of hit points only made sense if you read the Fell's Five comic book that came out with the system. Hit points in 4th edition were a measurement of how much of a beating a character could take before passing out. Healing was more about catching your breath than closing wounds. And admittedly, the very concept of serious injury in a fantasy setting with healing magic is confused. How serious is a sword slash when a magic prayer can close the wound?

In 5th edition D&D; the majority of hit points are recovered by resting in between encounters. I find this reminiscent of the stress track system in fate systems such as the Dresden Files RPG. And I am not sure how appropriate this is. Fate system rpgs have an intentionally pulp flavor, like Indiana Jones. Fantasy stories are supposed to have a more serious tone in action, so that we take the peril seriously.

Spellcasters have been de-nerfed to the delight of millions of fanboys. Wizards now have inexhaustable at will cantrips that ignore armor class and do more damage that a fighter with a greataxe. I do admit that this makes SOME sense. In fantasy literature, magic has always been more powerful than simple steel.


**6/08: by Chris Davies (4/3)**
**2/07: by Dave Humm (4/3)**
**7/06: by Christopher W. Richeson (4/4)**
**6/06: by Mike Thorn (3/3)**
**5/05: by Scott Driver (2/5)**
**4/05: by Wordman (2/1)**
**4/05: by James A. Beggs (3/4)**
**3/05: by Conan McKegg (4/4)**
**6/04: by Kai Zimmermann (5/5)**
**4/04: by Chris Czerniak (5/4)**
**1/04: by Robin Ashe (4/4)**
**12/03: by Shanya Almafeta (2/2)**
**12/03: by Sean Bayan Schoonmaker (4/2)**
**12/03: by Joshua Kubli (5/4)**
**10/03: by Buzz (2/1)**
**9/03: by Chris Czerniak (5/4)**
**8/03: by Darrin Bright (2/2)**
**7/03: by KPB3 (3/4)**
**7/03: by Mike MacKenzie (4/4)**
**6/03: by Chris Czerniak (2/3)**
**12/02: by Patrick Clark (4/3)**
**9/02: by Elton Robb (4/4)**
**7/02: by B. K. B. Johnson (3/3)**
**4/02: by Robert J Grady (4/4)**
**4/02: by Colin D. Speirs (3/4)**
**10/01: by Spencer M. Lease (4/4)**
**8/01: by Jamie Herbert (4/4)**
**8/01: by Buzz (3/1)**
**8/01: by Jake de Oude (3/4)**
**7/01: by Brad Everman (3/2)**
**7/01: by Buzz (3/2)**
**7/01: by Jeff Klingbeil (4/4)**
**4/01: by Alan D. Koher (4/4)**
**9/00: by Excalibur on 08/15/00. (4/4)**
**9/00: by The Jakester (5/4)**
**9/00: by Mark Strecker (3/2)**
**9/00: by Mikkel Lodahl (4/4)**
**9/00: by Robert J Hisle (4/4)**
**9/00: by J.A.Noll (4/4)**
**9/00: by Donal (4/3)**
**9/00: by Matt Clay (4/3)**
**9/00: by Ashur on 08/09/00. (5/4)**

And I am not going to complain about the sacred idol of "game balance". The idea behind game balance isn't to keep everybody equal at all times. It is meant to allow all players to contribute equally and have fun at the table. But I do wonder if non spellcasters will feel like they can contribute meaningfully if spellcasters can do more damage than regular attacks and ignore armor class.

Not that there are any non-spellcasters any more. Fighters now have the class option of eldritch knight, and rogues have arcane trickster. These are no longer prestige classes, but regular class packages. Class packages are also a new feature for 5th edition. Gone are the days when players picked feats and options as they progressed to reflect how they have changed over their adventures. Now, players have the simple ease of picking a pregenerated package that makes all of these choices for them. Sure, it makes gaming easier for the new player. But it robs them of choice, which is the strongest element of D&D; (or any RPG for that matter). Feats still exist, but only as an OPTIONAL rule, and an underdeveloped one at that.

Speaking of classes, almost all classes feel the same in 5th edition. You get one class ability bonus (attack progressions are gone). You more likely than not get spells. And you get magical (or "tactical") abilities that are either at will or refresh after a rest. Seriously, all spellcasters (with the exception of sorcerers) play exactly the same. Wizards have spells and at will magic powers. Clerics have spells and at will powers from class. Warlocks have spells and at will powers from class. Sorcerers are different in that they have a mana pool used to alter spells cast with metamagic properties. That's it. Sure, druids can wild shape. But their options for wild shape have been nerfed to the point it is almost not worth mention.

Now there are some good ideas buried in 5th edition. Some spells are now given the option of ritual casting. This means that if a mage takes the time to read from his book, scrawll the runes, and slowly cast his spell it doesn't count against his spells per day. This makes sense to me. The idea of vancian magic was that there was only so much space inside a wizard's head, which determined his spells per day. So, if a wizard took the time to read the spell out of his book, shouldn't this avoid the limitations of space in a wizard's head?

