UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lap-Sun Chan,<br>Plaintiff,<br>-against-<br>Dungeons and Dragons Wizards of the Coast, LLC,<br>Defendant. | 26-CV-04680 (AT) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This case has been referred to me for General Pretrial and Dispositive Motion purposes on August 27, 2026**.** A telephonic conference is scheduled for **Friday, September 4, 2026 at 11:00 AM.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 906 056 750#.

DATED: August 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge