UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

Write the first and last name of each plaintiff.

-against-

DUNGEONS AND DRAGONS

WIZARDS OF THE COAST, LLC,

Write the first and last name of each defendant.

Case No. 1:26- CV 04680-AT-RFT

**CERTIFICATE OF SERVICE**

I, Dylan M. Schmeyer,

affirm that the foregoing documents have been personally served on Lap-Sun Chan or mailed to the last known address of Lap-Sun Chan, at 4266 Saull Street, Flushing, NY 11355-4916.

8/27/26
Executed on (date)

[signature]
Signature

Dylan Schmeyer
Name

Prison Identification # (if incarcerated)

1700 Broadway 16th Floor | New York | NY | 10019
Address | City | State | Zip Code

719-930-5942
Telephone Number (if available)

dschmeyer@kusklaw.com
E-mail Address (if available)