**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

LAP-SUN CHAN
Plaintiff,

-against-

WIZARDS OF THE COAST, LLC

Defendants.

C.A. NO. 1:26-CV-04680

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that, upon the Memorandum of Law in Support of their Motion to Dismiss, dated August 25, 2026, the Letter to Mr. Lap-Sun Chan, dated July 27, 2026, and the exhibits annexed thereto, and upon all the papers and proceedings had herein, Defendant Wizards of the Coast, LLC, will move this Court, at the United States Courthouse for the Southern District of New Yor located at 40 Foley Square, New York, New York, 10007, on a date and time to be designated by the Court, for an Order:

1) Granting Rule 11 sanctions against Plaintiff Lap-Sun Chan on the basis that his complaint is frivolous because:

(a) the allegedly infringing content was not published by Wizards and Plaintiff has therefore not alleged any conduct by Wizards that could subject it to liability;

(b) Wizards could not have copied the concept of a wereshark, including a human-shark hybrid wereshark, from Plaintiff, because such a monster appeared in Dungeons & Dragons long before Plaintiff claims to have invented, let alone published, his own version; and

(c) Plaintiff fails to allege any substantial similarity between Plaintiff's expression of the wereshark concept and Wizards' expression of the wereshark concept; and

2) Granting such other and further relief as the Court deems appropriate.

Dated: September 3, 2026

By: */s/ Akiva M. Cohen*

Akiva M. Cohen, Esq.
KAMERMAN UNCYK SONIKER &
KLEIN P.C.
1700 Broadway
New York, New York 10019
Tel: (212) 400-4930
acohen@kusklaw.com
*Attorneys for Defendant*