UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN

Plaintiff,

-against-

WIZARDS OF THE COAST LLC

Defendants.

C.A. NO. 1:26-CV-04680

**DECLARATION OF WILLIAM ANSELL IN SUPPORT OF MOTION**

I, William Ansell, declare as follows:

1. I am Senior Director of Studio Management for Defendant Wizards of the Coast LLC ("Wizards"). I have been employed by Wizards since January 2015. I submit this declaration in support of Wizards' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11.

2. The facts stated in this declaration are based on my personal knowledge. If called upon to testify, I could and would testify competently to the matters set forth below.

3. Wizards is the publisher of the tabletop role-playing game Dungeons & Dragons ("D&D"). D&D was first published in 1974 by TSR, Inc. ("TSR"). In 1997, Wizards acquired TSR, including TSR's catalog of published D&D works and the intellectual property associated with them. Wizards maintains an archive of D&D works published both by TSR and by Wizards, and I am familiar with that archive.

4. Based on my review of Wizards' records, the following table accurately identifies the principal editions of D&D, their publishers, and their years of first publication:

| Title | Publisher | Year |
|---|---|---|
| Dungeons & Dragons | TSR, Inc. | 1974 |
| Dungeons & Dragons Basic Set | TSR, Inc. | 1977 |
| Advanced Dungeons & Dragons | TSR, Inc. | 1977 |

| | | |
|---|---|---|
| Dungeons & Dragons (Basic and Expert Sets) | TSR, Inc. | 1981 |
| Dungeons & Dragons (Basic, Expert, Companion, Master, and Immortal Rules) | TSR, Inc. | 1983–1986 |
| Advanced Dungeons & Dragons 2nd Edition | TSR, Inc. | 1989 |
| Dungeons & Dragons Rules Cyclopedia | TSR, Inc. | 1991 |
| Advanced Dungeons & Dragons Revised 2nd Edition | TSR, Inc. | 1995 |
| Dungeons & Dragons (3rd Edition) | Wizards of the Coast | 2000 |
| Dungeons & Dragons v. 3.5 | Wizards of the Coast | 2003 |
| Dungeons & Dragons 4th Edition | Wizards of the Coast | 2008 |
| Dungeons & Dragons 5th Edition | Wizards of the Coast | 2014 |
| Dungeons & Dragons 5.5 Edition | Wizards of the Coast | 2024 |

5. A monster called the "wereshark" has appeared in official D&D publications for more than four decades. The wereshark first appeared as a monster in the *Monster Manual II*, a D&D supplement published by TSR in 1983. Exhibit 1 to the Neville Declaration includes an accurate depiction of the wereshark entry to the *Monster Manual II*.

6. The wereshark has appeared in numerous D&D publications since 1983. Based on my review of Wizards' publication archive, the wereshark appeared in each of the following official D&D publications, in the years indicated:

| **Publication** | **Year** | **Exhibit** |
|---|---|---|
| Monster Manual II | 1983 | Exhibit 1 |
| Dungeons & Dragons Rules Cyclopedia | 1991 | Exhibit 2 |
| Advanced Dungeons & Dragons 2nd Edition: Monstrous Compendium Annual Vol. 2 | 1992 | Exhibit 3 |
| Advanced Dungeons & Dragons 2nd Edition: Ravenloft – Islands of Terror | 1994 | Exhibit 4 |
| Advanced Dungeons & Dragons 2nd Edition: Forgotten Realms – City of Splendors | 1995 | Exhibit 5 |
| Monstrous Compendium: Monsters of Faerûn | 2001 | Exhibit 6 |
| Lost Empires of Faerûn | 2005 | Exhibit 7 |

7. Each of the publications identified in the preceding paragraph was published, and was offered for sale to the public, in the year indicated. The most recent, Lost Empires of Faerûn, was published in 2005—more than a decade before 2016.

8. I have reviewed Exhibits 1 through 7 to the Neville Declaration and can confirm that they are true and correct copies of the cover, the copyright and publication information page, and the page(s) on which the wereshark appears in books published by Wizards or its predecessor, TSR, Inc.

9. I have reviewed the Complaint in this action (Dkt. 1) and the four allegedly infringing uses of a wereshark identified in it: (a) the Pirate Campaign Compendium (5E) Revised, published by Legendary Games; (b) a reference appearing on the website "Tribality"; (c) the Pathfinder Roleplaying Game, published by Paizo Inc.; and (d) references appearing on the website 5esrd.com.

10. Wizards does not own, control, operate, or hold any ownership interest in Legendary Games, Paizo Inc., the Tribality website, or the 5esrd.com website, and none of those entities or websites is a parent, subsidiary, division, or affiliate of Wizards. Contrary to the allegation in the Complaint, Pathfinder is not "a division of Dungeons and Dragons"; it is a separate game published by Paizo Inc., a company unaffiliated with Wizards.

11. Wizards has made certain D&D game mechanics available to the public under the Open Game License ("OGL"), a publicly available license that permits third-party publishers to create and publish their own compatible game content. Publishers who rely on the OGL do so without Wizards' involvement, review, or approval of their content, and Wizards does not supervise, edit, or authorize the specific works such publishers create. A true and correct copy of the OGL is attached hereto as **Exhibit 1**.

12. Wizards did not create, publish, edit, approve, or distribute the Pirate Campaign Compendium (5E) Revised, the Tribality article referenced in the Complaint, the Pathfinder Roleplaying Game or any Pathfinder publication, or the content appearing on 5esrd.com identified in the Complaint. Wizards received no royalties or other revenue from any of those works or websites, and Wizards granted no license to any of their publishers other than the publicly available OGL described above. I have caused a search to be made of Wizards' records, and that search identified no agreement, correspondence, or other relationship between Wizards and Legendary Games, Paizo Inc., Tribality, or 5esrd.com concerning any of the allegedly infringing works.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this the 1st day of September, 2026, at Seattle, Washington.

By: ______________________

William Ansell