**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAP-SUN CHAN<br>Plaintiff,<br>-against-<br>WIZARDS OF THE COAST, LLC<br>Defendants. | C.A. NO. 1:26-CV-04680<br><br>**DECLARATION OF THOMAS D. NEVILLE** |

I, Thomas D. Neville, declare the following to be true under penalty of perjury:

1. I am a Partner at Kamerman, Uncyk, Soniker & Klein P.C., counsel for Defendant Wizards of the Coast, LLC ("Wizards") in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2. I have personal knowledge of the roleplaying games industry. I first played D&D in the mid-1980s and have played tabletop roleplaying games (hereinafter "TTRPGs") ever since. I buy and read TTRPG sourcebooks regularly, and am familiar with how the Open Gaming License has provided opportunities for designers to publish material for D&D and other games.

3. As part of my work on the Rule 11 motion, I conducted research into Mr. Chan's claims. This included obtaining and reviewing the works he alleges infringed on his copyright and conducting the kind of basic factual research I would undertake (or ask an associate or paralegal to undertake) before preparing and filing a Complaint. All the searches described herein were conducted using the Chrome browser in "Incognito Mode," with Google's personalized search deactivated. I took these steps because Google can vary the order of search results based on location and prior searches, and I wanted to present the results in their most natural way.

4. I searched publicly available sources for depictions of wereshark creatures published before and after Plaintiff's claimed creation date. The sources searched included, among others: the

Internet Archive (archive.org); publisher catalogs and official product listings; digitized and print tabletop role-playing game sourcebooks and bestiaries; hobbyist periodicals and amateur press associations; and general internet searches. The research focused on the fantasy and role-playing game literature because that is the genre of both Plaintiff's self-published works and the Wizards publications identified in the Complaint.

5. That research located numerous published works containing wereshark creatures, in some instances predating Plaintiff's claimed creation date by four decades. The publications generally fall into two categories: (*i*) publications in the *Dungeons & Dragons* product line, published by *TSR, Inc.*, the original publisher of *Dungeons & Dragons*, or by Wizards of the Coast itself, and (*ii*) publications made under the Open Gaming License.

6. As part of my research, I identified the published official D&D books which included entries for "weresharks." I am providing copies of each such entry as Exhibits to this Declaration.

7. Attached as **Exhibit 1** are true and correct copies of the cover page, the copyright page, and the wereshark page of *Advanced Dungeons & Dragons: Monster Manual II*, 1st Edition (TSR, Inc. 1983), at page 82, ISBN 0-88038-031-4. This publication depicts weresharks as humans inflicted with lycanthropy that enables them to take shark form whenever they choose, so long as it is in darkness; the creature is described as virtually indistinguishable from a normal human, solitary, and able to be hit only by magical or silver weapons.

8. Attached as **Exhibit 2** are true and correct copies of the cover page, the copyright page, and the wereshark page of the *Dungeons & Dragons Rules Cyclopedia* (TSR, Inc. 1991), at page 190-191, and 235, ISBN 1-56076-085-0. This publication depicts weresharks as mermen inflicted with a form of lycanthropy enabling them to take the form of a mako shark at will in darkness, who

must change when the moon is full and "maraud" the seas, and who can be harmed only by magic and silver weapons.

9. Attached as **Exhibit 3** are true and correct copies of the cover page, the copyright page, and the wereshark page of *Advanced Dungeons & Dragons 2nd Edition: Monstrous Compendium Annual Volume Two* (TSR, Inc. 1995), at page 82, ISBN 1-7869-0199-3. This publication describes weresharks as "avaricious hybrid[s] of man and shark" — huge, muscular brutes in human form that take the form of great white sharks when transformed; cruel and arrogant in human form and even more vicious in shark form; affected only by silver or enchanted weapons, with all other weapons deflecting off their skin or causing flesh wounds that heal immediately; and often maimed or disfigured in human form.

10. Attached as **Exhibit 4** are true and correct copies of the cover page, the copyright page, and the wereshark page of the *Advanced Dungeons & Dragons Ravenloft* supplement *Islands of Terror* (TSR, Inc. 1992), at page 92, ISBN 1-56076-349-3. This publication contains a depiction of the wereshark in the *Ravenloft* campaign setting consistent with the description set forth in paragraph 9 above.

