# EXHIBIT 1

2016

# Official Advanced Dungeons & Dragons®

# MONSTER MANUAL II

by Gary Gygax



This is the third of the series of world famous AD&D™ role-playing aids. It is the ideal vehicle of imagination for intermediate through advanced players and referees, ages 10 and up.

TSR, Inc.
Products Of Your Imagination™

ADVANCED DUNGEONS & DRAGONS, AD&D and PRODUCTS OF YOUR IMAGINATION are trademarks owned by TSR, Inc.

Advanced Dungeons & Dragons®

# MONSTER MANUAL II

An alphabetical listing of monsters found in **ADVANCED DUNGEONS & DRAGONS®** adventures, including attacks, damage, special abilities, descriptions, and random encounter tables.

by Gary Gygax

TSR, Inc.
POB 756
Lake Geneva,
WI 53147

TSR™

TSR, Inc.

TSR (UK) Ltd.
The Mill, Rathmore Road
Cambridge CB14AD
United Kingdom

Distributed to the book trade in the United States by Random House, Inc., and in Canada by Random House of Canada, Ltd.
Distributed to the toy and hobby trade by regional distributors.
Distributed in the United Kingdom by TSR (UK) Ltd.

©1983 TSR, Inc. All Rights Reserved.

ISBN 0-88038-031-4
394-53419-0TSR1200

**Project Coordinator: Marlene Weigel**
**Design Consultant: Jeff Grubb**
**Cover Artist: Jeff Easley**
**Interior Artists: Jim Holloway, Harry Quinn, Dave Sutherland, Larry Elmore**

ADVANCED DUNGEONS & DRAGONS and DRAGON are registered trademarks owned by TSR, Inc.

This module is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.

Printed in the United States of America

## Wereshark

FREQUENCY: Very rare
NO. APPEARING: 1
ARMOR CLASS: 0
MOVE: 12"//21"
HIT DICE: 10+3
% IN LAIR: 20% (if underwater)
TREASURE TYPE: See below
NO. OF ATTACKS: 1
DAMAGE/ATTACK: 5-20
SPECIAL ATTACKS: Nil
SPECIAL DEFENSES: Hit only by silver or *+1* or better magic weapon
MAGIC RESISTANCE: Standard
INTELLIGENCE: Low to exceptional
ALIGNMENT: Neutral evil
SIZE: L
PSIONIC ABILITY: Nil
Attack/Defense Modes: Nil/nil
LEVEL/X.P. VALUE: VII/1500 + 14/hp

Weresharks are humans inflicted with a form of lycanthropy which enables them to take shark form whenever they choose, as long as it is in darkness. Weresharks are found only in tropical areas. The human form of the creature is virtually indistinguishable from that of a normal human, although a wereshark will be large, muscular, cruel, and domineering. In shark form the creatures are huge and resemble great white sharks. They are solitary and will not hesitate to attack and devour true sharks if the mood is upon them. Weresharks have been known to establish an underwater lair in some place where sunken treasure lies so as to guard it for use in their human form. Such treasure can range from a few hundred coins to a considerable trove (such as type F). The wereshark lair will always be guarded by 2-5 normal sharks, whether or not the monster is personally present.



## MAGMAN



FREQUENCY: Very rare
NO. APPEARING: 2-24
ARMOR CLASS: 6
MOVE: 9" (6")
HIT DICE: 2
% IN LAIR: Nil
TREASURE TYPE: Nil
NO. OF ATTACKS: 1
DAMAGE/ATTACKS: 3-24
SPECIAL DEFENSES: *+1* or better weapon to hit; immune to fire-based attacks
SPECIAL ATTACKS: Combustion touch
MAGIC RESISTANCE: Standard
INTELLIGENCE: Low
ALIGNMENT: Chaotic neutral
SIZE: S (3')
PSIONIC ABILITY: Nil
Attack/Defense Modes: Nil/nil
LEVEL/X.P. VALUE: III/97 + 2/hp

The magmen are creatures of the Para-elemental Plane of Heat (see DEITIES & DEMIGODS Cyclopedia™.) Occasionally they pass into the Prime Material Plane through gaps created by the great pressure and heat of subterranean lava. The molten rock of the Prime Material Plane has a different "taste" from that on the Plane of Heat, and the magmen like to visit it to absorb its essences.

Magmen especially like to swim around in active volcanos, for when they erupt, the magmen are released to engage in their favorite sport of igniting all the combustibles they can reach. They are not very smart, but they are mischievous and love to watch creatures of the Prime Material Plane scurrying away from the flames that they themselves consider harmless.

Magmen are not really interested in fighting, but whenever they encounter a creature they will try to set it afire, just for fun. Their combustion touch ignites all the flammable items of any creature they hit, burning for 1-8 points of damage each round for 3-6 (1d4+2) rounds (plus incidental damage from flammables they may be carrying, like flasks of oil). Combustible magic items, such as scrolls, gain a save vs. normal fire. If attacked and actually hurt, a magman will run away, but if cornered, it will defend itself, striking with a molten fist for 3-24 points of damage. Fire-resistant creatures, including those protected by magical means, take only half damage. However, magmen are not easy to hurt: a *+1* or better weapon is required to hit them, but any weapon of less than a +2 bonus that contacts a magman will melt! In addition, they are immune to all fire-based attacks.

Magmen are 3-foot tall, glowing, human-shaped creatures. Small puffs of flame burst constantly from their skin, and each magman radiates heat like a small bonfire, making the area near it quite uncomfortable. Magmen are simple beings who just love to set things on fire; it never occurs to them that other creatures might be actually hurt. Magmen can stay out of lava for only 6 hours before they stiffen and become immobile. They rarely stay out more than 2 or 3 hours, as they consider anything under 1000 degrees to be cold. Magmen speak no Prime Material Plane languages.

## MANDRAGORA

FREQUENCY: Very rare
NO. APPEARING: 3-18
ARMOR CLASS: 5
MOVE: 12" (6")
HIT DICE: 1+1 or 2+2 depending on size
% IN LAIR: 45%
TREASURE TYPE: See below
NO. OF ATTACKS: 2
DAMAGE/ATTACKS: 1-4 (plus strangulation)
SPECIAL ATTACKS: See below
SPECIAL DEFENSES: See below
MAGIC RESISTANCE: 20%
INTELLIGENCE: Low to average
ALLIGNMENT: Neutral evil
SIZE: S (1'-2' tall)
PSIONIC ABILITY: Nil
Attack/Defense Modes: Nil/nil
LEVEL/X.P. VALUE: Variable

A mandragora is a vegetable creature, a thing that lurks in woodlands and preys upon unsuspecting humans. A group of mandragora typically lair in the heavy soil of a forest, favoring areas near ipp trees, briar, or willows. They develop a system of narrow burrows which enable them to attach themselves to tree roots to feed if there is no human food