# EXHIBIT 2


1071
Dungeons & Dragons®
GAME
RULES CYCLOPEDIA
TSR

# Credits

Rules Compilation and Development: Aaron Allston
Editorial Coordinator: Steven E. Schend
Editing: Steven E. Schend, with Jon Pickens and Dori "the Barbarian" Watry
Project Coordinator: Bruce Heard
Art Director: Peggy Cooper
Front Cover Art: Jeff Easley
Back Cover Art: Robin Raab
Interior Art: Terry Dykstra
Cartography: Dennis Kauth and Frey Graphics
Graphic Design: Stephanie Tabat and Robin Raab
Typography: Angelika Lokotz and Tracey Zamagne
Production: Sarah Feggestad

Acknowledgements

The D&D® *Cyclopedia* is a derivative work based on the original DUNGEONS & DRAGONS® game by E. Gary Gygax and Dave Arneson. The *Cyclopedia,* has also been drawn from the works of and benefited from the input of the following people: Jim Bambra, Brian Blume, Tim Brown, Jonatha Caspian, David Cook, Troy Denning, Anne C. Gray, Ernie Gygax, Alien Hammack, Bruce Heard, Kevin Hendryx, John Eric Holmes, Harold Johnson, Tim Kask, Jeff Key, Rob Kuntz, Alan Lucien, Steve Marsh, Frank Mentzer, Tom Moldvay, Mike Mornard, Steve Perrin, Jon Pickens, Brian Pitzer, Michael Price, Patrick L. Price, Paul Reiche, Evan Robinson, Gordon Schick, Lawrence Schick, Don Snow, Edward G. Sellers, Carry Spiegle, Stephen D. Sullivan, Ralph Wagner, Jim Ward, Jean Wells, and Bill Wilkerson.

Additional thanks go to the *Cyclopedia's* commentators and helpers: Mark Bennett, William W. Connors, Alan Grimes and the Role Players Guild of Kansas City, Bruce Heard, Rob King, Dirk Remmecke, and Luray Richmond.

ADVANCED DUNGEONS & DRAGONS, AD&D, DRAGONLANCE, DUNGEONS & DRAGONS, D&D, FORGOTTEN REALMS, and WORLD OF GREYHAWK are registered trademarks of TSR, Inc.
CREATURE CRUCIBLE, DARK SUN, FIEND FOLIO, HOLLOW WORLD, RAVENLOFT, BATTLESYSTEMS, and SPELLJAMMER are trademarks of TSR, Inc.
LANKHMAR is a trademark owned by Fritz Lieber and is used with permission.

Random House and its affiliate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc.
Distributed to the book and hobby trade in the United Kingdom by TSR Ltd.
Distributed to the toy and hobby trade by regional distributors.

®1991 TSR, Inc. All Rights Reserved.

1-56076-085-0

This work is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork presented herein is prohibited without the express written consent of TSR, Inc.

Printed in the United States of America.

**Lycanthrope***

| | *Wererat** | *Werewolf** | *Wereboar** | *Weretiger** | *Werebear** |
|---|---|---|---|---|---|
| Armor Class: | 7(9)t | 5(9)t | 4(9) t | 3(9) t | 2(8)t |
| Hit Dice: | 3*(M) | 4*(M) | 4 + 1* (M) | 5*(L) | 6*(L) |
| Move: | 120' (40') | 180' (60') | 150' (50') | 150'(50') | 120' (40') |
| Attacks: | 1 bite or weapon | 1 bite | 1 tusk slash | 2 claws/1 bite | 2 claws/1 bite |
| Damage: | 1d4 or by weapon | 2d4 | 2d6 | 1d6/ld6/2d6 | 2d4/2d4/2d8 |
| No. Appearing: | 1d8 (2d8) | 1d6(2d6) | 1d4 (2d4) | 1d4 (1d4) | 1d4 (1d4) |
| Save As: | F3 | F4 | F4 | F5 | F6 |
| Morale: | 8 | 8 | 9 | 9 | 10 |
| Treasure Type: | C | C | C | C | C |
| Intelligence: | 10 | 10 | 10 | 10 | 10 |
| Alignment: | Chaotic | Chaotic | Neutral | Neutral | Neutral |
| XP Value: | 50 | 125 | 200 | 300 | 500 |

t The number in parentheses is the creature's armor class when in human form.

