# EXHIBIT 5


1109
FORGOTTEN REALMS®
Campaign Expansion
City of Splendors
AD&D
2nd Edition

Advanced Dungeons & Dragons® 2nd Edition

FORGOTTEN REALMS®

# Campaign Guide to The City
# Book I of The City of Splendors

**by Steven Schend with Ed Greenwood**


**Introductions** .......... 2-7
**Chapter One: Geography & Environs** .......... 8-24
**Chapter Two: History of the City** .......... 25-35
**Chapter Three: The City Wards** .......... 36-55
  Sight-Seeing in Waterdeep .......... 36
  The City Ward Keys .......... 40
**Chapter Four: Places of Interest & Danger** .......... 56-66
  City of the Dead .......... 56
  Waterdeep Harbor .......... 58
  City Sewers .......... 59
  Undermountain and the Depths Below .......... 63
  Rat Hills .......... 65
**Chapter Five: The Lords of Waterdeep** .......... 67-74
  The Lords' History .......... 67
  The Lords' Roster .......... 68
  The Lords' Magic .......... 72
  The Lords' Agents .......... 73
**Chapter Six: Law & Order** .......... 75-83
  The City Watch .......... 75
  The City Guard .......... 76
  The Magisters & The Courts .......... 76
  Laws of Waterdeep .......... 77
  Select Law Enforcement NPCs .......... 82
**Chapter Seven: Magic of Waterdeep** .......... 84-101
  Spells of Waterdeep .......... 84
  Magical Items of Waterdeep .......... 95
    Miscellaneous Magical Items .......... 95
    Artifacts & Unique Items .......... 97
**Appendix One: Trade & Travel** .......... 102-103
**Appendix Two: Skullport** .......... 104-111
**Appendix Three: The Blue Alley** .......... 112-119
**Appendix Four:**
  **Waterdeep Map Cross-Reference Keys** .......... 120-123
**Appendix Five:**
  **City of Splendors Index (all four books)** .......... 124-128


## Credits

**Original Design:** Ed Greenwood
**Edititorial Help:** Karen S. Boomgarden
**Cartography:** Eric Hotz & Dennis Kauth
**Typesetting:** Nancy J. Kerkstra
**Development & Editing:** Steven E. Schend
**Cover Art:** Larry Elmore
**Interior Art:** Valerie Valusek
**Production:** Paul Hanchette


ADVANCED DUNGEONS & DRAGONS, AD&D, DUNGEON MASTER, D&D, MONSTROUS COMPENDIUM, and FORGOTTEN REALMS are registered trademarks owned by TSR, Inc.
The TSR logo is a trademark owned by TSR, Inc.
All TSR characters, character names, and the distinctive likenesses thereof are trademarks owned by TSR, Inc.
©1994 TSR, Inc. All Rights Reserved. Printed in the United States of America.
Random House and its affiliate companies have worldwide distribution rights in the book trade for English language products of TSR, Inc.
Distributed to the book and hobby trade in the United Kingdom by TSR Ltd. Distributed to the toy and hobby trade by regional distributors.
This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.



ISBN 1-56076-368-1

TSR, Inc.
POB 756
Lake Geneva,
WI 53147
U.S.A.

TSR Ltd.
120 Church End,
Cherry Hinton
Cambridge CB1 3LB
United Kingdom

# Wereshark

®, ™ & © 1994 TSR, Inc. All Rights Reserved.

| | |
|---|---|
| **CLIMATE/TERRAIN:** | Any ocean |
| **FREQUENCY:** | Very rare |
| **ORGANIZATION:** | Solitary |
| **ACTIVITY CYCLE:** | Any |
| **DIET:** | Carnivore |
| **INTELLIGENCE:** | Low to Exceptional (5-16) |
| **TREASURE TYPE:** | See below |
| **ALIGNMENT:** | Neutral evil |
| **NO. APPEARING:** | 1 |
| **ARMOR CLASS:** | 0 |
| **MOVEMENT:** | 12, Sw 18 |
| **HIT DICE:** | 10+3 |
| **THAC0:** | 9 |
| **NO. OF ATTACKS:** | 1 |
| **DAMAGE/ATTACK:** | 5-20 (5d4 bite) |
| **SPECIAL ATTACKS:** | See below |
| **SPECIAL DEFENSES:** | silver or +1 (or better) weapon to hit |
| **MAGIC RESISTANCE:** | Nil |
| **SIZE:** | L (20-foot-long shark form); M (6-foot-tall human form) |
| **MORALE:** | Steady (11) |
| **XP VALUE:** | 4,000 |



