# EXHIBIT 6


Dungeons & Dragons®
Monster Compendium:
Monsters of Faerûn
James Wyatt and Rob Heinsoo
Forgotten Realms®

DUNGEONS & DRAGONS®

# MONSTER COMPENDIUM: MONSTERS OF FAERÛN

JAMES WYATT AND ROB HEINSOO

EDITOR
DUANE MAXWELL

CREATIVE DIRECTOR
RICHARD BAKER

INTERIOR ILLUSTRATIONS
DAREN BADER, ED BEARD, THEODOR BLACK, CARL CRITCHLOW, BRIAN DESPAIN, SCOTT FISCHER, MICHAEL KALUTA, TODD LOCKWOOD, DAVID MARTIN, MONTE MOORE, ALLAN POLLACK, ADAM REX, WAYNE REYNOLDS, RICHARD SARDINHA, BRIAN SNODDY, SAM WOOD

COVER ILLUSTRATION
BROM, HENRY HIGGINBOTHAM

GRAPHIC DESIGNERS
SHERRY FLOYD, SEAN GLENN

ART DIRECTOR
DAWN MURIN

PROJECT MANAGER
JUSTIN ZIRAN

TYPESETTING
ERIN DORRIES

PRODUCTION MANAGER
CHAS DELONG

SPECIAL THANKS
ERIC BOYD, MONTE COOK, TROY DENNING, ANDREW FINCH, JEFF GRUBB, JULIA MARTIN, SEAN REYNOLDS, STEVEN SCHEND, JONATHAN TWEET, SKIP WILLIAMS

Based on the original DUNGEONS & DRAGONS rules created by E. Gary Gygax and Dave Arnesonand the new DUNGEONS & DRAGONS game designed by Jonathan Tweet, Monte Cook, Skip Williams, Richard Baker, and Peter Adkison.

U.S., CANADA,
ASIA, PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton WA 98057-0707
QUESTIONS? 1-800-324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
P.B. 2031
2600 Berchem
Belgium
+32-70-23-32-77

WTC11832

DUNGEONS & DRAGONS, D&D, DRAGON, FORGOTTEN REALMS, and the Wizards of the Coast logo are registered trademarks owned by Wizards of the Coast, Inc. The d20 System logo is a trademark owned by Wizards of the Coast, Inc. All Wizards characters, character names, and the distinctive likenesses thereof are trademarks owned by Wizards of the Coast, Inc. Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed in the United States to the book trade by St. Martin's Press. Distributed in Canada to the book trade by Fenn Ltd. Distributed worldwide by Wizards of the Coast, Inc. and regional distributors. This material is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of Wizards of the Coast, Inc. This product is a work of fiction. Any similarity to actual people, organizations, places, or events is purely coincidental. ©2001 Wizards of the Coast, Inc. Made in the U.S.A.

