# EXHIBIT 7

DUNGEONS & DRAGONS CAMPAIGN SUPPLEMENT

FORGOTTEN REALMS®

# LOST EMPIRES OF FAERÛN™



Richard Baker,
Ed Bonny, Travis Stout

DUNGEONS & DRAGONS CAMPAIGN ACCESSORY

# FORGOTTEN REALMS

DESIGNERS: **Richard Baker, Ed Bonny, Travis Stout**
ADDITIONAL DESIGN: **James Wyatt**
DEVELOPERS: **Richard Baker with Eric L. Boyd and George Krashos**
EDITOR: **Penny Williams**
MANAGING EDITOR: **Kim Mohan**
DESIGN MANAGER: **Christopher Perkins**
SENIOR ART DIRECTOR RPG R&D: **Stacy Longstreet**
DIRECTOR OF RPG R&D: **Bill Slavicsek**
PRODUCTION MANAGERS: **Josh Fischer, Randall Crews**

FORGOTTEN REALMS ART DIRECTOR: **Robert Raper**
ASSISTANT ART DIRECTOR: **Mari Kolkowsky**
COVER ARTIST: **Marc Sasso**
INTERIOR ARTISTS: **Thomas M. Baxa, Matt Cavotta, Brian Despain, Marko Djordjevic, Jason Engle, Earl Frank, Randy Gallegos, Rafa Garres, Chris Hawkes, Ralph Horsley, Jeremy Jarvis, Dana Knutson, Vince Locke, Raven Mimura, William O'Connor, Jim Pavelec, Steve Prescott, Wayne Reynolds, Richard Sardinha, Francis Tsai**
GRAPHIC DESIGNER: **Dee Barnett**
CARTOGRAPHER: **Dennis Kauth**
GRAPHIC PRODUCTION SPECIALIST: **Angelika Lokotz**
IMAGE TECHNICIAN: **Bob Jordan**

Sources include *FORGOTTEN REALMS Campaign Setting* by Ed Greenwood, Sean K Reynolds, Skip Williams, and Rob Heinsoo; *Faiths and Pantheons* by Eric L. Boyd and Erik Mona; *Monster Compendium: Monsters of Faerûn* by James Wyatt and Rob Heinsoo; *Magic of Faerûn* by Sean K Reynolds, Duane Maxwell, and Angel Leigh McCoy; *Player's Guide to Faerûn* by Richard Baker, Travis Stout, and James Wyatt; *Races of Faerûn* by Eric L. Boyd, Matt Forbeck, James Jacobs, and Sean K Reynolds; *Serpent Kingdoms* by Ed Greenwood, Eric L. Boyd, and Darrin Drader; *Unapproachable East* by Richard Baker, Matt Forbeck, and Sean K Reynolds; *Underdark* by Bruce Cordell, Gwendolyn F.M. Kestrel, and Jeff Quick; 1st and 2nd Edition FORGOTTEN REALMS sourcebooks too numerous to list; FORGOTTEN REALMS novels too numerous to list; and the extensive notes, details, and comments of Eric L. Boyd, as well as "Timeline of the North," as kept by George Krashos.

Based on the original DUNGEONS & DRAGONS® rules created by Gary Gygax and Dave Arneson and the new DUNGEONS & DRAGONS game designed by Jonathan Tweet, Monte Cook, Skip Williams, Richard Baker, and Peter Adkison.

This Wizards of the Coast game product contains no Open Game Content. No portion of this work may be reproduced in any form without written permission. To learn more about the Open Gaming License and the d20 System License, please visit www.wizards.com/d20.

U.S., CANADA, ASIA, PACIFIC, & LATIN AMERICA
Wizards of the Coast, Inc.
P.O. Box 707
Renton, WA 98057-0707
(Questions?) 1-800-324-6496

EUROPEAN HEADQUARTERS
Wizards of the Coast, Belgium
T Hofveld 6d
1700 Groot-Bijgaarden
Belgium
+322-467-3360

9 8 7 6 5 4 3 2 1 First Printing: February 2005
620-17738-001-EN

DUNGEONS & DRAGONS, D&D, DUNGEON MASTER, FORGOTTEN REALMS, d20, d20 System, WIZARDS OF THE COAST, *Lost Empires of Faerûn, Player's Handbook, Dungeon Master's Guide, Monster Manual,* all other Wizards of the Coast product names, and their respective logos are trademarks of Wizards of the Coast, Inc., in the U.S.A. and other countries.
All Wizards characters, character names, and the distinctive likenesses thereof are property of Wizards of the Coast, Inc.
Distributed to the hobby, toy, and comic trade in the United States and Canada by regional distributors. Distributed in the United States to the book trade by Holtzbrinck Publishing. Distributed in Canada to the book trade by Fenn Ltd. Distributed worldwide by Wizards of the Coast, Inc., and regional distributors. This material is protected under the copyright laws of the United States of America.
Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of Wizards of the Coast, Inc.
This product is a work of fiction. Any similarity to actual people, organizations, places, or events is purely coincidental.
©2005 Wizards of the Coast, Inc. Printed in the U.S.A.
Visit our website at **www.wizards.com/forgotten realms**



*Wereshark, werecat, werebat, werecrocodile*

*Illustration by Richard Sardinha*

**Skills**: A werecrocodile in animal or hybrid form has a +8 racial bonus on any Swim check to perform some special action or avoid a hazard. It can always choose to take 10 on a Swim check, even if distracted or endangered. It can use the run action while swimming, provided it swims in a straight line.

*A werecrocodile in animal or hybrid form gains a +4 racial bonus on Hide checks when in the water. A werecrocodile in animal form can lie in the water with only its eyes and nostrils showing, gaining a +10 cover bonus on Hide checks.

The werecrocodile described above is a 1st-level human warrior and natural lycanthrope with the following base ability scores: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.

## Lycanthrope, Wereshark

Weresharks are huge, muscular brutes in humanoid or giant form. When transformed into animals, they take the form of great white sharks.

### Combat

In humanoid or giant form, a wereshark loves to fight hand-to-hand, and it particularly enjoys grappling its foes. It uses its shark form to escape when a combat gets out of control. Underwater, a wereshark usually attacks from below, savagely biting at its prey's legs.

**Curse of Lycanthropy (Su)**: Any humanoid or giant hit by the bite attack of a wereshark in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

**Alternate Form (Su)**: A wereshark can assume the form of a large shark or a shark-human hybrid.

**Blindsense (Ex)**: While underwater, a wereshark can locate other underwater creatures within a 30-foot radius.

**Keen Scent (Ex)**: A wereshark notices creatures by scent in a 180-foot radius and detects blood in the water at ranges of up to 1 mile.

**Shark Empathy (Ex)**: A wereshark can communicate with sharks and dire sharks. It gains a +4 racial bonus on Charisma-based checks against such creatures.

**Skills**: A wereshark in animal or hybrid form has a +8 racial bonus on any Swim check to perform some special action or avoid a hazard. It can always choose to take 10 on a Swim check, even if distracted or endangered. It can use the run action while swimming, provided it swims in a straight line.

The wereshark presented here is a 1st-level human warrior and natural lycanthrope with the following base ability scores: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.