# EXHIBIT 8

'But no reputable Dungeon Master would award 15 points of both intelligence and Wisdom to a First Level Straw Golem, 15 points of morale to a were-lion, and a functional empathic organ to a walking, talking suit of armor... Just for offing one witch.... And no doubt, you wanted to trade that burned broom and pair of plus onesshoes for a free teleportation without an overland.....



## A FEW ~~WORDS~~ PARAGRAPHS FROM THE EDITOR

This fanzine is set up to serve as a monthly discussion zine for SF fans and others interested in D&D. It should give all of us a chance to discuss the rules and to share our own special monsters and treasures with others. It will also give us a chance to write up expeditions we've been on.

ALARUMS AND EXCURSIONS is edited by Lee Gold...in the fervent hope that it won't lose too much money. To that end, it will be run as a cross between a standard fanzine and an APA (amateur press assoc'n).

1 If you have a contribution, there are three ways to submit it.
   a. Type it on a NINE-hole mimeo stencil and mail it to Lee Gold, 2471 Oak Street, Santa Monica, CA 90405. Include 50%/page.
   b. Print it yourself. Copy count is 150, repeat 150. Send it to Lee Gold. Out-of-towners will get 20¢ credit/page printed on mailing expenses.
   c. Send a letter to Lee Gold, and she will type it and mimeo it. Include 75¢/page (or fraction thereof) for stencil and printing. Please note that typing automatically includes improved spelling and grammar and may also include occasional editorial comments set off in italics. Those who want their deathless prose left intact should type it themselves.

   UNPAID FOR MATERIAL WILL NOT BE RUN OFF NOR INCLUDED IN A&E

2 The fanzine will cost as follows:
   a. Contributors--less than four pages, postage only. Four or more pages (if we've had a good month), it's all free.
   b. Non-contributors: postage PLUS
      1) Nothing if you contributed 4+ pages last issue
      2) 35¢ if you had some contribution last issue
      3) 75¢ otherwise
   c. For trade - with other D&D publications only. Trade zines are mailed Book Rate.
   d. We do not offer subscriptions on a fixed cost basis, since postage or contributions may vary from issue to issue. However, you may send a check or cash to Lee Gold, and we will deduct costs (and send you a statement each month) until the money is almost used up. We will then notify you of this and return the balance at your request.
   e. Buyers at Aero Hobbies and other shops: pay the shop whatever it charges.

Mailing--at your choice, ALARUMS AND EXCURSIONS will be sent to you first-class, third-class, Book Rate, UPS or hand-delivered at the editor's convenience. Allow approximately $1.25 for first class (with a four day lag), 66¢ for 3rd or 21¢ for Book (with a three week lag), 80¢ for UPS (with a one week lag) and no cost whatsoever (with up to a year lag) for hand-delivered.

Dungeons and Dragons is the creation of TSR Hobbies, PO Box 756, Lake Geneva, WI 53147. Patronize the people who made it all possible.

## ZINES OF POSSIBLE INTEREST TO A&E READERS

The Cosmic Balance--monthly mimeo fanzine by Scott Rosenberg, 182-3 Radnor Rd., Jamaica, NY 11432. 12 pgs. D&D zine intended primarily as an information and amusement 'zine for players in the world of TIRIEN. Scott hopes to make it a genzine. 25¢ or trade.

The Dragon--offset prozine. Published by TSR bimonthly, Box 756, Lake Geneva, WI 53147. Wes Ives and Lee Gold have articles in #1.

The Dungeoneer--beautifully offset, digest-sized, 12 pages, bimonthly. "Purely a DM's magazine." Each issue is to have 3+ new playable monsters, new treasures, tricks and traps, articles on rules variations, artwork, and a complete D&D adventure (with maps). Write Paul Jaquays, 3105 Dorothy Lane, Spring Arbor MI 49283 (summer address). $3/6 issues (Canada $4). Single issues & back issues 60¢ (Canada 75¢). They request material, preferably illustrated.

The Fantorgn Scrolls--mimeoed fanzine, 8 pgs, from James Hayes, 1409 E. Flora St., Stockton, CA 95205. Covers a PBM game of FANTORGN; also D&D articles. 6 weekly. 40¢/copy.

Fire the Arquebusiers--D&D fanzine. Mimeo. #1 was +30 pages. #2 is not out yet. Available to Contributors, LOCers, traders, or 50¢/copy. 6 copies/$2.50. From Greg Costikyan, 1675 York Ave., NY, NY, 10028.

