# EXHIBIT 9

# Rokea™

A Sourcebook for Werewolf: The Apocalypse™
Changing Breed Book 8

## Credits

**Author:** Matthew McFarland
**Developer:** Ethan Skemp
**Editor:** Aileen E. Miles
**Art Director:** Aileen E. Miles
**Art:** Brian LeBlanc, Steve Prescott, Jeff Rebner, Ron Spencer, Greg Williams
**Back Cover Art:** Steve Prescott
**Layout & Typesetting:** Aileen E. Miles

WHITE WOLF GAME STUDIO
735 PARK NORTH BLVD.
SUITE 128
CLARKSTON, GA 30021
USA

© 2001 White Wolf Publishing, Inc. All rights reserved. Reproduction without the written permission of the publisher is expressly forbidden, except for the purposes of reviews, and for blank character sheets, which may be reproduced for personal use only. White Wolf, Vampire, Vampire the Masquerade and World of Darkness are registered trademarks of White Wolf Publishing, Inc. All rights reserved. Werewolf the Apocalypse, Werewolf Players Guide, World of Darkness Blood-Dimmed Tides, Hengeyokai Shapeshifters of the East, Rage Across Australia and Rokea are trademarks of White Wolf Publishing, Inc. All rights reserved. All characters, names, places and text herein are copyrighted by White Wolf Publishing, Inc.

The mention of or reference to any company or product in these pages is not a challenge to the trademark or copyright concerned.

This book uses the supernatural for settings, characters and themes. All mystical and supernatural elements are fiction and intended for entertainment purposes only. This book contains mature content. Reader discretion is advised.

For a free White Wolf catalog call 1-800-454-WOLF.

Check out White Wolf online at

http://www.white-wolf.com; alt.games.whitewolf and rec.games.frp.storyteller

## The Rokea Life Cycle

Want one? No? Okay, but fair warning, this isn't normal tobacco, and it'll help calm you down. No, don't think that way, it *is* tobacco. Just not normal.

Well, it's all very well to know the beginnings, the creation stories, and all that. I imagine he told you about the Turna'a Massacre and the other Changers and all that? Ha! He's getting soft. Ten years ago he would have just eaten you.

Oh, you had a gun to his head? With silver shot, yet! Oh, I could kiss you.

Ahem. Anyway, you wanted to know how you were possible at all. All right, let's back up a bit, and I'll tell you what it's like to be born Rokea, the usual way.

See, Rokea don't have life spans the way humans do. We don't die naturally; we just keep on and keep on, unless something kills us. And that does happen, mind you: Qyrl's got children everywhere, and some of them are tough enough to do us in. Plus, we hunt each other down, too, so that's how a lot of us go. So the response should be, breed more Rokea, right?

Except it isn't that simple. Because old age isn't a concern, and because having too many predators in the ocean gets unpleasant, we breed very slowly. In olden times, there would only be three or four Rokea born a century. Now, with the dirtwalkers massacring hundreds of millions of sharks, we try to keep pace a bit more, but old habits die hard. Not that I ran a survey or anything, but my guess is that in a single year, you'd be lucky to see the birth of one Rokea. Of course, I can't speak for the Same-Bito, who kind of have their own way of doing things, but as a race, overpopulation isn't a big problem.

As far as the actual facts of life for Rokea go, we breed with sharks. If you saw me in Swimming Jaws (that's "normal shark form," just so you know) I'd look like a blacktip shark. Guards-the-Shoals, as you know, is a hammerhead. You, I only got to see you in Standing Jaws for a second, but your coloring suggested tiger shark to me. Ever get a craving for license plates? Never mind, kid.

Anyway, we breed with the shark whose form we take. Now, I don't know how familiar with shark reproduction you are, but different breeds work differently. Some sharks lay eggs, some give birth to live young, and in some species, while numerous eggs get fertilized, the embryonic sharks eat one another until only one is left to be born. Survival of the fittest, huh? Well, in a shark/Rokea coupling, only one Rokea will be born. If the shark gives birth to one pup, obviously that's the Rokea. If she births more than one, then usually it's the largest of the pups. It never "skips a generation" the



way I'm led to understand it does for other Changers. One Rokea from a mating, never more, never less. So that's simple, right?

