# EXHIBIT 10


PATHFINDER®
ROLEPLAYING GAME™
BESTIARY 4

# PATHFINDER
## ROLEPLAYING GAME

## BESTIARY 4
## CREDITS

**Lead Designer** • Jason Bulmahn
**Design Team** • Stephen Radney-MacFarland and Sean K Reynolds
**Authors**: Dennis Baker, Jesse Benner, Savannah Broadway, Ross Byers, Adam Daigle, Tim Hitchcock, Tracy Hurley, James Jacobs, Matt James, Rob McCreary, Jason Nelson, Tom Phillips, Stephen Radney-MacFarland, Sean K Reynolds, F. Wesley Schneider, Tork Shaw, and Russ Taylor

**Cover Artist** • Wayne Reynolds
**Interior Artists** • Alexandur Alexandrov, Dave Allsop, Helge C. Balzer, Rayph Beisner, Eric Belisle, Peter Bergting, Branko Bistrovic, Filip Burburan, Dmitry Burmak, Mike Corriero, Alberto Dal Lago, Vincent Devault, Steve Ellie, Mattias Fahlberg, Jorge Fares, Fabio Gorla, Andrew Hou, Lake Hurwitz, Damien Mammoliti, Diana Martinez, Joshua Meehan, David Melvin, Brynn Metheney, Mark Molnar, Jim Nelson, Miroslav Petrov, Emiliano Petrozzi, Roberto Pitturru, Dmitry Prosvirnin, Scott Purdy, Maichol Quinto, Jean-Baptiste Reynaud, Rudy Rodriguez, Chris Seaman, Shreya Shetty, Dean Spencer, Xia Taptara, Tyler Walpole, Eva Widermann, Ben Wootten, and Kieran Yanner

**Creative Director** • James Jacobs
**Editor-in-Chief** • F. Wesley Schneider
**Senior Editor** • James L. Sutter
**Development Team** • Logan Bonner, John Compton, Adam Daigle, Rob McCreary, Mark Moreland, and Patrick Renie
**Editorial Team** • Judy Bauer, Christopher Carey, and Ryan Macklin
**Editorial Interns** • Jay Loomis and Cassidy Werner

**Senior Art Director** • Sarah E. Robinson
**Art Director** • Andrew Vallas
**Graphic Designers** • Emily Crowell and Sonja Morris

**Publisher** • Erik Mona
**Paizo CEO** • Lisa Stevens
**Chief Operations Officer** • Jeffrey Alvarez
**Director of Sales** • Pierce Watters
**Sales Associate** • Cosmo Eisele
**Marketing Director** • Jenny Bendel
**Finance Manager** • Christopher Self
**Staff Accountant** • Ashley Gillaspie
**Chief Technical Officer** • Vic Wertz
**Senior Software Developer** • Gary Teter
**Campaign Coordinator** • Mike Brock
**Project Manager** • Jessica Price
**Licensing Coordinator** • Michael Kenway

**Customer Service Team** • Erik Keith, Justin Riddler, and Sara Marie Teter
**Warehouse Team** • Will Chase, Mika Hawkins, Heather Payne, Jeff Strand, and Kevin Underwood
**Website Team** • Christopher Anthony, Crystal Frasier, Liz Courts, Lissa Guillet, and Chris Lambertz

**Special Thanks** • Ryan Dancey, Clark Peterson, and the proud participants of the Open Gaming Movement.

This game is dedicated to Gary Gygax and Dave Arneson.

Based on the original roleplaying game rules designed by Gary Gygax and Dave Arneson and inspired by the third edition of the game designed by Monte Cook, Jonathan Tweet, Skip Williams, Richard Baker, and Peter Adkison.

This game would not be possible without the passion and dedication of the thousands of gamers who helped playtest and develop it. Thank you for all of your time and effort.

paizo PUBLISHING

Paizo Publishing, LLC
7120 185th Ave NE, Ste 120
Redmond, WA 98052-0577
paizo.com

This product is compliant with the Open Game License (OGL) and is suitable for use with the Pathfinder Roleplaying Game or the 3.5 edition of the world's oldest fantasy roleplaying game.

**Product Identity**: The following items are hereby identified as Product Identity, as defined in the Open Game License version 1.0a, Section 1(e), and are not Open Content: All trademarks, registered trademarks, proper names (characters, deities, etc.), dialogue, plots, storylines, locations, characters, artwork, and trade dress. (Elements that have previously been designated as Open Game Content or are in the public domain are not included in this declaration.)

