# EXHIBIT 11




Thomas Neville (Order #52985405)



PATHFINDER PLAYER COMPANION

**Authors** • Tim Akers, Neal Litherland, David N. Ross, and Tork Shaw

**Cover Artist** • Kieran Yanner
**Interior Artists** • Lloyd Allan, Sarah Finnigan, Mariana Gomez, Yong Yi Lee, Ian Llanas, Dmitry Prosvirnin, Fernanda Suarez, and Lindsey Wakefield

**Creative Director** • James Jacobs
**Editor-in-Chief** • F. Wesley Schneider
**Senior Editor** • James L. Sutter
**Development Lead** • Patrick Renie

**Development Team** • Logan Bonner, John Compton, Adam Daigle, Rob McCreary, Mark Moreland, and Patrick Renie
**Editorial Team** • Judy Bauer, Christopher Carey, and Ryan Macklin
**Editorial Interns** • Jay Loomis and Cassidy Werner
**Lead Designer** • Jason Bulmahn
**Design Team** • Stephen Radney-MacFarland and Sean K Reynolds

**Senior Art Director** • Sarah E. Robinson
**Art Director** • Andrew Vallas
**Graphic Designers** • Emily Crowell and Sonja Morris

**Publisher** • Erik Mona
**Paizo CEO** • Lisa Stevens
**Chief Operations Officer** • Jeffrey Alvarez
**Director of Sales** • Pierce Watters
**Sales Associate** • Cosmo Eisele
**Marketing Director** • Jenny Bendel
**Finance Manager** • Christopher Self
**Staff Accountant** • Ashley Gillaspie
**Chief Technical Officer** • Vic Wertz
**Senior Software Developer** • Gary Teter
**Campaign Coordinator** • Mike Brock
**Project Manager** • Jessica Price
**Licensing Coordinator** • Michael Kenway

**Customer Service Team** • Erik Keith, Justin Riddler, and Sara Marie Teter
**Warehouse Team** • Will Chase, Mika Hawkins, Heather Payne, Jeff Strand, and Kevin Underwood
**Website Team** • Christopher Anthony, Liz Courts, Crystal Frasier, Lissa Guillet, and Chris Lambertz

## ON THE COVER



After a diplomatic visit to Wolf's Ear goes horribly awry, Feiya must rely on magic to save her skin as she fends off a foul Varisian-turned-werewolf.

# TABLE OF CONTENTS

| | |
|---|---|
| For Your Character | 2 |
| Beneath the Full Moon | 4 |
| Skinwalkers | 6 |
| Werebat-Kin | 8 |
| Werebear-Kin | 10 |
| Wereboar-Kin | 12 |
| Werecrocodile-Kin | 14 |
| The Transformation | 16 |
| Wererat-Kin | 18 |
| Wereshark-Kin | 20 |
| Weretiger-Kin | 22 |
| Werewolf-Kin | 24 |
| Becoming a Lycanthrope | 26 |
| The Moon | 28 |
| Lycanthropic Gear | 30 |
| Next Month! | 32 |
| Scions of the Moon | Inside Front Cover |
| Lunar Calendar 4713 | Inside Back Cover |

## REFERENCE

This Pathfinder Player Companion refers to several other Pathfinder Roleplaying Game products and uses the following abbreviations. These books are not required to make use of this Player Companion. Readers interested in references to Pathfinder RPG hardcovers can find the complete rules from these books available for free at **paizo.com/prd**.

| | | | |
|---|---|---|---|
| *Bestiary* | B1 | *Ultimate Combat* | UC |
| *Advanced Player's Guide* | APG | *Ultimate Magic* | UM |
| *Advanced Race Guide* | ARG | | |

paizo PUBLISHING, LLC

Paizo Publishing, LLC
7120 185th Ave NE, Ste 120
Redmond, WA 98052-0577

paizo.com

This product is compliant with the Open Game License (OGL) and is suitable for use with the Pathfinder Roleplaying Game or the 3.5 edition of the world's oldest fantasy roleplaying game.

**Product Identity**: The following items are hereby identified as Product Identity, as defined in the Open Game License version 1.0a, Section 1(e), and are not Open Content: All trademarks, registered trademarks, proper names (characters, deities, etc.), dialogue, plots, storylines, locations, characters, artwork, and trade dress. (Elements that have previously been designated as Open Game Content or are in the public domain are not included in this declaration.)

**Open Content**: Except for material designated as Product Identity (see above), the game mechanics of this Paizo Publishing game product are Open Game Content, as defined in the Open Gaming License version 1.0a Section 1(d). No portion of this work other than the material designated as Open Game Content may be reproduced in any form without written permission.

