# EXHIBIT 13

Bestiary

# Nefarious

## Creatures of the East

# Bestiary Nefarious

By
Stephen C. Klauk

Edited by
John Klauk

Illustrations by
Jason Ruehl
Stephen C. Klauk

## Special Thanks

To all my players over the many years for being the guinea pigs for the creatures within. Also, many thanks to Sean Macdonald and his amazing creature creator at the Kencyclopedia – it has saved me many hours of tedious work. Well done Sean!

# Introduction

This book almost got left behind.

About a year ago, in 2007, I finished my first monster book for the D&D – Bestiary Malfearous. I was very proud of it for it was the cumulation of nearly 20 years of playing and designing for the game. Halfway into the project, I realized I wouldn't be able to fit all the creatures into a single volume, so I split it in two, with the intention of taking about another year to finish the latter half.

Unfortunately, the unexpected hit – the announcement of 4th edition. I started to scramble to finish the book before the new edition would appear, knowing few people would be interested in a book for the old edition once the new was out.

Time was against me. The first book was selling slow, so I didn't have an art budget. I finished correcting the text and started some playtesting (which didn't get finished), but wading through making over 200 new pieces of art by myself with my not-so-great talent - it was just too much. Another project – my attempt to salvage 4E for my own home game, also put this project on the back burner. Too long of a delay, I'm afraid.

Rather than let it moulder away, I've decided to give this book away for free, incomplete as it is. So please, enjoy this.

If you do enjoy this, go to drivethrustuff.com and give my first book, Bestiary Malferous a shot. It's pretty cheap and has a lot of extras – pictures, printable counters and the like – that I just couldn't get to in this book.

Maybe, one day, I'll see a new edition of this book printed one day for a new edition of D&D.

But never for 4th edition.

Visit the Amberos Wiki! A free campaign world to set your fantasy roleplaying game in!

http://amberos.wikispaces.com/

## Wereshark, Large

| | Medium Human Fighter 1 Wereshark (Human Form) (Human, Shapechanger) | Large Human Fighter 1 Wereshark (Shark Form) (Aquatic, Human, Shapechanger) | Large Human Fighter 1 Wereshark (Hybrid Form) (Aquatic, Human, Shapechanger) |
|---|---|---|---|
| **Hit Dice:** | 1d10+2 + 7d8+21 (59 hp) | 1d10+2 + 7d8+21 (59 hp) | 1d10+2 + 7d8+21 (59 hp) |
| **Initiative:** | +1 (+1 Dex) | +3 (+3 Dex) | +3 (+3 Dex) |
| **Speed:** | 30 ft (6 squares) | Swim 60 ft. (12 squares) | 30 ft. (6 squares), swim 60 ft. (12 squares) |
| **Armor Class:** | 17 (+1 Dex, +6chain shirt & light wooden shield), touch 11, flat 16 | 18 (-1 size, +3 Dex, +6 natural), touch 12, flat 15 | 20 (-1 size, +3 Dex, +6 natural, +2 light wooden shield), touch 12, flat 15 |
| **BAB/Grapple:** | +5/+7 | +5/+14 | +5/+14 |
| **Attack:** | Bastard Sword +7 melee (1d10+2;19-20/x2) | Bite +10 melee (1d8+7) | Bite +10 melee (1d8+7), Bastard Sword +10 Melee (1d10+7;19-20/x2) |
| **Full Attack:** | Bastard Sword +7 melee (1d10+2;19-20/x2) | Bite +10 melee (1d8+7) | Bite +10 melee (1d8+7), bastard sword +10 Melee (1d10+7;19-20/x2) |
| **Space/Reach:** | 5-ft./5 ft. | 10-ft./5 ft. | 10-ft./10 ft. |
| **Height/Length:** | 5 ft. 3 in. + 2d6 in. (5 ft. 9 in.) | 8 ft. + 1d8 ft. (12 ft.) | 8 ft. + 1d4 ft. (10 ft.) |
| **Weight:** | 150 lbs. + 2d6 x 5 lbs. (185 lbs.) | 1,250 lbs. + 1d10 x 100 lbs. (1,850 lbs.) | 500 lbs. + 1d8 x 50 lbs. (700 lbs.) |
| **Special Att:** | -- | Curse of lycanthropy | Curse of lycanthropy |
| **Special Qual:** | Alternate Form, Blindsense, Keen scent, shark empathy | Alternate Form, blindsense, DR 10/silver, keen scent, shark empathy | Alternate Form, DR 10/silver, keen scent, shark empathy |
| **Saves:** | Fort +11, Reflex +6, Will +4 | Fort +12, Reflex +8, Will +4 | Fort +12, Reflex +8, Will +4 |
| **Abilities:** | S15 D13 C14 I10 W14 Ch8 | S21 D17 C16 I10 W14 Ch8 | S21 D17 C16 I10 W14 Ch8 |
| **Skills:** | Intimidate +3, Listen +7, Spot +10, Swim +3 | Intimidate +3, Listen +7, Spot +10, Swim +20 | Intimidate +3, Listen +7, Spot +10, Swim +18 |
| **Feats:** | Alertness, Great Fortitude, Improved Initiative, Toughness[B], Weapon Focus (Bastard Sword)[F] | Alertness, Great Fortitude, Improved Initiative, Toughness[B], Weapon Focus (Bastard Sword)[F] | Alertness, Great Fortitude, Improved Initiative, Toughness[B], Weapon Focus (Bastard Sword)[F] |
| **Environment:** | Any | Any | Any |
| **Organization:** | Solitary | Solitary | Solitary |
| **CR:** | 5 | 5 | 5 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always Chaotic Evil | Always Chaotic Evil | Always Chaotic Evil |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adj:** | +3 | +3 | +3 |

