# EXHIBIT 14


PIRATE
CAMPAIGN COMPENDIUM
REVISED EDITION
5E
LEGENDARY GAMES

# Credits

**Lead Designer**: Jason Nelson

**Authors:** Alex Augunas, Jeff Gomez, Matt Goodall, Jim Groves, Tim Hitchcock, Victoria Jaczko, Jonathan H. Keith, Lyz Liddell, Thomas J. Phillips, Alistair J. Rigg, Alex Riggs, Loren Sieg, Neil Spicer, Todd Stewart, Rachel Ventura, Michael D. Welham, Linda Zayas-Palmer.

**Additional Material By:** James F.D. Graham, James Jacobs, Rob McCreary, Joshua Root, Geoffrey Roy

**Artists:** Simon Aan, Luka Arh, Hanyo Arte, Bruno Balixa, Kenneth Camaro, Tyler Clark, Art Deepmind, Ivan Dixon, Carlos Eulefi, Tawny Fritz, Michele Giorgi, William Hendershot, Frank Hessefort, Jacqueline Hines, Cristian Huerta, Michael Jaecks, Jason Juta, Chris Kimball, Tim Kings-Lynne, Matthias Kinnigkeit, Jethro Lentle, Mike Lowe, Dio Mahesa, Matthew Manghi, Chris McFann, Andrea Montano, Evan Surya Nugraha, Tamires Para, Beatrice Pelagatti, Peyeyo, Dylan Reader, Arrahman Rendi, Julio Rocha, Tanyaporn Sangsnit, Banu Satrio, Chris Smith, Bob Storrar, Takashi Tan, Jon Tonello, Rian Trost, Justin Tumey, Steve Wood

**Cover Artist**: Luka Arh

**Cartography**: Pedro Coelho, Jason Juta, Michael Tumey

**Editing and Development**: Jason Nelson, Alistair J. Rigg

**5E Editing and Development**: Ismael Alvarez, James-Levi Cooke, Richard Crookes, Robert J. Grady, Jeff Ibach, Matt Kimmel, Jeff Lee, John Lynch, Megan Maricle, Mike Kimmel Marshall, Michael Mifsud, Alex Riggs, David N. Ross, Scott D. Young

**Design and Layout**: Liz Courts

**Legendary Games Team Members**: Anthony Adam, Alex Augunas, Kate Baker, Jesse Benner, Clinton J. Boomer, Robert Brookes, Benjamin Bruck, Carl Cramer, Paris Crenshaw, Joel Flank, Jeff Gomez, Matthew Goodall, Jim Groves, Amanda Hamon Kunz, Steve Helt, Thurston Hillman, Tim Hitchcock, Victoria Jaczko, Jenny Jarzabski, N. Jolly, Jonathan H. Keith, Michael Kortes, Jeff Lee, Lyz Liddell, Nicolas Logue, Will McCardell, Julian Neale, Jason Nelson, Jen Page, Richard Pett, Tom Phillips, Alistair Rigg, Alex Riggs, David N. Ross, Wendall Roy, Amber Scott, Mark Seifter, Tork Shaw, Mike Shel, Loren Sieg, Neil Spicer, Todd Stewart, Russ Taylor, Greg A. Vaughan, Rachel Ventura, Mike Welham, George "Loki" Williams, Linda Zayas-Palmer, and Clark Peterson

**Publisher**: Jason Nelson

**Executive Partner**: Neil Spicer

**Business Director**: Rachel Ventura

**Pirate Campaign Compendium: Revised Edition** © 2021, Legendary Games; Lead Designer Jason Nelson. Authors: Alex Augunas, Jeff Gomez, Matt Goodall, Jim Groves, Tim Hitchcock, Victoria Jaczko, Jonathan H. Keith, Lyz Liddell, Thomas J. Phillips, Alistair J. Rigg, Alex Riggs, Loren Sieg, Neil Spicer, Todd Stewart, Rachel Ventura, Michael D. Welham, Linda Zayas-Palmer.
First publication April 2021.
**ISBN**: 978-1-955320-01-6
Printed in China.

**Legendary Games**
524 SW 321st St.
Federal Way, WA 98023-5656
makeyourgamelegendary.com

# Lycanthrope, Wereshark



In either humanoid or hybrid form, a wereshark is generally burly, has a mouth full of unusually large teeth, and typically has a personality that is both crude and bullying. They're bloodthirsty and are very easy to anger. They will jump into fights they have no stake in just to snap bones and draw blood.

Weresharks prefer life at sea or in port settlements commonly frequented by seagoing merchants and pirates. They can be found leading pirate gangs or loitering at seaside taverns accompanied by crowds of toadies. Since they get into fights so often, they try to stick close to the sea so they can escape into the water if they bite off more than they can chew. The other members of a wereshark's crew learn quickly that the boss is bound to skip out without much notice once a bigger fish comes along.

## WERESHARK

*Medium humanoid (human, shapechanger), chaotic evil*

**Armor Class** 11 in humanoid form, 13 (natural armor) in shark or hybrid form

**Hit Points** 90 (12d8+36)

**Speed** 30 ft., swim 40 ft. (in shark form only)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 18 (+4) | 13 (+1) | 17 (+3) | 10 (+0) | 13 (+1) | 10 (+0) |

**Skills** Perception +7, Stealth +7

**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons

**Senses** blindsense 30 ft. (shark or hybrid form only); passive Perception 17

**Languages** Common (can't speak in shark form)

**Challenge** 6 (2,300 XP)

***Amphibious***. The wereshark can breathe air or water.

***Blood Frenzy***. The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hit points.

***Shapechanger***. The wereshark can use its action to polymorph into a shark-humanoid hybrid or into a hunter shark, or back into its true form, which is humanoid. Its statistics, other than its AC, and its size, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.

### Actions

***Multiattack*** (*hybrid form only*). In humanoid form, the wereshark makes two trident attacks. In hybrid form, it can substitute a bite for one melee weapon attack.

***Bite*** (*Shark or Hybrid Form only*). *Melee Weapon Attack:* +7 to hit, reach 5 ft., one target, *Hit:* 13 (2d8 + 4) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.

***Trident*** (*Humanoid or Hyrbid Form Only*). *Melee or Ranged Weapon Attack:* +7 to hit, reach 5 ft. or range 20/60 ft., one creature. *Hit:* 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.

