# EXHIBIT 15


SEA
MONSTERS
LEGENDARY GAMES
5E

# Credits

**Authors:** Michael "solomani" Mifsud, Robert J. Grady, Mark Hart, Jeff Ibach, Alex Riggs, Scott D. Young, Jeff Lee, Matt Kimmel, and Jason Nelson
**Authors:** Michael Ritter, Michael "solomani" Mifsud, Robert J. Grady, Mark Hart, Jeff Ibach, Alex Riggs, Scott D. Young, Jeff Lee, Matt Kimmel, and Jason Nelson
**Artists:** Simon Aan, Hanyo Arte, Bruno Balixa, Guillermo Cartay, Nicholas Cato, Alex Chystiakov, Frank Hessefort, Michael Jaecks, Jason Juta, Chris Kimball, Tim Kings-Lynne, Matthias Kinnigkeit, Dio Mahesa, Chris McFann, Andrea Montano, Mitch Mueller, Evan Surya Nugraha, Beatrice Pelagatti, Peyeyo, Arrahman Rendi, Julio Rocha, Chris Smith, Bob Storrar, John Tedrick, Jon Tonello, Justin Tumey, Steve Wood
**Design and Layout:** Rick Kunz
**5e Development:** Michael Ritter, David N. Ross, Michael "solomani" Mifsud, Robert J. Grady, James-Levi Cooke, Ismael Alvarez, Scott D. Young, and Jason Nelson
**Legendary Games Team Members:** Anthony Adam, Michael Allen, Ismael Alvarez, Alex Augunas, Kate Baker, Connor Bates, Jesse Benner, Siobhan Bjorknas, Clinton J. Boomer, Robert Brookes, Benjamin Bruck, Carlos Cabrera, Pedro Coelho, Tara Collins, Jeremy Corff, Liz Courts, Carl Cramer, Paris Crenshaw, Matt Daley, Dan Dillon, Joel Flank, Naomi Fritts, Andrew Gibson, Jeff Gomez, Matthew Goodall, Thilo Graf, Jim Groves, Amanda Hamon, Steven T. Helt, Cerise Herndon, Thurston Hillman, Tim Hitchcock, Nick Hite, Vanessa Hoskins, Victoria Jaczko, Jenny Jarzabski, N. Jolly, Patrick N.R. Julius, Debbie Kammerzell, Jonathan H. Keith, Hal Kennette, Matt Kimmel, Michael Kimmel Marshall, Michael Kortes, Jeff Lee, Lyz Liddell, Neal Litherland, Nicolas Logue, John Lynch, Will McCardell, Jacob Michaels, Michael Mifsud, Blake Morton, Mike Myler, Julian Neale, Dave Nelson, Jason Nelson, Jen Page, Emily Parks, Richard Pett, Tom Phillips, Nathan Reinecke, Alistair Rigg, Alex Riggs, Michael Ritter, Wren Rosario, David N. Ross, Wren Roy, Michael Sayre, Amber Scott, Mark Seifter, Tork Shaw, Mike Shel, Loren Sieg, Kendra Leigh Speedling, Neil Spicer, Todd Stewart, Onyx Tanuki, Russ Taylor, Margherita Tramontano, Amber Underwood, Chris Van Horn, James Vance, Greg A. Vaughan, Ben Walklate, Mike Welham, Charles White, George "Loki" Williams, Nate Wright, Scott D. Young, Linda Zayas-Palmer, and Clark Peterson
**Chief Executive Officer:** Jason Nelson
**Chief Strategic Officer:** Shirline Wilson
**Chief Business Officer:** Rachel Ventura

**Sea Monsters (5E)** © 2021, Legendary Games; Authors Michael "solomani" Mifsud, Robert J. Grady, Mark Hart, Jeff Ibach, Alex Riggs, Scott D. Young, Jeff Lee, Matt Kimmel, and Jason Nelson.
ISBN: 9798717444088
First printing March 2021.
Printed in USA.

**Legendary Games**
524 SW 321st St.
Federal Way, WA 98023-5656
makeyourgamelegendary.com

# LYCANTHROPE, WERESHARK

In either humanoid or hybrid form, a wereshark is generally burly, has a mouth full of unusually large teeth, and typically has a personality that is both crude and bullying. They're bloodthirsty and are very easy to anger. They will jump into fights they have no stake in just to snap bones and draw blood.

Weresharks prefer life at sea or in port settlements commonly frequented by seagoing merchants and pirates. They can be found leading pirate gangs or loitering at seaside taverns accompanied by crowds of toadies. Since they get into fights so often, they try to stick close to the sea so they can escape into the water if they bite off more than they can chew. The other members of a wereshark's crew learn quickly that the boss is bound to skip out without much notice once a bigger fish comes along.

## Wereshark

*Medium humanoid (human, shapechanger), chaotic evil*

**Armor Class** 11 in humanoid form, 13 (natural armor) in shark or hybrid form

**Hit Points** 90 (12d8+36)

**Speed** 30 ft., swim 40 ft. (in shark form only)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 18 (+4) | 13 (+1) | 17 (+3) | 10 (+0) | 13 (+1) | 10 (+0) |

**Skills** Perception +7, Stealth +7

**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons

**Senses** blindsense 30 ft. (shark or hybrid form only); passive Perception 17

**Languages** Common (can't speak in shark form)

**Challenge** 6 (2,300 XP)

***Amphibious.*** The wereshark can breathe air or water.

***Blood Frenzy.*** The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hit points.

***Shapechanger.*** The wereshark can use its action to polymorph into a shark-humanoid hybrid or into a hunter shark, or back into its true form, which is humanoid. Its statistics, other than its AC, and its size, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.

## Actions

***Multiattack (hybrid form only).*** In humanoid form, the wereshark makes two trident attacks. In hybrid form, it can substitute a bite for one *Melee Weapon Attack.*

***Bite (Shark or Hybrid Form only).*** *Melee Weapon Attack:* +7 to hit, reach 5 ft., one target. *Hit:* 13 (2d8 + 4) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.

***Trident (Humanoid or Hyrbid Form Only).*** *Melee or Ranged Weapon Attack:* +7 to hit, reach 5 ft. or range 20/60 ft., one creature. *Hit:* 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.

