# EXHIBIT 16


THE SEAS OF
VODARI
5E
SWASHBUCKLING & SORCERY
ON THE HIGH SEAS

THE SEAS OF VODARI

## Credits

**Project Lead**: Shawn Ellsworth
**Designers**: Brandes Stoddard and Colin McLaughlin
**Contributors**: Jack Houser, Michelle Houser, Mark Cookman, and Tomas Gimenez Rioja
**Editing**: Brandes Stoddard and Rabbit Stoddard
**Consulting**: Kevin Rae
**Layout and Typesetting**: Dave Jumaquio
**Illustrators**: Mariam Trejo, Dave Jumaquio, and Stephen Garrett Rusk
**Cartographers**: Daniel Hasenbos, Jack Houser, Kate Woodall, and Dave Jumaquio
**Playtesters**: Ashley Q. E., Dave Jumaquio, Emily G., Emmanuel Villamor, Greg Benage, Jason Pollack, Joseph L. Kirk, Marco Rotondi, Michael Teng, Sam Pike, Samuel Mather, Tiffany Roberts

***A special thank you to all 978 of our Kickstarter backers who supported this project.***



### On the Cover

Mariam Trejo illustrates Korfel, Ayo, Neresi, Phelan, Jae, and Bree battling a kraken that is attacking their ship.

ISBN 978-1-56581-231-4
www.Tribality.com
Printed in Canada

© 2020 Tribality (Innovaworks Inc.)

Tribality, Vodari, their associated logos, and the product name "The Seas of Vodari" are trademarks of Tribality (Innovaworks Inc.).

**Product Identity**: The following items are hereby identified as Product Identity, as defined in the Open Game License version 1.0a, Section 1(e), and are not Open Content: All trademarks, proper names (characters, place names, new deities, etc.), dialogue, plots, story elements, locations, characters, artwork, graphics, sidebars, and trade dress. (Elements that have previously been designated as Open Game Content are not included in this declaration.)

**Open Game Content**: The Open content in this book includes all rules for races, class options, domains, spells, feats, magic items, monsters, conditions, equipment, and all other descriptions of game-rule effects specifying die rolls or other mechanic features of the game. No other portion of this work may be reproduced in any form without permission.

## Wereshark

*Medium humanoid (human, shapechanger), chaotic evil*

**Armor Class** 12 in humanoid form, 13 (natural armor) in shark and hybrid form
**Hit Points** 150 (21d8 + 42)
**Speed** 30 ft., swim 40 ft.

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 18 (+4) | 13 (+2) | 14 (+4) | 7 (-2) | 12 (+1) | 8 (-1) |

**Skills** Athletics +7, Perception +4, Stealth +5
**Damage Immunities** bludgeoning, piercing, and slashing damage from nonmagical attacks that aren't silvered
**Senses** blindsight 60 ft., passive Perception 14
**Languages** Common (can't speak in shark form)
**Challenge** 7 (2,900 XP)

***Shapechanger***. The wereshark can use its action to polymorph into a Large shark-humanoid hybrid or into a Large shark, or back into its true form, which is humanoid. Its statistics, other than its size and AC, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.

***Amphibious***. The wereshark can breathe air and water while in human or hybrid form. While in shark form, the wereshark can only breathe while underwater.

***Blood Frenzy***. The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hit points.

***Surprise Attack***. If the wereshark surprises a creature and hits it with an attack during the first round of combat, the target takes an extra 14 (4d6) damage from the attack.

### Actions

***Multiattack***. In shark form, the wereshark makes two bite attacks. In humanoid form, it makes three scimitar attacks. In hybrid form, it can attack like a shark or a humanoid.

***Bite (Shark or Hybrid Form Only)***. *Melee Weapon Attack*: +7 to hit, reach 5ft., one target. *Hit*: 15 (2d10 + 4) piercing damage, and the target is grappled (escape DC 15). Until this grapple ends, the wereshark can bite only the grappled creature and has advantage on attack rolls to do so. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.

***Spear (Humanoid or Hybrid Form Only)***. *Melee or Ranged Weapon Attack*: +7 to hit, reach 5 ft. or range 20/60 ft., one target. *Hit*: 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.

## Wereshark

Weresharks are solitary hunters by nature, generally giving settlements above and below the waves a wide berth. Their search for solitude is not only for peace but a survival mechanism. Weresharks lose their sense of reason at times and can wreak carnage on entire communities before finally being overcome by sheer numbers. Sharkfin Island is the only location known to host weresharks as permanent residents.

Weresharks are always on the move and looking for food to hunt. They prefer to use stealth when hunting, waiting for the right time to jump out from their hiding positions. The moment they spot their prey, weresharks trust in their abilities to strike quickly and annihilate their target with a single blow. If the prey survives, though, the scent of blood transforms the wereshark into a killing machine.

### Player Characters as Weresharks

The character gains a Strength of 18 if their score isn't already higher, and a +1 bonus to AC while in shark or hybrid form (from natural armor). They also gain the Amphibious trait. Attack and damage rolls for the natural weapons are based on Strength. For the Bite attack, the DC is 8 + the character's proficiency bonus + Strength modifier.

