# EXHIBIT 17


Tome of Beasts II
5E
By Baur, Introcaso, Larwood, Pawlik, and Welham

# Credits

### Designers
Wolfgang Baur, Celeste Conowitch, Darrin Drader, James Introcaso, Philip Larwood, Jeff Lee, Kelly Pawlik, Brian Suskind, and Mike Welham

### Additional Design
Elye J. Alexander, Bryan Armor, Lou Anders, Beth Ball, Jonathan Ball, Zachary Bauer, Dominic "Walking Papercut" Bender, Beyond the Screen, Richard Bis, James Blount, Leopold Boulais, Benjamin A. Brinkley, Charlie Brooks, Peter Bruhn, Adam D. Burdo, Matt Burriss, Clay Christopher, Hamish Clark, Matthew Corley, Nicolas Courtemanche Dan Dillon, Wally DM, Chris Dudley, Benjamin L. Eastman, David Emmons, Caleb Engelke, Robert Fairbanks, John Feiler, Joey Fici, Joe Field, William Fischer, Jake Friday, Thomas Fritz, Scott Gable, David Gazelian, Richard Green, Tyrel B. Harness, Andrew Harshman, Chris Harris, Heath Harris, Sam Hobbs, Jeremy Hochhalter, Samuel Hubbard, TK Johnson, Maximilian Kirchner, Adam Letherbarrow, Nicholas Charles Querci, Gavin MacLean, Robert B. MacPherson, Meagan Maricle, Ryan Thomas McConnell, K McDonnell, Ben McFarland, Taylor L. McLain, Jonathan Miley, Joshua Moreland, Matt Perl, Jason Roberts, Sebastian Rombach, Graham Ruston, Jon Sawatsky, Robert Schwalb, Ryan Shatford, Mike Shea, I-Hsien Sherwood, Joshua D. Simon, Ren Stole, Jaaziah "Jazz" Stone, Jesse Stricker, Benjamin Tait, Ryan Thomas, Trey, Shane Vaiskauskas, Bryan Watson, Benjamin E. Weinberg, Austin Wilson, and D'Woods

### Development Lead
Meagan Maricle

### Additional Development
Jon Sawatsky

### Editing Lead
Meagan Maricle

### Additional Editing
Misty Bourne and Marcie Wood

### Playtest Coordinator
Ben McFarland

### Cover Artist
Hugh Pindur

### Interior Artists
Sarah Dahlinger, Rita Fei, Jess Jackdaw, Dio Mahesa, Marcel Marcado, Julie Metzger, William OBrien, Kiki Moch Rizki, Felipe Pérez, Roberto Pitturru, Craig Spearing, Florian Stitz, Bryan Syme, Egil Thompson, Eva Widermann, and Vika Yarova

### Graphic Design
Marc Radle

### Additional Graphics
Addison Rankin and Doug Wohlfeil

### Layout
Marc Radle

### Additional Layout
Anne G. S. Gregersen

### Virtual Tabletop Conversion
Nic Bradley and Linda Buth

### Director of Digital Growth
Blaine McNutt

### Art Director
Marc Radle

### Editorial Director
Amanda Hamon

### Director of Operations
T. Alexander Stangroom

### Publisher
Wolfgang Baur

Kobold Press, Midgard, and their associated logos are trademarks of Open Design.

Product Identity: The following items are hereby identified as Product Identity, as defined in the Open Game License version 1.0a, Section 1(e), and are not Open Content: All trademarks, registered trademarks, proper names (characters, place names, new deities, etc.), dialogue, plots, story elements, locations, characters, artwork, graphics, sidebars, and trade dress. (Elements that have previously been designated as Open Game Content are not included in this declaration.)

Open Game Content: The Open content in this book includes the monster names, descriptions, monster statistics, and monster abilities. No other portion of this work may be reproduced in any form without permission.

www.KoboldPress.com
ISBN: 978-1-950789-00-9
Printed in the USA
© 2020 Open Design LLC
2 4 6 8 10 9 7 5 3 1

Kobold Press
PO Box 2811
Kirkland WA 98083 USA

# Lycanthrope, Wereshark

***The twisted form of a humanoid shark hunches over, its grin showing rows of jagged teeth. Fresh blood drips from its mouth as it clutches a trident in powerful hands.***

In humanoid form, weresharks tend to be powerfully-muscled and broad, with little body hair. They are solitary hunters who sometimes stalk and eat each other. If a wereshark spreads its curse, it's likely because the lycanthrope made a mistake and let potential prey get away.

**Voracious Appetites.** Weresharks are savage predators who, driven by voracious appetites, devour anything they come across. Aggressive in all forms, weresharks prefer to spend their time beneath the waves, hunting fish, seals, and other prey. They have no qualms about attacking humanoids or boats, particularly fishing vessels, which contain even more food for the lycanthrope to consume.

**Obsessed Predators.** Weresharks become obsessed with prey that gets away from them. A wereshark can stalk an individual through the seas and over land for months, leaving a path of destruction behind it, just to get a taste of what it missed.



## Wereshark

*Large humanoid (human, shapechanger), chaotic evil*

**Armor Class** 11 in humanoid form, 12 (natural armor) in shark and hybrid form

**Hit Points** 90 (12d8 + 36)

**Speed** 30 ft. in humanoid form (swim 50 ft. in shark and hybrid forms)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 19 (+4) | 13 (+1) | 17 (+3) | 11 (+0) | 12 (+1) | 8 (−1) |

**Skills** Perception +4

**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons

**Senses** blindsight 30 ft. (shark and hybrid form only), passive Perception 14

**Languages** Common (can't speak in shark form)

**Challenge** 5 (1,800 XP)

***Blood Frenzy.*** The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hp.

***Hold Breath (Hybrid Form Only).*** While out of water, the wereshark can hold its breath for 1 hour.

***Shapechanger.*** The wereshark can use its action to polymorph into a Large shark-humanoid hybrid or into a Large hunter shark, or back into its true form, which is humanoid. Its statistics, other than its size and AC, are the same in each form, with the exceptions that only its shark and hybrid forms retain its swimming speed, and its shark form doesn't retain its walking speed. Any equipment it is wearing or carrying isn't transformed. The wereshark reverts to its true form if it dies.

***Water Breathing (Shark or Hybrid Form Only).*** The wereshark can breathe only underwater.

### Actions

***Multiattack.*** In humanoid or hybrid form, the wereshark makes three trident attacks.

***Bite (Shark or Hybrid Form Only).*** *Melee Weapon Attack:* +7 to hit, reach 5 ft., one target. *Hit:* 15 (2d10 + 4) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.

***Trident (Humanoid or Hybrid Form Only).*** *Melee or Ranged Weapon Attack:* +7 to hit, reach 5 ft. or range 20/60 ft., one target. *Hit:* 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.