# EXHIBIT 18

Traits of Plaintiff's Weresharks

| **Trait** | **Citation** |
|---|---|
| Full strength when Neptune is in the sky. | Exhibit A, p. 2, 35, Exhibit B, p. 1 |
| Power planet Neptune | Exhibit D, p. 1 |
| Anthropomorphic sharks. | Exhibit A, p. 2, 35, Exhibit B, p. 1, Exhibit D, p. 2 |
| Or Anthropomorphic rays | Exhibit D, p. 2 |
| Never transform into human form. | Exhibit A, p. 2, 35, Exhibit B, p. 1, Exhibit D, p. 2 |
| Cannot speak. | Exhibit A, p. 2, 35, Exhibit B, p. 1, Exhibit D, p. 2 |
| Skin can rip through metal. | Exhibit A, p. 2, 35, Exhibit B, p. 1, Exhibit D, p. 2 |
| Skin is enhanced version of normal shark skin | Exhibit A, p. 2, 35, Exhibit B, p. 1, Exhibit D, p. 2 |
| Vulnerable to magnets | Exhibit B, p. 1, Exhibit D, p. 2 |
| Fangs can rip through diamond, bite through carbon nanotubes, resist heat, tribal and brutal, depressed, lack advanced technology, aware that metal can deflect magnetic swords or bullets, breathe underwater | Exhibit G, p. 1 |
| Military units include Guardians, Silverrippers, Diamondrippers, Magmaplayers, Bludgeoners, Leviathan Bludgeoners, Charherder, Rayherder, Squidherder, Reefherder, and Chieftains. | Exhibit G, p. 2. |
| Immune to disease | No source beyond allegations in the Complaint |
| Can generate lightning weapon | No source beyond allegations in the Complaint |

Wizards' Weresharks

| | |
|---|---|
| Humans inflicted with lycanthropy which enables them to take shark form whenever they choose, as long as it is in darkness. | Advanced Dungeons and Dragons: Monster Manual II, 1st Edition, 1983 Neville Dec., Ex. 1 |
| Virtually indistinguishable from normal human. | |
| Solitary. | |
| Can only be hit by magical or silver weapons. | |
| These are mermen, inflicted with a form of lycanthropy that enables them to take the form of a mako shark anytime they choose so long as it is in darkness. | Rules Cyclopedia, p. 191, 1991 Neville Dec., Ex. 2 |
| When moon is full, must change and will "maraud" the seas. | |
| Only magic and silver weapons will harm a wereshark. | |
| The wereshark is an avaricious hybrid of man and shark. | Advanced Dungeons and Dragons 2nd Edition: Monstruous Compendium Annual Volume 2, p. |

| | |
|---|---|
| | 81, 1995<br>Neville Dec. Ex. 3, 4 and 5 |
| The wereshark is a huge, muscular brute when in human form, and it takes the form of a great white shark when transformed. Cruel and arrogant in its human form, a wereshark is even more vicious in its shark form. | |
| A wereshark is affected only by silver or enchanted weapons. All others arc either deflected off the skin or slice harmlessly through The outer skin, causing a flesh wound that heals immediately. | |
| Weresharks in human form tend to be maimed in some way (missing limb, eye, severe scars, or other disfigurement), though these marks are not evident when they are in shark form. | |
| Weresharks are huge, muscular brutes in human form, and then take the form of great white sharks when transformed. | Monstrous Compendium: Monsters of Faerun, p. 91-92, 2001<br>Neville Dec., Ex. 6 |
| Strong, love to grapple. | |
| Acute sense of smell. | |
| Damage reduction 15/silver | |
| Blind-fight | |
| Loves to fight hand to hand. | Lost Empires of Faerûn, p. 182-83, 2005<br>Neville Dec., Ex. 7 |
| Alternate form (and hybrid form) | |
| Blindsense: While underwater, a wereshark can locate other underwater creatures within a 30-foot radius. | |
| Keen Scent | |
| Damage reduction 10/silver | |
| AC: 17 (-1 size, +2 Dex, +6 natural) That's equivalent to wearing heavy armor. | |

