# EXHIBIT 19

The Wayback Machine - https://web.archive.org/web/20260705224400/https://2e.aonprd.com/Licenses.aspx
This website uses trademarks, copyrights, artwork, and other material identified as Product Identity owned by Paizo Inc. and used by Archives of Nethys under commercial license. The content on this website is not available for use under Paizo's Community Use License, Pathfinder Second Edition Compatibility License, Starfinder Compatibility License, or Pathfinder Compatibility License.

# Open Game License

## OPEN GAME LICENSE Version 1.0a

The following text is the property of Wizards of the Coast, Inc. and is Copyright 2000 Wizards of the Coast, Inc ("Wizards"). All Rights Reserved.

**1. Definitions**: (a)"Contributors" means the copyright and/or trademark owners who have contributed Open Game Content; (b)"Derivative Material" means copyrighted material including derivative works and translations (including into other computer languages), potation, modification, correction, addition, extension, upgrade, improvement, compilation, abridgment or other form in which an existing work may be recast, transformed or adapted; (c) "Distribute" means to reproduce, license, rent, lease, sell, broadcast, publicly display, transmit or otherwise distribute; (d)"Open Game Content" means the game mechanic and includes the methods, procedures, processes and routines to the extent such content does not embody the Product Identity and is an enhancement over the prior art and any additional content clearly identified as Open Game Content by the Contributor, and means any work covered by this License, including translations and derivative works under copyright law, but specifically excludes Product Identity. (e) "Product Identity" means product and product line names, logos and identifying marks including trade dress; artifacts; creatures characters; stories, storylines, plots, thematic elements, dialogue, incidents, language, artwork, symbols, designs, depictions, likenesses, formats, poses, concepts, themes and graphic, photographic and other visual or audio representations; names and descriptions of characters, spells, enchantments, personalities, teams, personas, likenesses and special abilities; places, locations, environments, creatures, equipment, magical or supernatural abilities or effects, logos, symbols, or graphic designs; and any other trademark or registered trademark clearly identified as Product identity by the owner of the Product Identity, and which specifically excludes the Open Game Content; (f) "Trademark" means the logos, names, mark, sign, motto, designs that are used by a Contributor to identify itself or its products or the associated products contributed to the Open Game License by the Contributor (g) "Use", "Used" or "Using" means to use, Distribute, copy, edit, format, modify, translate and otherwise create Derivative Material of Open Game Content. (h) "You" or "Your" means the licensee in terms of this agreement.

**2. The License**: This License applies to any Open Game Content that contains a notice indicating that the Open Game Content may only be Used under and in terms of this License. You must affix such a notice to any Open Game Content that you Use. No terms may be added to or subtracted from this License except as described by the License itself. No other terms or conditions may be applied to any Open Game Content distributed using this License.

**3. Offer and Acceptance**: By Using the Open Game Content You indicate Your acceptance of the terms of this License.

**4. Grant and Consideration**: In consideration for agreeing to use this License, the Contributors grant You a perpetual, worldwide, royalty-free, non-exclusive license with the exact terms of this License to Use, the Open Game Content.

**5. Representation of Authority to Contribute**: If You are contributing original material as Open Game Content, You represent that Your Contributions are Your original creation and/or You have sufficient rights to grant the rights conveyed by this License.

**6. Notice of License Copyright**: You must update the COPYRIGHT NOTICE portion of this License to include the exact text of the COPYRIGHT NOTICE of any Open Game Content You are copying, modifying or distributing, and You must add the title, the copyright date, and the copyright holder's name to the COPYRIGHT NOTICE of any original Open Game Content you Distribute.

**7. Use of Product Identity**: You agree not to Use any Product Identity, including as an indication as to compatibility, except as expressly licensed in another, independent Agreement with the owner of each element of that Product Identity. You agree not to indicate compatibility or co-adaptability with any Trademark or Registered Trademark in conjunction with a work containing Open Game Content except as expressly licensed in another, independent Agreement with the owner of such Trademark or Registered Trademark. The use of any Product Identity in Open Game Content does not constitute a challenge to the ownership of that Product Identity. The owner of any Product Identity used in Open Game Content shall retain all rights, title and interest in and to that Product Identity.

**8. Identification**: If you distribute Open Game Content You must clearly indicate which portions of the work that you are distributing are Open Game Content.

**9. Updating the License**: Wizards or its designated Agents may publish updated versions of this License. You may use any authorized version of this License to copy, modify and distribute any Open Game Content originally distributed under any version of this License.

**10. Copy of this License**: You MUST include a copy of this License with every copy of the Open Game Content You Distribute.

**11. Use of Contributor Credits**: You may not market or advertise the Open Game Content using the name of any Contributor unless You have written permission from the Contributor to do so.

**12. Inability to Comply**: If it is impossible for You to comply with any of the terms of this License with respect to some or all of the Open Game Content due to statute, judicial order, or governmental regulation then You may not Use any Open Game Material so affected.

**13. Termination**: This License will terminate automatically if You fail to comply with all terms herein and fail to cure such breach within 30 days of becoming aware of the breach. All sublicenses shall survive the termination of this License.

**14. Reformation**: If any provision of this License is held to be unenforceable, such provision shall be reformed only to the extent necessary to make it enforceable.

**15. COPYRIGHT NOTICE**
**Open Game License v 1.0** Copyright 2000, Wizards of the Coast, Inc.
**System Reference Document**. Copyright 2000. Wizards of the Coast, Inc; Authors: Jonathan Tweet, Monte Cook, Skip Williams, based on material by E. Gary Gygax and Dave Arneson.
**The Archives of Nethys**. Copyright 2010, Blake Davis.

### A Few Flowers More

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: A Few Flowers More*** © 2023, Paizo Inc.; Authors: Linda Zayas-Palmer.

### A Fistful of Flowers

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: A Fistful of Flowers*** © 2022, Paizo Inc.; Authors: Eleanor Ferron, Linda Zayas-Palmer.

### Abomination Vaults Hardcover

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Daemon, Guardian from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian McDowall.
**Daemon, Derghodaemon from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Froghemoth from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Skulk from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Simon Muth.
**Soul Eater from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by David Cook.
**Abomination Vaults Adventure Path** © 2022, Paizo Inc.; Authors: Vanessa Hoskins, James Jacobs, and Stephen Radney-MacFarland, with Ron Lundeen.

### Abomination Vaults Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Abomination Vaults Player's Guide*** © 2021, Paizo Inc.; Author: Ron Lundeen, with James Jacobs.

### Absalom, City of Lost Omens

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Absalom, City of Lost Omens*** © 2021, Paizo Inc.; Authors: Allie Bustion, John Compton, Jeremy Corff, Katina Davis, Vanessa Hoskins, James Jacobs, Virginia Jordan, Erik Mona, Matt Morris, Liane Merciel, Dave Nelson, Samantha Phelan, Jessica Redekop, Mikhail Rekun, Brian Richmond, David N. Ross, Simone D. Sallé, Shahreena Shahrani, Abigail Slater, Chris Spivey, Diego Valdez, and Skylar- James Wall.

### Advanced Player's Guide

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Advanced Player's Guide** © 2020, Paizo Inc.; Authors: Amirali Attar Olyaee, Alexander Augunas, Kate Baker, Brian Bauman, Logan Bonner, Carlos Cabrera, James Case, Jessica Catalan, John Compton, Paris Crenshaw, Jesse Decker, Fabby Garza Marroquín, Steven Hammond, Sasha Laranoa Harving, Joan Hong, Nicolas Hornyak, Vanessa Hoskins, James Jacobs, Erik Keith, Lyz Liddell, Luis

Loza, Ron Lundeen, Patchen Mortimer, Dennis Muldoon, Stephen Radney-MacFarland, Jessica Redekop, Mikhail Rekun, Alex Riggs, David N. Ross, Michael Sayre, Mark Seifter, Kendra Leigh Speedling, Jason Tondro, Clark Valentine, and Andrew White.

### Age of Ashes Player's Guide

**Age of Ashes Player's Guide** © 2019, Paizo Inc.; Authors: James Jacobs, with Amanda Hamon.

### Agents of Edgewatch Player's Guide

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Agents of Edgewatch Player's Guide** © 2020, Paizo Inc.; Author: Patrick Renie.

### Ancestry Guide

**The Book of Fiends** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb. ***Armies of the Abyss*** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
***The Avatar's Handbook*** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
***Book of the Righteous*** © 2002, Aaron Loeb. Legions of Hell © 2001, Green Ronin Publishing; Author: Chris Pramas.
***The Unholy Warrior's Handbook*** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.
**Dragon, Faerie from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Ancestry Guide (Second Edition)*** © 2021, Paizo Inc.; Authors: Calder CaDavid, James Case, Jessica Catalan, Eleanor Ferron, Lyz Liddell, Luis Loza, Ron Lundeen, Patchen Mortimer, Andrew Mullen, Samantha Phelan, Jessica Redekop, Mikhail Rekun, David N. Ross, Mark Seifter, Owen K.C. Stephens, Isabelle Thorne, and Linda Zayas-Palmer.

### Azarketi Ancestry Web Supplement

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Azarketi Ancestry Web Supplement*** © 2021, Paizo Inc.; Author: Samantha Phelan.

### Battlecry!

***Pathfinder Battlecry!*** © 2025 Paizo Inc., Authors: Logan Bonner, Jason Keeley, and Michael Sayre, with Saif Ansari, Kate Baker, Rigby Bendele, Tineke Bolleman, Jessica Catalan, Jeremy Corff, Rue Dickey, John Godek III, Alastor Guzman, Luis Loza, Dennis Muldoon, Ianara Natividad, Collette Quach, Stephen Radney- MacFarland, Mikhail Rekun, Mark Seifter, Shay Snow, Kendra Leigh Speedling, Andrew White, and Linda Zayas-Palmer.

### Bestiary

**Daemon, Guardian from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian McDowall.
**Dark Creeper from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Rik Shepard.
**Dark Stalker from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Simon Muth.
**Dragon, Faerie from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Brian Jaeger and Gary Gygax.
**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Mite from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian Livingstone and Mark Barnes.
**Pathfinder Bestiary (Second Edition)** © 2019, Paizo Inc.; Authors: Alexander Augunas, Logan Bonner, Jason Bulmahn, John Compton, Paris Crenshaw, Adam Daigle, Eleanor Ferron, Leo Glass, Thurston Hillman, James Jacobs, Jason Keeley, Lyz Liddell, Ron Lundeen, Robert G. McCreary, Tim Nightengale, Stephen Radney-MacFarland, Alex Riggs, David N. Ross, Michael Sayre, Mark Seifter, Chris S. Sims, Jeffrey Swank, Jason Tondro, Tonya Woldridge, and Linda Zayas-Palmer.

