# EXHIBIT 20

ABOUT CONTACT PUBLISHING

COLUMNS NEWS & MORE REVIEWS TOOLS SYSTEMS SETTINGS STORE

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok

# ABOUT

Tribality is a multiple-author blog and two-time ENnie nominated website that officially started on October 1st, 2014. We cover a wide range of topics related to tabletop gaming, including tabletop RPG games and board games. Our content includes exciting news, upcoming events, crowdfunding projects, and our own campaign adventures. For our RPG content, we focus on providing gamemaster perspectives with insights on homebrew creations, upcoming events, and campaign adventures. We aim to provide helpful and lighthearted insights that will enhance your tabletop gaming experience.

We started Tribality because we are passionate about sharing our knowledge and enthusiasm for tabletop RPGs and board games with others. We hope that you will find our content engaging and enjoyable, and that you will continue to visit us for the latest news and insights in the tabletop gaming world.

## Tribality Authors

### Michael Long

Mike's Articles

I was first introduced to Role Playing games with Tom Moldvay's Basic box set that my dad bought me. I read through it, but didn't really catch on without someone to show me how to play. However, once I was able to sit down and read Keep on the Borderlands, colored in the numbers on the dice, and asked my friends to play, I became the Dungeon Master and have been running games ever since.

Many years later, I met Shawn on Roll20, where he was running some games. In July 2014, I created a D&D 5th edition fan page on Facebook and was sharing a lot of news and my home-brew creations. Shawn suggested that I could be sharing this on my own website, and offered to create a forum for me to share news, ideas, and links. He gave me access to a WordPress site and the rest is history.

### Shawn Ellsworth

Shawn's Articles

Shawn (along with Michael Long) is the co-founder of Tribality.com, creator of the Vodari campaign, a mithril-selling author on DriveThruRPG, and web designer. Shawn first got into tabletop RPGs via Dragonlance. He is currently the GM for a D&D 5th edition campaign set in his original Seas of Vodari setting. Recently, Shawn has run campaigns in Golarion, Nentir Vale, Eberron and the Forgotten Realms. He's also run shorter campaigns and one-shots in the Legend of Zelda's Hyrule, Adventure Time's Ooo, and a steampunk version of 19th century America. Shawn loves running heroic games with NPCs who have horrible and inconsistent accents. A couple of times a year, Shawn gets to be a player and hogs the spotlight, splits the party, murders key NPCs, and other nonsense he's learned from his players.

### Brandes Stoddard

Brandes' Articles

Brandes Stoddard enjoys games of many kinds: video, tabletop, board, card, and live-action games. He ran Dust to Dust, a fantasy LARP in Georgia, and works in freelance game design and writing. Brandes is a freelance game designer/writer and fantasy LARPer. He has worked on past projects for Wizards of the Coast, Kobold Press, Rite Publishing, Atomic Overmind, Pegasus Spiele, ENworld's EN5ider, Tribality's Seas of Vodari, and others. He blogs about games at https://www.brandesstoddard.com. Follow him on Twitter @BrandesStoddard.

GGBET

Slotozilla




## D&D 5E REVIEWS

- Bigby Presents: Glory of the Giants
- Dragonlance – Shadow of the Dragon Queen
- Mordenkainen Presents: Monsters of tl Multiverse
- Fizban's Treasury of Dragons Breakdow
- Strixhaven: A Curriculum of Chaos
- The Wild Beyond the Witchlight

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Tomas' interest in D&D grew so deep he decided to share his knowledge. Right now he is studying to become a software engineer and game designs as a hobby. This led him to discover how to mix all the things he loves doing in order to improve his game mastering. Right now, besides D&D, he is trying to discover new TTRPGs to try out. Follow him on Twitter @TGimenezrGM

### Kevin Victor Rae

Kevin's Articles

Kevin has been playing Dungeons & Dragons for over 15 years. His very first character was an elf ranger named Aust who was driven insane by a bad die roll. In addition to DM'ing, Kevin is a queer writer and artist with a particular love for creating and consuming queer science fiction and fantasy. Catch him on Instagram and Twitter @kv_rae

### Bianca Bickford

Bianca's Articles

Bianca Bickford is a Hispanic geek living deep in the Heart of Texas. She writes and edits D&D/OGL 5E adventures and contributes to best-selling DMs Guild and Wizards of the Coast Adventurers League modules. Bianca is an experienced Dungeon Master and runs one-shot adventures for girls ages 9 to 12 to introduce them to the imaginative world of Dungeons & Dragons. (@BiancaBickford)

## Tribality Past Notable Authors

### A.A. Amirault

Al's Articles

A. A. Amirault has been involved with D&D for 19 years as both a player and a DM. A graduate of Dalhousie University, he holds a double major with honors in History and Theatre. He currently lives in Halifax, Nova Scotia, Canada. In addition to this page, you can check out the Role Initiative Podcast at http://roleinitiative.podbean.com

### Colin McLaughlin

Colin's Articles

Colin McLaughlin plays a lot of games: board, card, live-action, tabletop, video, whatever really. He will argue vehemently if you suggest that Ghostbusters isn't the best movie of all time. He blogs about this stuff at http://standsinfire.wordpress.com. Follow him on Twitter @standsinthefire.

