# EXHIBIT 21

KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
COUNSELORS AT LAW
1700 BROADWAY, 16TH FLOOR
NEW YORK, NEW YORK 10019

(212) 400-4930

July 28, 2026

**VIA MAIL**
Lap-Sun Chan
kennetheng203@gmail.com
426 Saull Street
Flushing, NY 11355

Re: Your Complaint against Wizards of the Coast, LLC

Larry,

I write as counsel for Wizards of the Coast, LLC ("Wizards") to give you an opportunity to withdraw your Complaint before Wizards needs to ask the Court to sanction you for the frivolous claims you filed on June 3. I do this both because Rule 11(c)(2) of the Federal Rules of Civil Procedure requires us to give you that opportunity, and because I believe that you are a sincere creator with no wish to bring a frivolous claim, and that you filed your claim because you were genuinely upset at what you thought was wrongdoing by Wizards. I am therefore hopeful that the information in this letter – all of which is supported by easily checkable documentation – will both ease your anger and convince you to correct your mistake by withdrawing the claim.

But you should also be aware that Rule 11 – which is the Rule that requires that all complaints filed in Federal Court be based on objectively viable factual claims (your subjective beliefs about them are not relevant) - allows the Court to issue monetary sanctions against you if you insist on maintaining the Complaint in the face of the information included here. *See Ferguson v. Comm'r of Tax & Fin.*, 739 F. App'x 19, 22 (2d Cir. 2018) (*pro se* litigants are not immune to sanctions simply because they're unrepresented). That's an outcome we'd prefer to avoid.

Start with your claim that Wizards copied your "wereshark," a concept you say you developed in 2016. **Larry, the Dungeons & Dragons "wereshark" first appeared in 1983, more than 30 years earlier.** You can see the entry for it in that year's Dungeons & Dragons *Monster Manual II*. For your convenience, I've attached a copy of both the *Monster Manual II* wereshark entry and its copyright registration as Exhibit 1, **so you can verify that the D&D wereshark long predated yours, and therefore could not have been copied from yours**[1]. As I said above, I fully understand why you would be upset at the thought that a large corporation had swiped your version, so I hope that this proof that no such theft was even possible will soothe some of that upset.

Next, you should be able to see from that entry that Wizards' "wereshark" concept and your "wereshark" concept share essentially nothing in common beyond the name. The D&D

[1] Or, if you'd prefer, you can easily view the entire Monster Manual II from 1983 here: https://www.americanroads.us/DandD/ADnD_1e_Monster_Manual_II.pdf

"wereshark" is a standard lycanthropic monster, a human that can change into an animal form (here, a shark) under certain conditions (as a werewolf does under the full moon, and D&D weresharks can do in the dark) and that passes on its affliction by wounding its prey. *See* Exhibit 1. By 2001, D&D had added "hybrid form" to its lycanthropic monsters – wereboars, wererats, weresharks, and the like could shift not only from fully human to fully animal and back, but to a hybrid, human-bodied-animal-headed wereform. Exhibit 2 is a copy of the 2001 *Monster Manual* from D&D 3.5e discussing hybrid forms[2]. Weresharks in D&D can be harmed in exactly the same way other creatures can, by sword and sorcery, alchemy, and other weapons. What you created, in contrast, creatively abandoned the standard lycanthropic "shifting forms" trope to an always hybridized human-bodied-shark-headed monster with special powers that can only be harmed by magnets (After reading about it in your complaint, we watched – and enjoyed – *Neptunerise*. Ms. Michelle did a particularly good job). Even aside from the fact that Wizards had the wereshark in its bestiary decades before you came up with your version, the fact that the two monsters are not similar also should make crystal clear to you that Wizards did not copy its wereshark from you.[3]

Finally, if all that wasn't enough, **the supposedly infringing content you identified in your Complaint does not even belong to Wizards!** Your Complaint identifies three "wereshark"

---

[2] Or, if you'd rather, you can find it here: https://dtdnd.neocities.org/books/dm/MonsterManualI.pdf

[3] Larry, respectfully – even if the D&D wereshark **were** a fully-and-always-hybrid monster, like yours, that is not a concept you can own. You 100% own your own particular *expression* of that concept, and someone who writes a story about a hybrid type-wereshark empowered by the planet Uranus could be in some trouble, because they would be copying your particular expression, not just the general concept. Copyright law only protects specific expressions, not general concepts – a distinction referred to in copyright law as the "idea/expression dichotomy"; if you're interested, you can read more about that here.

For that reason, you cannot own the concept of a hybrid-form wereshark, which is a concept that also was known well before you created your version of that idea. Setting aside Wizards' own version discussed above, DC Comics' King Shark is a shark-human hybrid supervillain who made his first appearance in 2004. This is how he was depicted on the January 2007 Aquaman cover:



appearances as allegedly infringing: 1) the wereshark in *The Pirate Campaign Compendium*; 2) the wereshark included on 5esrd.com; and 3) the bludgeon ability for the wereshark listed at a Paizo Pathfinder website. None of those weresharks was published by Wizards of the Coast.

*The Pirate Campaign Compendium* is published by Legendary Games. You can see from the Legendary Games website that it is a third-party creator that publishes support content for Dungeons & Dragons. (Wizards' Open Gaming License (known in the community as the "OGL") licenses creators to, with certain limitations, publish their own material in the Dungeons & Dragons universe, using various D&D monsters and compatible with the D&D gaming system.) Wizards does not own, control, or otherwise have any relationship with Legendary Games, nor did it publish *The Pirate Campaign Compendium*. It therefore can have no legal liability for that content. To the extent that you have a complaint about the content of that book, you would need to address it to Legendary Games, not to Wizards. Obviously, we're not your attorneys and cannot give you legal advice, but, to be clear, Larry, it is our view that ***you should not do that***. For the reasons I have explained above, any copyright claim based on someone's mere use of the wereshark concept that has existed in D&D for 40 years would be frivolous, since such use ***cannot*** legally infringe your rights. And while I know you are concerned that their wereshark's electrosensitivity was copied from your wereshark's lightning weapon, electroreception is a feature of real-world sharks. So that is probably where the folks at Legendary Games got that idea from, and not from your lightning weapon.

Similarly, 5esrd.com is a fan website. It is not run by Wizards and it includes both "Official" (that is, Wizards-published) and "Open Game Content" (third-party published work) for Dungeons & Dragons. Everything I said above about Legendary Games applies equally to 5esrd.com: any complaint you have should be addressed to that website, which Wizards does not publish and has no legal responsibility for. Again, however, any such complaint would be frivolous, and it is our view that ***you should not do that***.

Finally, Paizo is an entirely separate company from Wizards. And Pathfinder is an entirely separate game from D&D, in the exact same way that Scrabble and Words With Friends are different games put out by different companies. Because Wizards and Paizo are separate companies, you simply cannot sue Wizards for something Paizo published (it would be like suing Apple over a Motorola Android phone). Again, you would need to address any complaint you have about the Pathfinder wereshark to Paizo, not to Wizards, although, again, any such complaint would be frivolous, and it is our view that ***you should not do that***.

The point here is that ***even if you somehow still think your claims have substantive merit***, you need to recognize that they have no legal merit ***when brought against Wizards***, because Wizards did not publish any of the things you are identifying as infringing.

Larry, we have a lot more sympathy here than you might expect. Your complaint makes it clear that you have been enduring a lot of health troubles of late, which can be isolating and frustrating. That you channel so much of your energy towards creative works is admirable. They say the step that stops most people attempting to make something is failing to finish, and you finished

an entire screenplay, then made a movie out of it. What's more, this seems to have been only one of your creative endeavors. My client and myself find that commendable. What they make, after all, is a tool whose primary function is to help people tell stories together. I can also empathize, then, with your feeling protective of what you made. But the lawsuit you filed is not the way to do that; it's been brought against the wrong party, and on claims that cannot win. This is your chance to turn back and let cooler heads prevail.

I recognize that you are representing yourself, and I don't assume any bad faith on your part. These issues may have been difficult to spot without legal training, and your complaint made it very clear that you drafted and filed it while under a cloud of anger and ill-feeling. Mistakes happen. But a case is frivolous when "(1) the factual contentions are clearly baseless," or (2) "the claim is based on an indisputably meritless legal theory." *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) (cleaned up). As shown in this letter, that description fits your claims.

Enclosed is a copy of a motion for sanctions that we are prepared to file. Consistent with Rule 11(c)(2), we will not file it if you withdraw the Complaint within 21 days of the date of this letter. I would genuinely encourage you to use that time to consider these issues, and — if it would help — to consult with an attorney, including through any pro-bono or legal aid resources that may be available to you. If you do not force us to file our motion and our accompanying motion to dismiss, we are plenty content to part ways congenially, but if you force us to go down this road, we will pursue our rights, remedies, and any sanctions available to us, though we will ask the Court to consider your personal situation as it assesses the *amount* of any sanction.

A copy of this letter has been emailed to your kennetheng203@gmail.com address, so you can view the attached material more easily. The web addresses for the hyperlinks in this letter are included and attached in Exhibit 3. We look forward to your anticipated cooperation and are happy to discuss the matter further if you believe that would be useful.

Sincerely,

*s/ Dylan M. Schmeyer*

Dylan M. Schmeyer
Kamerman, Uncyk, Soniker & Klein P.C.
1700 Broadway, 16th Floor
New York, NY 10019
Email: dschmeyer@kusklaw.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

LAP-SUN CHAN
Plaintiff,

-against-

WIZARDS OF THE COAST, LLC

Defendants.

