# EXHIBIT 22

wereshark

Sign in

AI Mode All Images Shopping Videos Short videos News More Tools

AI Overview

A wereshark is a **fictional shapechanger or lycanthrope that transforms between human, shark, and hybrid forms**. It appears across various tabletop roleplaying games like Dungeons & Dragons and Pathfinder, as well as low-budget creature feature horror cinema.

## Tabletop RPG Lore

- **Forms:** Can shift into a humanoid, a great white shark, or a brutal hybrid shape.
- **Abilities:** Amphibious nature with the power to breathe underwater, track blood by scent, and resist non-silver weapons.
- **Behavior:** Often depicted as cruel, arrogant, and ruthless apex predators of coastal waters or pirate fleets. YouTube · AJ Pickett +3

A detailed breakdown of how weresharks operate in traditional roleplaying games:



🤫 🍿 : The B-movie creature feature 'WereShark' releases on

Show more

Forgotten Realms Wiki
https://forgottenrealms.fandom.com › wiki › Wereshark

## Wereshark | Forgotten Realms Wiki - Fandom

A wereshark was **a very rare and fearsome type of lycanthrope that could take the form of a shark**. Weresharks could take three different forms: humanoid form& ...

Videos

Wereshark | Official Trailer
YouTube · MVD Edge
May 9, 2026
0:55

The B-movie creature feature 'WereShark' releases on August ...
Instagram · 🩸 ALL THINGS HORROR 🩸
May 27, 2026
0:55

Watch, Rent, or Buy Wereshark at Home + Online
Vudu
2 weeks ago
1:18:17

View all >

IMDb
https://www.imdb.com › title

## Wereshark (2026)

**A shark/werewolf hybrid begins hunting the residents of a seaside resort town**, turning a summer getaway into a blood-soaked nightmare. Releases August 25, 2026

Starfield Creations
https://creations.bethesda.net › skyrim › details › The_C...

## The Curse of the Wereshark (NPC Expansion)

11 hours ago — This mod overall adds **Weresharks to Skyrim's leveled lists**. You can find tribal ones appear in marshes that count as prey. You won't come across ... Read more

MVD Shop
https://mvdshop.com › products › wereshark-dvd

## Wereshark (DVD) PREORDER

A savage hybrid of shark and werewolf begins hunting the terrified residents of a quiet seaside resort town. Genre: Horror Language: English Run Time: 78 mins ...
$12.71 · In stock · Free delivery over $75 · 30-day returns

PathfinderWiki
https://pathfinderwiki.com › wiki › Wereshark

## Wereshark

**Weresharks can resemble a full humanoid**, albeit with shark-like features such as large and crooked teeth, or a mundane shark. They can also assume a hybrid form ... Read more

D&D Wiki
https://www.dandwiki.com › wiki › Wereshark_(5e_Crea...

## Wereshark (5e Creature)

Sep 24, 2025 — Weresharks are **savage and ill-tempered lycanthropes that enjoy violence**. In humanoid form, a wereshark has very little body hair and noticeably ... Read more

## People also ask

What is a wereshark?

Are ther weresharks in Dungeons and Dragons?

## Images

Wereshark Physiology | Super...
Superpower Wiki - Fandom

OC-Art] Wereshark statblock ...
Reddit

WERESHARK
PROTOFACTOR

Show more images

PROTOFACTOR
https://protofactor.biz › ... › Creatures › Horror

## WERESHARK

**Here is the wereshark**. This dangerous hybrid is the perfect fit for heroic fantasy projects that need to populate a marine or oceanic environment.

$24.99 · In stock · 2-day returns

People also search for

Wereshark **movie**

Wereshark **Elder Scrolls**

Wereshark **5e**

Wereshark **lycanthropy**

Wereshark **videos**

Wereshark **mythology**

Wereshark **attack**

Wereshark **miniature**

1 2 3 4 5 6 7 8 9 10 Next

**Northwest Arvada, Arvada, CO** - From your IP address - Update location

Help Send feedback Privacy Terms