# EXHIBIT 23

Forgotten Realms Wiki

M H C

Search

SIGN IN

Home

Explore

Saved

Progress

History

Utilities

More

## Explore



**Lycanthrope**

Forgotten Realms Wiki



**Iakhovas**

Forgotten Realms...



**Merfolk**

Forgotten Realms...



**Sahuagin**

Forgotten Realms...



**Werespider**

Forgotten Realms...



**Megalodon**

Forgotten Realms...



**Umberlee**

Forgotten Realms...



P

ADVERTISEMENT

LMS

025

New Current Clacks!

62,022 PAGES

... C...

ium-sized creatures, Humanoids, and 11 more

rk

EDIT

ı 8 seconds



rare and

ro hat could

3e 2e 1e

Fandom is on a quest for your opinions on upcoming movies!

**WE WANT TO HEAR FROM YOU!**



Lycanthrope
Forgotten Realms Wiki



Iakhovas
Forgotten Realms...



Merfolk
Forgotten Realms...



Sahuagin
Forgotten Realms...



Werespider
Forgotten Realms...



Megalodon
Forgotten Realms...



Umberlee
Forgotten Realms...



P

ADVERTISEMENT

| | | |
|---|---|---|
| Size | Shark form | Large |
| | Human form | Medium |
| Type | Humanoid | |
| Subtype(s) | Shapechanger | |
| Alignment | Always neutral evil | |
| Challenge rating | 4 | |

**General Information**

| | |
|---|---|
| Patron deity | Umberlee[6][7] |
| Vision | Low-light vision[2] |
| Diet | Carnivore[3] |
| Homeland(s) | Sword Coast[3] |
| Favored climate | Warm,[2] Tropical[5] |
| Favored terrain | Aquatic,[2] Ocean[4][3] |

**Appearance**

| | |
|---|---|
| Average height | 6 ft (1.8 m) (human form)[3] |
| Average length | 20 ft (6.1 m) (shark form)[3] |
| Skin color(s) | White (shark form)[3] |
| Distinctions | Three forms: human, shark, hybrid[2] |

**History**

| | |
|---|---|
| First appearance | *Monster Manual II* 1st edition |

hree different
hark form, and
ey could only
ess.[5] In human
ften hulking and
be maimed in
is severe
as not visible
heir shark form
shark.[1]

on their
ing their foes in
id form. They
d arrogant in
even nastier in
as any other
d have
nd exceptional
oft destroy
ve attacking fishermen, and were a bane to any aquatic
me
e ve
hen

Fandom is on a quest for your opinions on upcoming movies!
WE WANT TO HEAR FROM YOU!

Forgotten Realms Wiki M H C SIGN IN

## Explore

Home

Explore

Saved

Progress

History

Utilities

More



**Lycanthrope**

Forgotten Realms Wiki



**Iakhovas**

Forgotten Realms...



**Merfolk**

Forgotten Realms...



**Sahuagin**

Forgotten Realms...



**Werespider**

Forgotten Realms...



**Megalodon**

Forgotten Realms...



**Umberlee**

Forgotten Realms...



P

ADVERTISEMENT

ferent, the individual forms shared similar traits and abilities.
blindsense up to 30 ft (9.1 m) and the ability to communicate
uch as dire sharks. Likewise, they were very alert, could fight in
emy was hard to perceive, and were very robust.[2]

tinct differences between the three forms. In shark and hybrid
enses dramatically heightened, resulting in keen scent, being
(54.9 m) away. They also became far stronger in these forms,
g. Even in their human form, they could breathe underwater for



*A wereshark, catching its prey.*

n, weresharks preferred to
mbat, either with a weapon,
ws. Even in just their human
rm off opponents. However, in
d to bite their foes, tearing
dly jaws. All forms were adept
particularly the shark and

ey preferred to attack from
ot out of control, weresharks
the shark form, swimming
sa ely biting at their
a n have devoured their

ffec
ron

Fandom is on a quest for your opinions on upcoming movies!
**WE WANT TO HEAR FROM YOU!**



Lycanthrope

Forgotten Realms Wiki



Iakhovas

Forgotten Realms...



Merfolk

Forgotten Realms...



Sahuagin

Forgotten Realms...



Werespider

Forgotten Realms...



Megalodon

Forgotten Realms...



Umberlee

Forgotten Realms...



