# EXHIBIT 24

dungeons and dragons weres

Sign in

AI Mode All Images Short videos Videos Shopping Forums More Tools

Forgotten Realms Wiki
https://forgottenrealms.fandom.com › wiki › Wereshark

## Wereshark | Forgotten Realms Wiki - Fandom

A wereshark was **a very rare and fearsome type of lycanthrope that could take the form of a shark**. Weresharks could take three different forms: humanoid form& ...

D&D Wiki
https://www.dandwiki.com › wiki › Wereshark_(5e_Crea...

## Wereshark (5e Creature)

Sep 24, 2025 — **Weresharks are savage and ill-tempered lycanthropes that enjoy violence**. In humanoid form, a wereshark has very little body hair and noticeably ... Read more

## Images

OC-Art] Wereshark statblock ...
Reddit

OC] Wereshark statblock : r/D...
Reddit

Wereshark | Villains Wiki | Fan...
Villains Wiki - Fandom

What is a Wereshark in D&D?
YouTube

World Anvil
| World Anvil

Wereshark | Villains Wiki | Fan...
Villains Wiki - Fandom

Show more images

AI Overview

+4

A **wereshark** is a rare aquatic lycanthrope in Dungeons & Dragons that can transform between a humanoid, a shark-humanoid hybrid, and a full shark form. Known for being cruel, territorial, and arrogant, they typically inhabit coastal areas, port cities, and sunken pirate wrecks. YouTube · AJ Pickett +4

## Lore and Behavior

- **Personality:** Unlike some lycanthropes who try to suppress their curse, weresharks frequently embrace the bloodlust, acting as ruthless apex predators.
- **Habitats:** Found near docks, whale-processing slaughterhouses, or hidden underwater caves.

Show more

---

Reddit · r/DnD
6 comments · 2 years ago

### Are weresharks in 5e : r/DnD

A race of shark people who could go from mer-shark to walking shark modes. There was also a wereshark in one of the **MM**s and if there isnt a ... Read more

Is there a way you can play a **wereshark** in 5e? 5 posts May 9, 2022
**Wereshark** pc 20 posts Aug 20, 2020
More results from www.reddit.com

5th Edition SRD
https://www.5esrd.com › database › creature › lycanthro...

## Lycanthrope, Wereshark

**Weresharks are solitary hunters by nature**, generally giving settlements above and below the waves a wide berth. Their search for solitude is not only for peace ... Read more

Villains Wiki
https://villains.fandom.com › wiki › Wereshark

## Wereshark - Villains Wiki - Fandom

**Weresharks are a rare and terrifying form of lycanthrope** in Dungeons & Dragons (D&D), blending the primal ferocity of sharks with the cunning of humanoids. Read more

## People also ask

Are ther weresharks in Dungeons and Dragons?

What is a wereshark?

Is there a shark race in D&D?

How big is a giant shark in 5e?

Tribality
https://www.tribality.com › 2015/10/14 › natural-lycant...

## Natural Lycanthropes in 5th ed - Wereshark

Oct 14, 2015 — The most common weresharks are **lawful neutral in alignment**, with some inheriting their ancestor's tendency toward chaotic and good alignments. Read more

## Lycanthrope, Wereshark - AD&D Complete Compendium

Complete Compendium
https://www.completecompendium.com › lycawesh

The wereshark is **a huge, muscular brute when in human form**, and it takes the form of a great white shark when transformed. Cruel and arrogant in its human form, ... Read more

## Videos

15:40

### Dungeons and Dragons Lore: Wereshark

YouTube · AJ Pickett
Jun 17, 2020

Weresharks are lycanthropes, typically cruel and arrogant, found in port settlements. They can shapeshift in darkness and are vulnerable to magic or silver weapons.

---

0:49

### What is a Wereshark in D&D?

YouTube · SteelySam
Apr 26, 2022

Weresharks are a rare and terrifying form of lycanthropy that dwell in the depths of the ocean and are considered the most cruel and territorial.

---

12:55

### Why you should Play a WereShark - Were Folk in Dnd Goblin ...

YouTube · Rookzer0
Aug 20, 2021

Use templates for **D&D** were-creatures, adding +2 to Constitution & Wisdom, -2 Charisma, +2 Strength or Dex, +2 natural armor.

View all ›

## People also search for

- Dungeons and dragons wereshark **pdf**
- Dungeons and dragons wereshark **spells**
- Dungeons and dragons wereshark **stats**
- Wereshark **movie**
- Dungeons and dragons wereshark **reddit**
- Wereshark **5e stat block**

Wereshark **DnD 5e player race**

Wereshark **lycanthropy 5e**

1 2 3 4 5 6 7 8 9 10 Next

**Northwest Arvada, Arvada, CO** - From your IP address - Update location

Help Send feedback Privacy Terms