# EXHIBIT 25

pathfinder dungeons and dra

Sign in

AI Mode All Shopping Short videos Images Videos Forums More Tools

AI Overview

Pathfinder is a popular tabletop role-playing game (TTRPG) created by Paizo Publishing in 2009. It began as a modified continuation of Dungeons & Dragons 3.5e after D&D moved to its 4th edition. Fans often call Pathfinder "crunchier" because it features deeper math, more detailed rules, and extensive character options compared to modern D&D. Reddit · r/DnD +3

## Key Differences from D&D

- **Action Economy:** Pathfinder 2nd Edition uses a flexible three-action system per turn, letting you use actions to strike, move, or cast spells in any mix. D&D usually splits turns into a standard action, bonus action, and movement. Reddit · r/DnD
- **Character Customization:** Pathfinder offers rich choices at almost every level via feats, ancestries, and skill ranks, whereas D&D 5e keeps level-up choices more streamlined. Reddit · r/DnD
- **Rules & Math:** Pathfinder has specific rules for almost every environmental condition or maneuver, while D&D relies more on broad advantage and disadvantage mechanics

Show more

Reddit · r/DnD
110+ comments · 3 years ago

Can someone explain the difference between pathfinder ...

**Pathfinder is a set of minor improvement to the rules of DnD** that leaves it just barely not backwards compatible with DnD. It has largely ... Read more

| | | |
|---|---|---|
| What is **Pathfinder**? : r/Pathfinder_RPG - Reddit | 157 posts | Jul 28, 2023 |
| 5E vs **Pathfinder**: What's the difference? : r/**DnD** - Reddit | 44 posts | Mar 30, 2022 |

More results from www.reddit.com

Wikipedia
https://en.wikipedia.org › wiki › Pathfinder_Roleplayin...

## Pathfinder Roleplaying Game

The Pathfinder Roleplaying Game is a fantasy role-playing game (RPG) ) **based on the revised 3rd edition Dungeons & Dragons** (D&D) published by Wizards of the ...

## People also ask

Is Pathfinder based off D&D?

Is Pathfinder harder than D&D?

What's the difference between Dungeons and Dragons and Pathfinder?

Is there a D&D Beyond equivalent for Pathfinder?

## More products

24% OFF

Pathfinder Beginner Box
$37.99 ~~$50~~
Miniature Market & more
Free delivery on $76+
4.8 (86)

20% OFF

Nearby, 7 mi
D&D Starter Set Heroes of the Borderlands
$39.99 ~~$50~~
Target & more
4.9 (133)

Pathfinder Roleplaying Game Core Rulebook

$37.96

Walmart - Hour Loop & more

Pathfinder 2E Beginner Box Secrets of the Unlit Star

$19.99

paizo.com & more

Pathfinder Roleplaying Game Pathfinder Unchained

$20.00 Pre-owned

The Dragon's Trove & more

Free delivery on $99+

4.5 (2)

Paizo Pathfinder Quest

$117.95

Target & more

Free delivery

Pathfinder Abomination Vaults Adventure Path (5e)

$54.99

LOW PRICE

Pathfinder Roleplaying Game : Advanced Player's Guide

$14.67 Usually $23

Barnes & Noble & more
Next-day delivery $7
5.0 (1)

Books A Million & more
4.8 (9)

## Images

Pathfinder Roleplaying Game ...
Wikipedia

Pathfinder 2e VS Dungeons &...
YouTube

D&D & Pathfinder: The Bigge...
ScreenRant

The story of Pathfinder, Dung...
Polygon.com

D&D 5E vs Pathfinder 2E: Whi...
Dicebreaker

Pathfinder vs. D&D: Which On...
CBR

Show more images

University of Missouri–St. Louis | UMSL
https://libguides.umsl.edu › c.php

### Tabletop Role-Playing Games (TTRPGs): Pathfinder

Aug 4, 2026 — **Pathfinder** is a fantasy TTRPG with roots in the revised 3rd edition of **Dungeons and Dragons**. The game includes similar races, classes, and core ...

Role-playing Games Stack Exchange
https://rpg.stackexchange.com › questions › what-is-pat...

## What is Pathfinder's relationship to D&D?

Oct 11, 2018 — Pathfinder is often conflated with D&D, 4e I think, but it isn't actually named "Dungeons & Dragons." What is Pathfinder's relationship to D&D, and how ...

4 answers · Top answer: Is Pathfinder D&D? No, but kind of. Pathfinder is published by Paizo, which doe...

| | | |
|---|---|---|
| Differences between 5th Edition **D&D** and **Pathfinder**? | 2 answers | Dec 31, 2014 |
| **dnd** 4e - What are the major differences between ... | 4 answers | Sep 2, 2012 |

More results from rpg.stackexchange.com

Quora
30+ answers · 3 years ago

## What is the difference between Pathfinder and Dungeons & ...

What is the difference between Pathfinder and Dungeons & Dragons (D&D)? Which game is more difficult to play?

32 answers · Top answer: * Pathfinder has two editions (1st and 2nd edition). Dungeons & Dragons has ...

| | | |
|---|---|---|
| What is the difference between **Pathfinder** and ... | 31 answers | Jun 30, 2023 |
| What are the differences between **Pathfinder** and ... | 51 answers | Apr 25, 2024 |

More results from www.quora.com

Paizo
https://paizo.com › pathfinder

## Pathfinder Roleplaying Game: Unleash Your Hero!

**Pathfinder is a fantasy tabletop roleplaying game** where you tell heroic tales in a world of quests, magic, monsters, and treasures.

Facebook · Pathfinder 2e
100+ comments

## What are the differences between Pathfinder 2e and ...

**Pathfinder has more depth**: more customizable characters, more diverse adventures, game balance at all levels. D&D is simpler, fewer options, game balance

YouTube · Lunatic Dice
3K+ views · 1 year ago

## What is Pathfinder/D&D? A VERY Simple Explanation!

3:46

**What is Pathfinder/D&D**? A VERY Simple Explanation! The Character Sheet Pathfinder 2e For D&D Refugees! A Guide To Starting Pathfinder in 2023! ...

People also search for

Pathfinder dungeons and dragons **classes**

Pathfinder **vs DnD vs Daggerheart**

Pathfinder dungeons and dragons **reddit**

Pathfinder **vs DnD 5e**

Pathfinder **or DnD for beginners**

Pathfinder **classes**

Pathfinder **RPG**

Pathfinder **editions**

1 2 3 4 5 6 7 8 9 10 Next

**Northwest Arvada, Arvada, CO** - From your IP address - Update location

Help Send feedback Privacy Terms