# EXHIBIT 27

pathfinder wereshark

Sign in

AI Mode All Images Shopping Videos Forums Short videos More Tools

d20PFSRD
https://www.d20pfsrd.com › bestiary › humanoids › lyc...

## Lycanthrope, Wereshark

In either humanoid or hybrid form, a **wereshark** is generally burly, has a mouth full of unusually large teeth, and typically has a personality that is both crude ...

---

Lycanthrope, Wereshark (Mythic)
Sea Monsters (Pathfinder 1E) ... This muscular creature has a ...

---

Lycanthrope, Wereshark ...
Sea Monsters (Pathfinder 1E) ; AC 34, touch 11, flat-footed 31 (+7 ...

---

More results from d20pfsrd.com »

PathfinderWiki
https://pathfinderwiki.com › wiki › Wereshark

## Wereshark

**Weresharks can resemble a full humanoid**, albeit with shark-like features such as large and crooked teeth, or a mundane shark. They can also assume a hybrid form ... Read more

Archives of Nethys
https://2e.aonprd.com › Monsters

## Wereshark - Monsters - Pathfinder 2e - Archives of Nethys

The curse of the wereshark in stills a crude and bloodthirsty attitude, along with an urge to travel the sea. **They often become pirates or military sailors** ...

Reddit · r/Pathfinder_RPG
10+ comments · 4 years ago

## Were-Shark Skald - help finishing the build and ...

**Were-Shark Skald** - help finishing the build and recomendations · Strength: 17 · Dexterity: 10 · Constitution: 12 (+2 in wereshark form) · Wisdom : ... Read more

Forgotten Realms Wiki
https://forgottenrealms.fandom.com › wiki › Wereshark

## Wereshark | Forgotten Realms Wiki - Fandom

A wereshark was **a very rare and fearsome type of lycanthrope that could take the form of a shark**. Weresharks could take three different forms: humanoid form ...

The Daily Bestiary
http://dailybestiary.blogspot.com › 2014/04 › wereshark

## Wereshark

Apr 1, 2014 — **Pathfinder's weresharks stand out in their characterization**: “crude and bullying”... “bloodthirsty and are very easy to anger”...“jump into fights ... Read more

Images

Wereshark Physiology | Super...
Superpower Wiki - Fandom

Were-Shark Skald - help finishi...
Reddit

Wereshark - Level 1 Spellfire c...
Spellfire

Show more images

Archives of Nethys
https://www.aonprd.com › MonsterDisplay › ItemName=...

## Lycanthrope, Wereshark (Hybrid Form)

This muscular creature has a human body, but the head of a ravenous shark, complete with jet-black eyes and razorlike teeth. **Wereshark** (Hybrid Form) CR 3. Read more

Adventure Bricks
https://adventurebricks.com › lego-pathfinder › bestiary-4

## Pathfinder 1st Edition :: Bestiary 4 :: Lycanthrope: Wereshark

In either humanoid or hybrid form, a wereshark **is generally burly, has a mouth full of unusually large teeth**, and typically has a personality that is both ...

People also search for

Pathfinder wereshark **wiki**

Pathfinder **weretiger**

Wereshark **movie**

Pathfinder **werecrocodile**

Wereshark **DnD 5e player race**

Wereshark **5e**

Pathfinder **lycanthrope player**

Pathfinder **megalodon**

1 2 3 4 5 6 7 8 9 10 Next

**Northwest Arvada, Arvada, CO** - Based on your past activity - Update location

Help Send feedback Privacy Terms