# EXHIBIT 28




Subscribe to the Open Gaming Network and get everything ad-free!

Home >Bestiary >(Bestiary) By Type >Humanoids >Lycanthrope >

# Lycanthrope, Wereshark

*This muscular creature has a human body, but the head of a ravenous shark, complete with jet-black eyes and razor-like teeth.*

**Wereshark (Human Form) CR 3**

**XP 800**
Human natural wereshark fighter 3
CE Medium humanoid (human, shapechanger)
**Init** +1; **Senses** low-light vision, scent; Perception +2

DEFENSE

**AC** 11, touch 11, flat-footed 10 (+1 Dex)
**hp** 33 (3d10+12)
**Fort** +5, **Ref** +2, **Will** +3 (+1 vs. fear)
**Defensive Abilities** bravery +1

OFFENSE

**Speed** 30 ft.
**Melee** mwk trident +9 (1d8+3)

STATISTICS

**Str** 17, **Dex** 12, **Con** 14, **Int** 8, **Wis** 15, **Cha** 8
**Base Atk** +3; **CMB** +6; **CMD** 17
**Feats** Cleave, Great Cleave, Power Attack, Toughness, Weapon Focus (trident)
**Skills** Survival +8, Swim +10
**Languages** Common



**SQ** armor training 1, change shape (human, hybrid, and shark; *polymorph*), lycanthropic empathy (sharks and dire sharks)

### Wereshark (Hybrid Form) CR 3

CE Medium humanoid (human, shapechanger)
**Init** +1; **Senses** blindsense 30 ft., low-light vision, keen scent; Perception +2

DEFENSE

**AC** 17, touch 11, flat-footed 16 (+1 Dex, +6 natural
**hp** 36 (3d10+15)
**Fort** +6, **Ref** +2, **Will** +3 (+1 vs. fear)
**Defensive Abilities** bravery +1; **DR** 10/silver

OFFENSE

**Speed** 30 ft.
**Melee** mwk trident +9 (1d8+4), bite +2 (1d8+2 plus curse of lycanthropy)

STATISTICS

**Str** 19, **Dex** 12, **Con** 16, **Int** 8, **Wis** 15, **Cha** 8
**Base Atk** +3; **CMB** +7; **CMD** 18
**Feats** Cleave, Great Cleave, Power Attack, Toughness, Weapon Focus (trident)
**Skills** Survival +8, Swim +11
**Languages** Common
**SQ** armor training 1, change shape (human, hybrid, and shark; *polymorph*), lycanthropic empathy (sharks and dire sharks)

ECOLOGY

More About Weresharks

Weresharks are often idolized by tribal chieftains and shamans. These lycanthropes often recruit true sharks to enforce their dominance over a specific span of ocean, and a few are imposing leaders of island settlements. Some are bloody tyrants, reveling in the fear they sow among their human prey and servants, but others are fair, if distant, lords. Weresharks do not come into conflict often, preferring to give each other space, but when they do fight, the fearsome battle for dominance usually leaves each either scarred or dead.

Weresharks covet powerful magic items, especially weapons such as the *trident of fish command*, which they believe they deserve because of the natural right of sharks to rule over other sea creatures.

**Source** Pathfinder Player Companion: Blood of the Moon

ECOLOGY

**Environment** any oceans or coastlines
**Organization** solitary, pair, or shiver (3–6)
**Treasure** NPC gear (masterwork trident, other treasure)

In either humanoid or hybrid form, a wereshark is generally burly, has a mouth full of unusually large teeth, and typically has a personality that is both crude and bullying. They're bloodthirsty and are very easy to anger. They will jump into fights they have no stake in just to snap bones and draw blood.

Weresharks prefer life at sea or in port settlements commonly frequented by seagoing merchants and pirates. They can be found leading pirate gangs or loitering at seaside taverns accompanied by crowds of toadies. Since they get into fights so often, they try to stick close to the sea so they can escape into the water if they bite off more than they can chew. The other members of a wereshark's crew learn quickly that the boss is bound to skip out without much notice once a bigger fish comes along.

## Section 15: Copyright Notice

*Pathfinder Roleplaying Game Bestiary 4 © 2013, Paizo Publishing, LLC; Authors: Dennis Baker, Jesse Benner, Savannah Broadway, Ross Byers, Adam Daigle, Tim Hitchcock, Tracy Hurley, James Jacobs, Matt James, Rob McCreary, Jason Nelson, Tom Phillips, Stephen Radney-MacFarland, Sean K Reynolds, F. Wesley Schneider, Tork Shaw, and Russ Taylor.*

This site may earn affiliate commissions from the links on this page.

PATREON

*Back me on Patreon!*

**Check out our other SRD sites!** Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2)

OGN Updates

**This site may earn affiliate commissions from the links on this page.**

**OGN SRD v1.15.3 using Bootstrap**

New Pages | Recent Changes | Privacy Policy