# EXHIBIT 29

WIKIPEDIA
25 years of the free encyclopedia

wereshark | Search

Donate Create account Log in

- **List of Advanced Dungeons & Dragons 2nd edition monsters**
- **Wireshark** Network traffic analyzer
- **WireShare** Peer to peer file sharing software
- **Charles Ong'ondo Were** Kenyan politician (1973/1974–2025)
- **Sharkey Ward** Fleet Air Arm pilot (1943–2024)
- **Zoids** Science fiction toy franchise
- **Hark Lay Wales**
- **Sharon Wee** Malaysian squash player (born 1977)
- **List of Victory Records artists**
- **We Versus the Shark** American math rock band

Search for pages containing **wereshark**

Main Page Talk

Read View source View history

…pedia,
…ne can edit.
…icles in English

## From today's featured art…

**Brochfael ap Meurig** (ruled c. 87…
ruled jointly with his brother, Ffern…
territory to the west, were ruled as…
were separate and the king of Gly…
ab Arthfael, ruled both territories w…
Fernfael were only kings of Gwen…
Rhys, the king of Glywysing. The …
most of Wales, but in the late 880s…
Alfred the Great, the king of Wess…
Æthelred, Lord of the Mercians. A…
Bishop Cyfeilliog and settlements…
last of his line and was succeeded…
Recently featured: F…

## In the news



Hakainde Hichilema

- The **Democratic Autonomous Administration of North and East Syria** ends its autonomous rule following its full integration into Syria.
- President Hakainde Hichilema *(pictured)* wins **the Zambian general election** for a second consecutive term.
- **A magnitude-7.7 earthquake** strikes off the coast of Flores, Indonesia, causing at least 87 deaths.
- Former premier of China **Zhu Rongji** dies at the age of 97.
- **A solar eclipse** causes totality from Siberia to Iberia.

**Ongoing**: Iran war (Lebanon war) · Russo-Ukrainian war (timeline)
**Recent deaths**: Tsuri Sagi · Frank Beard · Harry van der Kamp · Anatoly Mikhaylov · Dave Marsh · Wolfgang Haber

**More current events** · **Nominate an article**

## Did you know ...



- ... that the dedication of **a statue of Dante Alighieri** *(pictured)* in Washington, D.C., was described as an "international love feast" between French and Italian officials?
- ... that a topless picture of **Reagan Wilson** went to the Moon?
- ... that **a popular Marvel villain** appeared in the *Transformers* and *Doctor Who* franchises before joining the Marvel Universe?

## On this day

**August 24**: Feast day of **Saint Bartholomew** (Western Christianity); **Independence Day** in Ukraine (1991)



- 1643 – **A Dutch expedition** *(depicted)* arrived at the mouth of the Valdivia River, in present-day Chile, to establish a new colony in the ruins of the abandoned Spanish settlement of…

**Appearance** hide

Text
- Small
- Standard
- Large

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark