# EXHIBIT 30

# Previous Court Cases Filed by Lap-Sun Chan

1. *Eng v. Carter,* Case No. 1:13-cv-04855 (E.D.N.Y 2013) (as Kenneth Eng)
   - Date Filed: August 23, 2013
   - Summary of Claims: Plaintiff sued Defendant for reporting him for probation violations (see *United States v. Eng*, Case No. 1:08-cr-00066 (E.D.N.Y. 2006). Plaintiff demands $2,000,000 in damages.
   - Filing Status: *In Forma Pauperis*
   - Disposition: Dismissed with prejudice as frivolous and for failure to state a claim. ECF No. 6.
2. *Eng v. Dixon*, Case No. 1:14-cv-01501 (E.D.N.Y. 2014) (as Kenneth Eng)
   - Date Filed: March 4, 2014
   - Summary of Claims: Plaintiff sued Defendant for violations of 42 U.S.C. § 1983 for arresting him pursuant to an assault complaint. The complaint is full of racial slurs. Plaintiff seeks $3,000,000 in damages plus $2,000,000 to be paid to "an Asian rights organization."
   - Filing Status: *In Forma Pauperis*
   - Disposition: Dismissed with prejudice for failure to state a claim and as time-barred, ECF No. 4.
3. *Eng v. Reichardt*, Case No. 1:14-cv-01502 (E.D.N.Y. 2014) (as Kenneth Eng)
   - Date Filed: March 4, 2014
   - Summary of Claims: Defendant sued Plaintiffs for First Amendment violations and copyright violations for adjusting his grades based on his in-class racist remarks and for distributing his screenplay to other school officials in conjunction with disciplinary action. Amount of Plaintiff's demand is unclear, as the complaint ends abruptly as though there are pages missing before requesting relief.
   - Disposition: Dismissed with prejudice for failure to state a claim and as time-barred, ECF No. 4.
4. *Eng v. Baldwin*, Case No. 1:14-cv-01644 (E.D.N.Y. 2014) (as Kenneth Eng)
   - Date Filed: March 10, 2014
   - Summary of Claims: Plaintiff sued Defendant for publishing a book in which "space dragons" appear, in purported violation of Plaintiff's unregistered copyright. Plaintiff demands $10,000,000 in damages.
   - Filing Status: *In Forma Pauperis*
   - Disposition: Dismissed without prejudice and with leave to amend, ECF No. 4. Amended complaint filed, ECF No. 5, and dismissed with prejudice for failure to state a claim, ECF No. 6.
5. *Eng v. Corrections Department of New York City*, Case No. 1:14-cv-02365 (S.D.N.Y. 2014) (as Kenneth Eng)
   - Date Filed: March 27, 2014

- Summary of Claims: Plaintiff sued Defendant for violations of 42 U.S.C. § 1983 and Title VI for speaking to him in Chinese and using allegedly derogatory language. Plaintiff demands $10,000,000 and the termination of one of the offending officers plus $15,000,000 "to be paid to an Asian rights organization."
- Disposition: Dismissed with prejudice for failure to state a claim and as time-barred. ECF No. 5.

6. *Eng v. Bellevue Hospital*, Case No.1:14-cv-02516 (S.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: April 2, 2014
    - Summary of Claims: Plaintiff sued Defendant for violating his First Amendment rights for treating his statements of racial prejudice as a symptom of mental illness. Plaintiff demands $8,000,000 in damages and the termination of his treating physician.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Dismissed with prejudice for failure to state a claim and as time-barred. ECF No. 5.
7. *Eng v. RFR Realty*, Case No. 1:14-cv-02485 (E.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: April 4, 2014
    - Summary of Claims: Plaintiff sued Defendant for an incident in which one of their employees purportedly made a false statement about him to cover up for his own misconduct. Plaintiff's description of the incident uses many racial slurs, and further contends that his own racial equality rights were violated. Plaintiff demands $4,000,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Dismissed with prejudice for lack of subject matter jurisdiction. ECF No. 4.
8. *Eng v. B3 Legal*, Case No. 1:14-cv-02442 (S.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: April 7, 2014
    - Summary of Claims: Plaintiff sued Defendant for alleged Title VII violations for purported racially discriminatory remarks. Plaintiff seeks a total of $12,000,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Motion to Dismiss granted without prejudice and with leave to amend, ECF No. 17. Case closed for failure to prosecute, ECF No. 19.
9. *Eng v. Casey*, Case No. 1:14-cv-03734 (S.D.N.Y 2014) (as Kenneth Eng)
    - Date Filed: May 8, 2014
    - Summary of Claims: Plaintiff sued Defendant for copyright violations for producing a program which Plaintiff alleges is substantially similar to his own unregistered script. Plaintiff seeks $5,000,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Ordered to amend, ECF No. 5. Amended complaint stricken under Fed. R. Civ. P. Rule 12(f), ECF No. 7. Dismissed with prejudice for failure to prosecute, ECF No. 9.

