# EXHIBIT 32

**From:** Dylan Schmeyer
**To:** kennetheng203@gmail.com
**Cc:** Akiva Cohen; Kat Farley
**Subject:** Rule 11 Letter Digital Courtesy Copy- Chan v. Wizards of the Coast, LLC
**Date:** Thursday, July 30, 2026 1:22:00 PM
**Attachments:** Exhibit 1- The Monster Manual II Copyright and Wereshark Therein.pdf
Exhibit 2- Lycanthropy Hybrids in D&D 3.5e"s Monster Manual.pdf
Exhibit 3- Hyperlinks in Letter.pdf
Rule 11 Letter- Chan v. WotC 7.28.pdf
Rule 11 Notice of Motion- Chan v. WotC.pdf

---

Mr. Lap-Sun Chan,

Attached is a courtesy copy of a letter and draft motion that were served on you today by mail. This email is a convenience copy only and does not change or substitute for that service.

The letter explains the basis for our position and the period provided under Federal Rule of Civil Procedure 11(c)(2). Because I represent Wizards of the Coast in this matter, I cannot give you advice about it; you may wish to consult an attorney of your own.

If you have any difficulty opening the attachment, please let me know and I will send it in another format.

Regards,
Dylan Schmeyer
Counsel for Wizards of the Coast, LLC