# EXHIBIT 33

Check out the new layout beta

Subscribe to the Open Gaming Network and get everything ad-free!

5e SRD >Creatures >

# Lycanthrope, Wereshark

**Family:** Lycanthropes

*Medium humanoid (human, shapechanger), chaotic evil*

**Armor Class** 11 in humanoid form, 13 (natural armor) in shark or hybrid form
**Hit Points** 90 (12d8+36)
**Speed** 30 ft., swim 40 ft. (in shark form only)




**Sea Monsters (5E)**

$14.99

Open Product Details

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 18 (+4) | 13 (+1) | 17 (+3) | 10 (+0) | 13 (+1) | 10 (+0) |

**Skills** Perception +7, Stealth +7
**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons
**Senses** blindsense 30 ft. (shark or hybrid form only); passive Perception 17
**Languages** Common (can't speak in shark form)
**Challenge** 6 (2,300 XP)

## Special Traits

- **Amphibious.** The wereshark can breathe air or water.

- **Blood Frenzy**. The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hit points.
- **Shapechanger**. The wereshark can use its action to *polymorph* into a shark-humanoid hybrid or into a hunter shark, or back into its true form, which is humanoid. Its statistics, other than its AC, and its size, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.

## Actions

- **Multiattack** (hybrid form only). In humanoid form, the wereshark makes two trident attacks. In hybrid form, it can substitute a bite for one Melee Weapon Attack.
- **Bite (Shark or Hybrid Form only)**. *Melee Weapon Attack*: +7 to hit, reach 5 ft., one target. *Hit*: 13 (2d8 + 4) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.
- **Trident (Humanoid or Hyrbid Form Only)**. *Melee or Ranged Weapon Attack*: +7 to hit, reach 5 ft. or range 20/60 ft., one creature. *Hit*: 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.

## About

In either humanoid or hybrid form, a wereshark is generally burly, has a mouth full of unusually large teeth, and typically has a personality that is both crude and bullying. They're bloodthirsty and are very easy to anger. They will *jump* into fights they have no stake in just to snap bones and draw blood.

Weresharks prefer life at sea or in port settlements commonly frequented by seagoing merchants and pirates.

They can be found leading pirate gangs or loitering at seaside taverns accompanied by crowds of toadies. Since they get into fights so often, they try to stick close to the sea so they can escape into the water if they bite off more than they can chew.

The other members of a wereshark's crew learn quickly that the boss is bound to skip out without much notice once a bigger fish comes along.

## Section 15: Copyright Notice

*Sea Monsters (5E) © 2021, Legendary Games; Authors Michael Ritter, Michael "solomani" Mifsud, Robert J. Grady, Mark Hart, Jeff Ibach, Alex Riggs, Scott D. Young, Jeff Lee, Matt Kimmel, and Jason Nelson.*

*This is not the complete license attribution - see the full license for this page*

PATREON

*Back me on Patreon!*

Become an Editor!

Support
Open Gaming

Sell in the
Open Gaming Store

**Check out our other SRD sites!** Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2) | Trophy SRD

OGN Updates

**This site may earn affiliate commissions from the links on this page.**

**OGN SRD v1.15.3 using Bootstrap**

New Pages | Recent Changes | Privacy Policy

Check out the new layout beta

**Subscribe to the Open Gaming Network and get everything ad-free!**

5e SRD >Creatures >

# Lycanthrope, Wereshark

**Family:** Lycanthropes

*Medium humanoid (human, shapechanger), chaotic evil*

**Armor Class** 12 in humanoid form, 13 (natural armor) in shark and hybrid form
**Hit Points** 150 (21d8 + 42)
**Speed** 30 ft., swim 40 ft.

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 18 (+4) | 13 (+2) | 14 (+4) | 7 (-2) | 12 (+1) | 8 (-1) |

**Skills** Athletics +7, Perception +4, Stealth +5
**Damage Immunities** bludgeoning, piercing, and slashing damage from nonmagical attacks that aren't silvered
**Senses** blindsight 60 ft., passive Perception 14
**Languages** Common (can't speak in shark form)
**Challenge** 7 (2,900 XP)

## Special Traits

- **Shapechanger**. The wereshark can use its action to *polymorph* into a Large shark-humanoid hybrid or into a Large shark, or back into its true form, which is humanoid. Its statistics, other than its size and AC, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.
- **Amphibious.** The wereshark can breathe air and water while in human or hybrid form. While in shark form, the wereshark can only breathe while underwater.
- **Blood Frenzy**. The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hit points.
- **Surprise Attack**. If the wereshark surprises a creature and hits it with an attack during the first round of combat, the target takes an extra 14 (4d6) damage from the attack.

