**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAP-SUN CHAN,

Plaintiff,

-against-

WIZARDS OF THE COAST, LLC,

Defendant.

Case No.: 1:26-CV-04680

I, Kathryn Farley, a paralegal for Kamerman, Uncyk, Soniker & Klein, affirm the following to be true under penalty of perjury: I am not a party to the action and am over 18 years of age. On September 3, 2026, I mailed a copy of the Motion for Sanctions under Rule 11 and all accompanying Declarations and Exhibits to the Plaintiff at his home address.

Dated: Chantilly, Virginia
September 3, 2026

By: */s/ Kathryn Farley*

Kathryn Farley
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway, 16th Floor
New York, New York 10019
Tel: (212) 400-4930
kfarley@kusklaw.com