UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

Plaintiff,

-against-

DUNGEONS AND DRAGONS WIZARDS OF THE COAST, LLC

Defendant.

26-CV-04680 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 28, 2026, I issued an order scheduling a status conference for September 4, 2026 at 11:00 AM, requiring pro se Plaintiff and counsel for Defendant to appear. (ECF 18.) On August 31, 2026, docketing services confirmed that the scheduling order was mailed to Plaintiff at the address that he provided to the Court. Plaintiff was not emailed the scheduling order because, to date, he has not provided the Court with an email address at which he can be reached.

On September 4, 2026, I held the telephonic status conference. Defendant's counsel appeared but Plaintiff did not appear. I intended to discuss with the parties Defendant's motion to dismiss (ECF 14) and motion for sanctions (ECF 20). After waiting for Plaintiff for 15 minutes to appear, I adjourned the conference. My Courtroom Deputy Clerk was unable to try to reach Plaintiff by telephone because Plaintiff has not provided a telephone number either to the Court or to Defendant's counsel.

The telephonic status conference is rescheduled for **September 16, 2026 at 10:30 AM Eastern**. The parties are directed to join the conference at the scheduled time. To access the conference, please dial **(646) 453-4442, Access Code: 279 820 930#**.

Plaintiff is warned that the obligation to comply with this Order and all other Court orders, including orders requiring his appearance at scheduled conferences, extends to all parties, including pro se parties. Failure to comply may result in my recommendation to Judge Torres that this case be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: September 8, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**