UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

Plaintiff,

-against-

DUNGEONS AND DRAGONS WIZARDS OF THE COAST, LLC

Defendant.

26-CV-04680 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 28, 2026, I issued an order scheduling a status conference for September 4, 2026 at 11:00 AM, requiring pro se Plaintiff and counsel for Defendant to appear. (ECF 18.) On August 31, 2026, docketing services confirmed that the scheduling order was mailed to Plaintiff at the address that he provided to the Court. Plaintiff was not emailed the scheduling order because he had not provided the Court with an email address at which he can be reached. On September 4, 2026, I held the first scheduled telephonic status conference. Defendant's counsel appeared but Plaintiff did not appear. I intended to discuss with the parties Defendant's motion to dismiss (ECF 14) and motion for sanctions (ECF 20). After waiting for Plaintiff for 15 minutes to appear, I adjourned the conference. My Courtroom Deputy Clerk was unable to try to reach Plaintiff by telephone because Plaintiff has not provided a telephone number either to the Court or to Defendant's counsel.

I rescheduled the telephonic status conference for September 16, 2026 at 10:30 AM Eastern. (ECF 25.) On September 9, 2026, docketing services confirmed that the scheduling order was mailed to Plaintiff at the address that he provided to the Court. Once again, the Court could not email the order to Plaintiff because he has not provided the Court with an

email address at which he can be reached. Counsel for Defendant was present; Plaintiff did not appear. After waiting for Plaintiff for 15 minutes to appear, I adjourned the conference. As was the case during the first scheduled conference, my Courtroom Deputy Clerk was unable to try to reach Plaintiff by telephone because Plaintiff has not provided a telephone number either to the Court or to Defendant's counsel.

The telephonic status conference is rescheduled for a second time. It will be held on **October 2, 2026 at 10:30 AM Eastern**. The parties are directed to join the conference at the scheduled time. To access the conference, please dial **(646) 453-4442, Access Code: 279 820 930#**.

This order is Plaintiff's second warning that the obligation to comply with all Court orders, including orders requiring appearances at scheduled conferences, extends to all parties, including pro se parties. To be clear, Plaintiff is expected to attend the conferences I schedule, or at a minimum to write a letter to the Court asking for the conference to be rescheduled. If Plaintiff fails to comply with this order scheduling a conference for **October 2, 2026 at 10:30 AM Eastern** by appearing at the conference or writing a letter to me asking for the conference to be rescheduled, I may recommend to Judge Torres that this case be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: September 16, 2026
New York, NY

SO ORDERED.



**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**