RECEIVED
SDNY PRO SE OFFICE
2026 SEP 14 AM 9:43

Lap-Sun Chan
4266 Saull Street
Flushing, NY 11355

September 13, 2026

US District Court
500 Pearl Street, Room 205
New York, NY 10007

Court System:

Due to health problems and my full-time job, I am unable to continue the lawsuit Chan vs. Wizards of the Coast. The case number is CA No. 1:26-CV-04680. I am requesting that the case be dismissed.

For the record, I disagree with opposing counsel's statements that my argument is meritless. However, I do not have the time or energy to handle this lawsuit while working a full-time job.

Please dismiss this case.

Sincerely,

Lap-Sun Chan (aka Kenneth Eng)