USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________________
DATE FILED: 9/21/2026

SC
202

Lap-Sun Chan
4266 Saull Street
Flushing, NY 11355

September 13, 2026

US District Court
500 Pearl Street, Room 205
New York, NY 10007

Court System:

Due to health problems and my full-time job, I am unable to continue the lawsuit Chan vs. Wizards of the Coast. The case number is CA No. 1:26-CV-04680. I am requesting that the case be dismissed.

For the record, I disagree with opposing counsel's statements that my argument is meritless. However, I do not have the time or energy to handle this lawsuit while working a full-time job.

Please dismiss this case.

Sincerely,

Lap-Sun Chan (aka Kenneth Eng)

The Court construes Plaintiff's request as a notice of voluntary dismissal pursuant to Fed. R. Civ. P 41(a)(1)(A)(i). In accordance with Fed. R. Civ. P. 41(a)(1)(B), the dismissal shall be without prejudice.

The Clerk of Court is respectfully directed to terminate all motions and close this case.

SO ORDERED.

Date: September 21, 2026
New York, New York

ANALISA TORRES
United States District Judge