**lmaooooUNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

LAP-SUN CHAN

Plaintiff,

-against-

WIZARDS OF THE COAST, LLC

Defendants.

C.A. NO. 1:26-CV-04680

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that, upon the Memorandum of Law in Support of their Motion for Reconsideration, dated October 2, 2026, and upon all the papers and proceedings had herein, Defendant Wizards of the Coast, LLC, will move this Court, at the United States Courthouse for the Southern District of New Yor located at 40 Foley Square, New York, New York, 10007, on a date and time to be designated by the Court, for an Order:

1) Granting a Motion for Reconsideration to:

(a) clarify that the Order's termination of Dkt. 21 was administrative and did not adjudicate the Rule 11 Motion, or, to the extent necessary, grant relief from the Order to that extent under Rule 60(b) and Local Civil Rule 6.3;

(b) restore the Rule 11 Motion to the active docket;

(c) grant Wizards leave to supplement the record on that motion with appropriate documentary evidence according to the Court's normal procedures;

(d) direct Plaintiff to show cause by a date certain why a pre-filing injunction should not issue, and deem the motion submitted if he does not respond; and

(e) upon proper notice and an opportunity to be heard, enter a pre-filing injunction requiring Plaintiff, under any name, to obtain leave of Court before filing any new action asserting copyright claims in this District.

2) Granting such other and further relief as the Court deems appropriate.

Dated: October 2, 2026

By: */s/ Akiva M. Cohen*

Akiva M. Cohen, Esq.
KAMERMAN UNCYK SONIKER &
KLEIN P.C.
1700 Broadway
New York, New York 10019
Tel: (212) 400-4930
acohen@kusklaw.com
*Attorneys for Defendant*