USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/7/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

Plaintiff,

-against-

DUNGEONS AND DRAGONS
WIZARDS OF THE COAST, LL,

Defendants.

26 Civ. 4680 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 21, 2026, the undersigned entered an order acknowledging Plaintiff's voluntary dismissal of this action pursuant to Fed. R. Civ. P 41(a)(1)(A)(i) and directed the Clerk of Court to "terminate all motions and close this case." ECF No. 28.

On October 2, 2026, Defendant filed a motion for reconsideration, requesting clarification that the Court's September 21 order did not adjudicate Defendant's outstanding Rule 11 motion. *See* Mot., ECF No. 29. The Court has reviewed Defendant's motion for reconsideration and accompanying memorandum of law. *Id.*; Mem., ECF No. 30. The Court GRANTS the motion and clarifies that its administrative instructions regarding case closure did not adjudicate Defendant's Rule 11 motion. *See Cooter & Gell v. Hartmarx Corp*., 496 U.S. 384, 395 (1990) ("district courts may enforce Rule 11 even after the plaintiff has filed a notice of dismissal under Rule 41(a)(1)").

Accordingly, the Clerk of Court is respectfully directed to reopen the case for the limited purpose of adjudicating Defendant's Rule 11 motion.

By **October 14, 2026**, Defendant is directed to file on the docket any supplemental exhibits in support of its Rule 11 motion.

By **November 12, 2026**, Plaintiff is directed to show cause why the Court should not enter a pre-filing injunction requiring Plaintiff, under any name, to obtain leave of Court before filing any new action asserting copyright claims in this District.

SO ORDERED.

Dated: October 7, 2026
New York, New York

ANALISA TORRES
United States District Judge