USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAP-SUN CHAN,

Plaintiff,

-against-

DUNGEONS AND DRAGONS WIZARDS OF THE COAST, LLC,

Defendant.

26 Civ. 4680 (AT) (RFT)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Robyn F. Tarnofsky for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>__________________________ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | **Dispositive Motion (i.e., motion requiring a Report and Recommendation)**<br>**Particular Motion:**<br>**Motion for Sanctions (ECF Nos. 20–23)**<br>Motion to Dismiss (ECF Nos. 14–16) |

SO ORDERED.

Dated: October 9, 2026
New York, New York

ANALISA TORRES
United States District Judge