# EXHIBIT 1

**Dylan Schmeyer**

---

**From:** Kenneth Eng <kennetheng203@gmail.com>
**Sent:** Saturday, September 12, 2026 2:39 PM
**To:** Dylan Schmeyer
**Subject:** IP Case, Wizards of the Coast

Good Afternoon Mr. Schmeyer,

I am reading your letter that you sent to me a month ago on July 28, 2026. Please excuse my delay. I was going through health issues and was unable to respond until now.

First, your letter was very nice. Normally, when I handle attorneys, they have a habit of being irritating. I usually don't respond to them, except by taking legal action in court, where I speak to the judge. In your case, I am responding to you personally.

I read your statement that Wizards of the Coast has no involvement with Legendary Games and 5esrd.com. However, I am still confused that these entities can implement a Dungeons and Dragons game style without Wizards of the Coast's consent. Wizards of the Coast patented their gameplay mechanics decades ago. If your client is not involved with Legendary Games and 5esrd.com, how can these entities implement D and D mechanics?

I am going to review your document more thoroughly. I will email you again shortly.

Also, I hope you are aware that my lack of response was not a form of disrespect, especially since you sent such a nice letter. I was seriously ill and was unable to respond to many letters I received.

Kenneth Eng

**Dylan Schmeyer**

**From:** Kenneth Eng <kennetheng203@gmail.com>
**Sent:** Wednesday, September 16, 2026 4:29 PM
**To:** Dylan Schmeyer
**Cc:** Akiva Cohen; Kat Farley
**Subject:** Re: Rule 11 Letter Digital Courtesy Copy- Chan v. Wizards of the Coast, LLC
**Attachments:** Wizards of Coast Dismissal Request.docx

Good Evening,

Attached is the letter I filed at the court on Monday.

Kenneth Eng

On Thu, Jul 30, 2026 at 3:22 PM Dylan Schmeyer <dschmeyer@kusklaw.com> wrote:

> Mr. Lap-Sun Chan,
>
> Attached is a courtesy copy of a letter and draft motion that were served on you today by mail. This email is a convenience copy only and does not change or substitute for that service.
>
> The letter explains the basis for our position and the period provided under Federal Rule of Civil Procedure 11(c)(2). Because I represent Wizards of the Coast in this matter, I cannot give you advice about it; you may wish to consult an attorney of your own.
>
> If you have any difficulty opening the attachment, please let me know and I will send it in another format.
>
> Regards,
>
> Dylan Schmeyer
>
> Counsel for Wizards of the Coast, LLC

**Dylan Schmeyer**


**From:** Kenneth Eng <kennetheng203@gmail.com>
**Sent:** Saturday, September 12, 2026 3:39 PM
**To:** Dylan Schmeyer; Akiva Cohen

**Subject:** Wizards of the Coast case, second email

Good Afternoon Mr. Schmeyer and Mr. Cohen,

I would first like to say again that I am recently starting to read your mailed letters. I was delayed because of an illness these past few months.

I would also like to say again that Dylan Schmeyer's letter dated July 28, 2026 was a very nice letter. I appreciate that you saw my film and that you enjoyed it. Even if you did not enjoy it, I appreciate that you watched it. Thank you for the kind words.

I read through the documentation in this July letter you sent me. As I mentioned in an email sent about an hour ago, I am still confused how Legendary Games and 5esrd.com can implement game mechanics that are normally confined to Dungeons and Dragons. D and D was patented decades ago. Surely, their retained counsel would have gone after Legendary Games. Intellectual property is a serious issue.

Another issue is that my concept enhanced the idea of electroreception in sharks. Whereas normal sharks can only detect prey items, my wereshark is able to discharge lightning from its entire body. My idea significantly improves upon other iterations of the wereshark.

I tried searching the links you sent me. Several of them do not function:

https://www.americanroads.us/dandd/adnd_1e_monster_manual_II.pdf

https://dtdnd.neocities.org/books/dm/monstermanuali.pdf

Also, the website biologyinsights.com is not an official source on the issue of sharks:

https://biologyinsights.com/electroreception-in-sharks-how-this-sixth-sense-works/

In science, it is more effective to research sites that are .org or .edu. I normally view established sources such as National Geographic, PBS Nature, or PBS Nova. For example, an article in the New York Times is more credible than a blog.

Also, my concept is a substantial improvement upon King Shark. King Shark does not have electrical powers, and for the most part is meant for comic relief. My wereshark is quite a serious monster.

Again, I appreciate the time and effort that you took to send me these letters. I apologize for not reviewing them sooner. Most of my mail and emails have gone unreviewed for weeks because I am always either at work or at the doctor.

Mr. Cohen, I am also aware that you sent me a very large document about two or three weeks ago. I am going to review it now and I will email you.

You are very polite for a law firm.

Kenneth Eng