# EXHIBIT 3

| Type | Date | Hours | Activity category | Description | Rate ($) | Billable ($) | User | Expense category |
|---|---|---|---|---|---|---|---|---|
| TimeEntry | 6/17/2026 | 0.9 | | Review and analysis of complaint and exhibits | $475.00 | $427.50 | Dylan Schmeyer | |
| TimeEntry | 6/17/2026 | 0.2 | | Prepare entry of appearance | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 6/17/2026 | 0.7 | | Analysis of legal options for defense of complaint, and phone conference with A. Cohen about same | $475.00 | $332.50 | Dylan Schmeyer | |
| TimeEntry | 6/17/2026 | 0.2 | | Draft Waiver of Service | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 6/19/2026 | 0.2 | | Review and prepare waiver + appearance filing | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 6/19/2026 | 0.4 | | Prepare file and skeleton for 12b6 motion | $475.00 | $190.00 | Dylan Schmeyer | |
| TimeEntry | 6/19/2026 | 0.2 | | Draft NOM skeleton | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 6/19/2026 | 0.4 | | Draft notice of appearance | $550.00 | $220.00 | Akiva Cohen | |
| TimeEntry | 6/22/2026 | 0.4 | | Initial legal research | $475.00 | $190.00 | Dylan Schmeyer | |
| TimeEntry | 6/22/2026 | 0.5 | | Initial structural drafting of 12(b)(6) | $475.00 | $237.50 | Dylan Schmeyer | |
| TimeEntry | 6/23/2026 | 0.6 | | Draft letter motion to court about deadlines | $475.00 | $285.00 | Dylan Schmeyer | |
| TimeEntry | 6/23/2026 | 0.2 | | Set up letter templates | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 6/23/2026 | 0.3 | | Initial legal research for Motion to dismiss | $475.00 | $142.50 | Dylan Schmeyer | |
| TimeEntry | 6/23/2026 | 0.6 | | Initial structural drafting of 12(b)(6) | $475.00 | $285.00 | Dylan Schmeyer | |
| TimeEntry | 6/24/2026 | 0.4 | | Legal research for rule 11 | $475.00 | $190.00 | Dylan Schmeyer | |
| TimeEntry | 6/24/2026 | 1.3 | | Draft r11 papers | $475.00 | $617.50 | Dylan Schmeyer | |
| TimeEntry | 6/25/2026 | 1.3 | Document and Case Management | Printing + Mailing of Waiver of Service, Notice of Appearance, Letter Motion, and Affirmation of Service. | $90.00 | $117.00 | Deborah Gaynor | |
| TimeEntry | 6/25/2026 | 0.4 | Document and Case Management | Filing case documents to PACER | $90.00 | $36.00 | Deborah Gaynor | |
| TimeEntry | 6/25/2026 | 0.2 | | Final review of papers to be filed 6/25 | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 6/25/2026 | 0.5 | | Edit letter-motion re MTD | $550.00 | $275.00 | Akiva Cohen | |
| TimeEntry | 6/26/2026 | 0.4 | | Legal research for rule 11, combined motion possibility | $475.00 | $190.00 | Dylan Schmeyer | |
| TimeEntry | 6/29/2026 | 1.5 | | Draft r11 letter and motion | $475.00 | $712.50 | Dylan Schmeyer | |
| TimeEntry | 6/30/2026 | 1.5 | | Draft r11 letter and motion | $475.00 | $712.50 | Dylan Schmeyer | |
| TimeEntry | 7/2/2026 | 0.3 | | Legal research and assembly of case law for citations for both remedies of dismissal, Rule 11 and 12(b)6 | $475.00 | $142.50 | Dylan Schmeyer | |
| TimeEntry | 7/7/2026 | 0.1 | | Correspondence with client on strategy | $475.00 | $47.50 | Dylan Schmeyer | |
| TimeEntry | 7/20/2026 | 0.8 | | Draft r11 motion | $475.00 | $380.00 | Dylan Schmeyer | |
