Lap-Sun Chan
4266 Saull Street
Flushing, NY 11355

SDNY PRO SE OFFICE
2026 OCT 22 AM 10: 34

October 18, 2026

US District Court
Southern District of NY
500 Pearl Street
NY, NY 10007

To Whom It May Concern:

This is about case 26 Civ. 4680 AT. I received a letter about "injunctions" and "sanctions."

I spoke to the opposing counsel on September 21, 2026, or sometime around there. I called their attorney (I think the lawyer's name was Akiva Cohen). Mr. Cohen said that if I dismissed the lawsuit, he would not file injunctions or sanctions.

I dismissed the lawsuit around the same time. The reason I dismissed it was because I was working full-time as a paralegal. I did not have time to read through all the legal documents regarding this case against Wizards of the Coast. For example, opposing counsel sent me a document that was over 200 pages long. I had to focus on my job, not on the lawsuit.

I am disappointed that Mr. Cohen has gone back on his word. He said specifically he would cease action if I dismissed the lawsuit.

Furthermore, on October 7, 2026, I lost my job. The firm I was working at was having economic difficulty and had to remove several paralegals. I have been constantly looking for a new job ever since. I am in poverty.

Again, I am disappointed that the adversary has done this. This is especially after they sent me some very positive correspondence that I unfortunately did not read until about a month and a half later. I'd have responded sooner if I was able. I now question if this was a legal tactic to smile to my face, only to betray me behind my back. Were they telling me this just to get me to dismiss the case?

Also, Wizards of the Coast, LLC is a large corporate entity. Typically, their representation consists of a retainer. Therefore, opposing counsel was already on retainer. I would be surprised if Wizards of the Coast, LLC had to pay any legal fees.

Signed,

Lap-Sun Chan

[illegible] Sun Chun
4266 [illegible] St
Flushing NY 11355

MID-ISLAND NY 117
19 OCT 2026 PM 6 L




Us District Court
500 Pearl Street
NY NY 10007

RECEIVED
OCT 21 2026
CLERK'S OFFICE
S.D.N.Y.

USDC SDNY

Prose

10007-131608