**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAP-SUN CHAN

Plaintiff,

-against-

WIZARDS OF THE COAST LLC

Defendants.

C.A. NO. 1:26-CV-04680-AT-RFT

**REPLY DECLARATION OF AKIVA M. COHEN IN SUPPORT OF DEFENDANT'S RULE 11 MOTION**

I, Akiva M. Cohen, declare as follows:

1. I am an attorney with Kamerman, Uncyk, Soniker & Klein, P.C., counsel to Wizards of the Coast LLC in this action. I make this declaration based on my personal knowledge of the facts herein, and could and would testify to them competently if necessary.

2. The only telephone conversation I have ever had with Plaintiff is the September 16, 2026 conversation I described in Paragraph 4 of my Supplemental Declaration in support of Wizards' Rule 11 Motion (Dkt. No. 33), which took place shortly after Plaintiff failed to appear for the Court conference that morning. Attached hereto as **Exhibit 1**, with the client's express permission, is a true and correct copy of my contemporaneous report of that conversation (and conference) to Wizards, confirming exactly what I described in my Supplemental Declaration: Plaintiff called me after skipping the conference, told me he had already filed his request to dismiss the case, and did not respond to my offer to withdraw the Rule 11 motion if he would agree to imposition of a pre-filing injunction and to make the dismissal with prejudice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 23, 2026
New York, New York

*/s/ Akiva M. Cohen*
Akiva M. Cohen