# EXHIBIT 1

Outlook

**Fw: Activity in Case 1:26-cv-04680-AT-RFT Chan v. Dungeons and Dragons Wizards of the Coast, LLC Order**

**From** Akiva Cohen <acohen@kusklaw.com>
**Date** Wed 9/16/2026 2:51 PM
**To** Whitney, Tory <victoria.whitney@hasbro.com>; Emans, Joel <joel.emans@wizards.com>
**Cc** Dylan Schmeyer <dschmeyer@kusklaw.com>

He no-showed again today, so the conference is rescheduled to October 2.

He also called me, and told me he had filed a letter with the court on Monday seeking to dismiss the case (I made the offer to withdraw the motion if he stipulates to a pre-filing injunction, he didn't take it or refuse, just started saying something unrelated)

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, September 16, 2026 1:38 PM
**To:** CourtMail@nysd.uscourts.gov <CourtMail@nysd.uscourts.gov>
**Subject:** Activity in Case 1:26-cv-04680-AT-RFT Chan v. Dungeons and Dragons Wizards of the Coast, LLC Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/16/2026 at 1:38 PM EDT and filed on 9/16/2026

**Case Name:** Chan v. Dungeons and Dragons Wizards of the Coast, LLC
**Case Number:** 1:26-cv-04680-AT-RFT
**Filer:**
**Document Number:** 26

**Docket Text:**

**ORDER: On August 28, 2026, I issued an order scheduling a status conference for September 4, 2026 at 11:00 AM, requiring pro se Plaintiff and counsel for Defendant to appear. (ECF 18.) On August 31, 2026, docketing services confirmed that the scheduling order was mailed to Plaintiff at the address that he provided to the Court. The telephonic status conference is rescheduled for a second time. It will be held on October 2, 2026 at 10:30 AM Eastern. The parties are directed to join the conference at the scheduled time. To access the conference, please dial (646) 453-4442, Access Code: 279 820 930#. This order is Plaintiffs second warning that the obligation to comply with all Court orders, including orders requiring appearances at scheduled conferences, extends to all parties, including pro se parties. To be clear, Plaintiff is expected to attend the conferences I schedule, or at a minimum to write a letter to the Court asking for the conference to be**

**rescheduled. If Plaintiff fails to comply with this order scheduling a conference for October 2, 2026 at 10:30 AM Eastern by appearing at the conference or writing a letter to me asking for the conference to be rescheduled, I may recommend to Judge Torres that this case be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. (And as further set forth herein.) SO ORDERED. (Telephone Conference set for 10/2/2026 at 10:30 AM before Magistrate Judge Robyn F. Tarnofsky.) (Signed by Magistrate Judge Robyn F. Tarnofsky on 9/16/2026) (jca)**

**1:26-cv-04680-AT-RFT Notice has been electronically mailed to:**

Akiva Meir Cohen acohen@kusklaw.com, AkivaCohen@recap.email, dgaynor@kusklaw.com, kfarley@kusklaw.com, ktewson@kusklaw.com

**1:26-cv-04680-AT-RFT Notice has been delivered by other means to:**

Lap-Sun Chan
4266 Saull Street
Flushing, NY 11355
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/16/2026] [FileNumber=35410327-0] [5ec9d9aaf8a85400dc20d7dad1cedab62ab99021d33ec4bcd7b10654a347390a3c8c3d2f0d1ee9b59a50b3ba54c630253f8e87ec7977e9e8331a61d2269f23aa]]