Mages can now hold a "focus object" which allows them to eschew material components for spells (admittedly I was already using this rule before 5th


**9/00: by Prince Nightchilde (5/5)**
**9/00: by Daniel Harms (3/4)**
**9/00: by Quentin Schilling (5/4)**
**9/00: by Curtis Batt (3/4)**
**9/00: by lizard (4/5)**
**9/00: by Grndzero (4/4)**
**9/00: by John Ward (4/4)**
**9/00: by George Jackson on 08/17/00. (4/5)**
**6/00: by Sedge Lewis (5/4)**
**11/99: by Allister Huggins (3/2)**
**10/99: by Dan Davenport (2/3)**
**8/99: by David Lucardie (3/4)**
**8/99: by David Lucardie (3/2)**
**1/99: by Iron Czar (4/4)**
**10/98: by Scott Shafer (4/3)**
**9/98: by James Maliszewski (4/4)**
**8/98: by Larry D. Hols (3/2)**
**8/98: by Genesis (5/4)**
**7/98: by C.H. Gallant (3/4)**
**6/98: by X (4/2)**
**4/98: by Vegeta (4/4)**

*In 98 reviews, average style rating is 3.76 and average substance rating is 3.66.*

**DUNGEONS & DRAGONS**

**Adult Red Dragon**
**Adventurer's Vault**
**Adventurer's Vault**
**Adventurer's Vault**
**Akrasia: Thief of Time**
**Amethyst: Foundations**
**Animal Training (5e Rules)**
**Arcane Power**
**Archetypal Spell Compendium: Artificers & Arcanists**
**B10: Night's Dark Terror**
**( all related reviews )**

edition). No need for a spell component pouch when you have your trusty staff.

Another good idea is "advantage", when used as an option instead of an all encompassing rule. "Advantage" is meant to be used instead of calculating complicated bonuses and penalties. Gamers merely determine who is at advantage in a situation. The one with advantage rolls a d20 twice and picks the higher roll. Simmilarly, if a being was at disadvantage, roll 2 d20 and pick the lower. It's fast. It works. Here's the problem: no gradation. I have the high ground = 2d20. My enemy is drunk = 2d20. I'm outnumbered 50 to 1 and missing a leg = 2d20. Do you see the problem? The mechanic works on occasion. It does not work as a default rule for all instances.

Another new rule that doesn't work so well is "inspiration". Inspiration is a bonus awarded to players for good roleplay spendable at their discression. The mechanic is painfully reminicent of "fate points" (see the Dresden Files RPG), just not as well implemented. In short, "inspiration" rewards good roleplay but does not enforce it. This leads to the ever popular paladin who steals and uses poison when it suits him, and is only virtuous when he needs "inspiration".

It seems that the developers have forgotten that the level progression that is core to D&D; was meant to start adventures in a low fantasy setting before moving them into high fantasy. This progression mirrors the adventures of Fafhrd and the Gray Mouser. In their early days, Fafhrd and the Gray Mouser were lucky to survive against the theives' guild. These protagonists won more often due to careful planning and fighting dirty than shear might and skill. If a wizard could cast a single spell at all, he was still miles ahead of the masses. And a single spell, if cast well, could mean the difference between victory and defeat. It was only in their later adventures that Fafhrd and the Gray Mouser travelled dimensions fighting cosmic horrors.

In D&D; 5th edition, the game tries to start in a realm of high fantasy and stay there.

Final thoughts:

I know 5th edition wasn't written for me. It was written for new players. People who have never picked up a d20 in their lives. And I empathize. Wizards of the coast can't keep marketing to the same crowd established in the late 70s.

So the question is, is this a good game for new players? I say...no. The game is easy-ish to pick up. But the strict adherence to clichés and the lack of custimisation option leaves very little reason to keep playing after the first couple of games.

As it stands, the player's handbook does not contain enough to play the game. You are spending almost $50 for an incomplete product.

There are other games with genuinely simpler mechanics and familiar source material that would be better for introducing new players to the hobby.

If I rambled, sorry. If I missed something you thought important, sorry. Feel free to comment. Remember, it's nothing personal.

## RECENT FORUM POSTS

| Commentator | Date | Message |
|---|---|---|
| **talsine** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **Lars Dangly** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **Waziir** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **hive_mind** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **jvan** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **EonTrinity** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **Doctor Crunch** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **jcfiala** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **Whizbang Dustyboots** | 2014-09-05 | Re: : Dungeons & Dragons Fifth Edition Player's Handbook, reviewed by Logic ... |
| **RPGnet Reviews** | 2014-09-05 | Logic Breaker's Summary: An attempt to recapture the strengths of earlier ... |

( **view complete forum thread** )



Copyright © 1996-2024 Dyvers Hands & individual authors, All Rights Reserved

Compilation copyright © 1996-2024 Dyvers Hands
RPGnet® is a registered trademark of Dyvers Hands., all rights reserved.