11. Attached as **Exhibit 5** are true and correct copies of the cover page, the copyright page, and the wereshark page of the *Advanced Dungeons & Dragons Forgotten Realms* supplement *City of Splendors* (TSR, Inc. 1994), at page 1124, ISBN 1-56067-368-1. This publication contains a depiction of the wereshark in the *Forgotten Realms* campaign setting consistent with the description set forth in paragraph 9 above.

12. Attached as **Exhibit 6** are true and correct copies of the cover page, the copyright page, and the wereshark pages of *Monstrous Compendium: Monsters of Faerûn* (Wizards of the Coast 2001), at pages 92–93, ISBN 0-7869-1832-2. This publication depicts weresharks as huge, muscular

brutes in human form who transform into great white sharks, are strong, love to grapple, possess an acute sense of smell, fight blind, and possess damage reduction overcome only by silver.

13. Attached as **Exhibit 7** are true and correct copies of the cover page, the copyright page, and the wereshark pages of *Lost Empires of Faerûn* (Wizards of the Coast 2005), at pages 183, ISBN 0-7869-3654-1. This publication depicts weresharks as having alternate and hybrid forms; that love to fight hand to hand; possess blindsense enabling them to locate underwater creatures within a 30-foot radius; possess keen scent; possess damage reduction overcome only by silver; and have a natural armor class equivalent to wearing heavy armor.

14. Attached as **Exhibit 8** are true and correct copies of the cover page, the copyright page, and the wereshark pages of *Alarums and Excursions*, Volume 13 (1976), at pages 93–94, No ISBN number available. This publication, an amateur press association periodical devoted to role-playing games, depicts an anthropomorphic shark creature, vulnerable to a silver sword, based on a Polynesian legend of demon creatures.

15. Attached as **Exhibit 9** are true and correct copies of the cover page, the copyright page, and the cited pages of the White Wolf Publishing, Inc. *Werewolf: The Apocalypse* sourcebook *Rokea* (published April 2, 2001), ISBN 1-56504-364-2. This publication depicts an entire society of shape changing weresharks: creatures with humanoid, hybrid, and shark forms (p. 51-52); effectively immortal absent violence (p. 36); communicating by emitting electric pulses that cannot be sent in humanoid form (p. 62-63); weak to silver (p. 63); and able to be born as either human or shark (p. 37). Obtained from: https://www.drivethrurpg.com/en/product/257/rokea.

16. While conducting my search for references to the wereshark, I searched for weresharks on the 5eSRD.com website. 5eSRD.com is part of the Open Gaming Network (or OGN). The OGN is a collection of websites that collect content released under the Open Gaming

License, or under a Creative Commons License for a variety of TTRPGs, including D&D and Pathfinder.

17. My search for "wereshark" on 5eSRD.com produced many entries for various versions of the wereshark. Significantly, at the bottom of the page for each of these entries, there was a Copyright Notice, identifying where that version of the wereshark was published. The webpages I located include:

- https://www.5esrd.com/database/creature/lycanthrope-wereshark/;
- https://www.5esrd.com/database/creature/lycanthrope-wereshark-2/;
- https://www.5esrd.com/gamemastering/monsters-foes/npc/wereshark-bloodrider/wereshark-chieftain/;
- https://www.5esrd.com/database/creature/wereshark/;
- https://www.5esrd.com/database/creature/lycanthrope-wereshark-3/;
- https://www.5esrd.com/gamemastering/monsters-foes/npc/wereshark-bloodrider/;
- https://www.5esrd.com/gamemastering/monsters-foes/npc/wereshark-bloodrider/wereshark-shaman/.

Using the information contained in the copyright notices, I sought out the sources identified.

18. Attached as **Exhibit 10** are true and correct copies of the cover page, the copyright page, and the wereshark page (p. 190) of the *Pathfinder Bestiary 4* (Paizo Publishing 2013), ISBN 978-1-60125-575-4. This publication depicts weresharks as shape changing humans with hybrid and shark forms; vulnerable to silver weapons; able to speak the common tongue; bloodthirsty and easy to anger; often idolized by tribal chieftains and shamans; preferring to give one another space rather than come into conflict; and often leading pirate gangs.

19. Attached as **Exhibit 11** are true and correct copies of the cover page, the copyright page, and the wereshark-kin page (p. 20-21) of the *Pathfinder Player Companion: Blood of the Moon* (Paizo Publishing 2013), ISBN 978-1-60125-578-5. This publication depicts weresharks as often thinking of themselves as nobility; often related to island nobility; expecting others to defer to their often-blunt methods and habits; disliking being questioned; and often idolized by tribal chieftains.