| | *Werebat** | *Werefox** | *Wereshark** | *Wereseal** | *Devil Swine** |
|---|---|---|---|---|---|
| Armor Class: | 4(9)t | 6(9)t | 4(9) t | 5(9) t | 3(9) t |
| Hit Dice: | 3 + 3* (M) | 3 + 2* (M) | 4*(L) | 5 + 2* (M) | 9*(L) |
| Move: | 60' (20') | 180'(60') | 0' (0') | 60' (20') | 180'(60') |
| | Flying: 180'(60') | Swimming: 90' (30') | Swimming: 180' (60') | Swimming: 180' (60') | |
| Attacks: | 1 bite | 1 bite or weapon | 1 bite | 1 bite | 1 gore or blow |
| Damage: | 1d4 | 1d6 or by weapon | 2d6 | 2d6 | 2d6 or by weapon |
| No. Appearing: | 2d6 (1d8) | 1d6 (2d6) | 0(2d6) | 0(2d10) | 1d3 (1d4) |
| Save As: | F3 | F3 | F4 | F5 | F9 |
| Morale: | 7 | 8 | 7 | 9 | 10 |
| Treasure Type: | C | C | C | C | C |
| Intelligence: | 10 | | 9 | 10 | 11 |
| Alignment: | Chaotic | Neutral | Neutral | Chaotic | Chaotic |
| XP Value: | 75 | 75 | 125 | 400 | 1,600 |

t The number in parentheses is the creature's armor class when in human form.

*Monster Type:* Monster, Enchanted (Common).

Lycanthropes are humans who can change into beasts (or in the case of wererats, beasts who can change into humans). They normally wear no armor, since it would interfere with their shape-changing. Any lycanthrope can summon 1d2 normal animals of its type: werebears can summon normal bears, werewolves can summon normal wolves, and so forth. Summoned animals will arrive in 1d4 rounds.

Some animals (such as horses) do not like the smell of lycanthropes and will react with fear. If a lycanthrope is hit by wolfsbane, it must make a saving throw vs. poison or run away in fear. The sprig of wolfsbane must be swung or thrown as a weapon, using normal combat procedures. A lycanthrope returns to its "normal" form when killed.

*Animal Form:* In animal form, a lycanthrope can be harmed only by magical weapons, silvered weapons, or spells. The lycanthrope cannot speak normal languages, though it can speak with normal animals of its weretype.

*Human Form:* In human form, a lycanthrope often looks somewhat like its wereform. Wererats have longer noses, werebears are hairy, werebats have long arms, werefoxes are sly and nimble, and so forth. In this form, they can be attacked with normal weapons, and they may speak any known languages.

**Lycanthropy:** Lycanthropy is a disease. Any human character who loses more than half of his hit points in battle with a lycanthrope becomes a lycanthrope of the same type in 2d12 days. The disease kills demihumans. The victim begins to show signs of the disease in half that time. The condition can be cured only by a cleric of 11th level or greater, who will do so for a suitable price



or service. Any character who becomes a full lycanthrope will become an NPC, to be run by the DM only.

***Common Lycanthropes***

**Wererat:** Wererats are different from most lycanthropes because the were-animal form is their natural form, and human form is the shape they assume. They are intelligent, can speak Common in either form, and can use any weapon. A wererat usually prefers to use a man-sized rat form, but can become a full-sized human. Wererats are sneaky and often set ambushes, surprising on a roll of 1-4 (on 1d6). They summon giant rats to help them in battle. Only a wererat's bite causes lycanthropy.

**Werewolf:** These creatures are semi-intelligent and usually hunt in packs. Any group of 5 or more will have a leader with 30 hit points, who attacks as a 5 Hit Dice monster, adding +2 to damage rolls. Werewolves summon normal wolves to form large packs with them.

**Wereboar:** Wereboars are semi-intelligent and bad-tempered. In human form they often seem to be berserkers, and may act the same way in battle (gaining +2 on attack rolls and fighting to the death). Wereboars summon normal boars to help them in battle. Wereboars do not associate with devil swine.

**Weretiger:** These relatives of the great cats often act like them, being very curious but becoming dangerous when threatened. They are good swimmers and quiet trackers, surprising often (1-4 on 1d6). They can summon any type of great cat that is in the area (preferring tigers).

**Werebear:** Werebears are very intelligent, even in animal form. A werebear usually prefers to live alone or with bears. It might be friendly, however, if peacefully approached. In combat, werebears can hug for 2d8 points of damage (in addition to normal damage) if both paws hit the same target in one round. A werebear can summon any type of bear in the area.