The wereshark is an avaricious hybrid of man and shark that has recently sprung up in the waters along the Sword Coast. These huge predators destroy large caches of fish (and fishermen) and have been known to attack nearly any form of aquatic life, including the intelligent races such as tritons, sea elves, and mermen.

The wereshark is a huge, muscular brute when in human form, and it takes the form of a great white shark when transformed. Cruel and arrogant in its human form, a wereshark is even more vicious in its shark form.

Combat: In human form, weresharks tend to use their inordinate strength (18 to 18/00) to savagely attack people hand-to-hand; with an attack roll of 20, weresharks can rip an arm off grappled opponents (those held for one round). If outnumbered by more than three to one or attacked with weapons, weresharks create distractions and quickly abandon the encounter, fleeing toward water and transforming to shark form for an easy getaway.

When entering combat in the water, a wereshark swims beneath its opponent to have a clear attack on its victim's legs. The wereshark knows its enemies will find this attack nearly impossible to predict or defend against (surprise rolls at -6). Wereshark bites cause 5-20 points of damage and result in a number of severe gashes. Weresharks do not lock their jaws on their prey, but either gnaw and bite at their leisure or swallow their prey whole.

If the attack is successful and exceeds the minimum roll to hit by 5 or more, the wereshark engulfs its victim in its jaws and swallows him or her whole; for example, a wereshark needs to roll a THAC0 of 5 to attack a selkie (AC5) and can swallow it whole with a THAC0 of 10 or more. In its stomach, an unfortunate victims suffers 15 points of damage per round; if armed with an edged weapon, the victim can attempt to cut himself or herself free (attacks at cumulative -1 penalties per round until free or dead) but the wereshark must lose more than 50% of its hit points before the victim is free.

A wereshark is affected only by silver or enchanted weapons. All others are either deflected off the skin or slice harmlessly through the outer skin, causing a flesh wound that heals immediately. Attacks from within (by swallowed victims) can be made with any edged weapons, but the difficulty of movement within the wereshark's stomach still makes THAC0 rolls necessary against an AC of 5.

Habitat/Society: Human weresharks are primarily solitary creatures in either form. Occasionally, they might cooperate on a limited basis with each other, with sahuagin, or with priests of Umberlee or Talos, but these instances are quite rare. Weresharks are, first and foremost, individualists out for their own gain.

The wereshark typically has an entourage of several common sharks, which attack in concert with the wereshark. In heavily shark-infested waters, the scent of blood often brings swarms of sharks and whips them into a feeding frenzy. Weresharks, out of cruelty, often make passing attacks at victims simply to entice other sharks into attacking them while it waits to collect any treasures, such as magical weapons and items. Weresharks can communicate with and command (35% chance) any ordinary sharks.

Ecology: Virtually unheard of in the Realms until the past 15 years, weresharks have sparked a number of theories on their unknown origins, from vengeful humans being granted powers by Umberlee or Talos during the Godswar to humans that survived shark attacks and somehow gained the ability to become a shark, none of which have been proven yet.

Weresharks in human form tend to be maimed in some way (missing limb, eye, severe scars, or other disfigurement), though these marks are not evident when they are in shark form. Weresharks are fiercely territorial, staking claims on sunken ships or undersea caves and defending them to the death. They often plunder these areas so they can use the treasures found for their own gain above the waves.

In human form, weresharks can breathe underwater for one hour. If they do not get air after this time, they suffer 1-10 points of damage per round until they drown, breathe real air, or transform into their shark forms.

There are also persistent rumors among the sea-dwellers in the Realms of sahuagin weresharks that are treated as holy warriors and are larger than any known human weresharks (12 Hit Dice).