Visit our website at www.wizards.com/forgottenrealms

| | Werebat Huge Shapechanger | Werecrocodile Huge Shapechanger | Wereshark Large Shapechanger |
|---|---|---|---|
| **Hit Dice:** | 4d8+12 (30 hp) | 7d8+7 (38 hp) | 7d8+14 (45 hp) |
| **Initiative:** | +0; +6 (+2 Dex, +4 Improved Initiative) as bat | +0; +1 (Dex) as crocodile | +0; +2 (Dex) as shark |
| **Speed:** | 30 ft.; 20 ft., fly 40 ft. (average) as bat | 30 ft.; 20 ft., swim 30 ft. as crocodile | 30 ft.; swim 60 ft. as shark |
| **AC:** | 10; 22 (–2 size, +2 Dex, +12 natural) as bat | 10; 18 (–2 size, +1 Dex, +9 natural) as crocodile | 10; 17 (–1 size, +2 Dex, +6 natural) as shark |
| **Attacks:** | Unarmed strike +0 melee; or bite +4 melee as bat | Unarmed strike +0 melee; or bite +11 melee; or tail slap +11 melee as crocodile | Unarmed strike +0 melee; or bite +7 melee as shark |
| **Damage:** | Unarmed strike 1d3 subdual; bite 2d6+4 as bat | Unarmed strike 1d3 subdual; bite 2d8+12; tail slap 1d12+4 as crocodile | Unarmed strike 1d3 subdual; bite 1d8+4 as shark |
| **Face/Reach:** | 5 ft. by 5 ft./5 ft.; 15 ft. by 15 ft./10 ft. as bat | 5 ft. by 5 ft./5 ft.; 5 ft. by 20 ft./10 ft. as crocodile | 5 ft. by 5 ft./5 ft.; 5 ft. by 10 ft./5 ft. as shark |
| **Special Attacks:** | Bat empathy; plus curse of lycanthropy as bat | Crocodile empathy; plus grab, curse of lycanthropy as crocodile | Shark empathy; plus curse of lycanthropy as shark |
| **Special Qualities:** | Sonar, damage reduction 15/silver as bat | Damage reduction 15/silver as crocodile | Scent, damage reduction 15/silver as shark |
| **Saves:** | Fort +9, Ref +6, Will +7 | Fort +11, Ref +6, Will +8 | Fort +8, Ref+7, Will +8 |
| **Abilities:** | Str 17, Dex 15, Con 17, Int 12, Wis 12, Cha 10 | Str 27, Dex 13, Con 19, Int 12, Wis 12, Cha 10 | Str 17, Dex 15, Con 13, Int 12, Wis 12, Cha 10 |
| **Skills:** | Listen +10*, Move Silently +7, Spot +10* as bat | Hide +0*, Listen +9, Spot +9 as crocodile | Listen +11, Spot +11 as shark |
| **Feats:** | Flyby Attack, Improved Initiative as bat | Blind-Fight, Power Attack as crocodile | Blind-Fight, Power Attack as shark |
| **Climate/Terrain:** | Temperate and warm desert, forest, hills, plains, and underground | Warm marsh | Any aquatic |
| **Organization:** | Solitary | Solitary | Solitary |
| **Challenge Rating:** | 4 | 6 | 4 |
| **Treasure:** | Standard | None | None |
| **Alignment:** | Always neutral evil | Always neutral evil | Always neutral evil |
| **Advancement:** | By character class | By character class | By character class |

**Skills:** *Werebats gain a +4 bonus on Spot and Listen checks when using sonar.

### In the Realms

Werebats are often found in the Underdark, and frequently come from drow stock. As such, they often have significantly better skills, ability scores, and class abilities than the simple commoner werebat described above.

## WERECROCODILE

In their human form, werecrocodiles are tall, thin creatures with sharp features, a long nose and chin, and a thin face with a noticeable overbite. In their crocodile form, they are very long, powerful monsters.

### Combat

Werecrocodiles prefer to catch potential enemies unaware by assuming their human forms and posing as harmless commoners. They change to crocodile form and attack as soon as their prey is within range.

**Grab (Ex):** When a werecrocodile makes a successful bite attack against an opponent of Large size or smaller, it can make a free grapple check without provoking an attack of opportunity. If it achieves a hold, it can drag the opponent away, dealing no damage. Its favorite tactic is to drag its prey into deep water, where it attempts to pin the opponent to the bottom. If it succeeds in pinning it can deal bite damage each round it maintains the pin.

**Skills:** *A werecrocodile gains a +12 bonus on Hide checks when lying submerged.

### In the Realms

Werecrocodiles are the creations of Sebek, a crocodile-headed minor deity in the pantheon of Mulhorand. Very few of these Sebek-spawn remain in Mulhorand, as the servants of the god-kings drove them out five centuries ago, but they continue to thrive in nearby Chessenta's Adderswamp.

## WERESHARK

Weresharks are huge, muscular brutes in human form, and take the form of great white sharks when transformed. Cruel and arrogant in human form, a wereshark is even more vicious in its shark form.