News from Bree--offset fanzine. Hartley Patterson, 7 Cambridge Rd., Beaconsfield, Bucks HP9 1HW, United Kingdoms. Fantasy, F&SF gaming, history and pseudohistory.//England has a D&D Society; for information write "Owl and Easel" c/o Games Workshop, 15 Bolingbroke Road, London W14, Great Britain.

PBM D&D, Chip Charnley's Rules--for an expedition to be held in Chip's dungeon. You pick a character he has rolled and flesh it out and play it. Elaborate but possible spell point system. Uses all TSR supplements to date. Rules apparently cost 75¢. Write Chip at Box 124, Buxton, NC 27920.

Ryth Chronicle--mimeoed fanzine, 10 pages, by John Van De Graaf, 37343 Glenbrook, Mt. Clemens MI 48043. 30¢/issue. Write up of his D&Ding.

The Wild Hunt - D&D apa (nearly as big as A&E), Boston-based, DM-oriented. Edited by Mark Swanson, 9 David Rd., C8, Acton, Mass 01720 - and Glenn F. Blacow, 139 Arlington St., Boston, Mass 02116. Rates the same as A&E's. Send ditto masters or FOUR-hole stencils to Blacow for printing. Copy count was 70 when last known.

Haven Herald--mimeoed fanzine, 16 pages. From Ben Grossman, 29 East 9th St., #9, NY, NY 10003. Write-ups and news of the Endor Dungeons and Dragons Campaign (Dms are Stephen Tihor, Ben Grossman and Jeremy Pualson). 50¢/copy; reprints of charts at a penny/sheet. The #5 (February) issue sent A&E included a remarkably complete equipment list ranging from gold-tipped arrows to snow shoes, with encumbrance and cost listed for each piece of equipment. Date of current issue not known.

DEADLINE FOR A&E #14: August 18th for anything needing to be typed. August 20th for printed material. If you are going to be at the WorldCon, please let us know and we will hand-deliver your copy there at your request.

Contents this issue include (as of 7-15-76)


| | | |
|---|---|---|
| Cover | Jack Harness | 1 |
| A Few Paragraphs from the Editor | Lee Gold | 4 |
| Tantivy | Lee Gold | 4 |
| Clear Ether #13 | Samuel Edward Konkin III | 2 |
| Notes from the Underground #8 | Nicolai Shapero | 6 |
| Kirel's Mirror | Kay Jones | 1 |
| Notes from the Realm Fantastic #2 | Richard J. Schwall | 3 |
| Planerium's Pulse #2 | John Kingsbury | 2 |
| Monster Rally | Glenn Blacow | 2 |
| I have an Egotism of 20! | Scott Rosenberg | 4 |
| The Lost Mask #2 | Steward Levin | 4 |
| Depth Perception #7 | Dick Eney | 9 |
| Well now | Sherna Comerford | 5 |
| Horrors from Hangtown | Robert E. Hollander | 2 |
| Many Worlds | Margaret Gemignani | 4 |
| Spinward Ho | Steve McIntosh | 6 |
| Hoof and Mouth #1 | Cary Martin | 2 |
| --and letters from | Earl Baker | |
| | Martin Easterbrook | |
| Tuesday Morning Report #2 | Steve Perrin | 11 |
| Ilmarinen | Lew Pulsipher | 1 |
| Mockturtle | Hilda Hannifen | 3 |
| Ken's Character Corner #5 | Ken Pick | 3 |
| Please Sir, We've Been Fighting the Killerdough for Such a Long Time | Larry Schoen | 2 |
| I Was an Eight-Sided Die for Naval Intelligence | Charles McGrew | 4 |
| Were Shark | Eric & Chris Holmes | 3 |
| Mockturtle | Hilda Hannifen | 1 |
| Portal to Temporalana | Wayne Shaw | 4 |
| The Griffin's Quill | Charlie Lerce | 4 |
| Billy Balrog's Own Fanzine #11 | Mark Swanson | 1 |
| Horoscope for the Period of Sun in Leo | Grant Louis-d'or | 1 |
| Blue Stone | Michael J. Galloway | 1 |

and separate from the above
The Completist's A&E - covering issues #11 and #12


upcoming conventions of interest to D&Ders

August 20-2. Lake Geneva, WI, GenCon IX. Fritz Leiber is GoH. Write Gencon IX, PO Box 756, Lake Geneva, WI 53147 for details--or write Gary Gygax, 330 Center St., Lake Geneva, WI 53147.