But it doesn't explain you, since you were clearly born human. Well, I'll let you in on some knowledge that very, very few of our kind have. If a Rokea has a child with a human being, the child is *never* Rokea. The result is what some of our kind call *kadugo*. It's an islander word with mystic connotations; not sure of the exact translation. Anyway, it just sort of stuck. When a Rokea breeds with a *kadugo*, then you get a chance for a Rokea. How much of a chance? Damned if I know; you're probably the first, or at least the first to survive.

What happens if a Rokea breeds with another Rokea? Hmmm… hell, I don't know. In the ocean, we mate as the urge takes us, but we don't mate with our own kind. It's just kind of instinctive. Good question… never heard of it happening, though.

Anyway, a shark-born Rokea lives the first few years of its life as a normal shark pup, and when it reaches that all-important sexually mature stage, it "wakes up." It isn't like the traumatic First Changes of the werewolves (yeah, I do know something about them. Remind me later, I'll tell you), it's more like… shit, never tried explaining this before. The smells in the sea mean more. They don't just mean "food," they mean "something died to feed you." They don't just mean "strangeness," they mean "enemy." It's very strange. Typically, we start sending out these electrical impulses — which is how we communicate underwater — that basically say, "What the hell is going on?" And either another Rokea shows up, and explains things, or a remora finds us and takes us to a Rokea. That trip, our journey on the way to find out about ourselves, is a big deal for Rokea. We call it the Long Swim.

Basically, it's your first big adventure. I mean, a shark's life isn't exactly predictable, but you aren't really aware of it before the Long Swim. When the smells start coming back to you with implications as well as literal meanings, it changes everything. You are literally re-discovering the world. What happens to you on your long swim determines a lot about your attitude and beliefs as a Rokea. If you don't see anybody, and the seas are calm and peaceful, it's gonna make your disposition a little sweeter than if you'd just missed getting fouled in some fishing net.

Me? Actually, I got really lucky. A Rorqual found me during my Long Swim. She explained who the Rokea were and that our purpose was survival, and she didn't muck my head up with all the "betweener" stuff. She reminded me about the harmony that existed before belief, which is probably why I'm not as touchy about getting to know new people as a lot of us are. She also told me about being a Darkwater and what that meant….

Which I really should explain to you. Okay, here goes.

## Rokea Auspices

Each Rokea belongs to one of three societal roles; we call them auspices. By "we," I mean betweeners; the ocean-dwellers don't really have a term for it. They just understand who's a Darkwater or a Dimwater or whatever and leave it at that.

Which auspice you follow has to do with when you were born. In that way, it's sort of like an astrological sign, except more accurate.

### Brightwater

The Brightwaters are born on the full moon. Legend goes that this is when the sun — the Wound — is running low on the medicine. That's why the moon's so bright: because his "blood" is seeping through. Rokea born during the day when the sun's shining are also considered Brightwaters.

We're all warriors, but Brightwaters give the word new meaning. They win battles consistently, not always through skill as much as ferocity. They're tenacious, bloodthirsty, but brutally honest and loyal to friends and slew-mates. They also tend to enjoy the surface more — supposedly because of their proximity to the Wound, I don't know — and therefore the greatest number of betweeners is drawn from the Brightwaters.

And incidentally, the way you went after Guards-the-Shoals, I wouldn't be too surprised to find out that you're a Brightwater.

### Dimwaters

The bulk of the Rokea population, such as it is, is composed of Dimwaters. Any Rokea born at night between the new and full moons, or any Rokea born at twilight or when the sun's clouded over is considered Dimwater. As such, it's actually pretty hard to form stereotypes about them.

One thing that a lot of them have in common is that they don't like the betweeners. There are some Dimwater betweeners, sure, but for the most part, they're the ones who come a-hunting. Another thing is that they aren't territorial; they like to swim from ocean to ocean, bringing news and checking up on Grottoes and Rorqual. As he might have told you, Guards-the-Shoals is a Dimwater.

### Darkwaters

By far the rarest of the Rokea are the Darkwaters, like myself. We're born during the new moon, and during total eclipses, and that's really about it. We're the calmest of the Rokea, not that it makes us Zen masters or anything, but we're not as likely to fly into a blood-frenzy when we see a

I believe they act like remora — carrying messages, acting as sentries and giving warnings. If that's the case, revealing ourselves to them — should an opportunity present itself to do so — might be a very good or very bad idea. I'll leave that to your judgment.