**Open Content**: Except for material designated as Product Identity (see above), the game mechanics of this Paizo Publishing game product are Open Game Content, as defined in the Open Gaming License version 1.0a Section 1(d). No portion of this work other than the material designated as Open Game Content may be reproduced in any form without written permission.

*Pathfinder Roleplaying Game Bestiary 4* is published by Paizo Publishing, LLC under the Open Game License version 1.0a © 2000 Wizards of the Coast, Inc. Paizo, Paizo Publishing, LLC, the Paizo golem logo, Pathfinder, and GameMastery are registered trademarks of Paizo Publishing, LLC; Pathfinder Roleplaying Game, Pathfinder Adventure Card Game, Pathfinder Adventure Path, Pathfinder Campaign Setting, Pathfinder Cards, Pathfinder Flip-Mat, Pathfinder Map Pack, Pathfinder Module, Pathfinder Pawns, Pathfinder Player Companion, Pathfinder Society, Pathfinder Tales, and Rise of the Runelords are trademarks of Paizo Publishing, LLC. © 2013 Paizo Publishing, LLC.

First printing October 2013.
Printed in China.

PATHFINDER ROLEPLAYING GAME

# Lycanthrope, Wereshark

*This muscular creature has a human body, but the head of a ravenous shark, complete with jet-black eyes and razorlike teeth.*

**WERESHARK (HUMAN FORM) CR 3**

**XP 800**

Human natural wereshark fighter 3

CE Medium humanoid (human, shapechanger)

**Init** +1; **Senses** low-light vision, scent; Perception +2

**DEFENSE**

**AC** 11, touch 11, flat-footed 10 (+1 Dex)

**hp** 33 (3d10+12)

**Fort** +5, **Ref** +2, **Will** +3 (+1 vs. fear)

**Defensive Abilities** bravery +1

**OFFENSE**

**Speed** 30 ft.

**Melee** mwk trident +9 (1d8+3)

**STATISTICS**

**Str** 17, **Dex** 12, **Con** 14, **Int** 8, **Wis** 15, **Cha** 8

**Base Atk** +3; **CMB** +6; **CMD** 17

**Feats** Cleave, Great Cleave, Power Attack, Toughness, Weapon Focus (trident)

**Skills** Survival +8, Swim +10

**Languages** Common

**SQ** armor training 1, change shape (human, hybrid, and shark; *polymorph*), lycanthropic empathy (sharks and dire sharks)

**ECOLOGY**

**Environment** any oceans or coastlines

**Organization** solitary, pair, or shiver (3–6)

**Treasure** NPC gear (mwk trident, other treasure)

**WERESHARK (HYBRID FORM)**

CE Medium humanoid (human, shapechanger)

**Init** +1; **Senses** blindsense 30 ft., low-light vision, keen scent; Perception +2

**DEFENSE**

**AC** 17, touch 11, flat-footed 16 (+1 Dex, +6 natural)

**hp** 36 (3d10+15)

**Fort** +6, **Ref** +2, **Will** +3 (+1 vs. fear)

**Defensive Abilities** bravery +1; **DR** 10/silver

**OFFENSE**

**Speed** 30 ft.

**Melee** mwk trident +9 (1d8+4), bite +2 (1d8+2 plus curse of lycanthropy)

**STATISTICS**

**Str** 19, **Dex** 12, **Con** 16, **Int** 8, **Wis** 15, **Cha** 8

**Base Atk** +3; **CMB** +7; **CMD** 18

**Feats** Cleave, Great Cleave, Power Attack, Toughness, Weapon Focus (trident)

**Skills** Survival +8, Swim +11

**Languages** Common

**SQ** armor training 1, change shape (human, hybrid, and shark; *polymorph*), lycanthropic empathy (sharks and dire sharks)

In either humanoid or hybrid form, a wereshark is generally burly, has a mouth full of unusually large teeth, and typically has a personality that is both crude and bullying. They're bloodthirsty and are very easy to anger. They will jump into fights they have no stake in just to snap bones and draw blood.

Weresharks prefer life at sea or in port settlements commonly frequented by seagoing merchants and pirates. They can be found leading pirate gangs or loitering at seaside taverns accompanied by crowds of toadies. Since they get into fights so often, they try to stick close to the sea so they can escape into the water if they bite off more than they can chew. The other members of a wereshark's crew learn quickly that the boss is bound to skip out without much notice once a bigger fish comes along.



*Illustration by Eric Belisle*