*Pathfinder Player Companion: Blood of the Moon* © 2013, Paizo Publishing, LLC. All Rights Reserved. Paizo, Paizo Publishing, LLC, the Paizo golem logo, Pathfinder, Pathfinder Society, and GameMastery are registered trademarks of Paizo Publishing, LLC; Pathfinder Adventure Card Game, Pathfinder Adventure Path, Pathfinder Campaign Setting, Pathfinder Cards, Pathfinder Flip-Mat, Pathfinder Map Pack, Pathfinder Module, Pathfinder Pawns, Pathfinder Player Companion, Pathfinder Roleplaying Game, Pathfinder Tales, and Rise of the Runelords are trademarks of Paizo Publishing, LLC.

Printed in China.

Thomas Neville (Order #52985405)

# Wereshark-Kin

*The local fishers call the shark the king of fish, and speak with pride of having the same royal blood. I took their claims to be self-aggrandizing nonsense until we were attacked by pirates while one of the fishers was acting as our guide through the reefs. She took to the water like a fish, leaped aboard the enemy boat, and grew a mouth full of shark teeth just in time to take a bite out of the pirates' first mate. She scared them into fleeing by the time we were ready to defend ourselves.*

*—from* Hunters of the Sunless Deeps, *the memoirs of Captain Eglen Starseer*

## Wereshark-Kin (Seascarred)

*The seascarred draw on the majesty of the shark and the society of skinwalkers to produce shamans and pirates with the ability to impose their will on anyone or anything that gets in their way.*

**SEASCARRED**

**Ancestry** wereshark
**Typical Alignment** N
**Ability Modifiers** +2 Wis, –2 Int (+2 Con while shapechanged)
**Alternate Skill Modifiers** Perception, Swim
**Alternate Spell-Like Ability** *charm animal* (aquatic animals only) 3/day
**Bestial Features**

- Amphibious
- Bite attack that deals 1d6 points of damage
- Ferocity (*Pathfinder RPG Bestiary* 300)
- Swim speed of 30 feet



Much like lions are seen as kings of the savanna, sharks are kings of the sea, and so seascarred—those skinwalkers descended from weresharks—often think of themselves as having noble blood. Fittingly, wereshark-kin are often related to island nobility and shamans, and thus many expect others to defer to their often-blunt methods and habits. Like weresharks, they tend to be single-minded and do not like to be questioned. Although some are selfish and others heroic, most seascarred prefer to live relatively simple lives consisting primarily of hunting and eating. Many greedy or unscrupulous wereshark-kin make their way as pirates, simply taking what they want and letting their cowed peers deal with complications.

Wereshark-kin prefer to be their own masters, but are willing to follow obviously more powerful leaders. Seascarred culture tells them that they are natural lords of the water, leading many wereshark-kin communities and loners alike to defend chosen stretches of coastline against all intruders and to live in harmony with the sea under the guidance of a druid or shaman. However, many self-directed individuals gravitate toward lives of piracy and selfish convenience, imposing their will on others when it is convenient and moving on when they lose interest.

Physically, wereshark-kin tend to be broad-shouldered and muscular, with sharp, smooth features and little facial or body hair. Most seascarred proudly display large scars or tattoos as evidence of their experience and strength, lending them their hereditary name.

**Wereshark-Kin Characters:** Wereshark-kin tend to be strong-willed and uninterested in lengthy conversation. Their first transformation is commonly triggered by the first serious injury they witness or a strong hunger, generally in or near the sea. The first thing a seascarred notices when his powers manifest is an overwhelming awareness of all the life around him, especially when he is in the water. Not only does all the warm flesh and blood stir his nigh-insatiable appetite, but the bustling energy of a warm day and the muted activity of night stand out to him as patterns he can learn from or even command. This attunement to the natural world leads many wereshark-kin to become clerics of nature deities, druids, or oracles. Those less inclined toward the spiritual world often find roles as fighters, rangers, or magi.

Because of their gruff temperaments and great strength, seascarred are generally considered cold-blooded killers by the people of the Inner Sea, who rarely meet any except dangerous pirates. Wereshark-kin are naturally prized by crews of more monstrous buccaneers for their brawn and strong connection to the ocean. In adventuring parties, wereshark-kin are generally only willing to work and travel with others as long as they know there's something in it for them.

## Wereshark-Kin Traits

The following race traits are available to wereshark-kin.

**Sharkchild**: In your youth, you swam into the ocean as deep as you could, and had it not been for your wereshark



Thomas Neville (Order #52985405)

ancestry you would have surely drowned. You gain a +1 trait bonus on Swim checks. As long as you have a swim speed (such as that granted by your bestial form), you can use the run action to move up to five times your swim speed while swimming straight down from or straight up toward the surface of the water.