Weresharks tend to be vicious predators preying on anything they can get their mouth wrapped around. Luckily, both their bipedal form and shark form require them to be in the water, so those far from a large body of water tend to be relatively safe.

In humanoid form, weresharks tend have a sharp, long nose and watery-looking eyes. They often have a streak of white hair along their sideburns and have thuggish dispositions. A wereshark in bipedal form has the body of a humanoid covered in sharkskin, with the head of a shark, gill-like slits in the neck, a prominent dorsal fin and webbed hands and feet that allow it to move swiftly in water. It can remain out of the water for one minute + Con modifier in minutes. Beyond this time they suffer the effects of drowning and must either return to water or shift to humanoid form.

### Combat

Weresharks rush to bite their opponent, tearing huge chunks out of their foe as they swim. Only when on land will a wereshark resort to using weaponry, but so vicious is their bite they often forego the use of anything that does not cause as much damage as their bite.

**Alternate Form (Su):** A wereshark can assume a humanoid, bipedal shark form or shark form as a standard action.

**Curse of Lycanthropy (Su):** The bite of a wereshark in bipedal or shark form requires medium, large or huge humanoids or giants to make a DC 15 Fort save or contract lycanthropy.

**Blindsense (Ex):** A wereshark can locate creatures underwater within a 30-foot radius. This ability works only when the shark is underwater.

**Keen Scent (Ex):** A wereshark can notice creatures by scent in a 180-foot radius and detect blood in the water at ranges of up to a mile.

**Skills:** A shark has a +8 racial bonus on any Swim check to perform some special action or avoid a hazard. It can always choose to take 10 on a Swim check, even if distracted or endangered. It can use the run action while swimming, provided it swims in a straight line.

### Weresharks on Amberos

Weresharks are the divine minions of M'kree, chosen by his "touch" to do his bidding on Amberos. Whether willing or unwilling, weresharks exist to do the will of M'kree. Generally speaking, even unwilling weresharks eventually turn to worships M'kree as their chaotic and evil side slowly takes over.

M'kree prefers strong, combat-capable individuals for the transformation, and has been known to cause those he deems weak that contract wereshark lycanthropy to be

feasted upon by other weresharks directed by M’kree to kill the weakling.

Like wereoctopuses, the change a wereshark undergoes is tied to the lunar cycle of the moon Triton, instead of Luna.




Sample file

# Bestiary Nefarious

By
Stephen C. Klauk

Edited by
Stephen C. Klauk, Chat GPT

Illustrations by
Jason Ruehl (Devilbloom)
Stephen C. Klauk
Bing Image Creator

Special Thanks
To all my players over the many years for being the guinea pigs for the creatures within.

Sample file

# Introduction

*This book almost got left behind.*

Back in 2007, I finished my first monster book for D&D 3.5E – Bestiary Malfearous. I was very proud of it for it was the cumulation of nearly 20 years of playing and making my own content for the game. Halfway into that project, I realized I wouldn't be able to fit all the creatures into a single volume, so I split it in two, with the intention of taking about another year to finish the latter half. As a side note, I was enjoying the creation process so much I even came up with a list of monsters for a third book.

Unfortunately, the unexpected hit – the announcement of a new edition. I started to scramble to finish the book before the new edition would appear, knowing few people would be interested in a book for the old edition once the new was out.

Time was against me. The first book was selling slow, so I didn't have an art budget for the second book. I finished correcting the text and started some playtesting (which didn't get finished) but wading through making over 200 new pieces of art by myself with my not-so-great talent — it was just too much.

Rather than let it moulder away, I decided to give what I had done for the second book away for free, incomplete as it was.

Eventually, yet another new edition of D&D came to be (and yet another revision is on the way), and recent revolutions in AI art have made it possible to even provide rudimentary (and sometimes surprising!) visions of the creatures within.

I hope you enjoy what you find here. A lot of behind-the-scenes work has gone into what you have here, some things have received a complete overhaul since that "draft" version, and I hope you enjoy what you find here.

Sample file