Third Party Weresharks:

| | |
|---|---|
| Anthropomorphic shark | Alarums and Excursions, Vol. 13, p. 93-94, 1976.<br>Neville Dec. Ex. 8 |
| Vulnerable to silver sword | |
| Based on a Polynesian legend of demon creatures… | |
| | |
| Well organized, methodical, not evil or cruel. | Tribality.com: Natural Lycanthropes in 5th Ed: Wereshark<br>Neville Dec., Ex. 12. |

| | |
|---|---|
| Descended from sea elves. | |
| Blindsight to a range of 30 feet. Lost for one round if the wereshark takes lightning damage. | |
| Shapechanger—has a humanoid form, a hybrid form, and a shark form. | |
| Can speak, read, and write two languages. | |
| | |
| Shapechanging human with a hybrid form and a shark form | Pathfinder Bestiary 4, 2013<br>Neville Dec., Ex. 10 |
| Vulnerable to silver weapons. | |
| Can speak the common tongue. | |
| Often idolized by tribal chieftains and shamans. | |
| Do not come into conflict often, preferring to give each other space. | |
| Bloodthirsty and easy to anger. | |
| Often lead pirate gangs. | |
| | |
| Often think of themselves as nobility. | Pathfinder Player Companion: Blood of the Moon, 2013<br>Neville Dec., Ex. 11. |
| Often related to island nobility. | |
| Expect others to defer to their often-blunt methods and habits. | |
| Do not like to be questioned. | |
| Often idolized by tribal chieftains. | |
| | |
| Shapechanging humanoid with hybrid and shark forms. | Legendary Games Pirate Campaign Compendium Revised, 2021. P. 285<br>Neville Dec., Ex. 14 |
| Mouth full of unusually large teeth. | |
| Personality is crude and bullying. | |
| Bloodthirsty and quick to anger. | |
| Life at sea or in port settlements frequented by merchants and pirates. | |
| Often lead pirate gangs. | |
| Stick close to the sea so they can escape into the water if they bite off more than they can chew. | |
| Blindsense | |
| Immune to bludgeoning, piercing, and slashing damage from nonmagical attacks not made with silvered weapons. | |
| Speaks Common tongue. | |
| | |

| | |
|---|---|
| Same characteristics as in Pirate Campaign Companion. | Sea Monsters (5e), Legendary Games © 2020<br>Neville Dec., Ex. 15 |
| | |
| Shapechanging humanoid with hybrid and shark forms. | Seas of Vodari, Tribality, © 2020. P. 235<br>Neville Dec., Ex. 16 |
| Immune to bludgeoning, piercing, and slashing damage from nonmagical attacks not made with silvered weapons | |
| Blindsight | |
| Speaks Common (except in shark form) | |
| Solitary hunters. Can lose sense of reason. | |
| Always on the move. | |
| Prefer to hunt using stealth. | |
| | |
| Shapechanging humanoid with hybrid and shark forms. | Tome of Beasts 2, Open Design LLC, ©2020<br>p. 247<br>Neville Dec., Ex. 17 |
| Immune to bludgeoning, piercing, and slashing damage from nonmagical attacks not made with silvered weapons | |
| Blindsight | |
| "The twisted form of a humanoid shark hunches over, its grin showing rows of jagged teeth. Fresh blood drips from its mouth as it clutches a trident in powerful hands." | |
| Savage predators, driven by voracious appetites. | |
| Obsessed predators who can pursue prey for months. | |
| Shapechanging humanoid with hybrid and shark forms. | White Wolf Publishing, Inc., Werewolf: the Apocalypse sourcebook "Rokea," publ. April 2, 2001, ISBN 1-56504-364-2<br>Neville Dec., Ex. 9 |
| Effectively immortal, cannot die naturally, only through violence | |
| Gather into groups called Slews in undersea sacred places | |
| Communicate by means of electric signals, but cannot send them when in humanoid form | |
| Weak to silver like all shapeshifters in-game | |
| Have trouble standing still | |
| May be born either as a human or as a shark, can mate with non-shapeshifting | |

| | |
|---|---|
| sharks while in shark form | |