### Bestiary 2

**Angel, Monadic Deva from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Angel, Movanic Deva from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.

**Aurumvorax from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Basidirond from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Blindheim from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Roger Musson.
**The Book of Fiends** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb.
**Armies of the Abyss** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
**The Avatar's Handbook** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
**Book of the Righteous** © 2002, Aaron Loeb.
**Legions of Hell** © 2001, Green Ronin Publishing; Author: Chris Pramas.
**The Unholy Warrior's Handbook** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.
**Carbuncle from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Albie Fiore.
**Cave Fisher from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Lawrence Schick.
**Daemon, Derghodaemon from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Daemon, Piscodaemon from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Dark Creeper from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Rik Shepard.
**Dark Stalker from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Simon Muth.
**Demon, Nabasu from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Demon, Shadow from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Neville White.
**Dracolisk from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Froghemoth from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Grippli from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Korred from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Necrophidius from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Simon Tillbrook.
**Nereid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Quickling from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Quickwood from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Scythe Tree from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene.
**Skulk from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Simon Muth.
**Soul Eater from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by David Cook.
**Troll, Two-Headed from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Oliver Charles MacDonald.
**Yellow Musk Creeper from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Albie Fiore.
**Yellow Musk Zombie from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Albie Fiore.
**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Bestiary 2 (Second Edition)** © 2020, Paizo Inc.; Authors: Alexander Augunas, Dennis Baker, Jesse Benner, Joseph Blomquist, Logan Bonner, Paris Crenshaw, Adam Daigle, Jesse Decker, Darrin Drader, Brian Duckwitz, Robert N. Emerson, Scott Fernandez, Keith

Garrett, Scott Gladstein, Matthew Goodall, T.H. Gulliver, BJ Hensley, Tim Hitchcock, Vanessa Hoskins, James Jacobs, Brian R. James, Jason Keeley, John Laffan, Lyz Liddell, Colm Lundberg, Ron Lundeen, Jason Nelson, Randy Price, Jessica Redekop, Patrick Renie, Alistair Rigg, Alex Riggs, David N. Ross, David Schwartz, Mark Seifter, Amber Stewart, Jeffrey Swank, Russ Taylor, and Jason Tondro.

#### Bestiary 3

**Flumph from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian McDowell and Douglas Naismith.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Bestiary 3 (Second Edition)*** © 2021, Paizo Inc.; Authors: Logan Bonner, James Case, Jessica Catalan, John Compton, Paris Crenshaw, Adam Daigle, Katina Davis, Erik Scott de Bie, Jesse Decker, Brian Duckwitz, Hexe Fey, Keith Garrett, Matthew Goodall, Violet Gray, Alice Grizzle, Steven Hammond, Sasha Laranoa Harving, Joan Hong, James Jacobs, Michelle Jones, Virginia Jordan, TJ Kahn, Mikko Kallio, Jason Keeley, Joshua Kim, Avi Kool, Jeff Lee, Lyz Liddell, Luis Loza, Ron Lundeen, Philippe-Antoine Menard, Patchen Mortimer, Dennis Muldoon, Andrew Mullen, Quinn Murphy, Dave Nelson, Jason Nelson, Samantha Phelan, Stephen Radney-MacFarland, Danita Rambo, Shiv Ramdas, BJ Recio, Jessica Redekop, Mikhail Rekun, Patrick Renie, Alex Riggs, David N. Ross, Simone D. Sallé, Michael Sayre, Mark Seifter, Sen.H.H.S, Abigail Slater, Rodney Sloan, Shay Snow, Pidj Sorensen, Kendra Leigh Speedling, Tan Shao Han, William Thompson, Jason Tondro, Clark Valentine, Ruvaid Virk, Skylar Wall, Andrew White, and Landon Winkler.

#### Blood Lords Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Blood Lords Player's Guide*** © 2022, Paizo Inc.; Author: Ron Lundeen.

#### Book of the Dead

**Demon Lord, Orcus from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene and Clark Peterson, based on material by Gary Gygax.

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. ***Pathfinder Book of the Dead*** © 2022, Paizo Inc.; Authors: Brian Bauman, Tineke Bolleman. Logan Bonner, Jason Bulmahn, Jessica Catalan, John Compton, Chris Eng, Logan Harper, Michelle Jones, Jason Keeley, Luis Loza, Ron Lundeen, Liane Merciel, Patchen Mortimer, Quinn Murphy, Jessica Redekop, Mikhail Rekun, Solomon St. John, Michael Sayre, Mark Seifter, Sen.H.H.S., Kendra Leigh Speedling, Jason Tondro, Andrew White.

#### Character Guide

**Genie, Marid** from the Tome of Horrors Complete © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Lost Omens Character Guide (Second Edition)** © 2019, Paizo Inc.; Authors: John Compton, Sasha Lindley Hall, Amanda Hamon, Mike Kimmel, Luis Loza, Ron Lundeen, Matt Morris, Patchen Mortimer, Andrew Mullen, Mikhail Rekun, Micheal Sayre, Owen K.C. Stephens, Isabelle Thorne, and Linda Zayas-Palmer.

#### Claws of the Tyrant

***Pathfinder Claws of the Tyrant*** © 2025, Paizo Inc.; Authors: Alexander Augunas, Rigby Bendele, and Erin Roberts, with Joseph Blomquist and Sasha Laranoa Harving.

#### Core Rulebook

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Designers: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.

#### Crown of the Kobold King

***Pathfinder Core Rulebook*** (Second Edition) © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Crown of the Kobold King*** © 2022, Paizo Inc.; Authors: Jason Bulmahn, Tim Hitchcock, Nicolas Logue, and F. Wesley Schneider.

#### Curtain Call Player's Guide

***Pathfinder Curtain Call Player's Guide*** © 2024, Paizo Inc.; Author: James Jacobs.

#### Dark Archive

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Dark Archive*** © 2022, Paizo Inc.; Authors: Rigby Bendele, Logan Bonner, James Case, Dan Cascone, Jessica Catalan, Banana Chan, Kay Hashimoto, Sen H.H.S., Patrick Hurley, Joshua Kim, Avi Kool, Daniel Kwan, Kendra Leigh Speedling, Luis Loza, Ron

Lundeen, Liane Merciel, Jacob W. Michaels, Andrew Mullen, Quinn Murphy, K. Tessa Newton, Mikhail Rekun, Patrick Renie, Solomon St. John, Michael Sayre, Mark Seifter, Shay Snow, Alex Speidel, Geoffrey Suthers, Ruvaid Virk, Jabari Weathers, and Isis Wozniakowska.

### Dark Archives (Remastered)

***Pathfinder Dark Archive (Remastered)*** © 2026, Paizo Inc. Authors: James Case, Mikhail Rekun, and Mark Seifter, with Rigby Bendele, Logan Bonner, Dan Cascone, Jessica Catalan, Banana Chan, Ivis K. Flanagan, Sen H.H.S., Kay Hashimoto, Patrick Hurley, Jason Keeley, Joshua Kim, Avi Kool, Daniel Kwan, Luis Loza, Ron Lundeen, Liane Merciel, Jacob W. Michaels, Andrew Mullen, Quinn Murphy, K. Tessa Newton, Patrick Renie, Ember Rose, Solomon St. John, Michael Sayre, Shay Snow, Kendra Leigh Speedling, Alex Speidel, Ruvaid Virk, Jabari Weathers, and Isis Wozniakowska.

### Divine Mysteries

**Pathfinder Lost Omens Divine Mysteries** © 2024, Paizo Inc.; Authors: Misha Bushyager, Jessica Catalan, Carlos Cisco, Rue Dickey, Brian Duckwitz, Aoife Ester, Eleanor Ferron, Ivis K. Flanagan, Tomas Gimenez Rioja, Leo Glass, Alastor Guzman, Thurston Hillman, Laura Lynn Horst, James Jacobs, Jason Keeley, Michelle Y. Kim, Monte Lin, Luis Loza, Stephanie Lundeen, Poorna M., Adam Ma, Jacob W. Michaels, Jaime Reyes Mondragon, Zac Moran, Jon Morgantini, Matt Morris, Morgan Nuncio, Kevin Thien Vu Long Nguyen, Daniel "Drakoniques" Oleh, Pam Punzalan, Jessica Redekop, Erin Roberts, quinn b. rodriguez, Michael Sayre, Mark Seifter, Austin Taylor, Isis Wozniakowska, and Sebastian Yu¯e

### Divine Mysteries Web Supplement

Pathfinder Lost Omens Divine Mysteries Web Supplement © 2024, Paizo Inc.; Authors: Misha Bushyager, Jessica Catalan, Carlos Cisco, Rue Dickey, Brian Duckwitz, Aoife Ester, Eleanor Ferron, Ivis K. Flanagan, Tomas Gimenez Rioja, Leo Glass, Alastor Guzman, Thurston Hillman, Laura Lynn Horst, James Jacobs, Jason Keeley, Michelle Y. Kim, Monte Lin, Luis Loza, Stephanie Lundeen, Poorna M., Adam Ma, Jacob W. Michaels, Erik Mona, Jaime Reyes Mondragon, Zac Moran, Jon Morgantini, Matt Morris, Morgan Nuncio, Kevin Thien Vu Long Nguyen, Daniel "Drakoniques" Oleh, Pam Punzalan, Jessica Redekop, Erin Roberts, quinn b. rodriguez, Michael Sayre, Mark Seifter, Austin Taylor, Isis Wozniakowska, and Sebastian Yu¯e

### Draconic Codex

***Pathfinder Lost Omens Draconic Codex*** © 2025, Authors: Joshua Birdsong, Chris Bissette, Jeremy Blum, Alyx Bui, Hiromi Cota, Katina Davis, Caryn DiMarco, Dana Ebert, Sen H.H.S., Kent Hamilton, Laura Lynn Horst, Michelle Y. Kim, Letterio Mammoliti, Jonathan "Ryomasa" Mendoza, Matt Morris, Collette Quach, Mikhail Rekun, Erin Roberts, Simone D. Sallé, Rodney Sloan, Kendra Leigh Speedling, Isabelle Thorne, Ruvaid Virk, Jacob W. Michaels, Andrew White, Shan Wolf, and Brian Yaksha.

### Extinction Curse Player's Guide

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Extinction Curse Player's Guide** © 2020, Paizo Inc.; Author: Ron Lundeen.