### J.M. Perkins

J.M's Articles

Action horror writer and freelance game designer J.M. Perkins is strict vegan alternative health worker by day, carnivorous hard living husband/father by night. (He knows, he confuses himself too.) He's got over 20 short stories and a novel in print and you can learn more about him via his website www.jmperkins.com. If you'd like to support his writing, check out his short story collection Love, Werewolves & Algorithms, you can even name your own price at Smashwords!

### Rich Howard

Rich's Articles

Rich Howard's obsession with gaming started 35 years ago when his older brother finally let him

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

**Samara Duncan**

Samara's Articles

Samara Duncan is generally either coding or gaming, with an occasional break for eating and sleeping. She believes that anything is better when it is covered in chibi skulls. When not rambling about Mobile Frame Zero here, she can be found rambling about code and life in general on her personal blog, oneangrypenguin.com.

## Write for Tribality

We are always looking for writers. Please visit our Submissions page for details.

Tasha's Cauldron of Everything
Icewind Dale: Rime of the Frostmaider
Mythic Odysseys of Theros
Explorer's Guide to Wildemount
Eberron: Rising from the Last War
Baldur's Gate: Descent into Avernus
Ghosts of Saltmarsh
Guildmasters' Guide to Ravnica
Waterdeep: Dungeon of the Mad Mage
Waterdeep: Dragon Heist
Mordenkainen's Tome of Foes
Xanathar's Guide to Everything
Volo's Guide to Monsters
Sword Coast Adventurer's Guide
Tomb of Annihilation
Tales from the Yawning Portal

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Curse of Strahd

Rage of Demons: Out of the Abyss

Elemental Evil: Princes of the Apocalypse

Tyranny of Dragons




## WHAT IS TRIBALITY?

Tribality.com is an ENnie nominated webs which provides a collection of advice, homebrews, tools, research, news and ot fun tabletop RPG stuff for Gamemasters a Players.

ABOUT CONTACT

REQUEST AN ARTICLE

WRITE FOR TRIBALITY

ADVERTISE ON TRIBALITY

PUBLISHING!!

## TRIBALITY PUBLISHING

Tribality Publishing takes our best receive content and ideas and develops books. W publish via DriveThruRPG and Kickstarter. You can view our current digital titles at:

TRIBALITY PUBLISHING

DriveThruRPG.com

gambling sites not on GamStop

casinos not on gamstop

nightrush

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

## TAGS

D&D 5e | D&D | rpg | dm
world-building | dungeon-master
homebrew | unearthed-arcana
character | pathfinder
monsters | dmg
adventure-design | D&D5E
D&D 4e | combat

Best Visa Casinos USA

Bonus Bez Depozytu

gambling sites not on GamStop

non gamstop casinos

D&D Quotes

## RECENT COMMENTS

*Wyvern*
**UA 2025: The Psion Breakdown**
I'm assuming it was a typo and not intentional, b
the irony of *Spear the Dying* made me laugh.
*last year*

*Wyvern*
**UA 2025: The Psion Breakdown**
A couple more incomplete sentences: "...*amazin*
for use with a *Dominated*" and "...you don't have
use Telepathic Connection for *basic*" RE wild tale
the introduction says that "a character who...
*last year*

*Wyvern*
**UA 2025: The Psion Breakdown**
Thoughts so far: - It looks like your comments o
Psionic Backlash got cut off: "This one is **real**" Re
what? - You might find Psionic Guards more
palatable if you think of it as a *subconscious*
response. Sure, the...
*last year*

*Brandes Stoddard*
**UA 2025: The Psion Breakdown**

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

setup that you can fail a save, spend a PE die, ar
not only pass the save but be immune to...
*last year*

*Drow*
**UA 2025: The Psion Breakdown**
So few power points, why so few?? ;_; It's justifia
enough with the Soulknife and Psi Warrior, since
they've got other they can do...is it just that Psio
are theoretically casting spells more often than
using their subclass powers?...
*last year*

## TRIBALITY PUBLISHING

Tribality Publishing is now producing titles so that you can use our ideas directly into your games. You can view our current digital titles at:

TRIBALITY PUBLISHING

## FOLLOW US

COPYRIGHT 2023 TRIBALITY.COM. ALL RIGHTS RESERVED. PRIVACY POLICY. WEBSITE BY ELLSWORTH MEDIA.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.