C.A. NO. 1:26-CV-04680

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that, upon the Memorandum of Law in Support of their Motion to Dismiss, dated August 25, 2026, the Letter to Mr. Lap-Sun Chan, dated July 27, 2026, and the exhibits annexed thereto, and upon all the papers and proceedings had herein, Defendant Wizards of the Coast, LLC, will move this Court, at the United States Courthouse for the Southern District of New Yor located at 40 Foley Square, New York, New York, 10007, on a date and time to be designated by the Court, for an Order:

1) Granting Rule 11 sanctions against Plaintiff Lap-Sun Chan on the basis that his complaint is frivolous because:

(a) the allegedly infringing content was not published by Wizards and Plaintiff has therefore not alleged any conduct by Wizards that could subject it to liability;

(b) Wizards could not have copied the concept of a wereshark, including a human-shark hybrid wereshark, from Plaintiff, because such a monster appeared in Dungeons & Dragons long before Plaintiff claims to have invented, let alone published, his own version; and

(c) Plaintiff fails to allege any substantial similarity between Plaintiff's expression of the wereshark concept and Wizards' expression of the wereshark concept; and

2) Granting such other and further relief as the Court deems appropriate.

Dated: Date

By: */s/*____________________

Akiva M. Cohen, Esq.
KAMERMAN UNCYK SONIKER &
KLEIN P.C.
1700 Broadway
New York, New York 10019
Tel: (212) 400-4930
acohen@kusklaw.com

*Attorneys for Plaintiff*

# EXHIBIT 1

## Wereshark

FREQUENCY: Very rare
NO. APPEARING: 1
ARMOR CLASS: 0
MOVE: 12"//21"
HIT DICE: 10+3
% IN LAIR: 20% (if underwater)
TREASURE TYPE: See below
NO. OF ATTACKS: 1
DAMAGE/ATTACK: 5-20
SPECIAL ATTACKS: Nil
SPECIAL DEFENSES: Hit only by silver or *+1* or better magic weapon
MAGIC RESISTANCE: Standard
INTELLIGENCE: Low to exceptional
ALIGNMENT: Neutral evil
SIZE: L
PSIONIC ABILITY: Nil
Attack/Defense Modes: Nil/nil
LEVEL/X.P. VALUE: VII/1500 + 14/hp

Weresharks are humans inflicted with a form of lycanthropy which enables them to take shark form whenever they choose, as long as it is in darkness. Weresharks are found only in tropical areas. The human form of the creature is virtually indistinguishable from that of a normal human, although a wereshark will be large, muscular, cruel, and domineering. In shark form the creatures are huge and resemble great white sharks. They are solitary and will not hesitate to attack and devour true sharks if the mood is upon them. Weresharks have been known to establish an underwater lair in some place where sunken treasure lies so as to guard it for use in their human form. Such treasure can range from a few hundred coins to a considerable trove (such as type F). The wereshark lair will always be guarded by 2-5 normal sharks, whether or not the monster is personally present.



## MAGMAN

FREQUENCY: Very rare
NO. APPEARING: 2-24
ARMOR CLASS: 6
MOVE: 9" (6")
HIT DICE: 2
% IN LAIR: Nil
TREASURE TYPE: Nil
NO. OF ATTACKS: 1
DAMAGE/ATTACKS: 3-24
SPECIAL DEFENSES: *+1* or better weapon to hit; immune to fire-based attacks
SPECIAL ATTACKS: Combustion touch
MAGIC RESISTANCE: Standard
INTELLIGENCE: Low
ALIGNMENT: Chaotic neutral
SIZE: S (3')
PSIONIC ABILITY: Nil
Attack/Defense Modes: Nil/nil
LEVEL/X.P. VALUE: III/97 + 2/hp



The magmen are creatures of the Para-elemental Plane of Heat (see DEITIES & DEMIGODS Cyclopedia™.) Occasionally they pass into the Prime Material Plane through gaps created by the great pressure and heat of subterranean lava. The molten rock of the Prime Material Plane has a different "taste" from that on the Plane of Heat, and the magmen like to visit it to absorb its essences.

Magmen especially like to swim around in active volcanos, for when they erupt, the magmen are released to engage in their favorite sport of igniting all the combustibles they can reach. They are not very smart, but they are mischievous and love to watch creatures of the Prime Material Plane scurrying away from the flames that they themselves consider harmless.

Magmen are not really interested in fighting, but whenever they encounter a creature they will try to set it afire, just for fun. Their combustion touch ignites all the flammable items of any creature they hit, burning for 1-8 points of damage each round for 3-6 (1d4+2) rounds (plus incidental damage from flammables they may be carrying, like flasks of oil). Combustible magic items, such as scrolls, gain a save vs. normal fire. If attacked and actually hurt, a magman will run away, but if cornered, it will defend itself, striking with a molten fist for 3-24 points of damage. Fire-resistant creatures, including those protected by magical means, take only half damage. However, magmen are not easy to hurt: a *+1* or better weapon is required to hit them, but any weapon of less than a +2 bonus that contacts a magman will melt! In addition, they are immune to all fire-based attacks.

Magmen are 3-foot tall, glowing, human-shaped creatures. Small puffs of flame burst constantly from their skin, and each magman radiates heat like a small bonfire, making the area near it quite uncomfortable. Magmen are simple beings who just love to set things on fire; it never occurs to them that other creatures might be actually hurt. Magmen can stay out of lava for only 6 hours before they stiffen and become immobile. They rarely stay out more than 2 or 3 hours, as they consider anything under 1000 degrees to be cold. Magmen speak no Prime Material Plane languages.

## MANDRAGORA

FREQUENCY: Very rare
NO. APPEARING: 3-18
ARMOR CLASS: 5
MOVE: 12" (6")
HIT DICE: 1+1 or 2+2 depending on size
% IN LAIR: 45%
TREASURE TYPE: See below
NO. OF ATTACKS: 2
DAMAGE/ATTACKS: 1-4 (plus strangulation)
SPECIAL ATTACKS: See below
SPECIAL DEFENSES: See below
MAGIC RESISTANCE: 20%
INTELLIGENCE: Low to average
ALLIGNMENT: Neutral evil
SIZE: S (1'-2' tall)
PSIONIC ABILITY: Nil
Attack/Defense Modes: Nil/nil
LEVEL/X.P. VALUE: Variable

A mandragora is a vegetable creature, a thing that lurks in woodlands and preys upon unsuspecting humans. A group of mandragora typically lair in the heavy soil of a forest, favoring areas near ipp trees, briar, or willows. They develop a system of narrow burrows which enable them to attach themselves to tree roots to feed if there is no human food

Distributed to the book trade in the United States by Random House, Inc., and in Canada by Random House of Canada, Ltd.
Distributed to the toy and hobby trade by regional distributors.
Distributed in the United Kingdom by TSR (UK) Ltd.

©1983 TSR, Inc. All Rights Reserved.

ISBN 0-88038-031-4
394-53419-0TSR1200

**Project Coordinator: Marlene Weigel**
**Design Consultant: Jeff Grubb**
**Cover Artist: Jeff Easley**
**Interior Artists: Jim Holloway, Harry Quinn, Dave Sutherland, Larry Elmore**

ADVANCED DUNGEONS & DRAGONS and DRAGON are registered trademarks owned by TSR, Inc.

This module is protected under the copyright laws of the United States of America. Any reproduction or unauthorized use of the material or artwork contained herein is prohibited without the express written permission of TSR, Inc.

Printed in the United States of America

# EXHIBIT 2

**Saves:** Fort +3, Ref +1, Will +1
**Special Attacks:** —
**Special Qualities:** —
**Abilities:** Str 10, Dex 12, Con 10, Int 13, Wis 13, Cha 11
**Skills:** Craft (any one) +6, Listen +6, Spot +6, Swim +8
**Feats:** Weapon Focus (longspear)
**Environment:** Warm aquatic
**Organization:** Company (2–4), patrol (11–20 plus 2 3rd-level sergeants and 1 leader of 3rd–6th level), or tribe (30–100 plus 100 noncombatants plus 1 3rd-level sergeant per 10 adults, 5 5th-level lieutenants, and 3 7th-level captains)
**Challenge Rating:** 1/2
**Treasure:** Standard
**Alignment:** Usually neutral
**Advancement:** By character class
**Level Adjustment:** +1

*This humanoid is slender and a little shorter than a human. It has fine, yellow-green scales and large fins on its arms and legs.*

The nomadic locathahs dwell in warm coastal waters, hunting fish and gathering crustaceans for food. Although humanoid in shape, they are clearly more fish than human.

Locathahs are not particularly aggressive but do not trust surface dwellers—far too many of their kind have been swept up in fishing nets.

The average locathah stands 5 feet tall and weighs 175 pounds. Females and males look very much alike, although the former can be recognized by the two ochre stripes marking their egg sacs.

Locathahs speak Aquan.



*Locathah*

## COMBAT

Any battle with locathahs usually begins with the creatures loosing volleys of bolts from their crossbows; underwater, their crossbows have a range increment of 20 feet. If they have managed to set up an ambush or other trap, they continue to employ crossbows for as long as possible. Otherwise, they close to bring their longspears into play. Although primarily used for fishing, these spears make formidable weapons.

Locathahs lack teeth, claws, and other natural weapons, so they are not especially dangerous if unarmed. A weaponless locathah will generally turn and flee.

**Skills:** A locathah has a +8 racial bonus on any Swim check to perform some special action or avoid a hazard. It can always choose to take 10 on a Swim check, even if distracted or endangered. It can use the run action while swimming, provided it swims in a straight line.