P

ADVERTISEMENT

riginated as vengeful humans transformed into lycanthropes by
ɟ the Time of Troubles. Some believed they originated from
grant them power, while others believed that humans that
omehow gained the ability to shapechange into one of the

ıp of weresharks took to inhabiting the forest of Neth Stand
a bitter rivalry with a nearby tribe of scrags.[11]

## ırks

ʳ and the namesake of Angelar's skin.[12]
notorious pirate that became trapped in the Domains of Dread.
ɪnt wereshark megalodon that was known for his highly
on several coastal cities, including Waterdeep.[13]

## ds

mors among sea-dwelling Realms folk that huge sahuagin
were treated as holy warriors.[4]

Fandom is on a quest for your opinions on upcoming movies!

WE WANT TO HEAR FROM YOU!

Forgotten Realms Wiki M H C SIGN IN

## Explore

Home
Explore
Saved
Progress
History
Utilities
More



### Lycanthrope

Forgotten Realms Wiki



### Iakhovas

Forgotten Realms...



### Merfolk

Forgotten Realms...



### Sahuagin

Forgotten Realms...



### Werespider

Forgotten Realms...



### Megalodon

Forgotten Realms...



### Umberlee

Forgotten Realms...



P

ADVERTISEMENT

*the Magic*

icensed Adventures

*than* • *Slaves to Fashion* • *The Rock* • *No Place Like Home*

Heinsoo (February 2001). *Monster Compendium: Monsters of Faerûn*.
axwell. (Wizards of the Coast), p. 92. ISBN 0-7869-1832-2.
Bonny, Travis Stout (February 2005). *Lost Empires of Faerûn*. Edited by
zards of the Coast), pp. 182–183. ISBN 0-7869-3654-1.
dium included in Ed Greenwood, Steven E. Schend (July 1994). *City of*
c.). ISBN 0-5607-6868-1.
ecember 1995). *Monstrous Compendium Annual Volume Two*. (TSR, Inc.),
0199-3.
t 1983). *Monster Manual II 1st edition*. (TSR, Inc), p. 82. ISBN 0-88038-

2005). *City of Splendors: Waterdeep*. (Wizards of the Coast), p. 50. ISBN 0-

2005). *City of Splendors: Waterdeep*. (Wizards of the Coast), p. 108.
2.
Forbeck, Sean K. Reynolds (May 2003). *Unapproachable East*. (Wizards
ISBN 0-7869-2881-6.
harts included in Anthony Pryor (June 1995). *Spellbound*. Edited by Michele
rt. (TSR, Inc.). ISBN 978-0786901395.
es Wyatt (March 2004). *Player's Guide to Faerûn*. (Wizards of the Coast),
9-3134-5.
November 2001). More Lake of Steam and Dragon Coast! (https://web.archive.
48/http://archive.wizards.com/dnd/article.asp?x=fr/fx20011114rt) (HTML). Rand's
s of the Coast. Archived from the original (http://archive.wizards.com/dnd/article.as
2015-09-20. Retrieved on 2010-10-31.
L. Boyd (1996). *Volo's Guide to All Things Magical*. (TSR, Inc), p. 36.
1.
2005 *City of Splendors: Waterdeep*. (Wizards of the Coast), p. 12. ISBN 0-

Fandom is on a quest for your opinions on upcoming movies!
**WE WANT TO HEAR FROM YOU!**

Forgotten Realms Wiki

M H C

SIGN IN

Home

Explore

Saved

Progress

History

Utilities

More

# Explore



**Lycanthrope**

Forgotten Realms Wiki



**Iakhovas**

Forgotten Realms...



**Merfolk**

Forgotten Realms...



**Sahuagin**

Forgotten Realms...



**Werespider**

Forgotten Realms...



**Megalodon**

Forgotten Realms...



**Umberlee**

Forgotten Realms...



P

ADVERTISEMENT

ailable under CC-BY-SA unless otherwise noted.

Metacritic

TV Guide

Honest Entertainment

Terms of Use

Privacy Policy

Digital Services Act

Global Sitemap

Fandom is on a quest for your opinions on upcoming movies!

**WE WANT TO HEAR FROM YOU!**

Forgotten Realms Wiki

M H C

SIGN IN

# Explore

Home

Explore

Saved

Progress

History

Utilities

More



**Lycanthrope**

Forgotten Realms Wiki



**Iakhovas**

Forgotten Realms...



**Merfolk**

Forgotten Realms...



**Sahuagin**

Forgotten Realms...



**Werespider**

Forgotten Realms...



**Megalodon**

Forgotten Realms...



**Umberlee**

Forgotten Realms...

ADVERTISEMENT

tten Realms Wiki is a Fandom Games Community.

VIEW MOBILE SITE

Fandom is on a quest for your opinions on upcoming movies!

WE WANT TO HEAR FROM YOU!