10. *Eng v. Captain Blue Hen Comics*, Case No. 1:14-cv-03631 (E.D.N.Y 2014) (as Kenneth Eng)
    - Date Filed: June 5, 2014
    - Summary of Claims: Plaintiff sued Defendant for publishing a comic book featuring Albert Einstein as a superhero, in purported violation of Plaintiff's 2006 copyright of a work containing a similar idea. Plaintiff demands $10,000,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Initially dismissed for failure to state a claim without prejudice and with leave to amend; dismissed with prejudice after the expiration of the amendment deadline. ECF No. 7.
11. *Eng v. Berger*, Case No. 1:14-cv-03632 (E.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: June 5, 2014
    - Summary of Claims: Plaintiff sued Defendant for publishing a "band or album" named "Terrordactyl" in purported violation of an unregistered copyright in an unpublished screenplay which also contained a character named "Terrordactyl." Plaintiff seeks $1,000,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Dismissed with prejudice and for failure to state a claim. "Plaintiff is hereby warned that if he continues to file repeated frivolous complaints he may be subject to a filing injunction or the imposition of monetary sanctions upon notice and opportunity to be heard." ECF No. 5 at 8.
12. *Eng v. Creators of the Philosoraptor*, Case No. 1:14-cv-04948 (S.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: June 12, 2014
    - Summary of Claims: Plaintiff sued Defendant for publishing a comic book that included an anthropomorphic raptor character in purported violation of Plaintiff's prior work. Plaintiff demanded $200,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Dismissed with prejudice as frivolous and for failure to state a claim. "In light of Plaintiff's litigation history, as the Eastern District has done already, this Court now warns Plaintiff that the continued filing of frivolous or meritless lawsuits will result in an order barring Plaintiff from filing new actions in forma pauperis without prior permission." ECF No. 3 at 6.
13. *Eng v. Linde*, Case No. 1:14-cv-04677 (S.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: June 12, 2014; amended August 22, 2014
    - Summary of Claims: Plaintiff sued Defendant, a Stanford physicist, for copyright violations for purportedly publishing Plaintiff's "idea that the universe and everything in it is conscious," which Plaintiff claims to have published as far back as 2002 and registered in various works. The allegedly infringing statement appeared in an oral history interview conducted in 1987 — fifteen years before Plaintiff's earliest claimed publication — which Plaintiff addressed by alleging the 1987 date "cannot be confirmed. I don't believe him." Plaintiff seeks $200,000 in damages.
    - Filing Status: *In Forma Pauperis*

- Disposition: Dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), with IFP status denied for purposes of appeal. "In light of Plaintiff's litigation history, particularly with respect to claims of copyright infringement, this Court finds that Plaintiff was or should have been aware of the elements of a copyright claim when he filed this action... Accordingly, Plaintiff is warned that further duplicative or frivolous litigation in this Court will result in an order barring Plaintiff from filing new actions *in forma pauperis* without prior permission. See 28 U.S.C. § 1651." ECF No. 6 at 5.