## Actions

- **Multiattack**. In shark form, the wereshark makes two bite attacks. In humanoid form, it makes three scimitar attacks. In hybrid form, it can attack like a shark or a humanoid.
- **Bite (Shark or Hybrid Form Only)**. *Melee Weapon Attack*: +7 to hit, reach 5 ft., one target. *Hit*: 15 (2d10 + 4) piercing damage, and the target is grappled (escape DC 15). Until this grapple ends, the wereshark can bite only the grappled creature and has advantage on attack rolls to do so. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.
- **Spear (Humanoid or Hybrid Form Only)**. *Melee or Ranged Weapon Attack*: +7 to hit, reach 5 ft. or range 20/60 ft., one target. *Hit*: 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.

### About

Weresharks are solitary hunters by nature, generally giving settlements above and below the waves a wide berth. Their search for solitude is not only for peace but a survival mechanism. Weresharks lose their sense of reason at times and can wreak carnage on entire communities before finally being overcome by sheer numbers.

Weresharks are always on the move and looking for food to hunt.

They prefer to use stealth when hunting, waiting for the right time to jump out from their hiding positions. The moment they spot their prey, weresharks trust in their abilities to strike quickly and annihilate their target with a single blow. If the prey survives, though, the scent of blood transforms the wereshark into a killing machine.

## Player Characters as Weresharks

The character gains a Strength of 18 if their score isn't already higher, and a +1 bonus to AC while in shark or hybrid form (from natural armor). They also gain the Amphibious trait. Attack and damage rolls for the natural weapons are based on Strength. For the Bite attack, the DC is 8 + the character's proficiency bonus + Strength modifier.

### Section 15: Copyright Notice

*The Seas of Vodari Copyright 2020, Tribality (Innovaworks Inc.) and Shawn Ellsworth.*

*This is not the complete license attribution - see the full license for this page*

PATREON

*Back me on Patreon!*

Become an Editor!

Support Open Gaming

Sell in the Open Gaming Store

Check out our other SRD sites! Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2)

OGN Updates

This site may earn affiliate commissions from the links on this page.

OGN SRD v1.15.3 using Bootstrap

New Pages | Recent Changes | Privacy Policy

Check out the new layout beta

Subscribe to the Open Gaming Network and get everything ad-free!

5e SRD >Gamemastering >Monsters & Foes >NPCs >Wereshark Bloodrider >

# Wereshark Chieftain




Pirate Campaign Compendium (5E)

$29.99

Format

PDF

System

5e

Open Product Details

*Large humanoid (hobgoblin, shapechanger), lawful evil*

**Armor Class** 16 (natural armor, scarification)
**Hit Points** 230 (27d10 + 81)
**Speed** 30 ft., swim 40 ft. (in shark form only)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 18 (+4) | 14 (+2) | 17 (+3) | 14 (+2) | 13 (+1) | 15 (+2) |

**Saving Throws** Intelligence +6, Wisdom+5, Charisma+6
**Skills** Perception +5, Stealth +6
**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with

silvered weapons
**Damage Resistances** necrotic
**Senses** darkvision 60 ft., blindsense 30 ft. (shark or hybrid form only); passive Perception 15
**Languages** Common, Goblin, Tribal
**Challenge** 11 (7,200 XP)

## Special Traits

- **Amphibious.** A wereshark can breathe air or water.
- **Blood Frenzy.** A wereshark has advantage on melee attack rolls against any creature that doesn't have all its hit points.
- **Rage.** Once per turn, the wereshark chieftain can deal an extra 17 (5d6) damage to a creature he hits with a weapon attack.
- **Scarification.** While the wereshark chieftain is wearing no armor and wielding no shield, his AC includes his Constitution modifier (included).
- **Sea Frenzy.** While mounted on a creature that has a swim speed all damage the wereshark chieftain does with a melee weapon is increased by 1 die (for example, 1d8 becomes 2d8). He may use one of his megalodon mount's melee attack options as part of his multiattack action.
- **Shapechanger.** The wereshark chieftain can use its action to *polymorph* into a Large shark-humanoid hybrid or into a hunter shark, or back into its true form, which is humanoid. Its statistics, other than its AC, and its size, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.