| TimeEntry | 7/20/2026 | 0.9 | | Finalize draft notice of rule 11 motion to comport with SDNY rules and make final letter revisions, phone conference with A. Cohen about same | $475.00 | $427.50 | Dylan Schmeyer | |
| TimeEntry | 7/20/2026 | 0.5 | | Draft motion to dismiss | $475.00 | $237.50 | Dylan Schmeyer | |
| TimeEntry | 7/21/2026 | 0.9 | | Draft r11 motion | $475.00 | $427.50 | Dylan Schmeyer | |
| TimeEntry | 7/22/2026 | 0.4 | | Legal Research for Motion to Dismiss | $475.00 | $190.00 | Dylan Schmeyer | |
| TimeEntry | 7/22/2026 | 0.2 | | Case law review for r11 citation pulls | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 7/22/2026 | 2.2 | | Draft r11 motion | $475.00 | $1,045.00 | Dylan Schmeyer | |
| TimeEntry | 7/24/2026 | 0.8 | | Draft R11 motion | $475.00 | $380.00 | Dylan Schmeyer | |
| TimeEntry | 7/24/2026 | 0.1 | | Correspondence with client and with A. Cohen on r11 letter draft | $475.00 | $47.50 | Dylan Schmeyer | |
| TimeEntry | 7/24/2026 | 0.5 | | Review client's proposed revisions, revise draft r11 letter, and revert a final copy | $475.00 | $237.50 | Dylan Schmeyer | |
| TimeEntry | 7/24/2026 | 0.3 | | Research on contact information and internet presence of plaintiff | $475.00 | $142.50 | Dylan Schmeyer | |
| TimeEntry | 7/25/2026 | 0.5 | | Finalize first draft for R11 motion and prepare for citation filling | $475.00 | $237.50 | Dylan Schmeyer | |
| TimeEntry | 7/27/2026 | 0.3 | | Finalize letter | $475.00 | $142.50 | Dylan Schmeyer | |
| TimeEntry | 7/27/2026 | 0.6 | | Add Kenneth Eng history text to R11 briefing | $475.00 | $285.00 | Dylan Schmeyer | |
| TimeEntry | 7/27/2026 | 0.7 | | Draft motion to dismiss | $475.00 | $332.50 | Dylan Schmeyer | |
| TimeEntry | 7/27/2026 | 1.9 | Administrative, Educational, Etc. | Review of Lap-Sun Chan Prior Frivolous Filings | $140.00 | $266.00 | Kathryn Farley | |
| ExpenseEnt | 7/28/2026 | 1 | | Service of Rule 11 Letter to Plaintiff | $26.76 | $26.76 | Dylan Schmeyer | Certified Mail Invoice |
| TimeEntry | 7/28/2026 | 1 | Administrative, Educational, Etc. | Drove to UPS and Mailed Rule 11 Letter to Plaintiff | $140.00 | $140.00 | Kathryn Farley | |
| TimeEntry | 7/29/2026 | 1.6 | | Draft motion to dismiss | $475.00 | $760.00 | Dylan Schmeyer | |
| TimeEntry | 7/29/2026 | 0.7 | | Legal research into lycanthropy scenes-a-faire cases, idea/expression dichotomy in literary cases | $475.00 | $332.50 | Dylan Schmeyer | |
| TimeEntry | 7/29/2026 | 0.1 | | Prepare and email rule 11 letter packet to Plaintiff Chan | $475.00 | $47.50 | Dylan Schmeyer | |
| TimeEntry | 7/30/2026 | 1.9 | | Draft motion to dismiss | $475.00 | $902.50 | Dylan Schmeyer | |
| TimeEntry | 7/31/2026 | 7.1 | | Draft motion to dismiss | $550.00 | $3,905.00 | Akiva Cohen | |
| TimeEntry | 8/3/2026 | 1.3 | | Work on Rule 11 motion. | $575.00 | $747.50 | Thomas Neville | |
| TimeEntry | 8/3/2026 | 0.5 | | Fill citations, Motion to Dismiss | $475.00 | $237.50 | Dylan Schmeyer | |
| TimeEntry | 8/3/2026 | 7.2 | | Draft motion to dismiss; legal research re same | $550.00 | $3,960.00 | Akiva Cohen | |
| TimeEntry | 8/4/2026 | 1.4 | | Work on Motion for Rule 11 Sanctions. | $575.00 | $805.00 | Thomas Neville | |