20. Attached as **Exhibit 12** is a true and correct copy of the article "Natural Lycanthropes in 5th Ed: Wereshark," published on Tribality.com on October 14, 2015, as it appears at https://www.tribality.com/2015/10/14/natural-lycanthropes-in-5th-ed-wereshark/. This publication depicts weresharks as well-organized, methodical shapechangers, neither evil nor cruel, descended from sea elves, with humanoid, hybrid, and shark forms; blindsight to a range of 30 feet (lost for one round (approximately six seconds) if the wereshark takes lightning damage); and the ability to speak, read, and write two languages.

21. Attached as **Exhibit 13** are true and correct copies of excerpts from two versions of Stephen C. Klauk's *Bestiary Nefarious: Creatures of the East*. The exhibit contains the cover, title, and introduction pages of the first version of the book, as well as the "wereshark" entry. The excerpt from the second version consists of its cover, title, and introduction pages, which are all watermarked "Sample file" in red text. I obtained the first version of this volume from https://pdfcoffee.com/bestiary-nefarious-monsters-of-the-east-pdf-free.html. It does not have a copyright page but does the Introduction section references events in 2007 as occurring "about a year ago." *Bestiary Nefarious: Creatures of the East*, at p. 6. Further, the document's metadata reflects a creation date of December 7, 2008.




*Figure 1Metadata for Bestiary Nefarious: Creatures of the East*

Based on this information I have concluded that this document was published in 2008.

22. However, the copyright notice on the 5esrd.com page referenced a 2025 copyright date, so I conducted additional research. My research led me to the DriveThruRPG page for the *Bestiary Nefarious (5e)*, at https://www.drivethrurpg.com/en/product/534205/bestiary-nefarious-5e. I was able to download a sample version of the first 15 pages of the work, including the Introduction page. The introduction in the sample version explained that it was a revised edition, updated for 5e. The DriveThruRPG page also indicates a publication date for the revised version in 2025.

23. The *Bestiary Nefarious* weresharks are portrayed as vicious predators, with human, hybrid (bipedal), and shark forms. They have a form of blindsense, a heightened sense of smell, and damage resistance to nonmagical weapons that are not made of silver. Oddly, these weresharks are the only ones with a connection to Neptune that I encountered, as Mr. Klauk's version of the

wereshark has a connection to Neptune's moon Triton. *Bestiary Nefarious: Creatures of the East*, p. 314 (2008).

24. Attached as **Exhibit 14** are true and correct copies of the cover page, the copyright page, and the wereshark page of Legendary Games' *Pirate Campaign Compendium* (first published 2018; revised edition 2021), at page 285 of the revised edition, ISBN 978-1-955320-01-6. This publication depicts a shape changing humanoid with hybrid and shark forms; a mouth full of unusually large teeth; a crude and bullying personality; bloodthirsty and quick to anger; living at sea or in port settlements frequented by merchants and pirates; often leading pirate gangs; sticking close to the sea to escape into the water; possessing blind sense; immune to bludgeoning, piercing, and slashing damage from nonmagical attacks not made with silvered weapons; and speaking the common tongue. It is noteworthy that the descriptive text accompanying the Wereshark entry in this volume is identical to the text in the Pathfinder *Bestiary 4* (Exhibit 10), which was published in 2013. Legacy Games identified the Pathfinder *Bestiary 4* as a source of Open Game Content it was copying pursuant to the OGL.

25. Attached as **Exhibit 15** are true and correct copies of the cover page, the copyright page, and the wereshark page of *Sea Monsters (5e)* (Legendary Games © 2020), ISBN 9798717444088, obtained from https://www.scribd.com/document/622850045/Sea-Monsters-Legendary-Games#page=62. This publication depicts a wereshark with the same characteristics as those described in the *Pirate Campaign Compendium* in paragraph 24 above. It also uses the same descriptive text as the *Pirate Campaign Compendium*.