***Uncommon Lycanthropes***

**Werebat:** These dangerous flying creatures are sometimes confused with vampires, turning from human to bat form at will. In addition to summoning normal and giant bats, they can summon 1d4 other werebats (each of which can, in turn, summon other normal or giant bats, but not more werebats). Each werebat bite may inflict a nonmagical disease (of the DM's choice); the chance is 1 in 6, checked per bite.

**Werefox:** Where dense underbrush slows most normal movement to half or less, this creature can maintain full or two-thirds normal movement. It also normally has high intelligence, and thus often becomes a magic-user as well (though spells can be cast only when in human form). A werefox can also *charm* (persons in person form, animals in fox form) three times per day; however, this effect lasts for 24 hours at most.

**Wereshark:** These are mermen, inflicted with a form of lycanthropy that enables them to take the form of a mako shark anytime they choose so long as it is in darkness. When the moon is full they must change into a shark and will maraud the seas. Under this forced change they lose their intelligence and become bloodthirsty killers. The only difference between a wereshark and a mako shark is that weresharks are intelligent and only magic or silver weapons will harm a wereshark. In island areas there are rumors of humans that are weresharks.

**Wereseal:** This unusual creature is only found near seacoasts of cold water. The more common female form (described) is not normally aggressive, but the rarer male (bull) seal can be quite dangerous (AC 3; HD 8*; MV (same); Dmg 2d1O; Save F8; ML 11; XPV 1,200). One bull seal is usually accompanied by 2d4 females.

**Devil Swine:** A devil swine appears as either a huge hog or a grossly fat human. Although it can change shape freely during the night, it must keep one shape throughout the daylight hours. Devil swine prefer the fringes of human settlements, especially those near swamps or forests. They are carnivorous, especially fond of human flesh, and will ambush if possible. Each devil swine can cast a *charm person* spell three times per day. It can use this spell in either human or swine form. A saving throw vs. spells is allowed, but with a -2 penalty to the roll. Each devil swine normally has 0-3 (1d4-l) humans under its control. They are unlike wereboars; being fat, pink and smooth-skinned, while wereboars have bristly, hairy hides.

*Terrain:* Variable, but often as animal type.

**Malfera***

| | |
|---|---|
| Armor Class: | 3 |
| Hit Dice: | 9** (L) |
| Move: | 60' (20') |
| Attacks: | 2 claws, bite + special |
| Damage: | 1d10/1d10/1d6 |
| No. Appearing: | 1 (1d2) |
| Save As: | F13 |
| Morale: | 11 |
| Treasure Type: | E |
| Intelligence: | 10 |
| Alignment: | Chaotic |
| XP Value: | 2,300 |

*Monster Type:* Planar Monster, Enchanted (Very Rare).

A malfera is a creature from the Dimension of Nightmares, where many evil dreams are bred and released into the minds of sleeping people. A malfera appears only through the acts of a powerful magic-user or an Immortal; its dimension is believed poisonous and deadly to humans.

The malfera has a large, elephantlike face and a short trunk. The head is topped by large horns. Large fangs protrude from either side of the trunk. The chest is a mass of slimy, short tentacles. Long, muscular arms end in large, jagged pincers. Its feet are webbed and clawed. It is colored night-black but has red veins and eyes.

In combat, a malfera attacks with pincers and bites. If both pincers hit the same target, the victim is dragged to the chest of the malfera on the next round. The tentacles then automatically trap the victim. These tentacles are coated with an acid slime and do 2d6 points of damage each round. The victim can be freed only when the malfera is killed.

In addition, the breath of a malfera is poisonous. Each time it hits with a bite, its victim must save vs. poison (at a +3 bonus) or die. A malfera is immune to acid and can be struck only by magical weapons.

Aside from its combat abilities, a malfera can *detect invisible* and open all doors as if it had a *knock* spell. Because of its tough constitution and highly magical nature, it saves as a 13th level fighter.

*Terrain:* Any; Dimension of Nightmares.

**Manscorpion**

| | |
|---|---|
| Armor Class: | 1 |
| Hit Dice: | 8** (L) |
| Move: | 240' (80') |
| Attacks: | 1 weapon/1 tail |
| Damage: | 3d6/1d10 + poison |
| No. Appearing: | 1d8 (2d10) |
| Save As: | F8 |
| Morale: | 10 |
| Treasure Type: | (V) J, K, M x 2 |
| Intelligence: | 8 |
| Alignment: | Chaotic |
| XP Value: | 1,750 |

XP with spells, by HD:

| | |
|---|---|
| 8*** = 2,300 | 11**** = 4,300 |
| 9*** = 3,000 | 12***** = 5,625 |
| 10**** = 3,700 | 13***** = 6,500 |

*Monster Type:* Monster (Rare).