### Combat

In human form, weresharks love to fight hand-to-hand; most are very strong and love to grapple. They use their shark form to easily escape when the situation gets out of control. Underwater, a wereshark usually attacks from below, savagely biting at its prey's legs.

**Scent (Ex):** A wereshark's sense of smell is so acute that its scent ability extends to 180 feet.

### In the Realms

Virtually unheard of in the Realms until the past twenty years, weresharks may have originated as vengeful humans transformed into lycanthropes by Umberlee or Talos during the Godswar. To date, they have only been spotted in the waters along the Sword Coast.

## OTHER LYCANTHROPES OF THE REALMS

Following the Time of Troubles, a variety of new lycanthrope forms appeared in the Realms. Rumors persist of such strange creatures as werebison, weredogs, weredolphins, wereleopards, wereowls, and werepanthers.



**Lythari:** These elf-werewolves share all the abilities of common werewolves, except that they do not have a hybrid form. Their alignment is always chaotic good, and they are often higher-level characters in elf form.

In wolf form, lythari are beautiful, with pale gray or silver fur and intelligent blue or brown eyes. In wood elf form, they are beautiful and otherworldly, even for elves. Tall and pale-skinned, they have light blue or green eyes and silver hair.

Lythari can only pass on their lycanthropy to other elves, and only in a special ritual performed with the complete consent of both parties.

**Werecat:** These chaotic good lycanthropes are humans who can assume the form of ordinary cats. A secretive sisterhood of werecats known as the Eyes of the Evening serves the goddesses Sharess and Selûne, though their exact aims are unknown. They are rumored to hunt cultists of Shar and Loviatar during nights of the full moon.

## REVENANT

Revenants are undead avengers, returned from the grave to track down and kill their murderers. They exist only for revenge against their killer and any who aided him.

A revenant looks like a decaying and ravaged version of the murdered person at the time of their death: skin drawn tightly against the bones, open wounds, clammy flesh, and eyes grown lifeless until facing their killer, when they blaze with unnatural light. Revenants are sometimes created even when a body had been completely destroyed by its killers, indicating that the magic that brings revenants to life can also reform their bodies. In such cases, the revenant will lack any magic items that were left with its original body.

A revenant possesses most of the abilities it had in life, including weapon use and magical abilities. Its alignment changes to neutral, which can threaten the class abilities of certain characters. Revenants who were formerly arcane spellcasters do not keep their familiars when they have become revenants. Clerics and paladins who had positive energy powers, such as turning undead and switching out spells for curing spells, change to users of negative energy, rebuking undead and inflicting wounds. A cleric can still pray for spells from his deity, though all such prayer occurs at midnight. Revenant wizards may have difficulties accessing their spellbooks; revenant sorcerers have no such problems. Revenants can speak all their original languages, though they seldom converse.

Revenants ordinarily ignore those who were not involved in their death unless they are guarding the guilty party. They often desire revenge against accomplices to the deed, but make revenge against such accomplices secondary to their primary mission.

A revenant that has completed its mission of revenge crumbles on the spot and the spirit moves on to its next destination. A revenant that cannot accomplish its mission decays slowly. Around six months, a revenant can no longer hold itself together, and crumbles into dust. The spirit departs, its quest a failure.

### CREATING A REVENANT

"Revenant" is a template that can be added to any humanoid creature type (referred to hereafter as the "base creature"). It uses all the base creature's statistics and special abilities except as noted here.

**Hit Dice:** Increase to d12.

**Special Attacks:** A revenant retains all the special attacks of the base creature and also gains the abilities described below.

*Vengeful Strike (Ex):* Any melee attack the revenant makes against its killer inflicts an additional +1d10 damage.

*Paralyzing Glare (Ex):* The first time a revenant confronts its killer, its killer must make a Will save (DC 10 + 1/2 the revenant's Hit Dice or levels + the revenant's Charisma modifier) or be paralyzed for 2d4 rounds.

**Special Qualities:** A revenant retains all the special qualities of the base creature and also gains undead qualities and those listed below.