A&E readers may be interested to know that in the first issue of THE DRAGON there is a denial that Gary Gygax will be attending CITEX 76.

For those of you who asked, no, the Golds will not be attending GenCon. We'll have used up most of our travel budget attending MidAmericon. And we're saving the rest in the event that England wins WorldCon for 1979. We're D&Ders, but we're science fiction fans first.

The underground lake, or perhaps sea, was black and foreboding as our first level group huddled on the dark beach peering into the murk. The elf and the hobbit thought they could make out an island with a low building on it.

There was one small boat tied up to the stone pier. A previous adventure had revealed the hiding place of a second boat, however, and a party was sent back to the main corridor. They found the door to the other jetty and soon we could make out the second boat being rowed over to join us.




A quick inspection revealed that the boats could each hold only four persons, five if one were a hobbit. This meant the party had to split up and leave the faithful mule behind. Even so the boats were heavily loaded and rowing to the island was slow and noisy. Several of the party took off their chain mail and placed it in the bottom of the boat, so that they would be unencumbered if they fell into the water.

When the two boats were half way to the island, the sharp-eyed hobbit spotted the first triangular fin circling the boat. The party's major concern was that the sharks would attempt to overturn a boat, but the beasts remained far enough away to be out of range of anything but an arrow. The hobbit estimated that there were three of the creatures circling them.

Despite our misapprehensions, landing on the tiny rock island was without incident and investigation of the stone pyramid at its center revealed it to be a deserted temple. Standing on the deserted altar, however, was a man-sized statue of solid gold. Boinger, the hobbit, said the artistic style was crude and

unsophisticated, but the rest of the group was impressed with the value of the piece and it was quickly hauled down to the boats. The weight of the gold, however, so lowered the craft in the water that it appeared at first that only one person could get in to row. The mercenary warrior volunteered for this assignment, saying the lonely rock islet and inky waters made him anxious to get back to the shore. A little experimentation revealed that the dwarf, Barely, (Barely A. Dwarf had characteristics that brought him to dwarf-hood only after maximal adjustments. No one ever thought him less of a dwarf, however, because he had made it the hard way) was light enough that he could accompany the warrior for hire as additional protection. The two rowed off into the darkness, promising to send the boat back as soon as possible and get the rest of the party off the island.

No sooner had the boat disappeared, however, that a fearsome shape emerged from the water. Ten feet long, the streamlined shark's body advanced toward the horrified adventurers on human arms and legs, crawling as if on all fours. The mouth gaped to reveal rows of glistening fangs. Red eyes glowed in the dark and the weird creature rushed to the attack. Fortunately it's lycanthrope nature was recognized by the canny adventurers ("If there are were-tigers, and sharks are the tigers of the sea...") and they defended themselves with silver sword and mace. The monster was quickly dispatched.

Realizing the pair with the statue might soon be in deep trouble, a rescue party of four, including Mergatroyd the Magnificent, was dispatched in the second boat.

Meanwhile, back on the shore, dwarf and man unloaded the golden statue with considerable effort when they were confronted by five monster were-sharks rising from the deep. The fighting man died immediately beneath the ravenous jaws, Millie the mule ran for safety down the corridor. Barely pulled a silver tipped arrow from his quiver and put his back to the wall where only one of the ambulatory killer sharks could get at him at a time. Here the desperate dwarf managed to fend off the deadly jaws for a time.

The second group in the boat shouted encouragement, rowing as fast as they could. Reaching the jetty, Mergatroyd pulled himself hurriedly together and hurled a sleep spell at the monsters beseiging the poor dwarf. All of them fell senseless except the beast attacking Barely. The terrible teeth crunched through his chain mail as his friends came running up. Heroicly thrusting his puny weapon at the monster with his dying breath, the brave dwarf perished.

The were-sharks are based on a Polynesian legend of demon creatures that assume human form to deceive their neighbors, but slip away into the sea to kill lonely fishermen. Persons suspected of being man eating shark demons are stripped by their accusers and found to have a mouth, lined with shark's teeth in the small of their backs. The creatures encountered by Barely and his friends are not typical Polynesian shark demons, but do have the bizarre combination of human and shark characteristics suggested by the legend.