### Nuwisha

I do know that one group of wolves seems to have split off and focused solely on practical jokes. This isn't so new to us — in the Pacific Islands, people told stories of shark-men called *mano-kanaka* who played pranks on fishermen, and I've heard tell of some Brightwater wriggling into a dolphin skin to mess with humans' minds. What these "coyotes" are trying to accomplish by playing jokes on the bad-tempered wolves, however, is quite beyond me.

### Other Changers

There are more, you know, but I don't know which ones are still around. After all, the wolves have only recently started to wake up to the fact that their little war was a big mistake, so the bear-changers, the bat-changers, and so forth may have fallen a long time ago. I really don't know.

### Vampires

I mentioned vampires earlier. Now, since I've been on land, I've enjoyed the cinema, and vampires figure prominently into a lot of films, as you know. I don't know how much of what's portrayed is accurate. All I do know is that they remind me of lampreys — only not as wholesome. Lampreys on land, sucking their way into everything, until there's nothing left to eat.

But there are vampires in the oceans, too. Not many, mind you, and I'm sure the ocean-dwellers kill any they find. I've heard stories from remora, though, of humans with webbed feet and scales who feed on the blood of whatever they find… including Rorqual.

Steer clear of vampires. You might never see one — more likely you'll see one but never know — but lampreys don't make good traveling companions.

### Mages

I mentioned the Kopa Loei earlier. Humans who can use Gifts. Except they don't really use Gifts, they use some kind of magic that comes from the land. They seem decent enough.

Problem is, everything has a spirit and therefore everything has magic. So what kind of magic comes from death, or computers, or drugs, or whatever? Humans long ago proved themselves to be resourceful little monkeys, so whatever power they could get, I'm betting they have.

Bottom line here: if someone who seems completely human starts giving you problems and doing well, you might be dealing with a mage. You've got two choices — either get lost or bite his head off. The former is not necessarily a permanent fix to the problem, but it isn't as messy.

### Ghosts

Like I said, everything has a spirit, and people obsess way too much about death for ghosts not to be real. But I can't tell you a thing about them, and I've never seen one hanging around in Unsea's Soul, so I've always assumed them to be harmless.

### Changelings

Again, the islanders are our friends. The spirits of the land live on in the Menehune, and they respect us. You'd think with all the potential allies we have on the islands, we could have stopped the invasions and the destruction of the land and now the overcrowding of tourists… oh, well.

Anyway, there are spirit-people here in America, too. They don't seem to know much about us though, and frankly, that's not a big deal.

In the oceans, though, you'll find the merfolk. They're decent enough, I guess, and they recognize the Three Daughters, though they call them by different names. They've had worse luck in recent years than us, and as Storm-Jaws mentioned, they had their own Turna'a recently. An entire city, gone! I feel bad for the mer, and I wish that there were some way to help them, but honestly, until the betweener issue gets resolved, an alliance isn't likely.

## The Five Forms

Hey, it occurs to me that we should really teach you how to change form properly. Can't always rely on instinct to do it, you know? We have five forms, each of which has different uses. Let's start with the most basic — for most Rokea, anyway.

### Swimming Jaws (Squamus)

The form we're all born in — except you. Our shark forms vary pretty widely. I'm a blacktip, for example, and that means I'll never be as massive as Storm-Jaws, here. On the other hand, people are less likely to speargun me as a precaution. We all have our advantages here: makos are fast, whites are big and vicious, hammerheads are ugly — sorry, had to say it — and tigers are, well, garbage disposals. No kidding, they'll eat anything.

Oh, by the way, remember I mentioned the uterine cannibalism that goes on in some sharks? Guess what, Mateo. Be glad you were born human.

## Fighting Jaws (Chasmus)

As a shark, I'd guess you're about 17 feet long. Pretty big, although Rokea do tend towards the larger end of average for our species. Now, when you take the Fighting Jaws form, you may lose a little maneuverability, but you do grow to over *twenty-five feet long*. Fighting Jaws is meant for exactly that. Fighting Jaws combines the strength and speed of a shark with jaws of a really huge shark.