**Shoreline Skirmisher:** You were raised without many toys or possessions, but you made do exploring every detail of the nearby seashore, and know how to spot potential tools or obstacles. You gain a +2 trait bonus on combat maneuver checks as long as you or your opponent is on sand or in water at least 6 inches deep.

## NEW MAGUS ARCANA

The following magus arcana are available to weresharks, wereshark-kin, and those who associate with these races.

**Aquatic Agility (Su):** As an immediate action, the magus can spend 1 point from his arcane pool to gain the benefits of *water breathing* for 1 round per level. During this time, he can ignore the effects of rough water and underwater combat on his attacks and movement. The magus must be at least 6th level before selecting this magus arcana.

**Arcane Scent (Ex):** The magus can sniff out other spellcasters. By spending 1 point from his arcane pool, the magus gains the scent special quality for 1 hour per magus level. This scent can only detect creatures capable of casting spells or using spell-like abilities. Additionally, while this effect persists, the magus can attempt a Spellcraft check as a move action to determine the highest level spell a detected creature is capable of casting (DC = 10 + the creature's caster level). The magus can only attempt this Spellcraft check once per creature per 24 hours.

**Natural Spell Combat (Ex):** The magus can use his spell combat class feature with a natural attack of his choice. If he does, he gains a +2 bonus on concentration checks. If the natural attack is made with an appendage that would normally hold a weapon (such as a claw attack), the magus cannot wield a weapon in that appendage while making natural attacks with it. If the natural attack is a bite or other attack that does not require a free appendage to make, the magus can use the natural attack in addition to all of the attacks he could make with his melee weapon, if he has one. A magus can select this arcana more than once. The bonus on concentration checks does not stack. Each time he selects this arcana, he selects another natural weapon. For example, a magus could select this arcana twice, choosing claw attacks and bite attacks. This would allow him to use a full-round action to make all of his claw attacks with his free hand and all of his bite attacks in addition to casting a spell. This arcana otherwise functions exactly like the spell combat class feature.

**Spell Trickery (Ex):** When the magus successfully performs a dirty trick combat maneuver, he can cast an illusion or enchantment spell he has prepared with a casting time of 1 standard action or less as a swift action. The magus can use this ability once per day. The magus must be at least 12th level before selecting this magus arcana.

## WERESHARKS

Weresharks are often idolized by tribal chieftains and shamans of islands off the coasts of Garund and Avistan as well as other continents. These lycanthropes often recruit true sharks to enforce their dominance over a specific span of ocean, and a few are imposing leaders of island settlements. Some are bloody tyrants, reveling in the fear they sow among their human prey and servants, but others are fair, if distant, lords. Weresharks do not come into conflict often, preferring to give each other space, but when they do fight, the fearsome battle for dominance usually leaves each either scarred or dead.

Weresharks covet powerful magic items, especially weapons such as the *trident of fish command*, which they believe they deserve because of the natural right of sharks to rule over other sea creatures.

### NEW MAGIC WEAPON

The following magic weapon is commonly used by weresharks, wereshark-kin, and those who associate with them.

### TRIDENT OF THE STORM CAPTAIN

**PRICE** 109,665 GP

**SLOT** none **CL** 13th **WEIGHT** 4 lbs.

**AURA** strong evocation and transmutation

This *+4 shock trident* is carved from fish-bone and its points are shark teeth. The wielder gains a +4 competence bonus on Profession (sailor) and Swim checks as long as it is held in hand. Once per day, the wielder can utter a command word to create one of the following effects: *vortex* (*Pathfinder RPG Advanced Player's Guide* 254) or *control weather*.

If the wielder uses a polymorph or supernatural effect to take the shape of a creature with a natural bite attack, the *trident of the storm captain* vanishes and the wielder's bite attack gains a +4 enhancement bonus until the shapechanging effect ends and the trident reappears. The wielder cannot use the trident's other abilities while shapechanged.

**CONSTRUCTION REQUIREMENTS** **COST** 54,990 GP

Craft Magic Arms and Armor, *call lightning*, *control weather*, *greater magic fang*, *vortex*

**Spell-Scars (Ex):** The magus can use special scar-based tattoos called spell-scars on his skin to cast or prepare spells, much like scrolls. He can cast a spell from a spell-scar exactly like casting from a scroll; the ink and scars vanish when the spell is cast. The magus can also prepare spells from his spell-scars without expending them, similar to a wizard using the Spell Mastery feat. The magus does not need to be able to see his spell-scar to use it. A magus has room on his skin for 18 total spell levels of spell-scars, which he can create using the rules for scribing scrolls (although they do not require the Scribe Scroll feat).



Thomas Neville (Order #52985405)