### Firebrands

**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Firebrands*** © 2023, Paizo Inc.; Authors: James Beck, Rigby Bendele, Jessica Catalan, Dana Ebert, Sen H.H.S., Joan Hong, Aaron Lascano, Luis Loza, Ron Lundeen, Stephanie Lundeen, Matt Morris, Jessica Redekop, Erin Roberts, Michael Sayre, Shahreena Shahrani, and Ruvaid Virk.

### Fists of the Ruby Phoenix Hardcover

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Fists of the Ruby Phoenix Adventure Path** © 2023, Paizo Inc.; Authors: James Case, Luis Loza, and David N. Ross, with Joan Hong, Sen H.H.S., Tan Shao Han, Danita Rambo, William Thompson, and Ruvaid Virk.

### Fists of the Ruby Phoenix Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Fists of the Ruby Phoenix Player's Guide*** © 2021, Paizo Inc.; Author: Patrick Renie, with Luis Loza.

### Gamemastery Guide

***The Book of Fiends*** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb.
***Armies of the Abyss*** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
***The Avatar's Handbook*** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
***Book of the Righteous*** © 2002, Aaron Loeb.
***Legions of Hell*** © 2001, Green Ronin Publishing; Author: Chris Pramas.

***The Unholy Warrior's Handbook*** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Gamemastery Guide*** © 2020, Paizo Inc.; Authors: Alexander Augunas, Jesse Benner, John Bennett, Logan Bonner, Clinton J. Boomer, Jason Bulmahn, James Case, Paris Crenshaw, Jesse Decker, Robert N. Emerson, Eleanor Ferron, Jaym Gates, Matthew Goetz, T.H. Gulliver, Kev Hamilton, Sasha Laranoa Harving, BJ Hensley, Vanessa Hoskins, Brian R. James, Jason LeMaitre, Lyz Liddell, Luis Loza, Colm Lundberg, Ron Lundeen, Stephen Radney-MacFarland, Jessica Redekop, Alistair Rigg, Mark Seifter, Owen K.C. Stephens, Amber Stewart, Christina Stiles, Landon Winkler, and Linda Zayas-Palmer.

### Gatewalkers (Hardcover)

***Pathfinder Adventure Path: Gatewalkers*** © 2025, Paizo Inc.; Authors: James Jacobs, Jason Keeley, and James L. Sutter with Ivis K. Flanagan, Jacob W. Michaels, Patrick Renie, Jordan Shiveley, and Rodney Sloan

### Gatewalkers Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Gatewalkers Player's Guide*** © 2022, Paizo Inc.; Author: Patrick Renie.

### Gatewalkers Player's Guide (Remastered)

***Gatewalkers Player's Guide (Remastered)*** © 2025, Paizo Inc.; Authors: James Case, Ivis K. Flanagan, Patrick Renie, and Mark Seifter

### GM Core

***Pathfinder GM Core*** © 2023 Paizo Inc., Designed by Logan Bonner and Mark Seifter. Authors: Amirali Attar Olyaee, Logan Bonner, Creighton Broadhurst, Jason Bulmahn, James Case, Jesse Decker, Eleanor Ferron, Fabby Garza Marroquín, Jaym Gates, Matthew Goetz, James Jacobs, Brian R. James, Jenny Jarzabski, Dustin Knight, Jason LeMaitre, Lyz Liddell, Luis Loza, Ron Lundeen, Stephen Radney-MacFarland, David N. Ross, Michael Sayre, Mark Seifter, Owen K.C. Stephens, Amber Stewart, Clark Valentine, Landon Winkler, and Linda Zayas-Palmer

### Gods & Magic

**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Lost Omens Gods & Magic (Second Edition)** © 2020, Paizo Inc.; Authors: Robert Adducci, Amirali Attar Olyaee, Calder CaDavid, James Case, Adam Daigle, Katina Davis, Leo Glass, Joshua Grinlinton, James Jacobs, Virginia Jordan, Jason Keeley, Jacky Leung, Lyz Liddell, Ron Lundeen, Stephanie Lundeen, Jacob W. Michaels, Matt Morris, Dave Nelson, Samantha Phelan, Jennifer Povey, Jessica Redekop, Nathan Reinecke, Patrick Renie, David N. Ross, Simone D. Sallé, Michael Sayre, David Schwartz, Shahreena Shahrani, Isabelle Thorne, Marc Thuot, Jason Tondro, and Diego Valdez.

### Gods & Magic - Web Supplement

**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Lost Omens Gods & Magic Web Supplement** © 2020, Paizo Inc.; Authors: James Case, Adam Daigle, Leo Glass, James Jacobs, Virginia Jordan, Jason Keeley, Jacky Leung, Lyz Liddell, Luis Loza, Ron Lundeen, Matt Morris, Nathan Reinecke, Simone D. Sallé, Michael Sayre, Shahreena Shahrani, Isabelle Thorne, and Diego Valdez.

### Grand Bazaar

**Dragon, Faerie from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Grand Bazaar*** © 2021, Paizo Inc.; Authors: Tineke Bolleman, Logan Bonner, Jessica Catalan, Dominique Dickey, Dana Ebert, Steven Hammond, Sen H.H.S., Dustin Knight, Avi Kool, Aaron Lascano, Carlos Luna, Ron Lundeen, Sydney Meeker, Randal Meyer, Jacob Michaels, Matt Morris, Andrew Mullen, Ianara Natividad, Dave Nelson, Jessica Redekop, Nathan Reinecke, Erin Roberts, David N. Ross, Simone Sallé, Mark Seifter, Shay Snow, Ashton Sperry, Amber Stewart, Andrew Stoeckle, Isabelle Thorne, Jason Tondro, and Scott D. Young.

### Guns & Gears

***Pathfinder Guns & Gears*** © 2021, Paizo Inc.; Authors: Logan Bonner, Jessica Catalan, John Compton, Andrew D. Geels, Steven Hammond, Sen H.H.S., Brent Holtsberry, Jason Keeley, Dustin Knight, Luis Loza, Ron Lundeen, Chris Mastey, Liane Merciel, Jacob W.

Michaels, Dave Nelson, Samantha Phelan, Mikhail Rekun, Stephen Radney-MacFarland, Sydney Meeker, Kendra Leigh Speedling, Michael Sayre., Mark Seifter, Andrew Stoeckle, Calliope Lee Taylor, Andrew White, and Scott D. Young.

### Guns & Gears (Remastered)

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Guns & Gears*** © 2021, Paizo Inc.; Authors: Logan Bonner, Jessica Catalan, John Compton, Andrew D. Geels, Steven Hammond, Sen H.H.S., Brent Holtsberry, Jason Keeley, Dustin Knight, Luis Loza, Ron Lundeen, Chris Mastey, Liane Merciel, Jacob W. Michaels, Dave Nelson, Samantha Phelan, Mikhail Rekun, Stephen Radney-MacFarland, Sydney Meeker, Kendra Leigh Speedling, Michael Sayre., Mark Seifter, Andrew Stoeckle, Calliope Lee Taylor, Andrew White, and Scott D. Young.

### Hell's Destiny Player's Guide

***Pathfinder Hell's Destiny Player's Guide*** © 2026 Paizo Inc., Authors: John Compton.

### Hellbreakers Players Guide

***Pathfinder Hellbreakers Player's Guide*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### Hellfire Dispatches

**Pathfinder Lost Omens Hellfire Dispatches** © 2026, Authors: Rigby Bendele, Caryn DiMarco, Jason Keeley, Stephanie Lundeen, Liane Merciel, Matt Morris, Erin Roberts, Kendra Leigh Speedling, Tan Shao Han, Andrew White, and Landon Winkler

### High Seas

**Pathfinder Lost Omens High Seas** © 2026, Authors: Logan Bonner, Luis Castro, Carlos Cisco, Amber M. Davies, Alice Grizzle, Laura Lynn Horst, Jason Keeley, Aaron Lascano, Monte Lin, Stephanie Lundeen, Derry Luttrell, Jacob W. Michaels, Jaime Reyes Mondragon, Zac Moran, Daniel "Drakoniques" Oleh, Jessica Redekop, and Erin Tierney

### Highhelm

**Genie, Marid** from the *Tome of Horrors Complete* © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Highhelm*** © 2023, Paizo Inc.; Authors: Piper Amatrudi, Dan Cascone, Caryn DiMarco, Dana Ebert, Sen H.H.S., Michelle Jones, Stephanie Lundeen, Liane Merciel, Matt Morris, Dave Nelson, Mikhail Rekun, Erin Roberts, Owen K.C. Stephens, Andrew White, and Shan Wolf

### Howl of the Wild

***Pathfinder Howl of the Wild*** © 2024 Paizo Inc. Authors: Kate Baker, Joshua Birdsong, Rigby Bendele, Chris Bissette, Jeremy Blum, Logan Bonner, Dan Cascone, James Case, Jessica Catalan, Brite Cheney, Rue Dickey, Caryn DiMarco, Matthew Fu, Leo Glass, Steven Hammond, Patrick Hurley, Michelle Y. Kim, Dustin Knight, Kendra Leigh Speedling, Christiana Lewis, Jessie "Aki" Lo, Luis Loza, Letterio Mammoliti, Jonathan "Ryomasa" Mendoza, Quinn Murphy, Dave Nelson, Mikhail Rekun, Kai Revius, Ember Rose, Simone D. Sallé, Michael Sayre, Shay Snow, Levi Steadman, Kyle Tam, Ruvaid Virk, and Andrew White

### Impossible Lands

**Basidirond from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax
**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens: Impossible Lands*** © 2022, Paizo Inc.; Authors: Mariam Ahmad, Saif Ansari, Alexandria Bustion, Basheer Ghouse, Michelle Jones, TJ Kahn, Matt Morris, Dave Nelson, Mikhail Rekun, Michael Sayre, Tan Shao Han, Ruvaid Virk, Jabari Weathers, and Brian Yaksha

### In Darkness

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Dark Archive Web Supplement: In Darkness*** © 2022, Paizo Inc.; Author: James Case.

### Kingmaker Adventure Path

**Aurumvorax from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Daemon, Derghodaemon from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Daemon, Piscodaemon from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Dragon, Faerie from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Brian Jaeger and Gary Gygax.
**Froghemoth from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Mite from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian Livingstone and Mark Barnes.
**Nereid from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Quickling from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Scythe Tree from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Soul Eater from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene.
**Troll, Two-Headed from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Oliver Charles MacDonald.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Kingmaker Adventure Path*** © 2022, Paizo Inc.; Authors: Steve Helt, Tim Hitchcock, James Jacobs, Ron Lundeen, Rob McCreary, Jason Nelson, Richard Pett, Neil Spicer, and Greg A. Vaughan.