## LOCATHAH SOCIETY

Locathah tribes usually move with each change of season, going where they can find food. They make their encampments in caves, rocky areas, or seaweed beds—locales that afford some concealment and protection. Patrols are usually hunting parties after small game, but they also keep a lookout for enemies trespassing in the tribe's hunting area. Larger patrols of locathah are sometimes found tracking big animals or engaged in similar activities. Entire tribes come together to trade or hold council.

Locathahs revere the deity Eadro, who created both them and the merfolk.

## LOCATHAH CHARACTERS

A locathah's favored class is barbarian, and most locathah leaders are barbarians. Most locathah spellcasters are adepts. Locathah clerics worship Eadro. A locathah cleric has access to two of the following domains: Animal, Protection, or Water.

# LYCANTHROPE

Lycanthropes are humanoids or giants who can transform themselves into animals. In its natural form, a lycanthrope looks like any other members of its kind, though natural lycanthropes and those who have been afflicted for a long time tend to have or acquire features reminiscent of their animal forms, such as thick, shaggy hair, pointed teeth, or long, strong fingers. In animal form, a lycanthrope resembles a powerful version of the normal animal, but on close inspection, its eyes (which often glow red in the dark) show a faint spark of unnatural intelligence.

Evil lycanthropes often hide among normal folk, emerging in animal form at night (especially under a full moon) to spread terror and bloodshed. Good lycanthropes tend to be reclusive individuals, uncomfortable around large numbers of people. They often live alone in wilderness areas, far from villages and towns.

Lycanthropy can be spread like a disease. Sometimes a lycanthrope begins life as a normal humanoid or giant who subsequently contracts lycanthropy after being wounded by a lycanthrope. Such a creature is called an afflicted lycanthrope. Other lycanthropes are born as lycanthropes, and are known as natural lycanthropes.

### Combat

A lycanthrope in its humanoid (or giant) form uses whatever tactics and weapons are favored by others of its kind, though it tends to be slightly more aggressive. A lycanthrope possesses the senses of its animal form, including scent and low-light vision, and it has a deep empathy for (and ability to communicate with) animals of its animal form. An afflicted lycanthrope damaged in combat may be overwhelmed by rage, causing it to change to its animal form involuntarily.

A lycanthrope in animal form fights like the animal it resembles, although its bite carries the disease of lycanthropy. It is preternaturally cunning and strong, and possesses damage reduction that is overcome only by silvered weapons.

Finally, a natural lycanthrope (or an afflicted lycanthrope that has become aware of its affliction) can assume a hybrid form that is a mix of its humanoid and animal forms. A hybrid has hands and can use weapons, but it can also attack with its teeth and claws. A hybrid can spread lycanthropy with its bite, and it has the same damage reduction that its animal form possesses.

## WEREBEAR

*This hulking humanoid is covered in shaggy brown fur and has long claws and a bearlike face. It carries a greataxe in one paw.*

| | Werebear, Human Form<br>Medium Humanoid<br>(Human, Shapechanger) | Werebear, Bear Form<br>Large Humanoid<br>(Human, Shapechanger) | Werebear, Hybrid Form<br>Large Humanoid<br>(Human, Shapechanger) |
|---|---|---|---|
| **Hit Dice:** | 1d8+1 plus 6d8+30 (62 hp) | 1d8+1 plus 6d8+30 (62 hp) | 1d8+1 plus 6d8+30 (62 hp) |
| | **Initiative:** | +0 | +1 +1 |
| **Speed:** | 30 ft. (6 squares) | 40 ft. (8 squares) | 30 ft. (6 squares) |
| **Armor Class:** | 15 (+2 natural, +3 studded leather armor), touch 10, flat-footed 15 | 17 (–1 size, +1 Dex, +7 natural), touch 10, flat-footed 16 | 17 (–1 size, +1 Dex, +7 natural) touch 10, flat-footed 16 |
| **Base Attack/Grapple:** | +5/+6 | +5/+18 | +5/+18 |
| **Attack:** | Greataxe +6 melee (1d12+1/×3) or throwing axe +5 ranged (1d6+1) | Claw +13 melee (1d8+9) | Greataxe +11 melee (1d12+13/×3); or claw +13 melee (1d6+9) |
| **Full Attack:** | Greataxe +6 melee (1d12+1/×3) or throwing axe +5 ranged (1d6+1) | 2 claws +13 melee (1d8+9) and bite +11 melee (2d6+4) | Claw +13 melee (1d6+9) and greataxe +9 melee (1d12+4/×3) and bite +11 melee (1d8+4) or 2 claws +13 melee (1d6+9) and bite +11 melee (1d8+4) |
| **Space/Reach:** | 5 ft./5 ft. | 10 ft./5 ft. | 10 ft./10 ft. |
| **Special Attacks:** | — | Improved grab, curse of lycanthropy | Curse of lycanthropy |
| **Special Qualities:** low-light vision, scent | Alternate form, bear empathy, damage reduction 10/silver, | Alternate form, bear empathy, damage reduction 10/silver, low-light vision, scent | Alternate form, bear empathy, low-light vision, scent |
| **Saves:** | Fort +8, Ref +5, Will +4 | Fort +12, Ref +6, Will +4 | Fort +12, Ref +6, Will +4 |
| **Abilities:** | Str 13, Dex 11, Con 12 Int 10, Wis 11, Cha 8 | Str 29, Dex 13, Con 20, Int 10, Wis 11, Cha 8 | Str 29, Dex 13, Con 20, Int 10, Wis 11, Cha 8 |
| **Skills:** | Handle Animal +3, Listen +4, Spot +4, Swim +1 | Handle Animal +3, Listen +4, Spot +4, Swim +13 | Handle Animal +3, Listen +4, Spot +5, Swim +9 |
| **Feats:** | Endurance, Iron Will[B], Multiattack, Power Attack, Run, Track[B] | (same as human form) | (same as human form) |
| **Environment:** | Cold forests | Cold forests | Cold forests |
| **Organization:** | Solitary, pair, family (3–4), or troupe (2–4 plus 1–4 brown bears) | (same as human form) | (same as human form) |
| **Challenge Rating:** | 5 | 5 | 5 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always lawful good | Always lawful good | Always lawful good |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adjustment:** | +3 | +3 | +3 |

Werebears in humanoid form tend to be stout, well-muscled, and hairy. Their brown hair is thick, and males usually wear beards. They may have reddish, blond, ivory, or black hair, matching the color of the ursine form. They dress in simple cloth and leather garments that are easy to remove, repair, or replace. In their animal form, werebears are moody and grumpy. They desire only their own company and seek out evil creatures to slay.

### Combat

Werebears fight just as brown bears do in animal form. In humanoid or hybrid form, they favor large, heavy weapons such as greataxes or greatswords. The werebear's greataxe is a Medium weapon, so it can wield the axe in one hand in hybrid form.

**Alternate Form (Su):** A werebear can assume the form of a brown bear or a bear-humanoid hybrid.

**Bear Empathy (Ex):** Communicate with bears and dire bears, and +4 racial bonus on Charisma-based checks against bears and dire bears.

**Curse of Lycanthropy (Su):** Any humanoid or giant hit by a werebear's bite attack in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

**Improved Grab (Ex):** To use this ability, a werebear must be in bear form and must hit with a claw attack. It can then attempt to start a grapple as a free action without provoking an attack of opportunity.

**Skills:** Werebears have a +4 racial bonus on Swim checks in any bear form.

The werebear presented here is a 1st-level human warrior and natural lycanthrope, using the following base ability scores: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.

## WEREBOAR

*Stocky and powerful, this fierce humanoid is covered in short, stiff fur and has boarlike tusks.*

A wereboar in humanoid form tends to be a stocky, muscular individual of average height. It dresses in simple garments that are easy to remove, repair, or replace.

### Combat

In any form, wereboars are as ferocious as normal boars. When in hybrid form, they fight with a weapon and their dangerous gore attack.

**Alternate Form (Su):** A wereboar can assume the form of a boar or a boar-humanoid hybrid.

**Boar Empathy (Ex):** Communicate with boars and dire boars, and +4 racial bonus on Charisma-based checks against boars and dire boars.

**Curse of Lycanthropy (Su):** Any humanoid or giant hit by the wereboar's gore attack in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

**Ferocity (Ex):** A wereboar is such a tenacious combatant that it continues to fight without penalty even while disabled or dying.

The wereboar presented here is a 1st-level human warrior and natural lycanthrope, using the following base ability scores: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.