14. *Eng v. Podolnick*, Case No. 1:14-cv-04675 (S.D.N.Y 2014) (as Kenneth Eng)
    - Date Filed: June 12, 2014; amended September 12, 2014.
    - Summary of Claims: Plaintiff alleges that Defendants violated his copyrights by posting excerpts from a script he wrote on Myspace and in *Wired* magazine, and for "cyberbullying." Plaintiff's complaint uses many racial slurs. Plaintiff seeks $10,000,000 in damages from each defendant.
    - Filing Status: *In Forma Pauperis*
    - Disposition: The last four paragraphs of the complaint were struck under Fed. R. Civ. P. Rule 12(f), and Plaintiff was ordered to "file an amended complaint not containing the stricken portions or any other racist, anti-Semitic, or insulting language not later than fourteen (14) days after the issuance of this Order." ECF No. 7. The case was dismissed with prejudice for failure to prosecute after the deadline to file the amended complaint passed with no action taken by the Plaintiff. ECF No. 9.
15. *Eng v. Radio Comix*, Case No. 1:14-cv-03810 (E.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: June 17, 2014
    - Summary of Claims: Plaintiff sued Defendant for purportedly infringing on his unregistered copyright by publishing a work featuring "an anthropomorphic unicorn who wears shades and has blonde hair," ECF 1 at 1. Plaintiff seeks $10,000,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Dismissed with prejudice as frivolous and for failure to state a claim. "Plaintiff is hereby warned that if he continues to file repeated frivolous complaints he may be subject to a filing injunction or the imposition of monetary sanctions upon notice and opportunity to be heard." ECF No. 4 at 8.
16. *Eng v. Impishidea*, Case No. 1:14-cv-04852 (S.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: June 18, 2014
    - Summary of Claims: Plaintiff sued Defendants for alleged copyright violations of an apparently unregistered work, purportedly of Plaintiff's authorship. Plaintiff seeks $10,000,000 in damages from each contributing infringer.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Ordered to amend in an order which also states Plaintiff's extensive litigation history, ECF No. 5; dismissed with prejudice for failure to prosecute, ECF No. 6.
17. *Eng v. Cushing*, Case No. 1:14-cv-03905 (E.D.N.Y. 2014) (as Kenneth Eng)

- Date Filed: June 19, 2014
- Summary of Claims: Plaintiff sued a journalist for publishing court documents filed by Plaintiff which included Plaintiff's address. Plaintiff demands the removal of the information and $10,000,000 in damages.
- Filing Status: *In Forma Pauperis*
- Disposition: Dismissed with prejudice as frivolous and for failure to state a claim. "In light of his ongoing practice of filing lawsuits of this frivolous nature, the Court again reiterates its warning that, should he continue to file such lawsuits, he will face a filing injunction and/or monetary sanctions, upon notice and opportunity to be heard." ECF No. 5 at 4.

18. *Eng v. Pacermonitor.com,* Case No. 1:14-cv-03912 (E.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: June 23, 2014
    - Summary of Claims: Plaintiff sued Defendant for publishing court documents filed by Plaintiff which included Plaintiff's address. Plaintiff demands $10,000,000 in damages.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Dismissed with prejudice as frivolous and for failure to state a claim. "In light of his ongoing practice of filing lawsuits of this frivolous nature, the Court again reiterates its warning that, should he continue to file such lawsuits, he will face a filing injunction and/or monetary sanctions, upon notice and opportunity to be heard." ECF No. 5 at 4.
19. *Eng v. Officer X,* Case No. 1:14-cv-04036 (E.D.N.Y. 2014) (as Kenneth Eng)
    - Date Filed: June 27, 2014
    - Summary of Claims: Plaintiff sued Defendant for purportedly "discriminating against and abusing" his Asian female partner. Plaintiff describes Defendant using multiple racial slurs. Plaintiff demands $200,000,000 in damages to be paid to the Government of Hong Kong "and for the same amount to the government of Vietnam." Plaintiff demands $5,000 damages to be payable to himself.
    - Filing Status: *In Forma Pauperis*
    - Disposition: Dismissed with prejudice as frivolous and for failure to state a claim. "The Court reiterates its warning that, should he continue to file frivolous actions, he will face a filing injunction and/or monetary sanctions, upon notice and opportunity to be heard." ECF No. 5 at 3.
20. *Eng v. Treadwell*, Case No. 1:14-cv-09256 (S.D.N.Y 2014) (as Kenneth Eng)
    - Date Filed: November 14, 2014
    - Summary of Claims: Plaintiff sued Defendant for violations of Title VII for terminating his employment after he racially harassed another employee. Plaintiff identified his religion as "Asian Supremacy" and decorated the Complaint with swastikas. Plaintiff demands $1,000,000 in damages.
    - Filing Status: Filing fee not paid; *in forma pauperis* status not sought.
    - Disposition: Dismissed with prejudice for failure to pay the filing fee. ECF No. 3.
21. *Chan v. United Healthcare Oxford*, Case No. 1:22-cv-02480 (S.D.N.Y 2022) (as Lap-Sun Chan)

- Date Filed: March 29, 2022
- Summary of Claims: Plaintiff sued Defendants for being rude to him in the process of administering his health insurance. Plaintiff demands $200,000 in damages.
- Filing Status: Filing fee paid.
- Disposition: Dismissed with prejudice for lack of subject matter jurisdiction, ECF No. 12.