## Actions

- **Multiattack.** The wereshark chieftain makes three melee attacks. Alternatively, he can make two ranged attacks with his javelins. In hybrid form, he can substitute a bite for one melee weapon attack.
- **Bite (Shark or Hybrid form only).** *Melee Weapon Attack*: +8 to hit, reach 5 ft., one target. *Hit*: 13 (2d8 + 4) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.
- **Trident (Humanoid or Hybrid form only).** *Melee or Ranged Weapon Attack*: +8 to hit, reach 10 ft. or range 20/60 ft., one target. *Hit*: 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.
- **Reckless Abandon (Recharges after a Short or Long Rest).** For 1 minute, the wereshark chieftain gains advantage on attack rolls but grants advantage to attackers.

## Reactions

- **Destroyer.** As a reaction the wereshark chieftain can make a melee attack against a creature he has dropped to 0 hit points or when he has scored a critical hit.
- **Mounted Warrior.** As a reaction the wereshark chieftain can halve the damage of an attack that hits his megalodon mount.

## Tactics

**Before Combat.** He drinks his potion of magic fang (this potion gives him an additional +1 to hit and damage in shark or hybrid form for 1 minute).

**During Combat**. If alerted, the wereshark chieftain repeatedly uses Sea Frenzy, charging against an enemy as often as he can, using Rage and Reckless Abandon. If prevented from charging, he and his mount will move in for melee.

**Morale.** The wereshark chieftain never surrenders, fighting to the death.

## Section 15: Copyright Notice

*Pirate Campaign Compendium © 2018, Legendary Games; Lead Designer Jason Nelson. Authors: Alex Augunas, Jeff Gomez, Matt Goodall, Jim Groves, Tim Hitchcock, Victoria Jaczko, Jonathan H. Keith, Lyz Liddell, Thomas J. Phillips, Alistair J. Rigg, Alex Riggs, Loren Sieg, Neil Spicer, Todd Stewart, Rachel Ventura, Michael D. Welham, Linda Zayas-Palmer.*

## Copyright Notice

*See the full license for this page*

### Discord!

Join Our Discord!

### Latest 5th Edition Products in the Open Gaming Store!

- Pathfinder Adventure Path for D&D 5E: Abomination Vaults
- The Dragon's Hoard #68
- Premium Dungeon Master’s Screen for Dungeons & Dragons

- New Pages
- Recent Changes

PATREON

*Back me on Patreon!*

Become an Editor!

Support Open Gaming

Sell in the Open Gaming Store

**Check out our other SRD sites!** Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2)

OGN Updates

**This site may earn affiliate commissions from the links on this page.**

**OGN SRD v1.15.3 using Bootstrap**

New Pages | Recent Changes | Privacy Policy

Check out the new layout beta

Subscribe to the Open Gaming Network and get everything ad-free!

5e SRD >Creatures >

# Wereshark Hunter

**Family:** Lycanthropes

*Medium humanoid (human, shapechanger), chaotic evil*

**Armor Class** 14 (scale mail) [hybrid and shark 16]
**Hit Points** 104 (16d8 + 32)
**Speed** 30 ft. (hybrid and shark swim 40 ft.)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 18 (+4) | 13 (+1) | 15 (+2) | 11 (+0) | 12 (+1) | 10 (+0) |

**Skills** Perception +4
**Damage Immunities** bludgeoning, piercing and slashing nonmagical weapons that aren't silvered
**Senses** blindsight 30 ft., *darkvision* 60 ft., passive Perception 14
**Languages** Common
**Challenge** 7 (2,900 XP)
**Proficiency Bonus** +4

## SPECIAL TRAITS

- **Blood Frenzy.** The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hit points.
- **Bloodthirsty.** The wereshark attacks deal an additional 10 (3d6) damage to targets that doesn't have all its hit points.
- **Shapechanger.** The wereshark can use its action to *polymorph* into a Large shark-humanoid hybrid or into a Large hunter shark or back into its true form, which is humanoid. Its statistics, other than its AC, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.
- **Water Breathing.** The wereshark can breathe underwater.