| TimeEntry | 8/4/2026 | 1.1 | | Finalize MtD draft with A. Cohen | $475.00 | $522.50 | Dylan Schmeyer | |
| TimeEntry | 8/4/2026 | 0.6 | | Draft Rule 11 Motion Memo of Law | $475.00 | $285.00 | Dylan Schmeyer | |
| TimeEntry | 8/4/2026 | 0.2 | | Review appendix of frivolous cases exhibit for Plaintiff | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 8/4/2026 | 4.6 | | Draft motion to dismiss; legal research re same | $550.00 | $2,530.00 | Akiva Cohen | |
| TimeEntry | 8/5/2026 | 3.2 | | Work on Rule 11 motion. | $575.00 | $1,840.00 | Thomas Neville | |
| TimeEntry | 8/5/2026 | 0.3 | | Draft Rule 11 Motion Memo of Law with T. Neville | $475.00 | $142.50 | Dylan Schmeyer | |
| TimeEntry | 8/5/2026 | 0.2 | | Rule 11 Case law review | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 8/6/2026 | 0.2 | | Finalize exhibit for confirmation of rule 11 letter | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 8/6/2026 | 0.5 | Administrative, Educational, Etc. | Request Proof of Delivery from UPS for Rule 11 Letter to Plaintiff | $140.00 | $70.00 | Kathryn Farley | |
| TimeEntry | 8/7/2026 | 0.8 | | Draft r11 motion draft | $475.00 | $380.00 | Dylan Schmeyer | |
| TimeEntry | 8/11/2026 | 1.5 | | Draft r11 motion draft | $475.00 | $712.50 | Dylan Schmeyer | |
| TimeEntry | 8/11/2026 | 0.4 | | Review Case law and survey authority for vexatious litigant order to show cause ask | $475.00 | $190.00 | Dylan Schmeyer | |
| TimeEntry | 8/12/2026 | 3.6 | | Research for and revisions to Rule 11 Motion. | $575.00 | $2,070.00 | Thomas Neville | |
| TimeEntry | 8/12/2026 | 0.2 | | Conference with A. Cohen and T. Neville on remaining tasks for the r11 motion draft | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 8/13/2026 | 0.9 | | Review and comment on suggested revisions from client | $475.00 | $427.50 | Dylan Schmeyer | |
| TimeEntry | 8/13/2026 | 3 | | Continued work on Rule 11 Motion. | $575.00 | $1,725.00 | Thomas Neville | |
| TimeEntry | 8/13/2026 | 0.2 | | Research for Rule 11 motion- wereshark documentation | $475.00 | $95.00 | Dylan Schmeyer | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TimeEntry | 8/14/2026 | 0.2 | | Review and comment on suggested revisions from client | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 8/14/2026 | 0.2 | | Draft rule 11 motion demonstratives | $475.00 | $95.00 | Dylan Schmeyer | |
| TimeEntry | 8/17/2026 | 4.9 | | Work on Rule 11 motion. | $575.00 | $2,817.50 | Thomas Neville | |
| TimeEntry | 8/18/2026 | 2.3 | | Continue drafting Rule 11 Motion. | $575.00 | $1,322.50 | Thomas Neville | |
| TimeEntry | 8/18/2026 | 0.8 | | Work on Rule 11 motion. | $575.00 | $460.00 | Thomas Neville | |
| TimeEntry | 8/18/2026 | 0.3 | | Conference with A. Cohen on finalizing MTD and R11 drafts | $475.00 | $142.50 | Dylan Schmeyer | |
| TimeEntry | 8/19/2026 | 3.7 | | Work on motion for sanctions. | $575.00 | $2,127.50 | Thomas Neville | |
| TimeEntry | 8/19/2026 | 1 | | Finalize first draft of R11 motion | $475.00 | $475.00 | Dylan Schmeyer | |
| TimeEntry | 8/19/2026 | 0.4 | Administrative, Educational, Etc. | Discovery of Plaintiff's New Frivolous Case Filed on 8.14.2026 Chan v. Troma, and download of Docket | $140.00 | $56.00 | Kathryn Farley | |