26. Attached as **Exhibit 16** are true and correct copies of the cover page, the copyright page, and the wereshark page of *Seas of Vodari* (Tribality © 2020), at page 235, ISBN 978-1-56581-231-4, obtained from https://anyflip.com/lphgc/mbdu/basic. This publication depicts a shape changing humanoid with hybrid and shark forms; immune to bludgeoning, piercing, and slashing

damage from nonmagical attacks not made with silvered weapons; possessing blindsight; speaking Common (except in shark form); a solitary hunter that can lose its sense of reason; always on the move; and preferring to hunt using stealth.

27. Attached as **Exhibit 17** are true and correct copies of the cover page, the copyright page, and the wereshark page of *Tome of Beasts 2* (Open Design LLC © 2020), at page 247, ISBN 978-1950789009, obtained from https://anyflip.com/fgoih/caps/basic. This publication depicts a shape changing humanoid with hybrid and shark forms; immune to bludgeoning, piercing, and slashing damage from nonmagical attacks not made with silvered weapons; possessing blindsight; and described as "[t]he twisted form of a humanoid shark" with "rows of jagged teeth," a savage predator driven by voracious appetites that can pursue prey for months.

28. Of the publications identified above, **Exhibits 1 through 13** — comprising five publications in the *Dungeons & Dragons* product line spanning 1983 to 2005, together with the *Ravenloft* and *Forgotten Realms* supplements, and six third-party publications spanning 1976 to 2015, were each published before May 2016 or June 2016 (Compl. ¶ 3; Section 1), the earliest date on which Plaintiff claims to have created his weresharks. Earliest claimed documentary record: June 6, 2016 Word document (Compl. Section 1; Exhibit A). **Exhibits 14** through **17** were published after that date but before the filing of the Complaint, and reflect the continued widespread and independent use of the wereshark concept by parties unaffiliated with Wizards.

29. Attached as **Exhibit 18** is a true and correct copy of a chart prepared by me and others acting at my direction summarizing (a) the characteristics of Plaintiff's weresharks as alleged in the Complaint and depicted in its Exhibits, with citations; (b) the characteristics of the weresharks appearing in Wizards' publications; and (c) the characteristics of the weresharks in the third-party publications identified above, with citations to **Exhibits 1 through 17**. The chart reflects my summarization of the contents of the underlying documents.

30. My research also included an inquiry into the publishers of the works Mr. Chan identified as potentially infringing his copyright.

31. Paizo, Inc., is a tabletop roleplaying game publishing company founded in 2002 in Redmond, Washington, which publishes the "Pathfinder" and "Starfinder" roleplaying game systems. I am familiar with Paizo's Pathfinder system. My Wikipedia search revealed that Paizo first published the "Pathfinder" system in 2009. Dungeons & Dragons and Pathfinder are competitors in the marketplace but both allow third-party publishers to make and publish commercial content set in their respective narrative universes that are compatible with their respective rulesets.

32. Archives of Nethys (http://www.archivesofnethys.com) is a third-party website that is used as a resource for players of the Pathfinder game system and licenses its content directly from Paizo. Attached hereto as **Exhibit 19** is a true and accurate copy of the license page as it appeared to my office on July 13, 2026. I have highlighted the relevant language discussing the Archive and Paizo's relationship.

33. Legendary Games is a publisher without affiliation to either Wizards or Paizo that publishes content for the Dungeons & Dragons Fifth Edition system under the Open Gaming License, along with content for other games like Pathfinder. In 2018, Legendary Games published a sourcebook called the *Pirate Campaign Compendium,* using Pathfinder rules. In 2021, Legendary Games released the *Pirate Campaign Compendium, Revised*, which used the D&D 5e rules.

34. Tribality appears to be a trade name of Innovaworks, Inc., a Canadian corporation. The copyright notice for *Seas of Vodari* indicates that the work is "©2020 Tribality (Innovaworks, Inc.)." The Tribality website's "About Us" page (https://www.tribality.com/about/) states that "Tribality is a multiple-author blog and two-time ENnie nominated website that officially started on October 1st, 2014." A copy of Tribality's "About Us" page is attached hereto as **Exhibit 20**.

35. Attached as **Exhibit 21** is a true and correct copy of the pre-motion notice letter under Federal Rule of Civil Procedure 11 sent to Mr. Chan along with our notice of motion. Appended to the end of this exhibit is the UPS delivery confirmation email we received on August 6, 2026.