The manscorpion is an evil combination of man and arachnid. The upper body is like that of a human, but its lower parts are those of a giant scorpion (with stinging tail). It may be found in nearly any climate, but most frequently in deserts, mountains, and dungeons.

This arachnid warrior normally wields a huge pole arm (damage 3d6 points), but may use a long bow or any other weapon available. It may also strike with its dreaded deadly poisonous tail; the victim hit takes 1d10 points of damage, and must make a saving throw vs. poison or die. Even if the saving throw is successful, the victim is paralyzed for 0-7 rounds (1d8-1). Only victims immune to paralysis or poison can avoid this effect, so the monsters are greatly feared. They are immune to their own poison and to the poison of all scorpions.

Some (1 in 20) of the arachnid creatures are clerics, of 8th-13th level (with the corresponding added Hit Dice). However, these are normally found only in their lair.

Manscorpions are intelligent warlike beings whose main interests involve acquiring food and destroying creatures different from them. They do not make friends with other sentient races and make pets only of giant scorpions. They make raids on desert human communities for food and attack any living thing that ventures into their territories.

*Terrain:* Cavern, Desert, Mountain.

each day.

Illumination: This scroll bears the drawing of a flame. If the scroll is set afire, it will burn with a clear light in a 60' radius, lasting for up to 6 hours per day. The burning does not harm the scroll, but it is nevertheless "normal" fire (and can be used to light torches, for example). The flame cannot be extinguished except by water or on command of the user; no wind, normal or magical, can cause it to even flicker. This item may already be lit when found.

Mages (spellcasters only): This scroll is blank; it is used to identify magical effects. The user may hold the scroll and command it to identify any one chosen magical effect within 30'. The name of the magical spell or effect then appears on the scroll, along with the level of the caster of the spell effect. The scroll will identify one magical effect per day.

Maps to Treasures (Normal, Magical, Combined, or Special): Each map should be made in advance by the DM. Such maps show a route to the location of a treasure in a dungeon or a wilderness area. The treasure is usually hidden or protected by monsters, traps, and/or magic. Based on the type of treasure given, the DM should select a challenging monster (who has a similar treasure type) and design the map and monster lair accordingly. Note that the map may be partially incorrect, omitting an important detail (such as the type of monsters, dangerous traps, etc.) or giving some false information; however, the treasure mentioned should actually be there. Sometimes maps are only partially complete or are written in the form of a riddle. And some can only be read by a *read languages* spell.

*Normal treasure* contains coins and gems but no magical items, while a *magical treasure* may include some coins and a few gems of low value in addition to magical items. A *combined treasure* has coins, magical items, and valuable gems or jewelry in roughly equal proportions. *Special treasure* should contain at least one permanent magical item, such as a staff or sword; these items should be mentioned on the map.

Mapping: This scroll is blank. When held and commanded to write, this scroll will draw a map of an area chosen (that is, the DM accurately draws the map for the players). The area must be completely within 100' of the scroll, and it may be up to 10,000 square feet in size. The scroll has 1 chance in 6 to detect secret doors, but it will not draw what lies beyond them. The scroll functions once per day.

Portals: This scroll creates a *pass-wall* effect, identical to the magic-user spell. When placed on a surface and commanded to function, the scroll disappears and a 5'-diameter hole appears that is up to 10' deep. The scroll does not affect living or magical things. The hole will disappear after 3 turns or when commanded by the reader of the scroll. When the hole disappears, the scroll reappears. The scroll may be used twice each day.

Protection: A protection scroll may be read and used by any character who can read the Common language. When read, it creates a circle of protection 10' across that will move with the reader at its center. It will prevent any of the given creatures from entering this circle, but it does not prevent spell or missile attacks from those creatures. The circle will be broken if anyone protected attacks one of the given creatures in hand-to-hand combat.

Four types of protection scrolls are described in the following text.

*Protection from Elementals:* This scroll creates a circle of protection (10' radius) around the reader. No elemental can attack those within the circle unless attacked first in hand-to-hand combat. Once attacked, an elemental may attack in return. The effect lasts for 2 turns and moves with the reader.