Something else about it, too. Humans who see us in this form lose their minds for a while. There's something in them that recognizes us from millennia ago, and it throws them into a mindless panic. That helps, especially if they're trying to aim a harpoon gun when it happens.

## Standing Jaws (Gladius)

My personal favorite. On average, ten feet tall, wickedly sharp talons (don't ask me; sharks don't have hands, much less claws), a strong bite — on the whole, much like Fighting Jaws but bipedal. One important difference, though. When in Swimming or Fighting Jaws, our eyes roll back when we bite, so we can't see what we're biting. That isn't usually a problem, but when fighting minions of Qyrl, who are so adept at vanishing suddenly, it can get annoying. In Standing Jaws, though, our eyes are positioned just close enough that we can judge distance to our prey and keep them in line of sight until the bite.

Did you notice, by the way, that Guards-the-Shoals retained his tail in this form, while I didn't? One of the things that happens if you do the "fish out of water" thing for too long is that your Standing Jaws loses its tail. In the water, we need it for propulsion and to act as a rudder; on land, it just tends to get in the way. You can grow it at will, though, if you concentrate a bit.

Also, our skin is a weapon. Striking a shark barehanded is a bad move, because we're covered in shagreen… OK, you knew that. Well, in Standing Jaws, it gets tougher. If you can get an enemy into a headlock in this form, you might well be able to cut his throat. That's a tip.

People freak out when they see us in this form, but not as much. It isn't as recognizable to them, I think.

## Round Back (Glabrus)

I'll amend what I said earlier. Ocean-dwellers, even my friend Storm-Jaws, only have four forms. Betweeners like you and me, well, we have access to one more.

Once a Rokea's been on land a while, he might notice himself changing from Long Fins to Standing Jaws more slowly. That's the Round Back form coming out. It's called that because the area on the back where the dorsal fin pops through swells, giving you a slight hunch. You lose all body hair, your irises darken and swell, and your teeth get sharper. No claws, though. You also gain close to double your body weight in muscle, which means Round Back is a great form for a bar fight. It doesn't cause people to go crazy (though they certainly will give you stares).

I'll give you a warning about this form, though. It drives wolf-changers nuts. Apparently they have enemies that resemble us in Round Back form, I don't know. If you ever get yourself into a position where you have to talk with them, stick to Long Fins. It's the only one they're used to, and the only one they'll understand.

## Long Fins (Homid)

Human form. Plain and simple, right? Maybe for you.

One of your parents must have been Rokea and the other *kadugo*, and I'm guessing the *kadugo* was Cuban. But me, well, one parent was a Rokea and the other a blacktip shark. Likewise, Storm-Jaws had a great white for a father. So why am I black in Long Fins, while she's white?

Well, it has to do with where and when we first see humans. I went through my Long Swim near the Florida coast. After my visit with Kun in Sea's Soul, I swam close to the docks. I saw a bunch of dockworkers on a break, having a smoke. Thing is, they were all black. When I changed, that's what I looked like. Storm-Jaws' first glimpse of a human was a blond surfer dude in California, so she's white and blond in Long Fins form. It doesn't make a lot of difference to the Rokea what you look like in human form, because most of us don't use it much. As a result, however, we tend to look pretty ugly — hulking, top-heavy, hunched over, and so on. Hammerheads are worse — they get horribly walleyed and their foreheads look like big blocks of wood. Those of us who care can improve our looks, and it helps, because people remember really ugly folks.

The one big disadvantage of Long Fins and Round Back is that we can't use the Sending. You can receive, but not broadcast. And that fouls up a lot of hunting parties, since not a lot of us know how to speak human languages — *any* human languages — and our native tongue doesn't work in Long Fins. I'm not really sure how they get around that.

Well, that's really all I can tell you. The only thing left is for you to visit Sea's Soul, and there's no time like the present. Storm-Jaws?

• • •

*The Dimwater wades into the water and changes to Standing Jaws. She turns, and sends "No Rokea in the area. We should be able to make it to Waves Whisper."*

In Glabrus form, a Rokea may use a bite attack to inflict damage equal to her Strength (this damage is considered lethal). In Gladius form, her bite inflicts Strength +1 aggravated damage, and she has claws which inflict damage equal to her Strength (aggravated). In Chasmus form, the Rokea has no claws (obviously) but inflicts Strength +2 aggravated damage with a bite. Finally, in Squamus form, the Rokea's bite inflicts Strength damage (lethal).