### Kingmaker Companion Guide

**Demon, Nabasu from the *Tome of Horrors Complete*** © 2011, Necromancer Games Inc. published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook*** (Second Edition) © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Kingmaker Companion Guide*** © 2022, Paizo Inc.; Authors: Alex Augunas, Russ Brown, Jeremy Corff, Steven T. Helt, Eric Hindley, James Jacobs, Victoria Jaczko, Jeff Lee, Tom McQueen, Jason Nelson, Chris Perrin, Richard Pett, David N. Ross, and Mike Welham.

### Knights of Lastwall

**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Soul Eater from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by David Cook.
**Yellow Musk Creeper from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Albie Fiore.
**Yellow Musk Zombie from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Albie Fiore.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Knights of Lastwall*** © 2022, Paizo Inc.; Authors: Banana Chan, Jessica Catalan, Ryan Costello, Katina Davis, Alastor Guzman, Ron Lundeen, Ianara Natividad, Erin Roberts, Ashton Sperry, and Isabelle Thorne

### Legends

**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Legends*** © 2020, Paizo Inc.; Authors: Alexander Augunas, Kate Baker, Jason Bulmahn, Alexandria Bustion, Carlos Cabrera, Calder CaDavid, Jessica Catalan, Natalie Collazo, Ryan Costello, Greg Diaz, Fabby Garza Marroquín, Jaym Gates, Alice Grizzle, Steven Hammond, Nicolas Hornyak, James Jacobs, Michelle Jones, Kristina Sisto Kindel, Aaron Lascano, Ron Lundeen, Stephanie Lundeen, Sydney Meeker, Liane Merciel, Matt Morris, Patchen Mortimer, Hilary Moon Murphy, Dennis Muldoon, Andrew Mullen, Amirali Attar Olyaee, Mikhail Rekun, Michael Sayre, Mark Seifter, Ashton Sperry, Owen K.C. Stephens, and Isabelle Thorne

### Little Trouble in Big Absalom

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: Little Trouble in Big Absalom*** © 2020, Paizo Inc.; Author: Eleanor Ferron.

#### Malevolence

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: Malevolence*** © 2021, Paizo Inc.; Author: James Jacobs.

#### Monster Core

***Pathfinder Monster Core*** © 2024 Paizo Inc., Authors: Alexander Augunas, Dennis Baker, Kate Baker, Joshua Birdsong, Joseph Blomquist, Logan Bonner, Jason Bulmahn, James Case, John Compton, Paris Crenshaw, Adam Daigle, Darrin Drader, Brian Duckwitz, Robert N. Emerson, Scott Fernandez, Eleanor Ferron, Leo Glass, Matthew Goodall, BJ Hensley, Thurston Hillman, Vanessa Hoskins, James Jacobs, Jenny Jarzabski, Miko Kallio, Jason Keeley, Jeff Lee, Lyz Liddell, Luis Loza, Ron Lundeen, Robert G. McCreary, Philippe-Antoine Menard, Jacob W. Michaels, Dave Nelson, Jason Nelson, Tim Nightengale, Stephen Radney-MacFarland, Mikhail Rekun, Patrick Renie, Alex Riggs, David N. Ross, Michael Sayre, Mark Seifter, Chris S. Sims, Amber Stewart, Jeffrey Swank, William Thompson, Jason Tondro, Clark Valentine, Landon Winkler, Tonya Woldridge, and Linda Zayas-Palmer

#### Monster Core 2

***Pathfinder Monster Core 2*** © 2025 Paizo Inc., Authors: Alexander Augunas, Jesse Benner, Joshua Birdsong, Logan Bonner, Jason Bulmahn, James Case, Jessica Catalan, John Compton, Paris Crenshaw, Adam Daigle, Katina Davis, Jesse Decker, Darrin Drader, Felix Dritz, Brian Duckwitz, Robert N. Emerson, Scott Fernandez, Eleanor Ferron, Hexe Fey, Benjamin U. Fields, Keith Garret, Scott Gladstein, Leo Glass, Matthew Goodall, Alice Grizzle, T.H. Gulliver, Sen H.H.S., Steven Hammond, Tim Hitchcock, Joan Hong, Vanessa Hoskins, James Jacobs, Brian R. James, Michelle Jones, TJ Kahn, Mikko Kallio, Jason Keeley, Joshua Kim, Avi Kool, John Laffan, Lyz Liddell, Luis Loza, Colm Lundberg, Ron Lundeen, Mahpiya, Philippe-Antoine Menard, Jacob W. Michaels, Patchen Mortimer, Dennis Muldoon, Andrew Mullen, Quinn Murphy, Dave Nelson, Jason Nelson, K. Tessa Newton, Tim Nightengale, Samantha Phelan, Randy Price, Stephen Radney-MacFarland, BJ Recio, Jessica Redekop, Mikhail Rekun, Patrick Renie, Alex Riggs, David N. Ross, Simone D. Sallé, Michael Sayre, David Schwartz, Mark Seifter, Chris S. Sims, Rodney Sloan, Shay Snow, Kendra Leigh Speedling, Amber Stewart, Jeffrey Swank, Tan Shao Han, Russ Taylor, William Thompson, Jason Tondro, Clark Valentine, Ruvaid Virk, Andrew White, Landon Winkler, and Linda Zayas-Palmer

#### Monsters of Myth

**Genie, Marid** from the *Tome of Horrors Complete* © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Monsters of Myth*** © 2021, Paizo Inc.; Authors: James Case, John Compton, Dana Ebert, Joshua Kim, Aaron Lascano, Luis Loza, Ron Lundeen, Stephanie Lundeen, Liane Merciel, Andrew Mullen, Michael Sayre, Sen H.H.S., Shay Snow, and Jason Tondro.

#### Myth-Speakers Players Guide

***Pathfinder Myth-Speaker Player's Guide*** © 2025, Paizo Inc.; Author: John Compton

#### Night of the Gray Death

*Pathfinder Core Rulebook (Second Edition)* © 2019, Paizo Inc.; **Authors:** Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: Night of the Gray Death*** © 2021, Paizo Inc.; Author: Ron Lundeen.

#### NPC Core

**Pathfinder NPC Core** © 2025, Paizo Inc. Authors: Raychael Allor, Alexander Augunas, Rigby Bendele, Jesse Benner, John Bennett, Joshua Birdsong, Chris Bissette, Jeremy Blum, Logan Bonner, Clinton J. Boomer, Dan Cascone, Jessica Catalan, Paris Crenshaw, Katina Davis, Rue Dickey, Robert N. Emerson, Chris Eng, Eleanor Ferron, Josh Foster, Matthew Fu, Andrew D. Geels, T.H. Gulliver, Sen H.H.S., Kev Hamilton, Sasha Laranoa Harving, Katrina Hennessy, BJ Hensley, Vanessa Hoskins, Patrick Hurley, Sara Jeffers, Michelle Jones, Erik Keith, Michelle Y. Kim, Jason LeMaitre, Christiana Lewis, Luis Loza, Colm Lundberg, Maryssa Mari, Jacob W. Michaels, Zac Moran, Matt Morris, Patchen Mortimer, K. Tessa Newton, Stephen Radney-MacFarland, Jessica Redekop, Mikhail Rekun, Alistair Rigg, David N. Pathfinder NPC Core © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.Produced using ecologically sourced FSC® certified paper and soy ink. Printed in China.Ross, Tony Saunders, Shay Snow, Joel Southall, Kendra Leigh Speedling, Levi Steadman, Christina Stiles, Kyle Tam, Jamie Trollope, Ruvaid Virk, Grady Wang, Andrew White, Jackson Wood, Isis Wozniakowska, and Basil Wright.

#### Outlaws of Alkenstar Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Outlaws of Alkenstar Player's Guide*** © 2022, Paizo Inc.; Author: Patrick Renie.

### Pathfinder #145: Hellknight Hill

**Pathfinder Adventure Path #145: Hellknight Hill** © 2019, Paizo Inc.; Authors: Amanda Hamon, with Logan Bonner, James Jacobs, and Jason Tondro.

### Pathfinder #146: Cult of Cinders

**Grippli from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Adventure Path #146: Cult of Cinders** © 2019, Paizo Inc.; Authors: Eleanor Ferron, with Leo Glass, James Jacobs, Jason Keeley, and Owen KC Stephens.

### Pathfinder #147: Tomorrow Must Burn

**Pathfinder Adventure Path #147: Tomorrow Must Burn** © 2019, Paizo Inc.; Authors: Ron Lundeen and Stephanie Lundeen, with Lyz Liddell and James Sutter.

### Pathfinder #148: Fires of the Haunted City

**Pathfinder Adventure Path #148: Fires of the Haunted City** © 2019, Paizo Inc.; Authors: Linda Zayas-Palmer, with Owen K.C. Stephens, James L. Sutter, and Greg Vaughan.

### Pathfinder #149: Against the Scarlet Triad

**Pech from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Adventure Path #149: Against the Scarlet Triad** © 2019, Paizo Inc.; Authors: John Compton, with Tim Nightengale and James L. Sutter.

### Pathfinder #150: Broken Promises

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Adventure Path #150: Broken** Promises © 2019, Paizo Inc.; Authors: Luis Loza, with James Jacobs, Alex Riggs, and Owen K.C. Stephens.

### Pathfinder #151: The Show Must Go On

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Adventure Path #151: The Show Must Go On** © 2020, Paizo Inc.; Authors: Jason Tondro, with Andrew Mullen, Patrick Renie, David N. Ross, and Michael Sayre.

### Pathfinder #152: Legacy of the Lost God

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Adventure Path #152: Legacy of the Lost God** © 2020, Paizo Inc.; Authors: Jenny Jarzabski, with Stephen Glicker, Luis Loza, Ron Lundeen, Andrew Mullen, and David N. Ross.

### Pathfinder #153: Life's Long Shadows

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**The Book of Fiends** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb.
**Armies of the Abyss** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
**The Avatar's Handbook** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
**Book of the Righteous** © 2002, Aaron Loeb.
**Legions of Hell** © 2001, Green Ronin Publishing; Author: Chris Pramas.
**The Unholy Warrior's Handbook** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.
**Demon Lord, Jubilex from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on material by Gary Gygax.
**Demon Lord, Pazuzu from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on material by Gary Gygax.
**Pathfinder Adventure Path #153: Life's Long Shadows** © 2020, Paizo Inc.; Authors: Greg A. Vaughan, with Anthony Bono, Jacob W. Michaels, Andrew Mullen, Patrick Renie, Alex Riggs, Timothy Snow, and Amber Stewart.