## WERERAT

*Quick and feral, this humanoid is covered with matted brown fur and has a long, hairless tail. It carries a rapier in its paw, and its face is distinctly ratlike.*

| | Wereboar, Human Form<br>Medium Humanoid<br>(Human, Shapechanger) | Wereboar, Boar Form<br>Medium Humanoid<br>(Human, Shapechanger) | Wereboar, Hybrid Form<br>Medium Humanoid<br>(Human, Shapechanger) |
|---|---|---|---|
| **Hit Dice:** | 1d8+4 plus 3d8+12 (34 hp) | 1d8+4 plus 3d8+12 (34 hp) | 1d8+4 plus 3d8+12 (34 hp) |
| **Initiative:** | +0 | +0 | +0 |
| **Speed:** | 20 ft. in scale mail (4 squares); base speed 30 ft. | 40 ft. (8 squares) | 30 ft. (6 squares) |
| **Armor Class:** | 18 (+2 natural, +4 scale mail, +2 heavy shield) touch 10, flat-footed 18 | 18 (+8 natural) touch 10, flat-footed 18 | 18 (+8 natural) touch 10, flat-footed 18 |
| **Base Attack/Grapple:** | +3/+4 | +3/+6 | +3/+6 |
| **Attack:** | Battleaxe +4 melee (1d8+1/×3) or javelin +3 ranged (1d6+1) | Gore +6 melee (1d8+4) | Battleaxe +6 melee (1d8+4/×3) or claw +6 melee (1d4+3) |
| **Full Attack:** | Battleaxe +4 melee (1d8+1/×3) or | Gore +6 melee (1d8+4) javelin +3 ranged (1d6+1) | Battleaxe +6 melee (1d8+4/×3) and gore +1 melee (1d6+1); or 2 claws +6 melee (1d4+3) and gore +1 melee (1d6+1) |
| **Space/Reach:** | 5 ft./5 ft. | 5 ft./5 ft. | 5 ft./5 ft. |
| **Special Attacks:** | — | Curse of lycanthropy | Curse of lycanthropy |
| **Special Qualities:** | Alternate form, boar empathy, ferocity, low-light vision, scent | Alternate form, boar empathy, damage reduction 10/silver, ferocity, low-light vision, scent | Alternate form, boar empathy, damage reduction 10/silver, ferocity, low-light vision, scent |
| **Saves:** | Fort +6, Ref +3, Will +3 | Fort +9, Ref +3, Will +3 | Fort +9, Ref +3, Will +3 |
| **Abilities:** | Str 13, Dex 11, Con 12 Int 10, Wis 11, Cha 8 | Str 17, Dex 11, Con 18, Int 10, Wis 11, Cha 8 | Str 17, Dex 11, Con 18, Int 10, Wis 11, Cha 8 |
| **Skills:** | Handle Animal +3, Intimidate +3, Listen +5, Spot +4 | Handle Animal +3, Intimidate +3, Listen +5, Spot +4 | Handle Animal +3, Intimidate +3, Listen +5, Spot +4 |
| **Feats:** | Alertness[B], Improved Bull Rush, Iron Will[B], Power Attack, Toughness | (same as human form) | (same as human form) |
| **Environment:** | Temperate forests | Temperate forests | Temperate forests |
| **Organization:** | Solitary, pair, brood (3–4), or troupe (2–4 plus 1–4 boars) | (same as human form) | (same as human form) |
| **Challenge Rating:** | 4 | 4 | 4 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always neutral | Always neutral | Always neutral |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adjustment:** | +3 | +3 | +3 |

A wererat in humanoid form tends to be a thin, wiry individual of shorter than average height. The eyes constantly dart around, and the nose and mouth may twitch if he or she is excited. Males often have thin, ragged mustaches.

### Combat

In animal form, wererats avoid combat, preferring to use their dire rat shape for skulking and spying. In hybrid form, a wererat fights with a rapier and light crossbow.

**Alternate Form (Su):** A wererat can assume a bipedal hybrid form or the form of a dire rat.

**Curse of Lycanthropy (Su):** Any humanoid or giant hit by a wererat's bite attack in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

**Disease (Ex):** Filth fever; bite, Fortitude DC 12, incubation period 1d3 days, damage 1d3 Dex and 1d3 Con. The save DC is Constitution-based.

**Rat Empathy (Ex):** Communicate with rats and dire rats, and +4 racial bonus on Charisma-based checks against rats and dire rats.

**Skills:** A wererat in rat or hybrid form uses its Dexterity modifier for Climb or Swim checks. It has a +8 racial bonus on Climb checks and can always choose to take 10 on a Climb check, even if rushed or threatened.

Wererats have a +8 racial bonus on Swim checks from their dire rat form.

**Feats:** Wererats gain Weapon Finesse as a bonus feat.

The wererat presented here is based on a 1st-level human warrior who is a natural lycanthrope, using the following base ability scores: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.

## WERETIGER

*Sleek and powerful, this humanoid has tawny, striped fur and deadly claws and teeth. It stands more than 8 feet tall.*

Weretigers in humanoid form tend to be sleekly muscular, taller than average, and very agile.

### Combat

Weretigers can assume a hybrid form as well as an animal form. In tiger form, they can pounce and grab just as normal tigers do. In hybrid form, they rely on their deadly claws.

**Alternate Form (Su):** A weretiger can assume a bipedal hybrid form or the form of a tiger.

**Curse of Lycanthropy (Su):** Any humanoid or giant hit by a weretiger's bite attack in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

**Improved Grab (Ex):** To use this ability, a weretiger in tiger form must hit with a claw or bite attack. It can then attempt to start a grapple as a free action without provoking an attack of opportunity. If it wins the grapple check, it establishes a hold and can rake.

**Pounce (Ex):** If a weretiger in tiger form charges an opponent, it can make a full attack, including two rake attacks.

**Rake (Ex):** Attack bonus +9 melee, damage 1d8+3.

**Tiger Empathy (Ex):** Communicate with tigers and dire tigers, and +4 racial bonus on Charisma-based checks against tigers and dire tigers.

**Skills:** In any form, weretigers have a +4 bonus on Balance, Hide, and Move Silently checks. *In areas of tall grass or heavy undergrowth, the Hide bonus improves to +8 in the tiger form.

The weretiger presented here is a 1st-level human warrior and natural lycanthrope, using the following base ability scores: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.



*Wererat*

*Werebear*

*Werewolf*

## WEREWOLF

*Short, gray fur covers this lean, feral humanoid. It has sharp claws and a wolflike muzzle.*

Werewolves in humanoid form have no distinguishing traits.

### Combat

In wolf form, a werewolf can trip just as a normal wolf does. A werewolf in hybrid form usually dispenses with weapon attacks, though it can wield a weapon and use its bite as a secondary natural attack.

**Alternate Form (Su):** A werewolf can assume a bipedal hybrid form or the form of a wolf.

**Curse of Lycanthropy (Su):** Any humanoid or giant hit by a werewolf's bite attack in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

| | **Wererat, Human Form**<br>**Medium Humanoid**<br>**(Human, Shapechanger)** | **Wererat, Dire Rat Form**<br>**Small Humanoid**<br>**(Human, Shapechanger)** | **Wererat, Hybrid Form**<br>**Medium Humanoid**<br>**(Human, Shapechanger)** |
|---|---|---|---|
| **Hit Dice:** | 1d8+1 plus 1d8+2 (12 hp) | 1d8+1 plus 1d8+2 (12 hp) | 1d8+1 plus 1d8+2 (12 hp) |
| **Initiative:** | +0 | +3 | +3 |
| **Speed:** | 30 ft. (6 squares) | 40 ft. (8 squares), climb 20 ft. | 30 ft. (6 squares) |
| **Armor Class:** | 15 (+2 natural, +2 leather, +1 buckler) touch 10, flat-footed 15 | 17 (+1 size, +3 Dex, +3 natural), touch 14, flat-footed 14 | 16 (+3 Dex, +3 natural) touch 13, flat-footed 13 |
| **Base Attack/Grapple:** | +1/+2 | +1/–2 | +1/+2 |
| **Attack:** | Rapier +2 melee (1d6+1/18–20) or light crossbow +1 ranged (1d8/19–20) | Bite +6 melee (1d4+1 plus disease) | Rapier +5 melee (1d6+1/18–20) or light crossbow +4 ranged (1d8/19–20) |
| **Full Attack:** | Rapier +2 melee (1d6+1/18–20) or light crossbow +1 ranged (1d8/19–20) | Bite +6 melee (1d4+1 plus disease) | Rapier +4 melee (1d6+1/18–20) and bite –1 melee (1d6 plus disease); or light crossbow +4 ranged (1d8/19–20) |
| **Space/Reach:** | 5 ft./5 ft. | 5 ft./5 ft. | 5 ft./5 ft. |
| **Special Attacks:** | — | Curse of lycanthropy, disease | Curse of lycanthropy, disease |
| **Special Qualities:** | Alternate form, rat empathy, low-light vision, scent | Alternate form, rat empathy, damage reduction 10/silver, low-light vision, scent | Alternate form, rat empathy, damage reduction 10/silver, low-light vision, scent |
| **Saves:** | Fort +5, Ref +2, Will +4 | Fort +6, Ref +5, Will +4 | Fort +6, Ref +5, Will +4 |
| **Abilities:** | Str 13, Dex 11, Con 12 Int 10, Wis 11, Cha 8 | Str 13, Dex 17, Con 14 Int 10, Wis 11, Cha 8 | Str 13, Dex 17, Con 14 Int 10, Wis 11, Cha 8 |
| **Skills:** | Climb +0, Handle Animal +3, Hide +1, Listen +4, Move Silently +0, Spot +4, Swim +9 | Climb +11, Handle Animal +3, Hide +8, Listen +4, Move Silently +4, Spot +4, Swim +11 | Climb +4, Handle Animal +3, Hide +5, Listen +4, Move Silently +4, Spot +4, Swim +9 |
| **Feats:** | Alertness, Dodge, Iron Will[B], Weapon Finesse[B] | (same as human form) | (same as human form) |
| **Environment:** | Any | Any | Any |
| **Organization:** | Solitary, pair, pack (6–10), or troupe (2–5 plus 5–8 dire rats) | (same as human form) | (same as human form) |
| **Challenge Rating:** | 2 | 2 | 2 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always lawful evil | Always lawful evil | Always lawful evil |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adjustment:** | +3 | +3 | +3 |

**Trip (Ex):** A werewolf in animal form that hits with a bite attack can attempt to trip the opponent (+2 check modifier) as a free action without making a touch attack or provoking an attack of opportunity. If the attempt fails, the opponent cannot react to trip the werewolf.