22. *Chan v. Ramdhaney,* Case No. 1:22-cv-03708 (S.D.N.Y 2022) (as Lap-Sun Chan)
    - Date Filed: May 6, 2022
    - Summary of Claims: Plaintiff sued Defendant for treating him in a manner he perceived as disrespectful and for attempting to collect on invoices for services rendered. Plaintiff seeks $1,000,000 in damages.
    - Filing Status: *In Forma Pauperis* status denied; Plaintiff paid filing fee.
    - Disposition: Initially dismissed without prejudice and with leave to replead for failure to state a claim. Amended complaint filed July 8, 2022, ECF No. 5, and dismissed with prejudice for failure to state a claim and for lack of subject matter jurisdiction, ECF 7.
23. *Chan v. Medicare*, Case No. 1:22-cv-03748 (S.D.N.Y. 2022) (as Lap-Sun Chan)
    - Date Filed: May 9, 2022
    - Summary of Claims: Plaintiff sued Defendant for being rude to him in the process of administering his health care. Plaintiff demands $1,000,000 in damages.
    - Filing Status: *In Forma Pauperis* status denied under a finding that Plaintiff is able to pay filing fees; fee not paid.
    - Disposition: Dismissed with prejudice for failure to pay the filing fee. ECF No. 5.
24. *Chan v. Cimponeriu*, Case No. 1:22-cv-03749 (S.D.N.Y. 2022) (as Lap-Sun Chan)
    - Date Filed: May 9, 2022
    - Summary of Claims: Plaintiff sued Defendant for failing to deliver over-the-counter medication to him and suggesting he could acquire it himself from a drugstore. Plaintiff demands $1,000,000 in damages.
    - Filing Status: *In Forma Pauperis* status denied under a finding that Plaintiff is able to pay filing fees; fee not paid.
    - Disposition: Dismissed with prejudice for failure to pay the filing fee. ECF No. 4.
25. *Chan v. Backstage.com*, Case No. 1:23-cv-08428 (S.D.N.Y. 2023) (as Larry Chan)
    - Date Filed: September 14, 2023
    - Summary of Claims: Plaintiff sued Defendant for charging him a $34.95 membership fee and subsequently rejecting his casting call as "not a good fit for our site." Plaintiff demands $20,000,000 in damages.
    - Filing Status: Filing fee not paid; *in forma pauperis* status not sought.
    - Disposition: Dismissed with prejudice for failure to pay the filing fee. ECF No. 3.
26. *Chan v. Phipps*, Case No. 1:26-cv-05083 (S.D.N.Y. 2026) (as Lap-Sun Chan)
    - Date Filed: June 12, 2026

- Summary of Claims: Plaintiff sued Defendants for the 2017 publication of a book featuring a "weredeer" in purported violation of Plaintiff's 2016 copyright. Plaintiff demands $2,000,000 in damages and "acknowledgement that it was [his] idea."
- Filing Status: *In Forma Pauperis* status denied.
- Disposition: In progress. IFP status denied under a finding that Plaintiff is able to pay the filing fees.

27. *Chan v. Troma Entertainment*, Case No. 1:26-cv-06960 (S.D.N.Y. 2026) as (Lap-Sun Chan)
    - Date Filed: August 14, 2026
    - Summary of Claims: Plaintiff sued Defendant and two of its employees for Defendants' 2023 film *Curse of the Weredeer* in purported violation of Plaintiff's 2016 creature concept. Plaintiff demands $1,000,000, removal of the film from distribution, and "acknowledgement that it was [his] idea." Notably, ¶ 1 of the complaint states Plaintiff's legal name is Lap-Sun Chan, that he was born Kenneth C. Eng, and that he is known in the workplace as Larry Chan.
    - Filing Status: Complaint filed.
    - Disposition: In progress.