## ACTIONS

- **Multiattack.** The wereshark makes two attacks in any combination of bite or spear, appropriate to its current form.
- **Bite (hybrid or shark only;1x/turn).** *Melee Weapon Attack*: +8 to hit. *Hit*: 11 (2d8 + 2) piercing damage, plus 9 (2d8) radiant damage.
- **Spear (humanoid or hybrid only).** *Melee Weapon Attack*: +8 to hit. *Hit*: 7 (1d6 + 4) piercing damage, or two-handed 8 (1d8 + 4) piercing damage, plus 9 (2d8) radiant damage.




**d20pfsrd.com Complete Collection — Pathfinder RPG Digital Library & Sourcebooks**

$39.99 ~~$400.00~~

Open Product Details

## ABOUT

Weresharks are vicious predators preying on anything they can get their mouth wrapped around. Luckily, both their bipedal form and shark form require them to be in the water, so those far from a large body of water tend to be relatively safe.

In humanoid form, weresharks have a sharp, long nose and watery-looking eyes. They often have a streak of white hair along their sideburns and have thuggish dispositions. A wereshark in bipedal form has the body of a humanoid covered in sharkskin, with the head of a shark, gill-like slits in the neck, a prominent dorsal fin and webbed hands and feet that allow it to move swiftly in water.

Weresharks rush to bite their opponent, tearing huge chunks out of their foe as they swim. Only when on land will a wereshark resort to using weaponry, but so vicious is their bite they often forego the use of anything that does not cause as much damage as their bite.

### Section 15: Copyright Notice

*Bestiary Nefarious: Creatures of the East Copyright 2025 Author Stephen C. Klauk*

*This is not the complete license attribution - see the full license for this page*

PATREON

*Back me on Patreon!*

**Become an Editor!**

**Support Open Gaming**

**Sell in the Open Gaming Store**

**Check out our other SRD sites!** Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2)

OGN Updates

This site may earn affiliate commissions from the links on this page.

OGN SRD v1.15.3 using Bootstrap

New Pages | Recent Changes | Privacy Policy

Check out the new layout beta

Subscribe to the Open Gaming Network and get everything ad-free!

5e SRD >Creatures >

# Lycanthrope, Wereshark

**Family:** Lycanthropes

*Large humanoid (human, shapechanger), chaotic evil*

**Armor Class** 11 in humanoid form, 12 (natural armor) in shark and hybrid form
**Hit Points** 90 (12d8 + 36)
**Speed** 30 ft. in humanoid form (swim 50 ft. in shark and hybrid forms)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 19 (+4) | 13 (+1) | 17 (+3) | 11 (+0) | 12 (+1) | 8 (-1) |

**Skills** Perception +4
**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons
**Senses** blindsight 30 ft. (shark and hybrid form only), passive Perception 14
**Languages** Common (can't speak in shark form)
**Challenge** 5 (1,800 XP)

### Special Traits

- **Blood Frenzy.** The wereshark has advantage on melee attack rolls against any creature that doesn't have all its hp.
- **Hold Breath (Hybrid Form Only).** While out of water, the wereshark can hold its breath for 1 hour.
- **Shapechanger.** The wereshark can use its action to *polymorph* into a Large shark-humanoid hybrid or into a Large hunter shark, or back into its true form, which is humanoid. Its statistics, other than its size and AC, are the same in each form, with the exceptions that only its shark and hybrid forms retain its swimming speed, and its shark form doesn't retain its walking speed. Any equipment it is wearing or carrying isn't transformed. The wereshark reverts to its true form if it dies.
- **Water Breathing (Shark or Hybrid Form Only).** The wereshark can breathe only underwate

## Actions

- **Multiattack**. In humanoid or hybrid form, the wereshark makes three trident attacks.
- **Bite (Shark or Hybrid Form Only)**. *Melee Weapon Attack*: +7 to hit, reach 5 ft., one target. *Hit*: 15 (2d10 + 4) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.
- **Trident (Humanoid or Hybrid Form Only)**. *Melee or Ranged Weapon Attack*: +7 to hit, reach 5 ft. or range 20/60 ft., one target. *Hit*: 7 (1d6 + 4) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.