| TimeEntry | 8/19/2026 | 3.2 | Research | Rule 11 Case Law Memo | $140.00 | $448.00 | Kathryn Farley | |
| TimeEntry | 8/20/2026 | 2.8 | | Review and edit Motion to Dismiss; gather exhibits. | $575.00 | $1,610.00 | Thomas Neville | |
| TimeEntry | 8/20/2026 | 0.5 | | Finalize first draft of R11 motion | $475.00 | $237.50 | Dylan Schmeyer | |
| TimeEntry | 8/20/2026 | 2.1 | | Work on motion for sanctions. | $575.00 | $1,207.50 | Thomas Neville | |
| TimeEntry | 8/20/2026 | 1.3 | Drafting | Editing and revision of Lap Sun Chan Rule 11 motion | $500.00 | $650.00 | Lane Haygood | |
| TimeEntry | 8/20/2026 | 5.3 | | Edit Rule 11 brief | $550.00 | $2,915.00 | Akiva Cohen | |
| TimeEntry | 8/20/2026 | 1.4 | Administrative, Educational, Etc. | Drafted Joel Dec | $140.00 | $196.00 | Kathryn Farley | |
| TimeEntry | 8/21/2026 | 4.8 | | Review and revisions to Rule 11 Letter to address versioning issues. | $575.00 | $2,760.00 | Thomas Neville | |
| TimeEntry | 8/21/2026 | 0.6 | Document and Case Management | Exhibits for Cohen Declaration (12b6) | $90.00 | $54.00 | Deborah Gaynor | |
| TimeEntry | 8/21/2026 | 0.7 | Drafting | Editing and revision of Rule 11 motion | $500.00 | $350.00 | Lane Haygood | |
| TimeEntry | 8/21/2026 | 3.1 | Document and Case Management | Thomas' Rule 11 Motion Declaration, and Exhibits | $140.00 | $434.00 | Kathryn Farley | |
| TimeEntry | 8/22/2026 | 1.2 | | Edit Rule 11 brief | $550.00 | $660.00 | Akiva Cohen | |
| TimeEntry | 8/23/2026 | 2.7 | | Cite checking and revisions to Rule 11 Motion. | $575.00 | $1,552.50 | Thomas Neville | |
| TimeEntry | 8/24/2026 | 4.9 | | Revisions to Declaration of Thomas Neville; review and label exhibits; conform exhibit numbers and citations in working draft. | $575.00 | $2,817.50 | Thomas Neville | |
| TimeEntry | 8/24/2026 | 2.6 | Document and Case Management | Cite check and tables for Rule 11 motion | $140.00 | $364.00 | Kathryn Tewson | |
| TimeEntry | 8/24/2026 | 2 | Drafting | Editing and finalization of Rule 11 motion | $500.00 | $1,000.00 | Lane Haygood | |
| TimeEntry | 8/24/2026 | 0.9 | | Edit Rule 11 brief | $550.00 | $495.00 | Akiva Cohen | |
| TimeEntry | 8/24/2026 | 5.9 | Document and Case Management | Thomas' Rule 11 Motion Declaration, and Exhibits | $140.00 | $826.00 | Kathryn Farley | |
| TimeEntry | 8/24/2026 | 0.6 | Document and Case Management | Rule 11 Motion - Pluging in the cites to Thomas Dec | $140.00 | $84.00 | Kathryn Farley | |
| TimeEntry | 8/24/2026 | 1.3 | Document and Case Management | Motion to Dismiss | $140.00 | $182.00 | Kathryn Farley | |
| TimeEntry | 8/24/2026 | 2.4 | Drafting | Akiva's Declaration to the Motion to Dismiss and the Exhibits | $140.00 | $336.00 | Kathryn Farley | |
| TimeEntry | 8/25/2026 | 1.1 | | Work on finalizing Rule 11 motion. | $575.00 | $632.50 | Thomas Neville | |
| TimeEntry | 8/25/2026 | 0.9 | Document and Case Management | Finalize R11 tables | $140.00 | $126.00 | Kathryn Tewson | |
| TimeEntry | 8/25/2026 | 0.2 | | Work on finalizing Motion and Declaration. | $575.00 | $115.00 | Thomas Neville | |
| TimeEntry | 8/25/2026 | 0.6 | Document and Case Management | Tables for 12b6 | $140.00 | $84.00 | Kathryn Tewson | |