36. Attached as **Exhibit 22** is a printout of the Google search results I obtained when I input the word "wereshark" into the search bar. This capture was made on August 23, 2026. Google's AI overview begins by mentioning Dungeons & Dragons and Pathfinder. It also lists common characteristics of tabletop roleplaying game depictions of weresharks. The first result is the Forgotten Realms Wiki.

37. Attached as **Exhibit 23** is a printout of the Forgotten Realms Wiki page discussion the wereshark. On the second page of Exhibit 23, there is an entry identifying the first appearance of the wereshark as "Monster Manual II 1st Edition." I have highlighted this entry in yellow for the Court's convenience.

38. Attached as **Exhibit 24** is a printout of the Google Search results I obtained when I input the words "dungeons and dragons wereshark" into the search bar. This capture was taken on August 23, 2026. Given that my initial search identified Dungeons and Dragons as a source for facts about weresharks, a search linking the wereshark and Dungeons and Dragons was an obvious next step. The first result, again, is the Forgotten Realms Wiki. The sixth result is to the Tribality website, and the article referencing "Electrosensitivity," that Plaintiff identifies in Section 2 of his Complaint.

39. Attached as **Exhibit 25** is a printout of the Google search results I obtained when I input the words "pathfinder dungeons and dragons" into the search bar. This capture was taken on August, 23, 2026. Google's AI overview begins "Pathfinder is a popular tabletop role-playing game (TTRPG) created by Paizo Publishing in 2009." The first search result is to a Reddit thread. The second is Wikipedia's entry on Pathfinder.

40. Attached as **Exhibit 26** is a printout of the Wikipedia entry for the "Pathfinder Roleplaying Game," taken on August 23, 2026. It begins "The Pathfinder Roleplaying Game is a fantasy role-playing game (RPG) that was published in 2009 by Paizo Publishing."

41. Attached as **Exhibit 27** is a printout of the Google search results I obtained when I input the words "pathfinder wereshark" into the search bar. This capture was taken on August 24, 2026. The first result is a link to the Pathfinder System Reference Document for "Lycanthrope, Wereshark."

42. Attached as **Exhibit 28** is a printout of the Pathfinder System Reference Document (available at https://www.d20pfsrd.com/bestiary/monster-listings/humanoids/lycanthrope/lycanthrope-wereshark/), taken on August 24, 2026). At the bottom of the entry is a copyright notice identifying the sources as "*Pathfinder Roleplaying Game Bestiary 4*."

43. Attached as **Exhibit 29** is a screen capture of the main page for Wikipedia, displaying the search bar results for "wereshark." This screen shot was taken on August 23, 2026. The first result listed is "List of Advanced Dungeons and Dragons 2nd Edition Monsters." (https://en.wikipedia.org/wiki/List_of_Advanced_Dungeons_%26_Dragons_2nd_edition_monsters). One of the tables on that page contains the following entry:[1]

| | | | |
|---|---|---|---|
| **Wereshark** | *Monstrous Compendium Annual* vol. 2 (1995) | | Prior to 2E, weresharks were created by Dr. John Eric Holmes, based on a Hawaiian legend of the shark man.[190][191][192] |

The columns are labeled Creature, Other Appearances, Variants, and Description. And footnote 191 (linked in the wereshark entry) references Dr. Holmes' *Alarums and Excursions* article.

1 *See* https://en.wikipedia.org/wiki/List_of_Advanced_Dungeons_%26_Dragons_2nd_edition_monsters#cite_ref-191:~:text=Watchspider-,Wereshark,-Monstrous%20Compendium%20Annual.

44. Attached as **Exhibit 30** is an Appendix of previous cases filed by Lap-Sun Chun, under the name Lap-Sun Chan, as well as under his aliases (Dr.) Kenneth Eng and Larry Chan.

45. Attached as **Exhibit 31** is a demonstrative consisting of extracted .pdf pages from the orders of dismissal and judgments in eight of Plaintiffs prior cases where courts dismissed the complaints as frivolous and warned the Plaintiff "that if he continues to file repeated frivolous complaints he may be subject to a filing injunction or the imposition of monetary sanctions."

46. Attached as **Exhibit 32** is a true and correct copy of the email Defendant's counsel, Dylan M. Schmeyer, sent to Plaintiff on July 30th, 2026.

47. Attached as **Exhibit 33** are true and correct copies of the relevant pages from the 5eSRD.com website identified in paragraph 17, above.

48. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: September 3, 2026

*/s/ Thomas D. Neville*
Thomas D. Neville