*Protection from Lycanthropes:* When read, this scroll will protect all those within the circle for 6 turns against a variable number of lycanthropes. The number of lycanthropes affected varies according to their type, as follows.

| | |
|---|---|
| Werebats, wererats, werefoxes | 1d10 affected |
| Wereboars, werewolves | 1d8 affected |
| Wereseals, weresharks | 1d6 affected |
| Werebears, weretigers | 1d4 affected |
| Devil swine | 1d2 affected |

*Protection from Magic:* This scroll creates a circle of protection (10' radius) around the reader. No spells or spell effects (including those from items) may enter or leave the circle. The effect lasts for 1d4 turns, moves with the reader, and may not be broken except by a *wish.*

*Protection from Undead:* When read, this scroll will protect all those within the circle from a variable number of undead for 6 turns. The number of undead affected varies according to their type, as follows.

| | |
|---|---|
| Skeletons, zombies, ghouls | 2d12 affected |
| Wights, wraiths, mummies | 2d6 affected |
| Specters (or larger monsters) | 1d6 affected |

Questioning: The user of this scroll may ask questions of any nonliving nonmagical objects; their answers will appear on the scroll. The scroll will display up to three answers per day. The answers will be given as if the objects were living beings, but they will be limited to simple observations as if the objects could see, hear, and smell. The scroll *cannot* be used to question living or magical things.

Repetition: This scroll appears to be a normal scroll of one spell, and the standard restrictions apply to its use. However, 1 turn after the spell is cast, the scroll creates the same spell effect a second time, centered on the scroll or affecting the nearest creature if a recipient is part of the spell process. As with a normal spell scroll, any spell cast from it is then gone; however, another spell may be written on the scroll *if it is of the same level,* and the *repetition* effect will again apply.

Seeing: This scroll is blank. When held and commanded to write, it will draw pictures of creatures within 100' in any area chosen by the user. Up to four different types of creatures can be pictured. The scroll will function once per day, regardless of the number of creatures pictured.

Shelter: This scroll is inscribed with an elaborate drawing of a 10'-square room, lit, with two beds, a table and two chairs, food and drink for two on the table, and a pair of normal swords on the far wall, each hung over a shield. If the scroll is hung on any vertical surface, the room pictured may be entered and the items used. The food and drink are pure and will nourish any living thing. The swords and shields may be taken down and used. However, none of the items can be removed from the room.

If the scroll is taken down, the room cannot be entered or left, but remains in existence on another dimension. If any creatures are in the room when the scroll is taken down, the air inside permits survival for up to 24 hours. No creatures so caught can escape by any means other than a *wish.* The food and drink are replenished each time the scroll is taken down. The room can be created once per day and will remain for up to 12 hours per use; if not removed in that time, the scroll will fall down by itself.

Spell Catching: This scroll is blank when found. It may be used to "catch" a spell cast at the user. It cannot catch spell-like effects, nor can it catch device-produced effects (such as from a wand), but a spell cast from a scroll *can* be caught. There are four types of this scroll; roll 1d10 to determine the capacity.

| | |
|---|---|
| 1-4 | 1st or 2nd level spells |
| 5-7 | 1st to 4th level spells |
| 8-9 | 1st to 6th level spells |
| 10 | 1st to 8th level spells |

The user of the scroll must hold it up, like a shield; no other action is possible while using the scroll. The user must then make a saving throw vs. spells, with a +4 bonus to the roll; if successful, the incoming spell has no effect and is instead transferred to the scroll, appearing as a normal scroll spell. The exact spell caught will not be known until a *read magic* spell is used to identify it.

The scroll can only hold one spell at a time; the spell caught must either be used or copied into a spell book (magic-user spells only) before the scroll can catch another spell. Any type of spell (magical, clerical, or druidic) can be caught as long as the level does not exceed the scroll's capacity. The *scroll of spell catching* cannot affect spells of levels greater than the given capacity, and it can catch a maximum of one spell per day.

Spells: Use Spell Scrolls in the magical item subtable for scrolls to find the exact spell levels or choose spells as appropriate. Spell scrolls are good ways to introduce new spells in a campaign, and they may thus be designed with the characters' current spell books in mind. Note that only druids can cast spells on druid scrolls, though the spell name can be revealed by a *read magic* spell.

Trapping: This scroll can create one trap. The type of trap differs by the placement of the scroll. The scroll is destroyed when the trap is created. If placed on a floor, a hidden pit trap is created; if on a ceiling, a falling block trap appears. On walls, a poison dart or gas trap will be created. The exact trap is left for the DM's design. The trap created is quite real and is not illusory or magical.

Truth: This scroll is blank when found. The user may ask a question of any living being within 30'; the complete and true answer appears on the scroll, read from the victim's mind by a powerful version of *ESP.* Note that the answer is true only within the limits of the victim's knowledge. The scroll will display one answer per day.