### Gnosis

Rokea use Gnosis chiefly to activate Gifts. Most Rokea cannot step sideways without a special Gift or permission from Sea.

Weresharks regain Gnosis in different ways than Garou. Grottoes function in much the same way as caerns, but their depth makes them hard to reach for many weresharks. Instead, Rokea regain Gnosis from Rorqual. To do this, a Rokea must approach the Rorqual and roll Charisma + Primal-Urge (difficulty varies by the Rokea's auspice and the species of the Rorqual; see Chapter Four). For each success, the Rokea regains one point of Gnosis.

A Rokea can regain Gnosis at a Grotto, if the Grotto is close enough to the surface (some Darkwaters have Gifts that let them dive further, of course). This works in the same manner as meditating to regain Gnosis does for Garou.

### Rage

Rokea use Rage in the same ways that Garou do: for extra actions, to change forms, and to ignore wounds. Players roll Rage to check for frenzy, except that while Garou need four successes to enter frenzy, Rokea need only two. Four or more successes send the Rokea into a state called Kunmind. According to the shark-folk, everything washes away in the flood of Rage, leaving the Rokea privy to mind of Kun herself. Since mortal beings are not capable of knowing Kun's mind, however, the Rokea flies into a feeding frenzy and will not emerge until everything around her is dead. This is analogous to entering the Thrall of the Wyrm for lupus Garou, and while weresharks respect the power and ferocity of Kunmind, they also recognize that it isn't conducive to survival (this is reflected by a loss of Harmony Renown).

Rokea do not enter fox frenzy. This is not to say that they never flee from battle, they simply don't do it in frenzy. Like most predators, they will leave a fight they don't think they can win… unless the Rage takes over first.

Weresharks regenerate in the same manner as Garou, and can roll Rage to remain active in the same way. They do not usually award Valor Renown for battle scars, unless the scar was obtained doing a great service for Sea (scars tend to impede function, and this makes survival more difficult).

### Regeneration

Rokea heal bashing and lethal damage just as Garou do: one health level of bashing damage per turn (or lethal, if the player makes a Stamina roll (difficulty 8)). Rokea, however, may regenerate this damage in breed form, provided they are immersed in salt water. Since most Rokea cannot assume breed form outside of salt water, this is rarely a problem. Rokea heal aggravated damage at the rate of one health level per day, subject to the same restriction.

### The Sending

The Rokea's natural means of communication in the ocean is the Sending. This consists of electrical pulses sent out between Rokea. The player rolls Wits + Primal-Urge. The difficulty varies based on the complexity of the message; "Rorqual in danger!" or some similarly simple communication would only be difficulty 6, whereas a question with several qualifiers ("What does it mean when a human is lowered into the water surrounded by metal bars and holds a long stick?") would be difficulty 8. The message carries for a quarter mile for each success; after that, it gets garbled and a receiving Rokea's player must roll Intelligence + Primal-Urge to decipher the Sending. When two Rokea are within line of sight, the Sending can be used for normal conversation with no roll required. However, unless the Darkwater Gift: Silent Sending is used, any Rokea in the area will perceive all Sendings.

On land, the Sending has a range of only 50 feet and is only usable in Gladius form. This presents a problem to ocean dwelling Rokea who speak no human language, yet cannot use their natural "tongue" in homid form.

### Senses

Sharks use a fearsome combination of senses to locate, identify, and attack their prey. First, their sense of smell can locate a fish's odor within a mile (contrary to rumor, human blood does not drive sharks into frenzy). A shark's sense of vibration helps identify the size of a potential meal, and its electrical senses determine direction. As the shark closes in, its vision comes into play to chase the prey, if necessary. Finally, the shark bites, and its sense of taste determines if the prey is something the shark really wants to eat. (More information about a shark's senses is provided in the Appendix).

Rokea have access to all of a normal shark's sensory prowess. Scent difficulties in Squamus form are reduced by 3, and by 2 in Chasmus and Gladius forms (-1 in Gladius on land).