### Pathfinder #154: Siege of the Dinosaurs

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**The Book of Fiends** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb.
**Armies of the Abyss** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
**The Avatar's Handbook** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
**Book of the Righteous** © 2002, Aaron Loeb.
**Legions of Hell** © 2001, Green Ronin Publishing; Author: Chris Pramas.
**The Unholy Warrior's Handbook** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.
**Demon Lord, Pazuzu from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on material by Gary Gygax.
**Pathfinder Adventure Path #154: Siege of the Dinosaurs** © 2020, Paizo Inc.; Authors: Kate Baker, with Luis Loza, Andrew Mullen, Jason Nelson, Jennifer Povey, David Schwartz, and Amber Stewart.

### Pathfinder #155: Lord of the Black Sands

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**The Book of Fiends** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb.
**Armies of the Abyss** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
**The Avatar's Handbook** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
**Book of the Righteous** © 2002, Aaron Loeb.
**Legions of Hell** © 2001, Green Ronin Publishing; Author: Chris Pramas.
**The Unholy Warrior's Handbook** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.
**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on material by Gary Gygax.
**Pathfinder Adventure Path #155: Lord of the Black Sands** © 2020, Paizo Inc.; Authors: Mikko Kallio, with Andrew Mullen, Nathan Reinecke, David Schwartz, and Scott Young.

### Pathfinder #156: The Apocalypse Prophet

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Demon Lord, Baphomet from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on material by Gary Gygax.
**Demon Lord, Pazuzu from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on material by Gary Gygax.
**Pathfinder Adventure Path #156: The Apocalypse Prophet** © 2020, Paizo Inc.; Authors: Lyz Liddell, with Kevin Bryan, Steven Hammond, Andrew Mullen, Mikhail Rekun, Patrick Renie, and David N. Ross.

### Pathfinder #157: Devil at the Dreaming Palace

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Carbuncle from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Albie Fiore.
**Pathfinder Adventure Path #157: Devil at the Dreaming Palace** © 2020, Paizo Inc.; Authors: James L. Sutter, with Luis Loza, Andrew Mullen, Samantha Phelan, and Patrick Renie.

### Pathfinder #158: Sixty Feet Under

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Daemon, Guardian from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian McDowall.
***Pathfinder Adventure Path #158: Sixty Feet Under*** © 2020, Paizo Inc.; Authors: Michael Sayre, with Saif Ansari, Leo Glass, Ron Lundeen, Jacob W. Michaels, Patrick Renie, and David N. Ross.

### Pathfinder #159: All or Nothing

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Daemon, Piscodaemon from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Adventure Path #159: All or Nothing*** © 2020, Paizo Inc.; Authors: Jason Keeley, with Alexander Augunas, Jessica Catalan, Stephen Glicker, Mike Kimmel, Alex Riggs, and Mike Welham.

### Pathfinder #160: Assault on Hunting Lodge Seven

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #160: Assault on Hunting Lodge Seven*** © 2020, Paizo Inc.; Authors: Ron Lundeen, with Luis Loza and Hilary Moon Murphy.

#### Pathfinder #161: Belly of the Black Whale

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #161: Belly of the Black Whale*** © 2020, Paizo Inc.; Authors: Cole Kronewitter, with Kim Frandsen, Patchen Mortimer, Kyle T. Raes, Andrew White, and Brian Yaksha.

#### Pathfinder #162: Ruins of the Radiant Siege

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #162: Ruins of the Radiant Siege*** © 2020, Paizo Inc.; Authors: Amber Stewart, with Carlos Cabrera, Benjamin U. Fields, Kim Frandsen, Jim Groves, John S. Roberts, and Diego Valdez.

#### Pathfinder #163: Ruins of Gauntlight

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Soul Eater from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by David Cook.
***Pathfinder Adventure Path #163: Ruins of Gauntlight*** © 2021, Paizo Inc.; Author: James Jacobs.

#### Pathfinder #164: Hands of the Devil

**Skulk from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Simon Muth.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #164: Hands of the Devil*** © 2021, Paizo Inc.; Authors: Vanessa Hoskins, with Ron Lundeen, Quinn Murphy, and Amber Stewart.

#### Pathfinder #165: Eyes of Empty Death

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Daemon, Guardian from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian McDowall.
**Daemon, Derghodaemon from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Froghemoth from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Adventure Path #165: Eyes of Empty Death** © 2021, Paizo Inc.; Authors: Stephen Radney- MacFarland, with James Jacobs and Mikhail Rekun.

#### Pathfinder #166: Despair on Danger Island

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #166: Despair on Danger Island*** © 2021, Paizo Inc.; Author: Luis Loza.

#### Pathfinder #167: Ready? Fight!

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #167: Ready? Fight!*** © 2021, Paizo Inc.; Authors: David N. Ross, with Joan Hong, Joshua Kim, Danita Rambo, Sen H.H.S., Tan Shao Han, and Ruvaid Virk.

#### Pathfinder #168: King of the Mountain

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #168: King of the Mountain*** © 2021, Paizo Inc.; Authors: James Case, with Joan Hong, Danita Rambo, David N. Ross, Amber Stewart, William Thompson, Ruvaid Virk, and Jabari Weathers.

#### Pathfinder #169: Kindled Magic

**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #169: Kindled Magic*** © 2021, Paizo Inc.; Authors: Eleanor Ferron and Alexandria Bustion, with Shanyce Henley, Jenny Jarzabski, Jessica Redekop, and Mark Seifter.

#### Pathfinder #170: Spoken on the Song Wind

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Demon Lord, Jubilex from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Adventure Path #170: Spoken on the Song Wind*** © 2021, Paizo Inc.; Authors: Quinn Murphy, with James Case, Jessica Catalan, Brian Cortijo, Isaac Kerry, Dave Nelson, Lu Pellazar, and Shan Wolf.

#### Pathfinder #171: Hurricane's Howl

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Adventure Path #172: Secrets of the Temple-City*** © 2021, Paizo Inc.; Authors: Luis Loza, with Eleanor Ferron, John Godek III, and Shanyce Henley.

#### Pathfinder #172: Secrets of the Temple City

**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
*Pathfinder Adventure Path #172: Secrets of the Temple*-City © 2021, Paizo Inc.; Authors: Luis Loza, with Eleanor Ferron, John Godek III, and Shanyce Henley.

#### Pathfinder #173: Doorway to the Red Star

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #173: Doorway to the Red Star*** © 2021, Paizo Inc.; Author: Michael Sayre.

#### Pathfinder #174: Shadows of the Ancients

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #174: Shadows of the Ancients*** © 2021, Paizo Inc.; Authors: Saif Ansari, with Matt Hardin, Jacob W. Michaels, Matt Morris, Brendan Perry, Jessica Redekop, Nathan Reinecke, and Darren Spurrier.

#### Pathfinder #175: Broken Tusk Moon

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #175: Broken Tusk Moon*** © 2022, Paizo Inc.; Authors: Ron Lundeen and Stephanie Lundeen.

#### Pathfinder #176: Lost Mammoth Valley

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Battlezoo Bestiary*** © 2021, Skyscraper Studios Inc.; Authors: Stephen Glicker, Patrick Renie, AND Mark Seifter
**Demon, Nabasu from *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Demon, Shadow from *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Neville White.
**Grippli from *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Adventure Path #176: Lost Mammoth Valley*** © 2022, Paizo Inc.; Author: Jessica Catalan.

#### Pathfinder #177: Burning Tundra

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Dracolisk from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Demon, Nabasu from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Demon, Shadow from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Neville White.
***Pathfinder Adventure Path #177: Burning Tundra*** © 2022, Paizo Inc.; Author: Jason Tondro.

#### Pathfinder #178: Punks in a Powderkeg

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #178: Punks in a Powder Keg*** © 2022, Paizo Inc.; Authors: Vanessa Hoskins, with Stephanie Lundeen and Matt Morris.

#### Pathfinder #179: Cradle of Quartz

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #179: Cradle of Quartz*** © 2022, Paizo Inc.; Authors: Scott D. Young and Ron Lundeen.

#### Pathfinder #180: The Smoking Gun

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #180: The Smoking Gun*** © 2022, Paizo Inc.; Author: Cole Kronewitter.

#### Pathfinder #181: Zombie Feast

**Necrophidius from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Simon Tillbrook.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #181: Zombie Feast*** © 2022, Paizo Inc.; Author: Mike Kimmel.

#### Pathfinder #182: Graveclaw

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #182: Graveclaw*** © 2022, Paizo Inc.; Author: Jason Tondro.

#### Pathfinder #183: Field of Maidens

**Demon, Shadow from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Neville White.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #183: Field of Maidens*** © 2022, Paizo Inc.; Author: Jenny Jarzabski, with Ivis K. Flanagan, Sasha Laranoa Harving, and Randy Price.

#### Pathfinder #184: The Ghouls Hunger

**Demon, Nabasu from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook*** (Second Edition) © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #184: The Ghouls Hunger*** © 2022, Paizo Inc.; Authors: Leo Glass and James Jacobs

#### Pathfinder #185: A Taste of Ashes

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #185: A Taste of Ashes*** © 2022, Paizo Inc.; Authors: Brian Duckwitz, with John Compton.

#### Pathfinder #186: Ghost King's Rage

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #186: Ghost King's Rage*** © 2022, Paizo Inc.; Authors: Jessica Catalan, with Mike Kimmel.

**Pathfinder #187: The Seventh Arch**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #187: The Seventh Arch*** © 2023, Paizo Inc.; Authors: James L. Sutter, with Patrick Renie.

**Pathfinder #188: They Watched the Stars**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #188: They Watched the Stars*** © 2023, Paizo Inc.; Authors: Jason Keeley, with Ivis K. Flanagan.

**Pathfinder #189: Dreamers of the Nameless Spires**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #189: Dreamers of the Nameless Spires*** © 2023, Paizo Inc.; Authors: James Jacobs, with Jacob W. Michaels and Rodney Sloan.

**Pathfinder #190: The Choosing**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #190: The Choosing*** © 2023, Paizo Inc.; Authors: Ron Lundeen, with James Jacobs and Jason Tondro.

**Pathfinder #191: The Destiny War**

**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***System Reference Document*** © 2000, Wizards of the Coast, Inc.; Authors: Jonathan Tweet, Monte Cook, and Skip Williams, based on material by E. Gary Gygax and Dave Arneson.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #191: The Destiny War*** © 2023, Paizo Inc.; Authors: Chris S. Sims, with James Jacobs and Jason Tondro.