**Wolf Empathy (Ex):** Communicate with wolves and dire wolves, and +4 racial bonus on Charisma-based checks against wolves and dire wolves.

**Skills:** *A werewolf in hybrid or wolf form gains a +4 racial bonus on Survival checks when tracking by scent.

The werewolf presented here is based on a 1st-level human warrior and natural lycanthrope, using the following base ability scores: Str 13, Dex 11, Con 12, Int 10, Wis 9, Cha 8.

## LYCANTHROPE, WEREWOLF LORD

*Feral and powerful, this humanoid is covered in gray fur and armed with sharp claws and teeth. It stands as tall as an ogre, and it has a wolflike muzzle and hateful eyes.*

Stronger, hardier, and more deadly than its lesser fellows, the werewolf lord is a murderous beast that delights in wreaking havoc.

The werewolf lord presented here is a 10th-level human fighter and natural lycanthrope, using the following base ability scores: Str 16, Dex 14, Con 14, Int 10, Wis 10, Cha 12.

### Combat

Werewolf lords can assume a hybrid form as well as an animal form. In dire wolf form, they can trip just as normal wolves do. In hybrid form, they can wield weapons or fight with their claws.

**Alternate Form (Su):** A werewolf lord can assume a bipedal hybrid form or the form of a dire wolf.

**Curse of Lycanthropy (Su):** Any humanoid or giant hit by a werewolf lord's bite attack in wolf or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

**Trip (Ex):** A werewolf lord in dire wolf form that hits with a bite attack can attempt to trip the opponent (+15 check modifier) as a free action without making a touch attack or provoking an attack of opportunity. If the attempt fails, the opponent cannot react to trip the werewolf lord.

**Wolf Empathy (Ex):** Communicate with wolves and dire wolves, and +4 racial bonus on Charisma-based checks against wolves and dire wolves.

**Skills:** *A werewolf lord in hybrid or wolf form gains a +4 racial bonus on Survival checks when tracking by scent.

*Possessions: +2 mithral chain shirt, +3 heavy shield, +2 bastard sword, gauntlets of ogre power, cloak of resistance +2,* masterwork composite longbow (+4 Str bonus). (Different werewolf lords may have different possessions.)

## HILL GIANT DIRE WEREBOAR

*This giant is covered in short, bristly fur and has sharp claws. Its head is piglike, with jutting tusks and small, angry red eyes.*

| | Weretiger, Human Form Medium Humanoid (Human, Shapechanger) | Weretiger, Tiger Form Large Humanoid (Human, Shapechanger) | Weretiger, Hybrid Form Large Humanoid (Human, Shapechanger) |
|---|---|---|---|
| **Hit Dice:** | 1d8+1 plus 6d8+18 (50 hp) | 1d8+1 plus 6d8+18 (50 hp) | 1d8+1 plus 6d8+18 (50 hp) |
| **Initiative:** | +4 | +6 | +6 |
| **Speed:** | 20 ft. in breastplate (4 squares); base speed 30 ft. | 40 ft. (8 squares) | 30 ft. (6 squares) |
| **Armor Class:** | 17 (+2 natural, +5 breastplate) touch 10, flat-footed 17 | 16 (–1 size, +2 Dex, +5 natural), touch 11, flat-footed 14 | 16 (–1 size, +2 Dex, +5 natural), touch 11, flat-footed 14 |
| **Base Attack/Grapple:** | +5/+6 | +5/+16 | +5/+16 |
| **Attack:** | Glaive +6 melee (1d10+1/×3) or composite longbow (+1 Str bonus) +5 ranged (1d8+1/×3) | Claw +11 melee (1d8+7) | Claw +11 melee (1d8+7) |
| **Full Attack:** | Glaive +6 melee (1d10+1/×3) or composite longbow (+1 Str bonus) +5 ranged (1d8+1/×3) | 2 claws +11 melee (1d8+7) and bite +6 melee (2d6+3) | 2 claws +11 melee (1d8+7) and bite +6 melee (2d6+3) |
| **Space/Reach:** | 5 ft./5 ft. (10 ft. with glaive) | 10 ft./5 ft. | 10 ft./10 ft. |
| **Special Attacks:** | — | Pounce, improved grab, rake, curse of lycanthropy | Curse of lycanthropy |
| **Special Qualities:** | Alternate form, tiger empathy, low-light vision, scent | Alternate form, tiger empathy, damage reduction 10/silver, low-light vision, scent | Alternate form, tiger empathy, damage reduction 10/silver, low-light vision, scent |
| **Saves:** | Fort +8, Ref +5, Will +4 | Fort +10, Ref +7, Will +4 | Fort +10, Ref +7, Will +4 |
| **Abilities:** | Str 13, Dex 11, Con 12 Int 10, Wis 11, Cha 8 | Str 25, Dex 15, Con 16 Int 10, Wis 11, Cha 8 | Str 25, Dex 15, Con 16 Int 10, Wis 11, Cha 8 |
| **Skills:** | Balance +0, Climb +1, Handle Animal +3, Hide +0, Listen +6, Move Silently +0, Spot +6 | Balance +6, Climb +12, Handle Animal +3, Hide +2*, Listen +6, Move Silently +12, Spot +6 | Balance +6, Climb +12, Handle Animal +3, Hide +2, Listen +6, Move Silently +12, Spot +6 |
| **Feats:** | Alertness[B], Combat Reflexes, Improved Initiative, Improved Natural Attack (bite, claw), Iron Will[B] | (same as human form) | (same as human form) |
| **Environment:** | Warm forests | Warm forests | Warm forests |
| **Organization:** | Solitary or pair | (same as human form) | (same as human form) |
| **Challenge Rating:** | 5 | 5 | 5 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always neutral | Always neutral | Always neutral |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adjustment:** | +3 | +3 | +3 |

| | Werewolf, Human Form Medium Humanoid (Human, Shapechanger) | Werewolf, Wolf Form Medium Humanoid (Human, Shapechanger) | Werewolf, Hybrid Form Medium Humanoid (Human, Shapechanger) |
|---|---|---|---|
| **Hit Dice:** | 1d8+1 plus 2d8+6 (20 hp) | 1d8+1 plus 2d8+6 (20 hp) | 1d8+1 plus 2d8+6 (20 hp) |
| **Initiative:** | +4 | +6 | +6 |
| **Speed :** | 30 ft. (6 squares) | 50 ft. (10 squares) | 30 ft. (6 squares) |
| **Armor Class:** | 17 (+2 natural, +4 chain shirt, +1 light shield) touch 10, flat-footed 17 | 16 (+2 Dex, +4 natural), touch 12, flat-footed 14 | 16 (+2 Dex, +4 natural), touch 12, flat-footed 14 |
| **Base Attack/Grapple:** | +2/+3 | +2/+4 | +2/+4 |
| **Attack:** | Longsword +3 melee (1d8+1/19–20) or light crossbow +2 ranged (1d8/19–20) | Bite +5 melee (1d6+3) | Claw +4 melee (1d4+2) |
| **Full Attack:** | Longsword +3 melee (1d8+1/19–20) or light crossbow +2 ranged (1d8/19–20) | Bite +5 melee (1d6+3) | 2 claws +4 melee (1d4+2) and bite +0 melee (1d6+1) |
| **Space/Reach:** | 5 ft./5 ft. | 5 ft./5 ft. | 5 ft./5 ft. |
| **Special Attacks:** | — | Curse of lycanthropy, trip | Curse of lycanthropy |
| **Special Qualities:** | Alternate form, wolf empathy, low-light vision, scent | Alternate form, wolf empathy, damage reduction 10/silver, low-light vision, scent | Alternate form, wolf empathy, damage reduction 10/silver, low-light vision, scent |
| **Saves:** | Fort +6, Ref +3, Will +2 | Fort +8, Ref +5, Will +2 | Fort +8 Ref +5, Will +2 |
| **Abilities:** | Str 13, Dex 11, Con 12, Int 10, Wis 11, Cha 8 | Str 15, Dex 15, Con 16, Int 10, Wis 11, Cha 8 | Str 15, Dex 15, Con 16, Int 10, Wis 11, Cha 8 |
| **Skills:** | Handle Animal +1, Hide +1, Listen +1, Move Silently +2, Spot +1, Survival +2 | Handle Animal +1, Hide +6, Listen +1, Move Silently +6, Spot +1, Survival +2* | Handle Animal +1, Hide +6, Listen +1, Move Silently +6, Spot +1, Survival +2* |
| **Feats:** | Improved Initiative, Iron Will[B], Stealthy, Track[B], Weapon Focus (bite) | (same as human form) | (same as human form) |
| **Environment:** | Temperate forests | Temperate forests | Temperate forests |
| **Organization:** | Solitary, pair, pack (6–10), or troupe (2–5 plus 5–8 wolves) | (same as human form) | (same as human form) |
| **Challenge Rating:** | 3 | 3 | 3 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always chaotic evil | Always chaotic evil | Always chaotic evil |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adjustment:** | +3 | +3 | +3 |

Dire wereboars in giant form look much like normal hill giants, though slightly stockier, and with coarser, stiffer hair and stiff.

The dire wereboar described here is based on a hill giant and natural lycanthrope with normal ability scores for a hill giant.

### Combat

Dire wereboars anger quickly. They usually begin a battle in giant form, then switch to hybrid form to take advantage of their immense strength in that shape. They like to use their Improved Bull Rush and Improved Sunder feats to shove opponents around and smash their weapons and shields.