## About

The twisted form of a humanoid shark hunches over, its grin showing rows of jagged teeth. Fresh blood drips from its mouth as it clutches a trident in powerful hands.

In humanoid form, weresharks tend to be powerfully-muscled and broad, with little body hair. They are solitary hunters who sometimes stalk and eat each other. If a wereshark spreads its curse, it’s likely because the lycanthrope made a mistake and let potential prey get away.

**Voracious Appetites.** Weresharks are savage predators who, driven by voracious appetites, devour anything they come across.

Aggressive in all forms, weresharks prefer to spend their time beneath the waves, hunting fish, seals, and other prey. They have no qualms about attacking humanoids or boats, particularly fishing vessels, which contain even more food for the lycanthrope to consume.

**Obsessed Predators**. Weresharks become obsessed with prey that gets away from them. A wereshark can stalk an individual through the seas and over land for months, leaving a path of destruction behind it, just to get a taste of what it missed.


## Section 15: Copyright Notice

*Tome of Beasts 2. © 2020 Open Design LLC; Authors Wolfgang Baur, Celeste Conowitch, Darrin Drader, James Introcaso, Philip Larwood, Jeff Lee, Kelly Pawlik, Brian Suskind, Mike Welham.*

*This is not the complete license attribution - see the full license for this page*

PATREON

*Back me on Patreon!*

Become an Editor!

Support
Open Gaming

Sell in the
Open Gaming Store

Check out our other SRD sites! Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2) | Trophy SRD

OGN Updates

This site may earn affiliate commissions from the links on this page.

OGN SRD v1.15.3 using Bootstrap

New Pages | Recent Changes | Privacy Policy

Check out the new layout beta

Subscribe to the Open Gaming Network and get everything ad-free!

5e SRD >Gamemastering >Monsters & Foes >NPCs >

# Wereshark Bloodrider




**Pirate Campaign Compendium (5E)**

$29.99

Format

PDF

System

5e

Open Product Details

*Medium humanoid (hobgoblin, shapechanger), lawful evil*

**Armor Class** 15 (natural armor, scarification)
**Hit Points** 142 (19d8 + 57)
**Speed** 30 ft., swim 40 ft. (in shark form only)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 16 (+3) | 13 (+1) | 16 (+3) | 10 (+0) | 14 (+2) | 6 (-3) |

**Skills** Perception +5, Stealth +7
**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons Damage Resistance necrotic

**Senses** darkvision 60 ft., blindsense 30 ft. (shark or hybrid form only); passive Perception 15
**Languages** Common, Goblin
**Challenge** 11 (7,200 XP)

### Special Traits

- **Amphibious.** Wereshark bloodriders can breathe air or water.
- **Blood Frenzy.** Wereshark bloodriders have advantage on melee attack rolls against any creature that doesn't have all its hit points.
- **Rage.** Once per turn, a wereshark bloodrider can deal an extra 14 (4d6) damage to a creature he hits with a weapon attack.
- **Scarification.** While a wereshark bloodrider is wearing no armor and wielding no *shield*, his AC includes his Constitution modifier.
- **Sea Frenzy.** While mounted on a creature that has a swim speed all damage the wereshark bloodrider does with a melee weapon is increased by 1 die (for example, 1d8 becomes 2d8). The wereshark bloodrider's mount cannot be targeted separately while mounted and may use a melee attack as part of the wereshark bloodrider's Multiattack action.
- **Shapechanger.** A wereshark bloodrider and can use its action to *polymorph* into a shark-humanoid hybrid or into a hunter shark, or back into its true form, which is humanoid. Its statistics, other than its AC, and its size, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.