| TimeEntry | 8/25/2026 | 1.4 | Drafting | Edit and harmonize R11 brief | $140.00 | $196.00 | Kathryn Tewson | |
| TimeEntry | 8/25/2026 | 0.5 | Document and Case Management | File MTD and supporting documents | $140.00 | $70.00 | Kathryn Tewson | |
| TimeEntry | 8/25/2026 | 0.3 | | Finalization and service of the 12b6 MTD | $475.00 | $142.50 | Dylan Schmeyer | |
| TimeEntry | 8/25/2026 | 2.5 | Drafting | Editing, revision, citation checking, pulled exhibits and went through declarations in Chan Rule 11 motion | $500.00 | $1,250.00 | Lane Haygood | |
| TimeEntry | 8/25/2026 | 0.5 | Administrative, Educational, Etc. | Organization of Drafts for MtD | $140.00 | $70.00 | Kathryn Farley | |
| TimeEntry | 8/25/2026 | 1.1 | Administrative, Educational, Etc. | Creating 2 Demonstrative Exhibits for Thomas' Dec | $140.00 | $154.00 | Kathryn Farley | |
| TimeEntry | 8/25/2026 | 0.6 | Administrative, Educational, Etc. | Creation of Exhibits | $140.00 | $84.00 | Kathryn Farley | |
| TimeEntry | 8/25/2026 | 1 | Administrative, Educational, Etc. | Coverslip Exhibits | $140.00 | $140.00 | Kathryn Farley | |
| TimeEntry | 8/25/2026 | 0.3 | Administrative, Educational, Etc. | Notice of Motion to Dismiss, Memorandum of Law, Declaration Akiva M. Cohen, Cohen Declaration Exhibits 1 - 17 Prepped to Send to Client for Review | $140.00 | $42.00 | Kathryn Farley | |
| TimeEntry | 8/26/2026 | 2.3 | | Evaluating client edits to Rule 11 Motion. | $575.00 | $1,322.50 | Thomas Neville | |
| ExpenseEn | 8/26/2026 | 1 | | First Class Mail for Service of Motion to Dismiss to Plaintiff | $149.49 | $149.49 | Dylan Schmeyer | Certified Mail Invoice |
| TimeEntry | 8/26/2026 | 0.6 | Document and Case Management | Research into compliance with Local Civil Rule 7.1; conversation with D. Schmeyer wrt same | $140.00 | $84.00 | Kathryn Tewson | |
| TimeEntry | 8/26/2026 | 2 | Drafting | Harmonized client edits and Akiva's edits into a single draft to continue working on | $500.00 | $1,000.00 | Lane Haygood | |
| TimeEntry | 8/27/2026 | 3.3 | Document and Case Management | Verify exhibits, brief and dec cites; draft cover letter for mail service of cases as required by LCR 7.2 | $140.00 | $462.00 | Kathryn Tewson | |
| TimeEntry | 8/31/2026 | 0.5 | | Finalize Rule 7.2 package and mail to defendant | $475.00 | $237.50 | Dylan Schmeyer | |
| TimeEntry | 9/1/2026 | 1.2 | | Finalize Rule 11 papers and prep for filing + final client approval | $475.00 | $570.00 | Dylan Schmeyer | |
| TimeEntry | 9/1/2026 | 1.7 | | Review and revise declaration and verify attached exhibits. | $575.00 | $977.50 | Thomas Neville | |
| TimeEntry | 9/1/2026 | 0.5 | Drafting | Updated Ansell dec, moved exhibits to proper folders | $500.00 | $250.00 | Lane Haygood | |
| TimeEntry | 9/1/2026 | 1.5 | Drafting | Edits to draft of rule 11 motion, proof of service document drafted for DMS | $500.00 | $750.00 | Lane Haygood | |
| TimeEntry | 9/2/2026 | 0.4 | | Finalize Rule 11 papers and prep for filing + final client approval | $475.00 | $190.00 | Dylan Schmeyer | |
| TimeEntry | 9/2/2026 | 1 | | Final review and revisions to Declaration and Brief. | $575.00 | $575.00 | Thomas Neville | |
| | | **161.7** | | | | **$70,472.25** | | |