A shark's sense of sight is fairly keen for discerning contrast, such as the dark shadow made by a seal — or a surfer — swimming on the surface. They are not entirely colorblind, in that they seem to recognize some shades

as meaning "food" (the bright yellow of life jackets and rafts is one such shade, unfortunately, and has been nicknamed "yum-yum yellow" by shark researchers). However, sharks (and Rokea) lack the visual acuity necessary to pick out details. Therefore, Rokea in Squamus, Chasmus, or Gladius form are at +2 difficulty to judge detail by sight (rolls to determine general shape or size by sight receive no modifier). This penalty also applies to weresharks on land in Gladius form.

To use vibrations to judge an object's size and shape, the player rolls Perception + Primal-Urge (difficulty varies based on the distance to the target and how much water it is displacing; a thrashing fish caught in a net will seem larger than it actually is).

Rokea can use electrical currents to sense direction to prey, or simply to navigate in general. The player rolls Perception + Primal-Urge (difficulty 6 for the wereshark to orient herself; difficulty varies based on size of target, electrical interference, and so forth for finding prey). Rokea in Gladius form can use this ability on land, but difficulties are raised by one.

### Silver

Rokea believe that silver is the result of Oversea's blood (sunlight) saturating the medicine he applies to the Wound. This residue falls to earth, or so Rokea legend goes, and becomes hard and metallic. It still carries Oversea's fiery blood within it, however, and so burns the Rokea and other supernatural beings.

Rokea take unsoakable, aggravated wounds from silver, just as Garou do. They rarely, if ever, create fetishes out of silver, believing it to be disrespectful to Oversea to do so.

### Skin

A shark's skin is covered with thousands of tooth-like scales called denticles. In Squamus form, it's possible for an unprotected human to get a severe scrape by "rubbing a shark the wrong way" but not to be seriously hurt. A Rokea in Chasmus or Gladius form, however, can use the denticles as a weapon.

Any opponent who strikes barehanded a Rokea in Chasmus or Gladius form must soak 2 levels of lethal damage (if he is capable of soaking such damage). The denticles also allow the Rokea to use a special combat maneuver (see below).

### Spirits

Rokea can converse with pelagic spirits naturally, even across the Gauntlet; they require no Gift to do so. The ocean's thin Gauntlet makes this communication very easy. Speaking with terrestrial spirits usually requires the Gift: Spirit Speech, but few Rokea bother to learn it. A Rokea can naturally sense the presence of remora-spirits even on the other side of the Gauntlet, due to the helpful little spirits' tendencies to make themselves known to their larger allies.

### Umbral Travel

Rokea cannot step sideways without using the Gift: Enter Sea's Soul, unless aided by Kun, Sea, or another powerful spirit. The only exceptions are the *kagesame*, or goblin sharks, of the Same-Bito. They can step sideways in the same manner as Garou.

## Abilities

Rokea have access to same abilities as Garou. One change has been made, however; the Rokea sheet replaces the Drive Skill with Seafaring.

### Seafaring

This skill covers the ability to rig, pilot, and perform light repair on various kinds of seagoing vessels. Although Rokea have no more reason to know this skill at character creation than the Drive Skill, they are more likely to learn to use a boat than a car later on. Seafaring is a restricted Trait for squamus Rokea.

- • Novice: You don't get seasick, at least not easily.
- •• Practiced: You can tie a good sheepshank.
- ••• Competent: You could serve in nearly any position in a crew, so long as advanced technical skill isn't required.
- •••• You could serve as a first mate or executive officer.
- ••••• You could captain a vessel of any size… in a hurricane.

**Possessed By:** Sailors, dockworkers, pleasure boaters.

**Specialties:** Motorboats, Sailboats, Seamanship, Kayaks

## Backgrounds

Rokea characters have access to many of the same Backgrounds as Garou. There are some differences in the forms these Backgrounds take, however.

Allies and Contacts may be other Rokea, spirits, or perhaps even merfolk. They may also be land-based (i.e., humans) if the Rokea is homid or swims between Sea and Unsea.

Totem works in much the same way for Rokea slews as for werewolf packs. Some sample Totems are listed below. Note, however, that slews change membership much more easily than packs do; a Rokea who wishes to leave a slew to pursue her own business is not penalized in Renown, provided she performs the Swimming Alone rite for the slew's totem.

### New Background: Remora

Remora, the odd little messengers for the shark-folk, soon learn which Rokea are polite to them. They naturally tend to gravitate to these weresharks to give them a "first look" at what news they have found. This