**Pathfinder #192: Worst of All Possible Worlds**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #192: Worst of All Possible Worlds*** © 2023, Paizo Inc.; Authors: Luis Loza, with James Jacobs and Jason Tondro.

**Pathfinder #193: Mantle of Gold**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #193: Mantle of Gold*** © 2023, Paizo Inc.; Authors: John Compton, with Caryn DiMarco and Vanessa Hoskins.

**Pathfinder #194: Cult of the Cave Worm**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #194: Cult of the Cave Worm*** © 2023, Paizo Inc.; Authors: Scott D. Young, with Vanessa Hoskins.

**Pathfinder #195: Heavy is the Crown**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #195: Heavy is the Crown*** © 2023, Paizo Inc.; Authors: Jessica Catalan, with John Compton, Vanessa Hoskins, James Jacobs, Randy Price, and Linda Zayas-Palmer.

**Pathfinder #196: The Summer That Never Was**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #196: The Summer That Never Was*** © 2023, Paizo Inc.; Authors: Sen H.H.S, with James Jacobs.

**Pathfinder #197: Let the Leaves Fall**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #197: Let the Leaves Fall*** © 2023, Paizo Inc.; Authors: Joan Hong with James Jacobs, Tan SHao Han, and Grady Wang

**Pathfinder #198: No Breath to Cry**

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #198: No Breath to Cry*** © 2023, Paizo Inc.; Authors: Dan Cascone and Eleanor Ferron, with Jeremy Blum, Dana Ebert, Joshua Kim, and Michelle Kim

#### Pathfinder #199: To Bloom Below the Web

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #199: To Bloom Below the Web*** © 2024, Paizo Inc.; Authors: Liane Merciel, with Jeremy Blum, Joshua Kim, and Michelle Kim.

#### Pathfinder #200: Seven Dooms for Sandpoint

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure Path #200: Seven Dooms for Sandpoint*** © 2024, Paizo Inc.; Author: James Jacobs

#### Pathfinder #201: Pactbreaker

***Pathfinder Adventure Path #201: Pactbreaker*** © 2024, Paizo Inc.; Authors: Andrew White, with John Compton, Josh Foster, and Diego Valdez.

#### Pathfinder #202: Severed at the Root

***Pathfinder Adventure Path #202: Severed at the Root*** © 2024, Paizo Inc.; Authors: Jessica Catalan, with John Compton and Alexi Greer.

#### Pathfinder #203 Shepherd of Decay

***Pathfinder Adventure Path #203: Shepherd of Decay*** © 2024, Paizo Inc.; Authors: Mike Kimmel, with Logan Bonner, Jessica Catalan, John Compton, and Sen H.H.S.

#### Pathfinder #204: Stage Fright

***Pathfinder Adventure Path #204: Stage Fright*** © 2024, Paizo Inc.; Authors: Richard Pett, with Rue Dickey, Sasha Laranoa Harving, Katrina Hennessy, James Jacobs, Dave Nelson, and Isis Wozniakowska.

#### Pathfinder #205: Singer, Stalker, Skinsaw Man

***Pathfinder Adventure Path #205: Singer, Stalker, Skinsaw Man*** © 2024, Paizo Inc.; Authors: Kendra Leigh Speedling, with Minty Belmont, James Jacobs, Chesley Oxendine, and Isabelle Thorne.

#### Pathfinder #206: Bring the House Down

***Pathfinder Adventure Path #206: Bring the House Down*** © 2024, Paizo Inc.; Authors: Sen H.H.S.

#### Pathfinder #207: Resurrection Flood

***Pathfinder Adventure Path #207: The Resurrection Flood*** © 2024, Paizo Inc.; Authors: Brian Duckwitz, with John Compton and Michelle Y. Kim.

#### Pathfinder #208: Hoof, Cinder, and Storm

***Pathfinder Adventure Path #208: Hoof, Cinder, and Storm*** © 2024, Paizo Inc.; Authors: David Schwartz and Shay Snow, with Leo Glass and Ruvaid Virk.

#### Pathfinder #209: Destroyer's Doom

***Pathfinder Adventure Path #209: Destroyer's Doom*** © 2024, Paizo Inc.; Authors: Kendra Leigh Speedling, with John Compton, Michelle Y. Kim, and Genevieve Rudat Olejnik.

#### Pathfinder #210: Whispers in the Dirt

***Pathfinder Adventure Path #210: Whispers in the Dirt*** © 2025, Paizo Inc.; Authors: Jason Bulmahn, with James Jacobs, Michelle Y. Kim, Grady Wang, Scott D. Young.

#### Pathfinder #211: The Secret of Deathstalk Tower

***Pathfinder Adventure Path #211: The Secret of Deathstalk Tower*** © 2025, Paizo Inc.; Authors: James Jacobs with Aoife Ester and Linda Zayas-Palmer.

#### Pathfinder #212: A Voice in the Blight

***Pathfinder Adventure Path #212: A Voice in the Blight*** © 2025, Paizo Inc.; Authors: Rigby Bendele, with James Jacobs.

#### Pathfinder #213: Thirst for Blood

***Pathfinder Adventure Path #213: Thirst for Blood*** © 2025, Paizo Inc.; Authors: Luis Loza, with Brian Bauman, Adam Daigle, and Jim Groves.

### Pathfinder #214: The Broken Palace

***Pathfinder Adventure Path #214: The Broken Palace*** © 2025, Paizo Inc. Author: James Jacobs.

### Pathfinder #215: To Blot Out the Sun

***Pathfinder Adventure Path #215: To Blot Out the Sun*** © 2025, Paizo Inc.; Author: Jessica Catalan.

### Pathfinder #216: The Acropolis Pyre

***Pathfinder Adventure Path #216: The Acropolis Pyre*** © 2025, Paizo Inc.; Authors: John Compton and Kendra Leigh Speedling, with Adam Daigle

### Pathfinder #217: Death Sails a Wine-Dark Sea

***Pathfinder Adventure Path #217: Death Sails a Wine-Dark Sea*** © 2025, Paizo Inc.; Authors: Brian Duckwitz, with Rigby Bendele and John Compton.

### Pathfinder #218: Titanbane

***Pathfinder Adventure Path #218: Titanbane*** © 2025, Paizo Inc.; Authors: Dave Nelson, with Rigby Bendele, John Compton, James Jacobs, Erik Mona, and Jack Wery.

### Pathfinder #222: Hellbreakers

Pathfinder Adventure Path #222: Hellbreakers © 2026, Paizo Inc.; Authors: Sen H.H.S., Jason Keeley, and Jacob W. Michaels, with Eren Ahn, Joseph Blomquist, Matthew Fu, Michelle Y. Kim, Lynne M. Meyer, Kienna Shaw, and TAN Shao Han.

### Pathfinder #223: Hell's Destiny

**Pathfinder Adventure Path #223: Hell's Destiny** © 2026, Paizo Inc.; Authors: Rigby Bendele, Michael Bramnik, Jason Keeley, and Cole Kronewitter, with John Compton, John Curtin, Joshua Foster, and Collette Quach.

### Pathfinder Adventure Path #219: Lord of the Trinity Star

***Pathfinder Adventure Path #219: Lord of the Trinity Star*** © 2025, Paizo Inc.; Authors: Michelle Y. Kim, with Jeremy Corff, Steven T. Helt, James Jacobs, and Erin Roberts.

### Pathfinder Adventure Path #220: Crypt of Runes

***Pathfinder Adventure Path #220: Crypt of Runes*** © 2025, Paizo Inc. Authors: Bill Fischer, with Laura Lynn Horst and Greg A. Vaughan.

### Pathfinder Game Night: Dawn of the Frogs (Deluxe Adventure)

***Pathfinder Game Night: Dawn of the Frogs*** © 2025, Paizo Inc.; Author: Jason Bulmahn.

### Pathfinder Seven Dooms for Sandpoint Player's Guide

***Pathfinder Seven Dooms for Sandpoint Player's Guide*** © 2024, Paizo Inc.; Authors: James Jacobs.

### Pathfinder Special: Fumbus

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Designers: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. **Pathfinder Special: Fumbus** © 2021, Paizo Inc.; Authors: Jessica Catalan, Michael Sayre, and Fred Van Lente

### PFS Guide

***The Book of Fiends*** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb.
***Armies of the Abyss*** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
***The Avatar's Handbook*** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
***Book of the Righteous*** © 2002, Aaron Loeb.
***Legions of Hell*** © 2001, Green Ronin Publishing; Author: Chris Pramas.
***The Unholy Warrior's Handbook*** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.
**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Dragon, Faerie from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Brian Jaeger and Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Pathfinder Society Guide*** © 2020, Paizo Inc.; Authors: Kate Baker, James Case, John Compton, Vanessa Hoskins, Mike Kimmel, Ron Lundeen, Dennis Muldoon, kieran t. newton, Michael Sayre, Clark Valentine, Tonya Woldridge, and Linda Zayas-Palmer

### PFS Quest #10: The Broken Scales

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.

***Pathfinder Society Quest #10: The Broken Scales*** © 2020, Paizo Inc.; Amber Stewart.

### PFS Quest #2: Unforgiving Fire

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Society Quest #2: Unforgiving Fire** © 2019, Paizo Inc.; Author: Leo Glass.

### PFS Quest #5: The Dragon Who Stole Evoking Day

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Society Quest #5: The Dragon Who Stole Evoking Day** © 2019, Paizo Inc.; Author: Luis Loza.

### PFS Scenario #1-03: Escaping the Grave

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Society Scenario #1–03: Escaping the Grave** © 2019, Paizo Inc.; Author: Adrian Ng.

### PFS Scenario #1-15: The Blooming Catastrophe

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Society Scenario #1–15: The Blooming Catastrophe** © 2020, Paizo Inc.; Author: Mikhail Rekun.

### PFS Scenario #1-17: The Perennial Crown Part 2, The Thorned Monarch

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Society Scenario #1–17: The Perennial Crown Part 2: The Thorned Monarch** © 2020, Paizo Inc.; Author: Alexander Augunas.

### PFS Scenario #1-19: Iolite Squad Alpha

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Society Scenario #1–19: Iolite Squad Alpha** © 2020, Paizo Inc.; Author: Mike Kimmel.