**Alternate Form (Su):** A dire wereboar can assume a bipedal hybrid form or the form of a dire boar.

**Boar Empathy (Ex):** Communicate with boars and dire boars, and +4 racial bonus on Charisma-based checks against boars and dire boars.

**Curse of Lycanthropy (Su):** Any humanoid or giant hit by a dire wereboar's bite attack in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy.

**Ferocity (Ex):** A dire wereboar is such a tenacious combatant that it continues to fight without penalty even while disabled or dying.

## CREATING A LYCANTHROPE

"Lycanthrope" is a template that can be added to any humanoid or giant (referred to hereafter as the base creature). The lycanthrope template can be inherited (for natural lycanthropes) or acquired (for afflicted lycanthropes). Becoming a lycanthrope is very much like multiclassing as an animal and gaining the appropriate Hit Dice.

**Size and Type:** The base creature's type does not change, but the creature gains the shapechanger subtype. The lycanthrope takes on the characteristics of some type of carnivorous or omnivorous creature of the animal type (referred to hereafter as the base animal). This animal can be any predator, scavenger, or omnivore whose size is within one size category of the base creature's size (Small, Medium, or Large for a Medium base creature). Lycanthropes can also adopt a hybrid shape that combines features of the base creature and the base animal. A lycanthrope's hybrid form is the same size as the base animal or the base creature, whichever is larger.

A lycanthrope uses either the base creature's or the base animal's statistics and special abilities in addition to those described here.

**Hit Dice and Hit Points:** Same as the base creature plus those of the base animal. To calculate total hit points, apply Constitution modifiers according to the score the lycanthrope has in each form. For example, a human commoner with a Constitution score of 11 as a human and a Constitution score of 15 as a wolf has 1d4 plus 2d8+4 hit points.

**Speed:** Same as the base creature or base animal, depending on which form the lycanthrope is using. Hybrids use the base creature's speed.

**Armor Class:** The base creature's natural armor bonus increases by +2 in all forms. In hybrid form, the lycanthrope's natural armor bonus is equal to the natural armor bonus of the base animal or the base creature, whichever is better.

**Base Attack/Grapple:** Add the base attack bonus for the base animal to the base attack bonus for the base creature. The lycanthrope's grapple bonus uses its attack bonus and modifiers for Strength and size depending on the lycanthrope's form.

**Attacks:** Same as the base creature or base animal, depending on which form the lycanthrope is using. A lycanthrope in hybrid form gains two claw attacks and a bite attack as natural weapons. These weapons deal damage based on the hybrid form's size. A hybrid may attack with a weapon and a bite, or may attack with its natural weapons. The bite attack of a hybrid is a secondary attack.

| | Werewolf Lord, Human Form Medium Humanoid (Human, Shapechanger) | Werewolf Lord, Dire Wolf Form Large Humanoid (Human, Shapechanger) | Werewolf Lord, Hybrid Form Large Humanoid (Human, Shapechanger) |
|---|---|---|---|
| **Hit Dice:** | 10d10+20 plus 6d8+30 (132 hp) | 10d10+20 plus 6d8+30 (132 hp) | 10d10+20 plus 6d8+30 (132 hp) |
| **Initiative:** | +2 | +4 | +4 |
| **Speed :** | 30 ft. (6 squares) | 40 ft. (8 squares) | 30 ft. (6 squares) |
| **Armor Class:** | 26 (+2 Dex, +3 natural, +6 +2 *mithral chain shirt*, +5 +3 *heavy shield*) touch 12, flat-footed 24 | 19 (–1 size, +4 Dex, +6 natural), touch 13, flat-footed 15 | 19 (–1 size, +4 Dex, +6 natural), touch 13, flat-footed 15 |
| **Base Attack/Grapple:** | +14/+18 | +14/+29 | +14/+27 |
| **Attack:** | +2 *bastard sword* +21 melee (1d10+8/17–20) or masterwork composite longbow (+4 Str bonus) +17 ranged (1d8+4/×3) | Bite +25 melee (2d6+16/19–20) | Claw +24 melee (1d6+11) or +2 *bastard sword* +27 melee (2d8+15/17–20) |
| **Full Attack:** | +2 *bastard sword* +21/+16/+11 melee (1d10+8/17–20) or masterwork composite longbow (+4 Str bonus) +17/+12/+7ranged (1d8+4/×3) | Bite +25 melee (2d6+16/19–20) | 2 claws +24 melee (1d6+11) and bite +20 melee (2d6+5/19–20); or +2 *bastard sword* +27/+22/+17 melee (2d8+15/17–20) and bite +20 melee (2d6+5/19–20) |
| **Space/Reach:** | 5 ft./5 ft. | 10 ft./5 ft. | 10 ft./10 ft. |
| **Special Attacks:** | — | Curse of lycanthropy, trip | Curse of lycanthropy |
| **Special Qualities:** | Alternate form, wolf empathy, low-light vision, scent | Alternate form, wolf empathy, damage reduction 10/silver, low-light vision, scent | Alternate form, wolf empathy, damage reduction 10/silver, low-light vision, scent |
| **Saves:** | Fort +16, Ref +12, Will +13 | Fort +17, Ref +12, Will +11 | Fort +17, Ref +12, Will +11 |
| **Abilities:** | Str 18, Dex 14, Con 14 Int 10, Wis 12, Cha 12 | Str 32, Dex 18, Con 20 Int 10, Wis 12, Cha 12 | Str 32, Dex 18, Con 20 Int 10, Wis 12, Cha 12 |
| **Skills:** | Handle Animal +4, Hide +6, Listen +9, Move Silently +8, Spot +13, Survival +5 | Handle Animal +4, Hide +6, Listen +9, Move Silently +12, Spot +13, Survival +5* | Handle Animal +4, Hide +6, Listen +9, Move Silently +12, Spot +13, Survival +5* |
| **Feats:** | Alertness, Cleave, Combat Reflexes, Exotic Weapon Proficiency (bastard Sword), Improved Critical (bastard sword), Improved Critical (bite), Improved Natural Armor, Improved Natural Attack (bite), Iron Will[B], Power Attack, Run, Stealthy, Track[B], Weapon Focus (bastard sword), Weapon Focus (bite), Weapon Specialization (bastard sword) | (same as human form) | (same as human form) |
| **Environment:** | Temperate forests | Temperate forests | Temperate forests |
| **Organization:** | Solitary, pair, or pack (1–2 werewolf lords plus 2–4 werewolves plus 5–8 wolves) | (same as human form) | (same as human form) |
| **Challenge Rating:** | 14 | 14 | 14 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always chaotic evil | Always chaotic evil | Always chaotic evil |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adjustment:** | +3 | +3 | +3 |

| Hybrid Size | Claw | Bite |
|---|---|---|
| Small | 1d3 | 1d4 |
| Medium | 1d4 | 1d6 |
| Large | 1d6 | 1d8 |
| Huge | 2d4 | 2d6 |

**Damage**: Same as the base creature or base animal, depending on which form the lycanthrope is in.

**Special Attacks:** A lycanthrope retains the special attacks of the base creature or base animal, depending on which form it is using, and also gains the special attacks described below.

A lycanthrope's hybrid form does not gain any special attacks of the base animal. A lycanthrope spellcaster cannot cast spells with verbal, somatic, or material components while in animal form, or spells with verbal components while in hybrid form.

*Curse of Lycanthropy (Su):* Any humanoid or giant hit by a natural lycanthrope's bite attack in animal or hybrid form must succeed on a DC 15 Fortitude save or contract lycanthropy. If the victim's size is not within one size category of the lycanthrope (for example, a hill giant bitten by a wererat), the victim cannot contract lycanthropy from that lycanthrope. Afflicted lycanthropes cannot pass on the curse of lycanthropy.

**Special Qualities:** A lycanthrope retains all the special qualities of the base creature and the base animal, and also gains those described below.

*Alternate Form (Su):* A lycanthrope can shift into animal form as though using the *polymorph* spell on itself, though its gear is not affected, it does not regain hit points for changing form, and only the specific animal form indicated for the lycanthrope can be assumed. It does not assume the ability scores of the animal, but instead adds the animal's physical ability score modifiers to its own ability scores. A lycanthrope also can assume a bipedal hybrid form with prehensile hands and animalistic features.

Changing to or from animal or hybrid form is a standard action. A slain lycanthrope reverts to its humanoid form, although it remains dead. Separated body parts retain their animal form, however. Afflicted lycanthropes find this ability difficult to control

(see Lycanthropy as an Affliction, below), but natural lycanthropes have full control over this power.

*Damage Reduction (Ex):* An afflicted lycanthrope in animal or hybrid form has damage reduction 5/silver. A natural lycanthrope in animal or hybrid form has damage reduction 10/silver.

*Lycanthropic Empathy (Ex):* In any form, lycanthropes can communicate and empathize with normal or dire animals of their animal form. This gives them a +4 racial bonus on checks when influencing the animal's attitude and allows the communication of simple concepts and (if the animal is friendly) commands, such as "friend," "foe," "flee," and "attack."

*Low-Light Vision (Ex):* A lycanthrope has low-light vision in any form.

*Scent (Ex):* A lycanthrope has the scent ability in any form.

**Base Save Bonuses:** Add the base save bonuses of the base animal to the base save bonuses of the base creature.

**Abilities:** All lycanthropes gain +2 to Wisdom. In addition, when in animal form, a lycanthrope's physical ability scores improve according to its kind, as set out in the table below. These adjustments are equal to the animal's normal ability scores –10 or –11. For example, a werecrocodile (Str 19, Dex 12, Con 17) would add Str +8, Dex +2, and Con +6 to its normal ability scores when it takes crocodile form. A lycanthrope in hybrid form modifies its physical ability scores by the same amount.