### Actions

- **Multiattack.** A wereshark bloodrider makes three melee attacks. Alternatively, it can make two ranged attacks with its javelins. In hybrid form, it can substitute a bite for one melee weapon attack.
- **Bite (Shark or Hybrid form only).** *Melee Weapon Attack*: +6 to hit, reach 5 ft., one target. *Hit*: 13 (2d8 + 3) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.
- **Trident (Humanoid or Hybrid form only).** *Melee or Ranged Weapon Attack*: +6 to hit, reach 10 ft. or range 20/60 ft., one target. *Hit*: 7 (1d6 + 3) piercing damage, or 8 (1d8 + 4) piercing damage if used with two hands to make a melee attack.
- **Javelin (Humanoid or Hybrid form only).** *Melee or Ranged Weapon Attack*: +6 to hit, reach 10 ft. or range 30/120 ft., one target. *Hit*: 7 (1d6 + 3) piercing damage.
- **Reckless Abandon (Recharges after a Short or Long Rest).** For 1 minute, a wereshark bloodrider gains advantage on attack rolls but grants advantage to attackers.

### About

These vicious sea hunters are a menace both above and below the waves, astride their great hammerhead sharks (treat as a giant shark but with AC 15 due to leather barding) and bringing doom to those trying to stand against them. The statistics for their shark mounts include the modifiers granted by their rider raging while using ferocious mount and greater ferocious mount rage powers.

## Section 15: Copyright Notice

*Pirate Campaign Compendium © 2018, Legendary Games; Lead Designer Jason Nelson. Authors: Alex Augunas, Jeff Gomez, Matt Goodall, Jim Groves, Tim Hitchcock, Victoria Jaczko, Jonathan H. Keith, Lyz Liddell, Thomas J. Phillips, Alistair J. Rigg, Alex Riggs, Loren Sieg, Neil Spicer, Todd Stewart, Rachel Ventura, Michael D. Welham, Linda Zayas-Palmer.*

## Copyright Notice

*See the full license for this page*

**Discord!**

Join Our Discord!

**Latest 5th Edition Products in**

### the Open Gaming Store!

- Pathfinder Adventure Path for D&D 5E: Abomination Vaults
- The Dragon's Hoard #68
- Premium Dungeon Master's Screen for Dungeons & Dragons
- New Pages
- Recent Changes

PATREON

*Back me on Patreon!*

**Become an Editor!**

**Support Open Gaming**

**Sell in the Open Gaming Store**

**Check out our other SRD sites!** Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2)

OGN Updates

This site may earn affiliate commissions from the links on this page.

OGN SRD v1.15.3 using Bootstrap

New Pages | Recent Changes | Privacy Policy

Check out the new layout beta

Subscribe to the Open Gaming Network and get everything ad-free!



# Wereshark Shaman




Pirate Campaign Compendium (5E)

$29.99

Format

PDF

System

5e

Open Product Details

*Medium humanoid (hobgoblin, shapechanger), chaotic evil*

**Armor Class** 13 in humanoid form, 14 (natural armor) in shark or hybrid form (16 With *barkskin* in all forms)
**Hit Points** 90 (12d8 + 36)
**Speed** 30 ft., swim 40 ft. (in shark form only)

| STR | DEX | CON | INT | WIS | CHA |
|---|---|---|---|---|---|
| 16 (+3) | 14 (+2) | 16 (+3) | 8 (-2) | 16 (+3) | 8 (-2) |

**Skills** Medicine +6, Nature +1, Perception +6, Stealth +5
**Damage Immunities** bludgeoning, piercing, and slashing from nonmagical attacks not made with silvered weapons; **Senses** blindsense 30 ft. (shark or hybrid form only); passive Perception 16

**Languages** Aquan, Common, Druidic, Goblin
**Challenge** 8 (3,900 XP)

### Special Traits

- **Amphibious.** The wereshark shaman can breathe air or water.
- **Blood Frenzy.** The wereshark shaman has advantage on melee attack rolls against any creature that doesn't have all its hit points.
- **Shapechanger.** The wereshark shaman can use its action to *polymorph* into a shark-humanoid hybrid or into a hunter shark, or back into its true form, which is humanoid. Its statistics, other than its AC, and its size, are the same in each form. Any equipment it is wearing or carrying isn't transformed. It reverts to its true form if it dies.
- **Spellcasting.** The wereshark shaman is an 8th-level spellcaster. His spellcasting ability is Wisdom (spell save DC 14, +6 to hit with spell attacks). He has the following druid spells prepared:
  - **Cantrips (at will)**: druidcraft, poison spray (2d12 damage), *shillelagh*
  - **1st level (4 slots)**: *entangle*, *longstrider*, hydraulic push, *thunderwave*
  - **2nd level (3 slots)**: *barkskin*, pernicious poison, slipstream
  - **3rd level (3 slots)**: *call lightning*, *conjure animals*, tidal wave
  - **4th level (2 slots)**: *freedom of movement*, watery sphere