### PFS Scenario #1-24: Lightning Strikes, Stars Fall

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Society Scenario #1–24: Lightning Strikes, Stars Fall** © 2020, Paizo Inc.; Author: Vanessa Hoskins

### PFS Scenario #7-01: Intro to the Year of Battle's Spark: Enough is Enough

***Pathfinder Society #7-01: Intro to the Year of Battle's Spark: Enough is Enough*** © 2025, Paizo Inc. Authors Matt Duval.
***Pathfinder Society #7-01: Intro to the Year of Battle's Spark: Enough is Enough*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-02: Shipyard Sabotage

***Pathfinder Society Scenario #7-02: Shipyard Sabotage*** ©2025, Paizo Inc. Author: Hilary Moon Murphy.
***Pathfinder Society Scenario #7-02: Shipyard Sabotage*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-03: A Foot in the Door

***Pathfinder Society Scenario #7-03: A Foot in the Door*** © 2025, Paizo Inc. Author: Jay Scott.
***Pathfinder Society Scenario #7-03: A Foot in the Door*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-04: Sulfuric Negotiations

***Pathfinder Society Scenario #7-04: Sulfuric Negotiations*** © 2025, Paizo Inc. Author: Matt Morris.
***Pathfinder Society Scenario #7-04: Sulfuric Negotiations*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-05: Battle of the Thorns

***Pathfinder Society Scenario #7-05: Battle of the Thorns*** © 2025, Paizo Inc. Author: Christopher Wasko.
***Pathfinder Society Scenario #7-05: Battle of the Thorns*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-06: Brastlewark at War Part 1: The Gnome Defection

***Pathfinder Society Scenario #7-06: Brastlewark at War Part 1: The Gnome Defection*** © 2025, Paizo Inc. Author: Elizabeth V Nold.
***Pathfinder Society Scenario #7-06: Brastlewark at War Part 1: The Gnome Defection*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-07: Draconic Folly

***Pathfinder Society Scenario #7-07: Draconic Folly*** © 2025, Paizo Inc. Author: Tineke Bolleman.
***Pathfinder Society Scenario #7-07: Draconic Folly*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-08: The Haunted Corridor

***Pathfinder Society Scenario #7-08: The Haunted Corridor*** © 2025, Paizo Inc. Author: John Curtin.
***Pathfinder Society Scenario #7-08: The Haunted Corridor*** © 2025, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-09: The Chitterwood Walks, Part 1: Scrambling the Tribes

***Pathfinder Society Scenario #7-09: The Chitterwood Walks, Part 1: Scrambling the Tribes*** © 2026, Paizo Inc. Author: Genevieve Rudat Olejnik.
***Pathfinder Society Scenario #7-09: The Chitterwood Walks, Part 1: Scrambling the Tribes*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-11: The Darkness Within

***Pathfinder Society Scenario #7-11: The Darkness Within*** © 2026, Paizo Inc. Author: Letterio Mammoliti.
***Pathfinder Society Scenario #7-11: The Darkness Within*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-12: The Chitterwood Walks, Part 2: The Battle of Logas

***Pathfinder Society Scenario #7-12: The Chitterwood Walks, Part 2: The Battle of Logas*** © 2026, Paizo Inc. Author: Randal Meyer.
***Pathfinder Society Scenario #7-12: The Chitterwood Walks, Part 2: The Battle of Logas*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-13: Ancient Beyond Imagining

***Pathfinder Society Scenario #7-13: Ancient Beyond Imagining*** © 2026, Paizo Inc. Author: Bill Fischer.
***Pathfinder Society Scenario #7-13: Ancient Beyond Imagining*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-14: Brastlewark at War, Part 2: The Gnome Liberation

***Pathfinder Society Scenario #7-14: Brastlewark at War, Part 2: The Gnome Liberation*** © 2026, Paizo Inc. Author: Shan Wolf.
***Pathfinder Society Scenario #7-14: Brastlewark at War, Part 2: The Gnome Liberation*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-15: Within Antiquated Halls

***Pathfinder Society Scenario #7-15: Within Antiquated Halls*** © 2026, Paizo Inc. Author: Brite Cheney.
***Pathfinder Society Scenario #7-15: Within Antiquated Halls*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-16: A Star's Journey

***Pathfinder Society Scenario #7-16: A Star's Journey*** © 2026, Paizo Inc. Author: Adam Wright.
***Pathfinder Society Scenario #7-16: A Star's Journey*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-17: Perch of Liberty

***Pathfinder Society Scenario #7-17: Perch of Liberty*** © 2026, Paizo Inc. Author: Marlowe Miller.
***Pathfinder Society Scenario #7-17: Perch of Liberty*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-18: Freedom on the Sea

***Pathfinder Society Scenario #7-18: Freedom on the Sea*** © 2026, Paizo Inc. Author: Allie Bustion.
***Pathfinder Society Scenario #7-18: Freedom on the Sea*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

#### PFS Scenario #7-19: The Lost Legacy

***Pathfinder Society Scenario #7-19: The Lost Legacy*** © 2026, Paizo Inc. Author: Glen Parnell.
***Pathfinder Society Scenario #7-19: The Lost Legacy*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other

trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-20: The Strings of Hell

***Pathfinder Society Scenario #7-20: The Strings of Hell*** © 2026, Paizo Inc. Author: Zuriel Wilburn-White.
***Pathfinder Society Scenario #7-20: The Strings of Hell*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-21: The Home of Empty Breath

***Pathfinder Society Scenario #7-21: The Home of Empty Breath*** © 2026, Paizo Inc. Author: Carlos Cabrera.
***Pathfinder Society Scenario #7-21: The Home of Empty Breath*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### PFS Scenario #7-22: The Handmaiden's Gaze

***Pathfinder Society Scenario #7-22: The Handmaiden's Gaze*** © 2026, Paizo Inc. Author: Hilary Moon Murphy.
***Pathfinder Society Scenario #7-22: The Handmaiden's Gaze*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, Starfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### Player Core

***Pathfinder Player Core*** © 2023 Paizo Inc., Designed by Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. Authors: Alexander Augunas, Kate Baker, Logan Bonner, Jason Bulmahn, Carlos Cabrera, Calder CaDavid, James Case, Eleanor Ferron, Steven Hammond, Joan Hong, Vanessa Hoskins, James Jacobs, Jenny Jarzabski, Erik Keith, Dustin Knight, Lyz Liddell, Luis Loza, Patchen Mortimer, Dennis Muldoon, Stephen Radney-MacFarland, Mikhail Rekun, David N. Ross, Michael Sayre, Mark Seifter, Kendra Leigh Speedling, Mark Thompson, Clark Valentine, Andrew White, Landon Winkler, and Linda Zayas-Palmer

### Player Core 2

***Pathfinder Player Core 2*** © 2024, Paizo Inc.; Authors: Amirali Attar Olyaee, Alexander Augunas, Brian Bauman, Joshua Birdsong, Logan Bonner, Jason Bulmahn, James Case, Jessica Catalan, John Compton, Paris Crenshaw, Jesse Decker, Eleanor Ferron, Fabby Garza Marroquín, Steven Hammond, Sasha Laranoa Harving, Joan Hong, Nicolas Hornyak, Vanessa Hoskins, James Jacobs, Jason Keeley, Dustin Knight, Avi Kool, Lyz Liddell, Nicolas Logue, Luis Loza, Ron Lundeen, Patchen Mortimer, Stephen Radney-MacFarland, Jessica Redekop, Mikhail Rekun, Alex Riggs, David N. Ross, Michael Sayre, Mark Seifter, Owen K.C. Stephens, Jason Tondro, Clark Valentine, Andrew White, Landon Winkler, and Tonya Woldridge.

### Prey for Death

***Prey for Death*** © 2024, Paizo Inc.; Authors: Vanessa Hoskins, James Jacobs, Nicolas Logue, and Robert G. McCreary.

### Quest for the Frozen Flame Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Quest for the Frozen Flame Player's Guide*** © 2022, Paizo Inc.; Author: Patrick Renie.

### Rage of Elements

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Rage of Elements*** © 2023, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, James Case, Jessica Catalan, Andrew D. Geels, Sen H.H.S., Patrick Hurley, Jason Keeley, Luis Loza, Mark Moreland, Jonathan Morgantini, AJ Neuro, Jessica Redekop, Solomon St. John, Michael Sayre, Mark Seifter, Shahreena Shahrani, Shay Snow, Levi Steadman, Mari Tokuda, Ruvaid Virk, Andrew White, and Linda Zayas-Palmer.

### Revenge of the Runelords Player's Guide

***Pathfinder Revenge of the Runelords Player's Guide*** © 2025, Paizo Inc.; Author: James Jacobs

### Rival Academies

**Pathfinder Lost Omens Rival Academies** © 2025, Authors: Joshua Birdsong, Sharang Biswas, Jeremy Blum, Jessica Catalan, Carlos Cisco, Aoife Ester, Laura Lynn Horst, Stephanie Lundeen, Mahpiya, Andrew Mullen, Collette Quach, Mikhail Rekun, Erin Roberts, Mark Seifter, Navaar Seik-Jackson, Shahreena Shahrani, Kendra Leigh Speedling, Gina Susanna, Tan Shao Han, Esther Wallace, and Landon Winkler

### Rusthenge

**The Book of Fiends** © 2003, Green Ronin Publishing; Authors: Aaron Loeb, Erik Mona, Chris Pramas, and Robert J. Schwalb.
**Armies of the Abyss** © 2002, Green Ronin Publishing; Authors: Erik Mona and Chris Pramas.
**The Avatar's Handbook** © 2003, Green Ronin Publishing; Authors: Jesse Decker and Chris Thomasson.
**Book of the Righteous** © 2002, Aaron Loeb.
**Legions of Hell** © 2001, Green Ronin Publishing; Author: Chris Pramas.
**The Unholy Warrior's Handbook** © 2003, Green Ronin Publishing; Author: Robert J. Schwalb.

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: Rusthenge*** © 2023, Paizo Inc.; Author: Vanessa Hoskins.

### Season of Ghosts (Hardcover)

***Pathfinder Season of Ghosts Adventure Path*** © 2026 Paizo Inc., Authors: Dan Cascone, Eleanor Ferron, Sen H.H.S., Joan Hong, and Liane Merciel, with Jeremy Blum, Dana Ebert, James Jacobs, Joshua Kim, Michelle Y. Kim, Tan Shao Han, and Grady Wang.

### Season of Ghosts Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Season of Ghosts Player's Guide*** © 2023, Paizo Inc.; Authors: James Jacobs and Sen H.H.S.