In addition, a lycanthrope may also gain an additional ability score increase by virtue of its extra Hit Dice.

**Skills:** A lycanthrope gains skill points equal to (2 + Int modifier, minimum 1) per Hit Die of its animal form, as if it had multiclassed into the animal type. (Animal is never its first Hit Die, though, and it does not gain quadruple skill points for any animal Hit Die.) Any skill given in the animal's description is a class skill for the lycanthrope's animal levels. In any form, a lycanthrope also has any racial skill bonuses of the base creature and of the base animal, although conditional skill bonuses, such as a weretiger's camouflage bonus on Hide checks, only apply in the associated form.

**Feats:** Add the base animal's feats to the base creature's. If this results in a lycanthrope having the same feat twice, the lycanthrope gains no additional benefit unless the feat normally can be taken more once, in which case the duplicated feat works as noted in the feat description. This process may give the lycanthrope more feats than a character of its total Hit Dice would normally be entitled to; if this occurs, any "extra" feats are denoted as bonus feats.

It's possible that a lycanthrope cannot meet the prerequisites for all its feats when in humanoid form. If this occurs, the lycanthrope still has the feats, but cannot use them when in humanoid form. A lycanthrope receives Iron Will as a bonus feat.

**Environment:** Same as either the base creature or base animal.

**Organization:** Solitary or pair, sometimes family (3–4), pack (6–10), or troupe (family plus related animals)

**Challenge Rating:** By class level or base creature, modified according to the HD of the base animal: 1 HD or 2 HD, +2; 3 HD to 5 HD, +3; 6 HD to 10 HD, +4; 11 HD to 20 HD, +5; 21 or more HD, +6.

**Treasure:** Standard.

| | **Hill Giant Dire Wereboar Giant Form Large Giant (Shapechanger)** | **Hill Giant Dire Wereboar Dire Boar Form Large Giant (Shapechanger)** | **Hill Giant Dire Wereboar Hybrid Boar Form Large Giant (Shapechanger)** |
|---|---|---|---|
| **Hit Dice:** | 12d8+51 plus 7d8+49 (185 hp) | 12d8+51 plus 7d8+49 (185 hp) | 12d8+51 plus 7d8+49 (185 hp) |
| **Initiative:** | –1 | –1 | –1 |
| **Speed:** | 30 ft. in hide armor (6 squares); base speed 40 ft. | 40 ft. (8 squares) | 40 ft. (8 squares) |
| **Armor Class:** | 22 (–1 size, –1 Dex, +11 natural, +3 hide armor), touch 8, flat-footed 22 | 16 (–1 size, –1 Dex, +8 natural), touch 8, flat-footed 16 | 19 (–1 size, –1 Dex, +11 natural), touch 8, flat-footed 19 |
| **Base Attack/Grapple:** | +14/+25 | +14/+33 | +14/+33 |
| **Attack:** | Greatclub +21 melee (2d8+10) or slam +20 melee (1d4+7) or rock +12 ranged (2d6+7) | Gore +28 melee (1d8+22) | Greatclub +29 melee (2d8+22) or claw +28 melee (1d6+15) |
| **Full Attack:** | Greatclub +21/+16 melee (2d8+10) or 2 slams +20 melee (1d4+7) or rock +12 ranged (2d6+7) | Gore +28 melee (1d8+22) | Greatclub +29 melee (2d8+22) and gore +23 melee (1d8+7); or 2 claws +28 melee (1d6+15) and gore +23 melee (1d8+7) |
| **Space/Reach:** | 10 ft./10 ft. | 10 ft./5 ft. | 10 ft./10 ft. |
| **Special Attacks:** | Rock throwing | Curse of lycanthropy | Curse of lycanthropy |
| **Special Qualities:** | Alternate form, boar empathy, ferocity, low-light vision, rock catching, scent | Alternate form, boar empathy, damage reduction 10/silver, ferocity, low-light vision, scent | Alternate form, boar empathy, damage reduction 10/silver, ferocity, low-light vision, scent |
| **Saves:** | Fort +17, Ref +8, Will +12 | Fort +20, Ref +8, Will +12 | Fort +20, Ref +8, Will +12 |
| **Abilities:** | Str 25, Dex 8, Con 19, Int 6, Wis 12, Cha 7 | Str 41, Dex 8, Con 25, Int 6, Wis 12, Cha 7 | Str 41, Dex 8, Con 25, Int 6, Wis 12, Cha 7 |
| **Skills:** | Climb +10, Jump +10, Listen +10, Spot +12 | Climb +18, Jump +22, Listen +10, Spot +12 | Climb +18, Jump +22, Listen 10, Spot +12 |
| **Feats:** | Alertness[B], Cleave, Endurance, Improved Bull Rush, Improved Sunder, Iron Will[B], Power Attack, Weapon Focus (greatclub) | (same as giant form) | (same as giant form) |
| **Environment:** | Temperate hills | Temperate hills | Temperate hills |
| **Organization:** | Solitary, pair, brood (3–4), or troupe (2–4 plus 1–4 dire boars) | (same as giant form) | (same as giant form) |
| **Challenge Rating:** | 11 | 11 | 11 |
| **Treasure:** | Standard | Standard | Standard |
| **Alignment:** | Always neutral | Always neutral | Always neutral |
| **Advancement:** | By character class | By character class | By character class |
| **Level Adjustment:** | +7 | +7 | +7 |

**Alignment:** Any. Noble creatures such as bears, eagles, and lions tend to produce good-aligned lycanthropes. Sinister creatures such as rats, snakes, and wolves tend to produce evil-aligned lycanthropes. This is a reflection of how these animals are perceived, not any innate quality of the animal itself, so the Dungeon Master can arbitrarily assign the alignment of the animal form.

**Advancement:** By character class.

**Level Adjustment:** Same as the base creature +2 (afflicted) or +3 (natural). In addition, a lycanthrope's character level is increased by the number of racial Hit Dice the base animal has.

### Common Lycanthropes

| Name | Animal Form | Animal or Hybrid Form Ability Modifiers | Preferred Alignment |
|---|---|---|---|
| Werebear | Brown bear | Str +16, Dex +2, Con +8 | Lawful good |
| Wereboar | Boar | Str +4, Con +6 | Neutral |
| Wererat | Dire rat | Dex +6, Con +2 | Chaotic evil |
| Weretiger | Tiger | Str +12, Dex +4, Con +6 | Neutral |
| Werewolf | Wolf | Str +2, Dex +4, Con +4 | Chaotic evil |
| Dire wereboar | Dire boar | Str +16, Con +6 | Neutral |

## LYCANTHROPY AS AN AFFLICTION

When a character contracts lycanthropy through a lycanthrope's bite (see above), no symptoms appear until the first night of the next full moon. On that night, the afflicted character involuntarily assumes animal form and forgets his or her own identity, temporarily becoming an NPC under the DM's control. The character remains in animal form, assuming the appropriate alignment, until the next dawn.

The character's actions during this first episode are dictated by the alignment of its animal form. Good-aligned lycanthropes seek to avoid settlements or travelers and nonnatural environments, seeking out wilderness environs. They may hunt the natural prey of their kind, but avoid attacking good and neutral intelligent creatures. Evil-aligned lycanthropes seek to murder as many intelligent creatures as possible, often killing their own family members and friends. They generally seek out places where such victims may be found. Neutral creatures seek remote areas and avoid contact with civilization, but might attack travelers or other folk abroad in the wilderness if the travelers are few in number. However, the attack is driven by natural ferocity and hunger, not malice. In any case, the character remembers nothing about the entire episode (or subsequent episodes) unless he succeeds on a DC 15 Wisdom check, in which case he becomes aware of his lycanthropic condition.

Thereafter, the character is subject to involuntary transformation under the full moon and whenever damaged in combat. He or she feels an overwhelming rage building up and must succeed on a Control Shape check (see page 303) to resist changing into animal form. Any player character not yet aware of his or her lycanthropic condition temporarily becomes an NPC under the DM's control during an involuntary change, and acts as described above depending on the alignment of his or her animal form.

A character with awareness of his condition retains his identity and does not lose control of his actions if he changes. However, each time he changes to his animal form, he must make a Will save (DC 15 + number of times he has been in animal form) or permanently assume the alignment of his animal form in all shapes. An evil lycanthrope who is aware of his actions in animal form is not compelled to murder and kill indiscriminately, but he delights in bloodshed and will certainly seek out opportunities to slaughter intelligent beings, preferably those of his own race.

Once a character becomes aware of his affliction, he can now voluntarily attempt to change to animal or hybrid form, using the appropriate Control Shape check DC (see page 303). An attempt is a standard action and can be made each round. Any voluntary change to animal or hybrid form immediately and permanently changes the character's alignment to that of the appropriate lycanthrope.

### Changing Form

Changing form is a standard action. If the change is involuntary, the character performs the change on his next turn following the triggering event. Changing to animal or hybrid form ruins the character's armor and clothing (including any items worn) if the new form is larger than the character's natural form; carried items are simply dropped. Characters can hastily doff clothing while changing, but not armor. Magic armor survives the change if it succeeds on a DC 15 Fortitude save. An afflicted character who is not aware of his condition remains in animal form until the next dawn. An afflicted character who is aware of his or her condition (see above) can try to resume humanoid form following a change (voluntary or involuntary) with a Control Shape check, but if he fails his check, he remains in animal (or hybrid) form until the following dawn.