### Actions

- **Multiattack (Hybrid form only)**. In humanoid form, the wereshark shaman makes two *shillelagh* attacks. In hybrid form, he can substitute a bite for one melee weapon attack.
- **Bite (Shark or Hybrid form only)**. *Melee Weapon Attack*: +6 to hit, reach 5 ft., one target. *Hit*: 12 (2d8 + 3) piercing damage. If the target is a humanoid, it must succeed on a DC 14 Constitution saving throw or be cursed with wereshark lycanthropy.
- **Shillelagh (Humanoid or Hybrid form only)**. *Melee Weapon Attack*: +6 to hit, reach 5 ft., one target. *Hit*: 7 (1d8 + 3) bludgeoning damage and 10 (3d6) poison damage.
- **Summon Elemental (1/Day).** The wereshark shaman magically summons a water elemental. The summoned elemental appears in an unoccupied space within 60 feet of its summoner and acts as an ally of its summoner. It remains for 10 minutes, until it or its summoner dies, or until its summoner dismisses it as an action.

### Tactics

**Before Combat.** Wereshark shamans often patrol wild shaped into the form of 6-inch-long Diminutive cat sharks (treat as a quipper).

**During Combat.** Wereshark shamans remain wild shaped, using tidal wave to capsize boats or submerge flying enemies, then using *conjure animals* to summon 4 reef sharks to flank with their allies and block enemy movement. They use pernicious poison early in a fight, followed by poison spray (and summoning giant lizards rather than sharks if fighting on or near land). If combat is imminent, they cast *barkskin* before resuming hybrid form, using their poisoned *shillelagh*.

## About

While all lycanthropes have a certain affinity for their animalistic side, these shark shamans take that communion to an incredible depth. The blood of the shark flows in their veins, the selfsame sharks they worship as a thing divine.

## Section 15: Copyright Notice

*Pirate Campaign Compendium © 2018, Legendary Games; Lead Designer Jason Nelson. Authors: Alex Augunas, Jeff Gomez, Matt Goodall, Jim Groves, Tim Hitchcock, Victoria Jaczko, Jonathan H. Keith, Lyz Liddell, Thomas J. Phillips, Alistair J. Rigg, Alex Riggs, Loren Sieg, Neil Spicer, Todd Stewart, Rachel Ventura, Michael D. Welham, Linda Zayas-Palmer.*

## Copyright Notice

*See the full license for this page*

Discord!

Join Our Discord!

## Latest 5th Edition Products in the Open Gaming Store!

- Pathfinder Adventure Path for D&D 5E: Abomination Vaults
- The Dragon's Hoard #68
- Premium Dungeon Master's Screen for Dungeons & Dragons

- New Pages
- Recent Changes

PATREON

*Back me on Patreon!*

Become an Editor!

Support
Open Gaming

Sell in the
Open Gaming Store

**Check out our other SRD sites!** Traveller SRD | 5th Edition SRD | Dungeon World SRD | 13th Age SRD | d20HeroSRD | d20PFSRD | 3.5e SRD | GumshoeSRD | FateCoreSRD | Starjammer SRD | OGN Articles | Fudge SRD | Here Be Monsters | d20 Anime SRD | PF2 SRD | 4 Color SRD (Astonishing Super Heroes) | Into The Unknown | ACK-SRD | 2d20SRD | Everyday Heroes SRD | Heroes and Monsters SRD | Gods and Monsters SRD | Cepheus SRD | Five Torches Deep SRD | Forge Engine SRD | Cairn SRD | Open Fantasy SRD | Monad Echo SRD | True20 SRD | Warrior, Rogue, Mage SRD | Basic Fantasy SRD | OSE SRD | QuestWorlds SRD | Black Flag SRD | PF2SRD (ORC) | Year Zero SRD (OGL) | Grimwild SRD | 2025 5e SRD (5.2)

OGN Updates

**This site may earn affiliate commissions from the links on this page.**

**OGN SRD v1.15.3 using Bootstrap**

New Pages | Recent Changes | Privacy Policy