### Secrets of Magic

**Angel, Monadic Deva from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Angel, Movanic Deva from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Daemon, Guardian from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian McDowall.
**Daemon, Piscodaemon from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Demon, Nabasu from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Demon, Shadow from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Neville White.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Secrets of Magic*** © 2021, Paizo Inc.; Authors: Amirali Attar Olyaee, Kate Baker, Minty Belmont, Logan Bonner, James Case, Jessica Catalan, John Compton, Katina Davis, Jesse Decker, Chris Eng, Eleanor Ferron, Leo Glass, Joan Hong, Vanessa Hoskins, Jason Keeley, Joshua Kim, Luis Loza, Ron Lundeen, Liane Merciel, David N. Ross, Ianara Natividad, Chesley Oxendine, Stephen Radney-MacFarland, Shiv Ramdas, Mikhail Rekun, Simone D. Sallé, Michael Sayre, Mark Seifter, Sen H.H.S., Shay Snow, Kendra Leigh Speedling, Tan Shao Han, Calliope Lee Taylor, Mari Tokuda, Jason Tondro, Clark Valentine, Ruvaid Virk, Andrew White, Landon Winkler, Tonya Woldridge, and Isis Wozniakowska.

### Shades of Blood Player's Guide

***Pathfinder Shades of Blood Player's Guide*** © 2025, Paizo Inc.; Authors: Adam Daigle, Bill Fischer, Josh Foster, and Jim Groves

### Shadows at Sundown

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: Shadows at Sundown*** © 2022, Paizo Inc.; Author: Landon Winkler.

### Shining Kingdoms

***Pathfinder Lost Omens Shining Kingdoms*** © 2025, Authors: Dan Cascone, Caryn DiMarco, Sen H.H.S., Laura Lynn Horst, Michelle Y. Kim, Stephanie Lundeen, Derry Luttrell, Matt Morris, Collette Quach, Gina Susanna, Esther Wallace, and Andrew White.

### Sky King's Tomb Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Sky King's Tomb Player's Guide*** © 2023, Paizo Inc.; Authors: John Compton and Crystal Frasier.

### Spore War Player's Guide

***Pathfinder Spore War Player's Guide*** © 2025, Paizo Inc.; Authors: James Jacobs and Michelle Y. Kim.

### Stolen Fate Player's Guide

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Stolen Fate Player's Guide*** © 2023, Paizo Inc.; Authors: James Jacobs.

### Strength of Thousands Player's Guide

**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Strength of Thousands Player's Guide*** © 2021, Paizo Inc.; Author: Ron Lundeen.

### The Enmity Cycle

**Daemon, Guardian from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Ian McDowall.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: The Enmity Cycle*** © 2023, Paizo Inc.; Author: Brian Duckwitz.

### The Fall of Plaguestone

**Pathfinder Adventure: The Fall of Plaguestone** © 2019, Paizo Inc.; Author: Jason Bulmahn.

### The Mwangi Expanse

**Basidirond from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Demon, Nabasu from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Froghemoth from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Grippli from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Yellow Musk Creeper from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Albie Fiore.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens The Mwangi Expanse*** © 2021, Paizo Inc.; Authors: Laura-Shay Adams, Mariam Ahmad, Jahmal Brown, Misha Bushyager, Alexandria Bustion, Duan Byrd, John Compton, Sarah Davis, Naomi Fritts, Kent Hamilton, Sasha Laranoa Harving, Gabriel Hicks, TK Johnson, Michelle Jones, Joshua Kim, Travis Lionel, Ron Lundeen, Stephanie Lundeen, Hillary Moon Murphy, Lu Pellazar, Mikhail Rekun, Nate Wright, and Jabari Weathers.

### The Slithering

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
**Pathfinder Adventure: The Slithering** © 2020, Paizo Inc.; Author: Ron Lundeen.

### Things Go to Hell

***Pathfinder Adventure: Things Go to Hell*** © 2026, Paizo Inc. Author: Josh Foster.
***Pathfinder Adventure: Things Go to Hell*** © 2026, Paizo Inc. Paizo, the Paizo golem, Pathfinder, and other trademarks owned by Paizo are property of Paizo Inc. All rights reserved.

### Threshold of Knowledge

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: Threshold of Knowledge*** © 2021, Paizo Inc.; Authors: Ron Lundeen, Jabari Weathers

### Tian Xia Character Guide

***Pathfinder Lost Omens Tian Xia Character Guide*** © 2024, Paizo Inc.; Authors: Eren Ahn, Jeremy Blum, Logan Bonner, Alyx Bui, James Case, Banana Chan, Rick Chia, Hiromi Cota, Dana Ebert, Eleanor Ferron, Basheer Ghouse, John Godek III, Sen H.H.S., Joan Hong, Daniel Kwan, Jacky Leung, Jesse J. Leung, Monte Lin, Jessie "Aki" Lo, Adam Ma, Ashley Moni, Collette Quach, Christopher Rondeau, Joaquin Kyle "Makapatag" Saavedra, Michael Sayre, Shahreena Shahrani, Kienna Shaw, Philip Shen, Tan Shao Han, Mari Tokuda, Ruvaid Virk, Viditya Voleti, Grady Wang, and Jay Zhang

### Tian Xia World Guide

***Pathfinder Lost Omens Tian Xia World Guide*** © 2024, Paizo Inc.; Authors: Eren Ahn, Jeremy Blum, Alyx Bui, James Case, Banana Chan, Connie Chang, Rick Chia, Hans Chun, Theta Chun, Hiromi Cota, Dana Ebert, Basheer Ghouse, John Godek III, Sen H.H.S., Joan Hong, Michelle Jones, Joshua Kim, Daniel Kwan, Dash Kwiatkowski, Jacky Leung, Jesse J. Leung, Monte Lin, Luis Loza, Adam Ma, Liane Merciel, Ashley Moni, Kevin Thien Vu Long Nguyen, Andrew Quon, Danita Rambo, K Arsenault Rivera, Christopher Rondeau, Joaquin Kyle "Makapatag" Saavedra, Kienna Shaw, Philip Shen, Tan Shao Han, Mari Tokuda, Ruvaid Virk, Viditya Voleti, Grady Wang, Emma Yasui, and Jay Zhang

### Travel Guide

**Genie, Marid from the *Tome of Horrors Complete*** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Lost Omens Travel Guide*** © 2022, Paizo Inc.; Authors: Rigby Bendele, Katina Davis, Dana Ebert, Dustin Knight, Aaron Lascano, Ron Lundeen, Stephanie Lundeen, Ianara Natividad, Dave Nelson, Jessica Redekop, Nathan Reinecke, Mikhail Rekun, Erin Roberts, Simone Sallé, and Diego Valdez.

### Treasure Vault

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Treasure Vault*** © 2023, Paizo Inc.; Authors: Michael Sayre, Mark Seifter, Kendra Leigh Speedling, Logan Bonner, Dan Cascone, Jessica Catalan, Kim Frandsen, Andrew Geels, Steven Hammond, Sen H.H.S., Joshua Kim, Dustin Knight, Luis Loza, Jacob W. Michaels, Matt Morris, Dave Nelson, Stephen Radney-McFarland, Jessica Redekop, Andrew Stoeckle, Mari Tokuda, and Andrew White.

### Treasure Vault (Remastered)

***Pathfinder Treasure Vault (Remastered)*** © 2025, Paizo Inc.; Authors: Michael Sayre, Mark Seifter, and Kendra Leigh Speedling, with Logan Bonner, Dan Cascone, Jessica Catalan, Kim Frandsen, Andrew Geels, Sen H.H.S., Steven Hammond, Joshua Kim, Dustin Knight, Luis Loza, Jacob W. Michaels, Matt Morris, Dave Nelson, Stephen Radney-McFarland, Jessica Redekop, Andrew Stoeckle, Mari Tokuda, and Andrew White.

### Triumph of the Tusk Player's Guide

***Pathfinder Triumph of The Tusk Player's Guide*** © 2024, Paizo Inc.; Authors: John Compton and Michelle Y. Kim.

### Troubles in Grayce

**Pathfinder Adventures: Troubles in Grayce** © 2026, Paizo Inc.; Authors: Joseph Blomquist, Bill Fischer, Mikko Kallio, Jason Keeley, Quinn Murphy, and Solomon St. John, with Adam Daigle and James Jacobs

### Troubles in Otari

***Pathfinder Core Rulebook (Second Edition)*** © 2019, Paizo Inc.; Authors: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter.
***Pathfinder Adventure: Troubles in Otari*** © 2020, Paizo Inc.; Authors: Jason Keeley, Lyz Liddell, and Ron Lundeen.

### Wake the Dead #1

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Designers: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. **Pathfinder: Wake the Dead #1** © 2023, Paizo Inc.; Authors: Mikhail Rekun and Fred Van Lente.

### Wake the Dead #2

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Designers: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. **Pathfinder: Wake the Dead #2** © 2023, Paizo Inc.; Authors: Mikhail Rekun and Fred Van Lente.

### Wake the Dead #3

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Designers: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. **Pathfinder: Wake the Dead #3** © 2023, Paizo Inc.; Authors: Mikhail Rekun and Fred Van Lente.

### Wake the Dead #4

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Designers: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. **Pathfinder: Wake the Dead #4** © 2023, Paizo Inc.; Authors: Mikhail Rekun and Fred Van Lente.

### Wake the Dead #5

**Pathfinder Core Rulebook (Second Edition)** © 2019, Paizo Inc.; Designers: Logan Bonner, Jason Bulmahn, Stephen Radney-MacFarland, and Mark Seifter. **Pathfinder: Wake the Dead #5** © 2023, Paizo Inc.; Authors: Mikhail Rekun and Fred Van Lente.

### War of Immortals

***War of Immortals*** © 2024, Paizo Inc.; Authors: James Case, Liane Merciel, and Michael Sayre. Additional writing by Jessica Catalan, Matt Chapmond, Steven Hammond, Steven T. Helt, Brent Holtsberry, Jason Keeley, Michelle Y. Kim, Luis Loza, Erik Mona, AJ Neuro, Joaquin Kyle "Makapatag" Saavedra, Tony Saunders, Andrew Stoeckle, Greg A. Vaughan, and Ruvaid Virk.

### War of Immortals Alternate Mythic Rules

***War of Immortals*** © 2024, Paizo Inc.; Authors: Michael Sayre

### Wardens of Wildwood Players Guide

***Pathfinder Wardens of Wildwood Player's Guide*** © 2024, Paizo Inc.; Authors: John Compton and Michelle Y. Kim.

#### World Guide

**Genie, Marid from the Tome of Horrors Complete** © 2011, Necromancer Games, Inc., published and distributed by Frog God Games; Author: Scott Greene, based on original material by Gary Gygax.
**Pathfinder Lost Omens World Guide (Second Edition)** © 2019, Paizo Inc.; Authors: Tanya DePass, James Jacobs, Lyz Liddell, Ron Lundeen, Liane Merciel, Erik Mona, Mark Seifter, James L. Sutter.