### Curing Lycanthropy

An afflicted character who eats a sprig of belladonna (also called wolfsbane) within 1 hour of a lycanthrope's attack can attempt a DC 20 Fortitude save to shake off the affliction. If a healer administers the herb, use the character's save bonus or the healer's Heal modifier, whichever is higher. The character gets only one chance, no matter how much belladonna is consumed. The belladonna must be reasonably fresh (picked within the last week).

However, fresh or not, belladonna is toxic. The character must succeed on a DC 13 Fortitude save or take 1d6 points of Strength damage. One minute later, the character must succeed on a second DC 13 save or take an additional 2d6 points of Strength damage.

A *remove disease* or *heal* spell cast by a cleric of 12th level or higher also cures the affliction, provided the character receives the spell within three days of the lycanthrope's attack.

The only other way to remove the affliction is to cast *remove curse* or *break enchantment* on the character during one of the three days of the full moon. After receiving the spell, the character must succeed on a DC 20 Will save to break the curse (the caster knows if the spell works). If the save fails, the process must be repeated. Characters undergoing this cure are often kept bound or confined in cages until the cure takes effect.

Only afflicted lycanthropes can be cured of lycanthropy.

## LYCANTHROPES AS CHARACTERS

Since they live in the wilderness, most lycanthropes become barbarians or rangers. Wererats tend to become rogues. Becoming a lycanthrope does not change a character's favored class but usually changes alignment (see above). This alignment change may cause characters of certain classes to lose some of their class features, as noted in Chapter 3 of the *Player's Handbook*.

Lycanthrope characters possess the following racial traits.

— +2 Wisdom. Physical abilities are increased by the animal form's ability modifiers when a lycanthrope changes to its hybrid or animal forms.

—Size same as the base creature or the base animal form.

—Low-light vision in any form.

—Scent in any form.

—Racial Hit Dice: A lycanthrope adds the Hit Dice of its animal form to its base Hit Dice for race, level, and class. These additional Hit Dice modify the lycanthrope's base attack bonus and base saving throw bonuses accordingly.

—Racial Skills: A lycanthrope adds skill points for its animal Hit Dice much as if it had multiclassed into the animal type. It gains skill points equal to (2 + Int modifier, minimum 1) per Hit Die of the animal form. Any skills that appear in the animal's description are treated as class skills for the lycanthrope's animal levels. The lycanthrope's maximum skill ranks are equal to its animal form Hit Dice + its racial Hit Dice (if any) + its class levels + 3. Any racial skill adjustments of the lycanthrope's base race and its animal form (but not conditional adjustments) are added to its skill modifiers in any form.

—Racial Feats: Add the animal's Hit Dice to the base character's own Hit Dice to determine how many feats the character has. All lycanthropes gain Iron Will as a bonus feat.

— +2 natural armor bonus in any form.

—Special Qualities (see above): Alternate form, lycanthropic empathy, curse of lycanthropy (in animal or hybrid form only).

—Afflicted lycanthrope: damage reduction 5/silver (in animal or hybrid form only).

—Natural lycanthrope: damage reduction 10/silver (in animal or hybrid form only).

—Automatic Languages: As base creature.

—Favored Class: Same as the base creature.

—Level adjustment: Same as the base creature +2 (afflicted) or +3 (natural).

# MAGMIN

**Small Elemental (Fire, Extraplanar)**
**Hit Dice:** 2d8+2 (11 hp)
**Initiative:** +0
**Speed:** 30 ft. (6 squares)
**Armor Class:** 17 (+1 size, +6 natural), touch 11, flat-footed 17
**Base Attack/Grapple:** +1/–1
**Attack:** Burning touch +4 melee touch (1d8 fire plus combustion) or slam +4 melee (1d3+3 plus combustion)
**Full Attack:** Burning touch +4 melee touch (1d8 fire plus combustion) or slam +4 melee (1d3+3 plus combustion)
**Space/Reach:** 5 ft./5 ft.
**Special Attacks:** Combustion, fiery aura
**Special Qualities:** Damage reduction 5/magic, darkvision 60 ft., elemental traits, immunity to fire, melt weapons, vulnerability to cold
**Saves:** Fort +3, Ref +3, Will +0
**Abilities:** Str 15, Dex 11, Con 13, Int 8, Wis 10, Cha 10
**Skills:** Climb +4, Spot +3
**Feats:** Great Fortitude
**Environment:** Elemental Plane of Fire
**Organization:** Solitary, gang (2–4), or squad (6–10)
**Challenge Rating:** 3
**Treasure:** Standard coins; standard goods (nonflammables only); standard items (nonflammables only)
**Alignment:** Always chaotic neutral
**Advancement:** 3–4 HD (Small); 5–6 HD (Medium)
**Level Adjustment:** —



*Magmin*

*This glowing, humanoid creature looks like a stumpy human sculpted from fire and flowing lava. It radiates heat like a small bonfire, and it has a gleeful, almost malicious smile on its face.*

Magmins are small, human-shaped beings from the Elemental Plane of Fire that radiate intense heat and are wreathed in an aura of searing flames.

Although not evil, these fiery creatures are extremely mischievous. They like to watch things burn, perhaps lacking the ability to understand that flames are painful or even deadly to other creatures.

A typical magmin is 4 feet tall and weighs 400 pounds.

Magmins speak Ignan.

## COMBAT

Although small, magmins are dangerous opponents. Their touch is effective against those who lack protection or immunity from heat and flames, but if faced with opponents who have immunity to fire, magmins rely on their slam attack. In any case, magmins are not valiant fighters. They usually flee if injured, although often only far enough to set up a fiery ambush for their enemies.

A magmin's natural weapons are treated as magic weapons for the purpose of overcoming damage reduction.

**Combustion (Ex):** Anyone a magmin touches must succeed on a DC 12 Reflex save or take an extra 1d8 points of fire damage as clothes ignite or armor becomes searing hot. The damage continues for another 1d4+2 rounds after the magmin's last successful attack. Magmins can also ignite flammable materials with a touch. The save DC is Constitution-based.

**Fiery Aura (Ex):** Anyone within 20 feet of a magmin must succeed on a DC 12 Fortitude save or take 1d6 points of heat damage per round from the intense heat. The save DC is Constitution-based.

**Melt Weapons (Ex):** Any metal weapon that strikes a magmin must succeed on a DC 12 Fortitude save or melt away into slag. The save DC is Constitution-based.

# MANTICORE

**Large Magical Beast**
**Hit Dice:** 6d10+24 (57 hp)
**Initiative:** +2
**Speed:** 30 ft. (6 squares), fly 50 ft. (clumsy)
**Armor Class:** 17 (–1 size, +2 Dex, +6 natural), touch 11, flat-footed 15
**Base Attack/Grapple:** +6/+15
**Attack:** Claw +10 melee (2d4+5) or 6 spikes +8 ranged (1d8+2/19–20)
**Full Attack:** 2 claws +10 melee (2d4+5) and bite +8 melee (1d8+2); or 6 spikes +8 ranged (1d8+2/19–20)
**Space/Reach:** 10 ft./5 ft.
**Special Attacks:** Spikes
**Special Qualities:** Darkvision 60 ft., low-light vision, scent
**Saves:** Fort +9, Ref +7, Will +3
**Abilities:** Str 20, Dex 15, Con 19, Int 7, Wis 12, Cha 9
**Skills:** Listen +5, Spot +9, Survival +1
**Feats:** Flyby Attack, Multiattack, Track[B], Weapon Focus (spikes)
**Environment:** Warm marshes
**Organization:** Solitary, pair, or pride (3–6)
**Challenge Rating:** 5
**Treasure:** Standard
**Alignment:** Usually lawful evil
**Advancement:** 7–16 HD (Large); 17–18 HD (Huge)
**Level Adjustment:** +3 (cohort)

# EXHIBIT 3

**Hyperlinks in Letter**

1. Footnote #3: https://en.wikipedia.org/wiki/Idea%E2%80%93expression_distinction
2. Footnote #4: https://en.wikipedia.org/wiki/King_Shark
3. Electroreception in Sharks: https://biologyinsights.com/electroreception-in-sharks-how-this-sixth-sense-works/

**Dylan Schmeyer**

**From:** Kat Farley
**Sent:** Thursday, August 6, 2026 3:23 PM
**To:** Dylan Schmeyer
**Subject:** Fw: We've Confirmed Your Package Was Delivered.

Best regards,

Kathryn Farley
Paralegal at Kusk Law
Email: kfarley@kusklaw.com
Phone: 202-868-3774
http://www.kusklaw.com/

CONFIDENTIALITY NOTICE: This message, including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential, privileged and/or proprietary information. Any review, use, disclosure or distribution of such confidential information without the written authorization of the sender is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and delete all copies of this message.

---

**From:** UPS E-Mail Communications <emailinfo@ups.com>
**Sent:** Thursday, August 6, 2026 5:21 PM
**To:** Kat Farley <kfarley@kusklaw.com>
**Subject:** We've Confirmed Your Package Was Delivered.

Hi Kath Farley,

# Here's your proof of delivery.

1 package was delivered.

# Thursday July 30, 2026
# 07:02 PM

## Inquiry By

HAL BERENS
THE UPS STORE

## Delivery Details

Left at: RESIDENTIAL
Confirmed By: LAP SuN CHAN



## Shipped To

LAP-SUN CHAN
4266 SAULL ST
FLUSHING, NY 11355
US

## Shipper Account

6W20R3

## Tracking Number

1Z6W20R34250948538

©2026 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

Please do not reply to this email.

Privacy Notice | Service Terms | Help & Support